## DECLARATION OF LASHANDA L. FREEMAN

(Pursuant to 28 U.S.C. § 1746)

I, Lashanda L. Freeman, hereby state, except where otherwise noted, that I have personal knowledge of the facts set forth below and am competent to testify as follows:

1.      I am a United States citizen and am over 18 years of age. I am employed by the Federal Trade Commission ("FTC" or "the Commission") as a Senior Investigator in the Division of Enforcement, Bureau of Consumer Protection. My office address is 600 Pennsylvania Ave., NW, CC-6316, Washington, D.C. 20580.

2.      I have been an investigator with the FTC since February 2019. My duties as an investigator include investigating possible violations of the laws and regulations the FTC enforces and possible violations of orders obtained by the Commission. Some of my primary responsibilities include the collection, analysis, and preservation of evidence relevant to the violations I investigate.

3.       I was assigned to perform work involving, amongst other persons and entities, Amare Global Holdings, Inc. ("Amare" or "Amare Global"), Shawn Talbott ("Dr. Shawn" or "Talbott"), and Patrick Hintze ("Pat Hintze" or "Hintze"). Notably, Shawn Talbott[1] and Patrick Hintze[2] are both defendants in previous FTC matters, and I was asked to investigate possible violations of the orders the Commission previously obtained.

4.      A number of documents are attached to this declaration. In accordance with FTC procedures and this Court's rules, information from these documents has been redacted or removed to protect sensitive information, such as financial account numbers and personally identifiable information. Consistent with federal and local rules regarding redaction of

---

[1] *FTC v. Window Rock Enterprises, Inc.*, Case No. CV04-8190-DSF (JTL) (C.D. Cal.).
[2] *FTC v. Green Foot Global, L.L.C.*, Case No. 2:23-cv-02064-JCM-GWF (D. Nev.).

**PX 01**

**1**

identifying information for minors, images of minors obtained from social media captures have also been redacted. Additionally, as discussed below, all information that would reveal undercover identities and accounts used and controlled by the FTC has been redacted from exhibits.

5.     This declaration includes: background information related to the Defendants; corporate records obtained from state websites; documents produced to the FTC by Amare Global, Talbott, Hintze and other third parties; information, documents, and videos collected through web captures; descriptions of undercover calls and purchases; and publicly availably court filings. For the web captures, I organized the materials by source and date captured, including my captures from the Amare website (amare.com) and various social media platforms such as Facebook, TikTok, and Instagram.

## BACKGROUND

### I.    Amare Global Holdings, Inc.

6.     According to public websites, business, and other records I reviewed, Amare Global is an internet-based company which touts itself as "The Mental Wellness Company." The company markets and sells "science backed" and "clinically proven" supplements, primarily through the company's brand partner network. Amare Brand Partners mainly market and sell Amare's products to consumers via social media platforms. Notable employees listed under the "Executive Team" on the Amare website[3] have included: Founder, Hiep Tran; Chief Executive Officer, Jared Turner; Chief Science Officer, Shawn Talbott; Chief Commercial Officer, Kent Wood; Chief Compliance Officer, Julie Hunter; Chief Marketing Officer, Andrea Neipp; Owner and Chairman, David Chung; and General Manager of the Americas, Rich Higbee.

---

[3] *See* **PX 243** (May 21, 2024, capture of amare.com "Our Story" webpage discussed below).

PX 01

2

## II.   Shawn Talbott

7.   According to records produced by Shawn Talbott, public websites, business, and other records I reviewed, Talbott was "Chief Science Officer & Founding Executive" for Amare Global from January 2017 until October 2024. As Chief Science Officer, Amare described Talbott's role as "responsible for all aspects of the development of new product formulations and specifications, as well as clinical and experimental research, product claims substantiation, and technical support."[4] According to his LinkedIn profile, Talbott has described his role as, "part of the Executive Leadership team and Board of Directors, I work with our global network of Brand Partners to help people understand the science behind our products and programs."[5]

## III.   Patrick Hintze

8.   Patrick Hintze identifies himself in written responses to FTC information requests as a "Founding Brand Partner" of Amare Global beginning in January 2017.[6] As the founding Brand Partner, Hintze stated he assisted Amare in the development of the company's network marketing program, and his focus was to find customers and build a team of distributors for Amare's products.[7]

## IV.   Hiep Tran

9.   According to public websites, corporate, business, and other records I reviewed, Hiep Tran is credited with founding Amare. He served as the "CEO and Founder" of Amare Global from June 2016 until September 2021 and as "Founder and Chairman" from September

---

[4] *See* **PX 199** (captures of speaker bios from July 26, 2024, Amare Virtual Convention discussed below).
[5] *See* **PX 174** (October 1, 2024, LinkedIn profile capture discussed below).
[6] *See* **PX134** (January 15, 2025, Letter from Hintze to FTC).
[7] *See* **PX 134 (**January 15, 2025, Letter from Hintze to FTC).

2021 to December 2023.[8] ████████████████████████████████████

████████████████████████████████[9]

## CORPORATE RECORDS

10.    On January 6, 2026, I accessed the California Secretary of State website and utilized the "Business Search" function at https://bizfileonline.sos.ca.gov/search/business. I conducted searches for California entities or foreign entities that had registered in California that were associated with "M3 Ventures West." On May 18, 2016, Articles of Incorporation for M3 Ventures West, Inc. were filed with the California Secretary of State listing Hiep Tran as the initial agent for service of process and the incorporator. On April 5, 2019, a Statement of Information was filed with the California Secretary of State listing of Hiep Tran as Chief Executive Officer ("CEO"), Secretary, and Chief Financial Officer ("CFO") for the entity. On July 26, 2022, a Merger was filed with the California Secretary of State between M3 Ventures West, Inc. and Amare Global Holdings, Inc. Jared Turner is listed as CEO for Amare Global Holdings, Inc. and Hiep Tran is identified as the President of M3 Ventures West, Inc. The documents I downloaded from the California Secretary of State website are marked as **PX 177.**

11.    On January 7, 2026, I accessed the Utah Division of Corporations and Commercial Code website and utilized the "Business Entity Search" function at https://businessregistration.utah.gov/EntitySearch/OnlineEntitySearch. I conducted searches for Utah entities or foreign entities that had registered in Utah that were associated with "Amare Global."

---

[8] *See* **PX 170** (October 1, 2024, LinkedIn web captures discussed below).
[9] *See* **PX 150** (████████████████████████), **PX 248** (January 15, 2025, Letter from Talbott to FTC discussed below).

12.     Articles of Incorporation for Amare Global Holdings, Inc. were filed with the State of Utah's Department of Commerce, Divisions of Corporations and Commercial Code, on March 18, 2022. Articles of Amendment were filed on March 29, 2022, with Jared Turner identified as the CEO and Julie Hunter listed as the Secretary. On February 23, 2024, the annual report was filed which listed Hiep Tran, Grace Becker, Joan Malloy, Jin Liu as Director and Jared Turner as President, and removing Kent Wood as an Officer. On March 31, 2025, an annual report was filed with supplemental documentation. According to that report, Joan Malloy resigned from the Amare Board of Directors effective February 26, 2025, Jared Turner resigned as CEO and Director effective May 30, 2024, and Hiep Tran resigned from the Amare Board of Directors effective June 16, 2024. Currently, Grace Becker and Jin Lui are identified as Directors, and David Chung is listed as an Officer of Amare Global Holdings, Inc. The documents I downloaded from the Utah's Department of Commerce, Divisions of Corporations and Commercial Code website are marked as **PX 176.**

13.     On January 7, 2026, I accessed the Florida Division of Corporations website at https://search.sunbiz.org/Inquiry/CorporationSearch/ByName and utilized the "Entity Name" search function to locate records for "Bioamity Global LLC." Articles of Organization were filed with the Florida Secretary of State on June 26, 2023, identifying David Chung as the Manager and Registered Agent for the entity. The documents I downloaded from the Florida Division of Corporations website are marked as **PX 178.**

## DOCUMENT PRODUCTIONS

14.     In my role as an investigator, I have received, stored, and served as a custodian of records for materials FTC obtained from the Defendants Amare, Talbott, Hintze, and third parties responsive to demand letters, subpoenas, and Civil Investigative Demands ("CID")

pursuant to the Federal Rules of Civil Procedure. FTC litigation support loaded the documents obtained from Amare, Talbott, and Hintze and third parties into the FTC's secure internet-based document review software, Relativity, where I and other members of the case team had the ability to search and access these records.

### I.    Shawn Talbott

15.    In response to demand letters dated December 16, 2024, February 7, 2025, and April 28, 2025, and supplemental email requests, Defendant Shawn Talbott made several productions of documents which I received, stored, and secured as a records custodian. Of note, the vast majority of Talbott's productions include documents bearing a common bates prefix identifier: **ST**[unique 5-digit number].

16.    In a January 15, 2025 letter, Defendant Shawn Talbott provided written responses to FTC's information requests, ███████████████████████████████████████████ ███████████████████████████████████████████ ████████████████████████████████. The January 15, 2025 letter is marked as **PX 248.**

17.    On January 21, 2025, Talbott produced an Excel spreadsheet titled, "ST00429-CONFIDENTIAL- Biome Study for Stats." ████████████████████████████ ██████████████████████████████████████ The Excel spreadsheet is marked as **PX 85 (ST00429)**.

18.    On March 10, 2025, Defendant Shawn Talbott wrote a letter to FTC responding to FTC inquiries and deficiency concerns detailed in a letter sent to Talbott on February 7, 2025. The FTC's February 7, 2025 letter is marked as **PX 250**. The March 10, 2025 letter is marked as **PX 86.**

19.     In a letter to the FTC dated May 28, 2025, responding to an April 28, 2025 letter from FTC, Talbott confirmed that ST00429 "contains the data underlying the published study, Talbott, S., et al., *Effect of coordinated probiotics/prebiotic/phytobiotic supplementation on microbiome balance and psychological mood state in healthy stressed adults*. Functional Foods in Health and Disease 2019; 9(4): 265-275." The FTC's April 28, 2025 letter is marked as **PX 249.** The May 28, 2025 letter is marked as **PX 247.**

## II.     Patrick Hintze

20.     In response to a demand letter dated December 16, 2024, Defendant Patrick Hintze made several productions of documents which I received, stored, and secured as a records custodian. Of note, the vast majority of Defendant Patrick Hintze's productions include documents bearing a common bates prefix identifier: **HINTZE**[unique 6-digit number].

21.     Specifically, in Patrick Hintze's first production of documents on January 15, 2025, Hintze provided written responses to FTC's information requests. Hintze's responses to the FTC's information request dated January 15, 2025, are marked as **PX 134.**

22.     Email correspondence with Amare executives and corporate employees was among the documents produced by Patrick Hintze. For example, in an email dated September 5, 2017, from Shawn Talbott to Amare corporate representatives, Hiep Tran, Richard Higbee, Mike Brown and Pat Hintze (                          ), Talbott writes:

> Thanks for the voicemail over the weekend about the Cortislim question from the Hein's [sic]/ – I am speaking with them tomorrow morning. Here is the blurb that we used at LifeVantage – we gave this to customer service in case any distributors/customers asked about anything they found on the Internet – I'm told that it was never asked about:
>
> 'Shawn created the product CortiSlim for an infomercial company. The FTC investigated that company for claims made regarding the product. Shawn had no control over the claims made by the company and during the FTC investigation, it became clear that the problematic claims did not come from Shawn. As a result, he

was let out of the case quickly. In turn, Shawn helped the FTC in their case against the owners of the company. In addition, Shawn handed back the portion of his royalties that were associated with sales generated by the problematic ads. Since this incident, Shawn has won several scientific awards, published several books and peer-reviewed papers, been elected as a Fellow of a number of scientific organizations, been on numerous media outlets, including the Dr. Oz Show twice, produced an award winning obesity documentary, and been invited to the White House to participate in Michelle Obama's initiative to fight childhood obesity. We are excited to have Shawn leading the research and development efforts at LifeVantage.'

Please let me know if you guys think this could work – or if you have any questions?

The email is marked as **PX 117 (HINTZE000038).**

23.     In an email dated March 26, 2020, Amare corporate representative, Richard Higbee, sent an email to Pat Hintze and others with the subject, "Tuesday & Thursday Product Zoom Calls." In Higbee's email, he writes, "[w]e're getting a lot of requests for Dr. Shawn to be on both product zoom calls that we are doing each week on Tuesday and Thursday.  I have spoken to Shawn, and he has agreed to be on both calls. . . . On a separate note, Dr. Shawn is getting a lot of requests to do private zoom calls with leaders and their teams every day to talk about the products." The email is marked as **PX 118 (HINTZE002457).**

24.     Other records produced by Hintze included text messages with Amare executives, corporate representatives, and Amare Brand Partners. For example, in a text message dated February 27, 2018, Hiep Tran sends Pat Hintze the following messages: "How do you think we should handle the [S]haklee mud slinging?" and "They released Shawn's FTC article to their field[.]" Hinze replies to Tran ten minutes later:

> Yeah, we were all messaging this morning about it. I really believe it is important to take the high road here and I think this strategy will backfire on them BIG time! It may make their leadership feel good but they are not going anywhere anyway!! Where it hurts them is when it gets down into the lower levels of their field who don't even know we exist! THEY INFORM THEM THAT WE DO!! Then when they look and see that the NEW TOP leaders have left, its [sic] natural to ask "well,

> how did they get past these issues and leave? Maybe I should take a look for myself too". It really is the worst strategy because it makes those lower level people look at something other than what they are supposed to be doing!!! Crazy. In the long run, good for us. PS: Fire's [sic] me up a bit though honestly!! ☺ Let's go build something MASSIVE! That should be the way we "answer" this stuff!!

Tran responds, "I agree with you 1000%.. it's only upside for us with the attention their giving to us." The document is marked as **PX 137 (HINTZE000910).**

25. In a text message dated January 30, 2023, from Pat Hintze to Julie Hunter, Hintze writes, "Can you help me with a Dr Shawn video? I have heard from downline that Andrew is saying we need to take it down. Hmmmmm. None of us have heard anything about it. These things need streamlining." Hunter responds:

> Yes, it is the ABC video. We had several complaints it is being reported to the FTC. Issue: Dr. Shawn talks about replacing medication for supplements (saffron). Tik Tok videos highlight to market Amare products which is against US advertising laws for supplements. How can I help with streamlining?

Hintze replies,

> Ok….So we need some formality to an announcement like this so that Andrew does not tell an influencer that "their leader" should have known. Which we don't really. Please let us help you so that we are [i]n position to help our teams understand. Thanks a bunch!!!

The document is marked as **PX 136 (HINTZE000780).**

26. Other documents produced by Hintze are identified as:

| Exhibit Number | Identifier | Exhibit Number | Identifier |
|---|---|---|---|
| **PX 138** | **HINTZE002673** | **PX 135** | **HINTZE000610** |

## III.    Jared Turner

27. In response to a subpoena dated February 5, 2025, former Amare CEO Jared Turner made a production of documents which I received, stored, and secured as a records custodian. Among the documents produced were text messages between Turner and other Amare

executives, corporate representatives, and Brand Partners. For instance, in a text message between Pat Hintze[10] and Jared Turner on October 28, 2021, at 11:24 AM Turner sends Hintze a PDF titled, "List of October 2021 Recipients of the FTC's Notices of Penalty Offenses Concerning Money-Making Opportunities and Concerning Deceptive or Unfair Conduct account Endorsements and Testimonials," which featured Amare Global among the list of names. The text is marked as **PX 115.**

28. In response to receiving the above message, Pat Hintze responds to Jared Turner, "[v]irtually every single company in the industry!! [emoji omitted] And social media affiliate model too!" Jared Turner replies, "Yup[.] It's to preserve their right to prosecute later…We have no general counsel, IDS, or compliance program! [emoji omitted] Hiring a compliance program manager under Kent." The text is marked as **PX 116.**

29. In another text message between Julie Hunter and Jared Turner, on August 4, 2022, Turner writes, "The good doc needs to be more careful on claims [emoji omitted]. Mentioned ADD twice." Julie Hunter responds, "Hahaha! I just sent a text to Austin about strategizing Shawn's language." Turner replies, "We need to start with not mentioning these things!" and Hunter agrees replying, "Yep! Need to avoid 'buzz' [w]ords." The text is marked as **PX 113.**

30. In a text message on February 23, 2024, Julie Hunter texts Jared Turner:

> From Andrea Clark [an Amare Brand Partner]: It seems like stuff has to escalate so far out of control where people get hurt and their businesses get hurt and trust is lost before anything is done and this isn't just about this situation there's been a history of this and I know I have said things like this to you in the past. JT: Based on our financials, we are under resourced.[…]

The text is marked as **PX 165.**

---

[10] The text depicts "Hintze" misspelled as "Hintz."

31.     In a subsequent text on the same day, Julie Hunter texts Jared Turner the following: "JT Based on our financials, we are under resourced. The Distributor Compliance Team is completing tasks . . . . It also doesn't help with there is SM by Doc Shawn talking about Happy Juice and GBX Fit and Ozpic [sic] and Minotaur [sic]. I love Shawn, but this complicates enforcement. . . . I feel defenseless because we are under resourced . . ." The text is marked as **PX 114.**

## IV.     Amare Global

32.     In response to a Civil Investigative Demand and a subpoena issued to Amare Global Holdings, Inc., Amare made several productions of documents which I received, stored, and secured as a records custodian. Of note, the vast majority of Defendant Amare's productions include documents bearing a common bates prefix identifier: **AMARE**[unique 6-digit number].

33.     Specifically, in Amare's first production of documents responsive to the CID and subpoena on February 3, 2025, Amare provided objections and responses to FTC's Interrogatories 1, 2, 9, and 13-16. Amare's Response to Interrogatories dated February 3, 2025, is marked as **PX 28.**

34.     In a subsequent response on March 3, 2025, Amare provided objections and responses to FTC's Interrogatories 5-8 and supplemental objections and responses to Interrogatories 1 and 13. Amare's Response to Interrogatories dated March 3, 2025, is marked as **PX 88.**

35.     Amare produced numerous business records such as email correspondence, policy documents, product information sheets, text message threads, and internal chat logs. █

Page **11** of **94**

PX 01

11



The email chain is marked as **PX 154 (AMARE046750).**

36.    In an email chain ███████████████████████████████

████████████████████████████ :



The email chain is marked as **PX 164**

**(AMARE143251).**

37. In an email chain dated

The email chain is

marked as **PX 156 (AMARE085961).**

38. In an email chain



The email chain is marked as **PX 157 (AMARE086771).**

39.    In an email chain

The email chain is marked as **PX 24 (AMARE057361).**

40.    In an email chain



The email chain is marked as **PX 99 (AMARE056824).**

41.    Other records produced by Amare included group text message threads between

Amare employees ███████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████

42.    In a group text message thread ██████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████████ ███████████████████

████████████████████████████████████████████████

---

[11] On May 19, 2025, I downloaded the YouTube video linked in the text thread using the RealDownloader tool and saved it to a secure network folder. The video was posted to a YouTube channel (@CC Suarez) on August 24, 2023. Using the Google Chrome Full Page capture extension, I took a capture of the YouTube page on May 19, 2025.

**(AMARE041161).** A true and accurate capture of the YouTube video website is marked as **PX 145.** The YouTube video referenced in the text thread is marked as **PX 146.** Notably, the video depicted an Amare Brand Partner, "Tiffany," claiming Happy Juice raised serotonin and dopamine and that "clinical studies on Happy Juice" showed a "55% decrease in anxiety score[s]" and a "50% decrease in depression score[s]." *See* PX 146 (7:07-10:03).

43.    In a text message thread



The document is marked as **PX 152 (AMARE041127).**



44. ███████████████████████████████████

██████████████████████████ In an internal chat ███████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████ The

document is marked **PX 96 (AMARE041088).** Austin Daley then shared ██████████████

with an internal "Compliance" team chat on December 12, 2022. His message is marked as **PX 100 (AMARE217154)**.

45. In an internal chat log ███████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

███████████ The internal chat log is marked as **PX 72 (AMARE050730).**

46. ██████████████████████████████

██████████████ In an internal chat █████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████ The internal chat log is marked as

**PX 71 (AMARE050662).**

47. In an internal chat log with the date "May 7," an Amare Customer Experience Agent responds to an inquiry. The inquiry states:

> I tried askdrshawn [sic] and asking my upline, checking the technical data sheets, and checking the [A]mare site but my upline (and others I've seen) always use

infographics on social media with specific stats for our products citing that they've come from over 100 clinical studies on our products, but I can't actually find any of those studies. I have found the studies that show why we use specific ingredients, but none that actually test and evaluate our finished products. It feels strange sharing data without being able to pinpoint the source and many I know are technically minded and like to review research and testing… can you please help me locate where to find those studies so I can review and share for future reference if asked? Thank you!

The Amare Customer Experience Agent responds:

Regarding your question about clinical studies, all of the marketing materials and our studies are available on the Builders App along with the Technical Data Sheets. We have a clinical study for the Fundamental Pack and I believe that clinical study is available on the app as well. Let me know if it's not there and I will find it for you and send you the link. We also use branded ingredients in many of our products that are also backed by studies and a simple Google search can find those on the branded ingredient if you're interested in learning more.

After the inquirer responds that she has "gone through the builder app data sheets in detail" and

still "couldn't find it." She goes on to state:

In particular, I'm trying to find the studies on [H]appy [J]uice itself. My 2 star diamond has a board with materials she's shared with us to use and it says verbatim, "Over 100 clinical study Results". . . . Except I haven't found ANY of the 100 clinical study results that I can reference or review. . . . . I still cannot find any of the other studies on our actual products, especially [H]appy [J]uice, just the data sheets referencing specific ingredients but not the finished products.

The Amare Customer Experience Agent replies:

The only clinical study that is available is on the Fundamental Pack there has been no clinical study on Happy Juice, so not sure where that information is from you'll need to ask your upline where she got that information. The other studies are on the branded ingredients, not the entire product which is why we use branded ingredients due to the substantiated studies.

The internal chat log with the Amare Customer Experience Agent is marked as **PX 70**

**(AMARE033331).**

48.   In an internal chat log

The internal chat log is marked as **PX 26 (AMARE099339).**

49.   Other documents produced by Amare are identified as follows:

| Exhibit Number | Identifier | Exhibit Number | Identifier |
|---|---|---|---|
| PX 91 | AMARE001154 | PX 69 | AMARE000028 |
| PX 89 | AMARE001140 | PX 25 | AMARE096118 |
| PX 73 | AMARE084468 | PX 92 | AMARE001169 |
| PX 90 | AMARE001153 | PX 151 | AMARE004173 |
| PX 93 | AMARE002322 | PX 94 | AMARE003067 |

| PX 95 | AMARE003593 | PX 98 | AMARE050619 |
|---|---|---|---|
| PX 155 | AMARE050765 | PX 163 | AMARE099337 |
| PX 150 | AMARE001163 | PX 162 | AMARE096099 |
| PX 158 | AMARE096039 | PX 159 | AMARE096041 |
| PX 160 | AMARE096065 | PX 161 | AMARE096069 |
| PX 251 | AMARE000019 | | |

**WEB CAPTURES**

50.     In this section I include various web captures from different sources, including the Amare website, Shawn Talbott's personal website, and various social media platforms. I have organized the information by source and the date I took the capture. For social media websites, I have organized the materials by individual social media users listed in alphabetical order. For each social media user, I listed the information chronically by the date I took the capture.

**I.    Amare Global**

51.     During the course of the investigation, I took captures and downloaded materials available on the Amare website (amare.com) on various dates. Below I describe captures I took on three different occasions, May 21, 2024, July 10, 2024, and February 25, 2025.

A.  May 21, 2024 Captures

52.     On May 21, 2024, using the Google Chrome Full Page Capture extension, I took captures of certain subpages from the Amare website (amare.com). Specifically, I clicked on the "Shop" link at the top of the landing page. I noted under the "Shop" drop-down menu you could select products based on certain categories. There were categories listed such as "New Products," "Gut Health," "Mental Fitness," "Essential Nutrition," "Confidence & Weight," "Sexual Wellness," "Personal Care," "Kids & Teens," and "Kyani."  I clicked on the "Mental Fitness"

link and noted that "Amare Happy Juice Pack" was listed on the second row of products with a description listed as, "[c]ombine EDGE, MentaBiotics, and Energy+ in one drink to elevate your mood, crush your to-do list, and enjoy every minute of the day!" Additional products featured on the "Shop- Mental Fitness" subpage included, "MentaBiotics Raspberry Hibiscus 2-Pack," "Amare EDGE+ Mango 2-Pack," and "Amare FundaMentals Pack." The description listed for the Amare FundaMentals pack stated, "[c]omprehensive nutrition for all three brains-the gut, brain, and heart. Includes: (1) MentaBiotics, (1) MentaFocus, and (1) MentaSync."  A true and correct capture of the "Shop- Mental Fitness" subpage as it appeared to me on the date of the capture is marked as **PX 16.**

53.     From the "Shop-Mental Fitness" subpage, I clicked on "Amare Happy Juice Pack Mango." The Amare Happy Juice Pack Mango is described as a "two-part system" that "combines our best-selling MentaBiotics stick packs with our supercharged nootropic: Amare EDGE+ Mango, featuring Lion's Mane, Citicoline, and natural caffeine." Under the section, "Why You'll Love It" is the text, "Increases natural serotonin, dopamine, and GABA production. Supports enhanced neuron regeneration. Supports mental flow, productivity, and your capacity to tackle the day." Under the "How It Works" section is the text, "MentaBiotics optimizes the gut for the production of 'feel good' neurotransmitters." A true and correct capture of the Amare Happy Juice Pack Mango subpage as it appeared to me on the date of the capture is marked as **PX 17.**

54.     The Amare Happy Juice Pack Mango subpage also had an embedded video featuring Shawn Talbott and an informational video about Amare Happy Juice Mango. Using the RealDownloader tool, I downloaded the Amare Happy Juice Mango informational video found on the subpage and saved it to a secure network folder. The Amare Happy Juice Mango

informational video I downloaded from the Amare Happy Juice Mango subpage is marked as **PX 19.**

55.    I also clicked on "MentaBiotics (sugar free)" from the "Shop-Mental Fitness" subpage. MentaBiotics is described as "[t]he most comprehensive combination of unique strains of probiotics, prebiotics, and phytobiotics that have been scientifically shown to improve mental wellness*."  A true and correct capture of the Amare MentaBiotics subpage as it appeared to me on the date of the capture is marked as **PX 18.**

56.    The MentaBiotics subpage also had an embedded video featuring Shawn Talbott. Using the RealDownloader tool, I downloaded the video found on the subpage and saved it to a secure network folder. The video I downloaded from the MentaBiotics subpage is marked as **PX 22.**

57.    Next, I selected the "Kids & Teens" category from the "Shop" subpage. Products listed included the "Amare Kids Pack" described as, "[c]omprehensive mind and body nutrition for growing kids and teens* Includes: (1) Kids Mood+ (1) Kids FundaMentals, and (1) Kids VitaGBX." Other products displayed were Kids Calm, Kids FundaMentals, and Kids Mood+. A true and correct capture of the "Shop- Kids & Teens" subpage as it appeared to me on the date of the capture is marked as **PX 13.**

58.    I clicked on "Amare Kids Pack" from the "Shop- Kids & Teens" subpage. The "Features & Benefits" section of the Amare Kids Page subpage lists the following: " Reduces stress hormones and inflammation*," "Provides comprehensive mood support and stress resilience*," "Improves psychological vigor (physical energy, mental acuity and emotional wellbeing)*," "Normalizes neurotransmitter activity including serotonin and dopamine*," and

PX 01

22

"Supports memory improvement and efficiency*." A true and correct capture of the "Amare Kids Pack" subpage as it appeared to me on the date of the capture is marked as **PX 15.**

59.     The Amare Kids Pack subpage also had an embedded video featuring Shawn Talbott. Using the RealDownloader tool, I downloaded the video found on the subpage and saved it to a secure network folder. The video I downloaded from the Amare Kids Pack subpage is marked as **PX 21.**

60.     I clicked on "Kids Mood+" from the "Shop- Kids & Teens" subpage. The description for the product states, "[m]ultiple scientific studies have shown the key ingredients in Kids Mood+ provide significant benefits for mood support, including stress resilience, cognitive performance, calmness, focus, and positivity*." A true and correct capture of the "Kids Mood+" subpage as it appeared to me on the date of the capture is marked as **PX 14.**

61.     The Kids Mood+ subpage also had an embedded video featuring Shawn Talbott. Using the RealDownloader tool, I downloaded the video found on the subpage and saved it to a secure network folder. The video I downloaded from the Kids Mood+ subpage is marked as **PX 20.**

62.     I clicked on the "Share" link at the top of the amare.com landing page. The page contained text, "Join as an Amare Partner" and "What does it mean to be an Amare Partner?" A true and correct capture of the "Share" subpage as it appeared to me on the date of the capture is marked as **PX 12.**

63.     On the bottom of the "Share" subpage under the heading, "Why Amare? Generous Compensation Plan" was a link for "Amare Compensation Plan." I clicked on the link and downloaded the Amare Compensation Plan dated 2023 and saved it to a secure network case folder. The Amare Compensation Plan is marked as **PX 4.**

64.     I navigated to the "Science" subpage located in the footer at the bottom of the amare.com website. The subpage contained sections titled, "Quality" "Scientific Advisory Board," and "Wellness Advisory Board." Each of the members listed on the "Mental Wellness Advisory Board" had links to subpages with their biographies. The page also had an embedded video featuring Shawn Talbott. Using the RealDownloader tool, I downloaded the video found on the subpage and saved it to a secure network folder. A true and correct copy of the video as it appeared to me on the date of the download is marked as **PX 23.** The transcript of the video is marked as **PX 228.** A true and correct capture of the "Science" subpages as they appeared to me on the date of the capture is marked as **PX 11.**

65.     Under the "Our Story" heading located in the footer at the bottom of the amare.com website was a link for "Our Team." Members of the Executive Team included Owner & Chairman, David C. Chung; Founder, Hiep Tran; Chief Executive Officer, Jared Turner; Chief Science Officer, Shawn Talbott; and Chief Compliance Officer, Julie Hunter. I clicked on "Hiep Tran" and was directed to a subpage. The subpage credited Hiep Tran as the "founder and visionary of Amare." A true and correct capture of the "Our Story" page is marked as **PX 243**, and a true and correct capture of the "Our Team- Hiep Tran" subpage as it appeared to me on the date of the capture is marked as **PX 10.**

66.     I navigated to the "Resources" subpage under the "Info Center" located in the footer at the bottom of the Amare website. There were sections listed such as "Product Info Pages," which had several products listed. Other sections included, "Frequently Asked Questions," "Recipes," "Amare Global Brand Partner Logos," "Brand Partner Forms," and "Training Information." The "Training Information" section contained the topics, "Guides/ToolKit," "Other Information," "Compensation," "Compliance," "Program," and

PX 01

24

"Informational Booklets." A true and correct capture of the "Resources" subpage as it appeared to me on the date of the capture is marked as **PX 8.**

67.     Under the "Informational Booklets" section of the "Resources" subpage, I downloaded the "Product Catalog" dated 2023 and saved it to a secure network case folder. The Amare Product Catalog dated 2023 is marked as **PX 5.**

68.     Under the "Product Info Pages" section of the "Resources" subpage, there were several products listed. I clicked on "Amare Happy Juice Pack" and downloaded the Amare Happy Juice Pack information sheet and saved it to a secure network case folder. The Happy Juice Pack information sheet is marked as **PX 34.**

69.     Under the "Product Info Pages" section of the "Resources" subpage, there were several products listed. I clicked on "MentaBiotics" and downloaded the Amare MentaBiotics product information sheet and saved it to a secure network case folder. The MentaBiotics information sheet is marked as **PX 53.**

70.     Under the "Product Info Pages" section of the "Resources" subpage, there were several products listed. I clicked on "Amare EDGE" and downloaded the Amare EDGE product information sheet and saved it to a secure network case folder. The Amare EDGE information sheet is marked as **PX 27.**

71.     Under the "Product Info Pages" section of the "Resources" subpage, there were several products listed. I clicked on "Energy+ Pomegranate Lime" and downloaded the Amare Energy+ Pomegranate Lime product information sheet and saved it to a secure network case folder. The Energy+ Pomegranate Lime information sheet is marked as **PX 29.**

72.     Under the "Product Info Pages" section of the "Resources" subpage, there were several products listed. I clicked on "Kids Mood+" and downloaded the Amare Kids Mood+

product information sheet and saved it to a secure network case folder. The Kids Mood+ information sheet is marked as **PX 52.**

73.    Under the "Product Info Pages" section of the "Resources" subpage, there were several products listed. I clicked on "Amare Kids Pack" and downloaded the Amare Kids Pack product information sheet and saved it to a secure network case folder. The Amare Kids Pack information sheet is marked as **PX 50.**

74.    Under the "Product Info Pages" section of the "Resources" subpage, there were several products listed. I clicked on "Amare FundaMentals Pack" and downloaded the Amare FundaMentals Pack product information sheet and saved it to a secure network case folder. The Amare FundaMentals Pack information sheet is marked as **PX 180.**

75.    Under the "Training Information" section of the "Resources" subpage, I clicked on "Amare Policy Manual" and downloaded the Amare Policy Manual dated 2023 and saved it to a secure network case folder. The Amare Policy Manual 2023 is marked as **PX 149.**

B.    July 10, 2024 Captures

76.    On July 10, 2024, using the Microsoft Snipping Tool, I took captures of certain subpages of the Amare website (amare.com). Specifically, I captured the "Mental Wellness Advisory Board" found on the "Our Science" subpage. A true and correct capture of the webpage as it appeared to me on the date of the capture is marked as **PX 68.**

C.    February 25, 2025 Captures

77.    On February 25, 2025, using the Google Chrome Full Page capture extension and Microsoft Snipping Tool, I took captures of certain subpages of the Amare website (amare.com). Specifically, I clicked on the "Shop" link at the top of the landing page. I noted under the "Shop" drop-down menu you could select products based on certain categories. There were categories

listed such as "Brain Health," "Gut Support," "Targeted Wellness," "Essential Nutrition," "Kids & Teens," and "Hair Wellness." I clicked on the "Brain Health" link and noted that "Amare Happy Juice Pack" was listed on the second row of products with "New!" and "Best Seller" icons on the product listing. The last product listed was "Amare Kids Happy Juice," with a "New!" icon on the product listing. A true and correct capture of the "Shop- Brain Health" subpage as it appeared to me on the date of the capture is marked as **PX 6.**

78.    Under the "Shop" drop-down menu I clicked on the "Kids and Teens" link and noted that "Amare Kids Happy Juice Pack" was listed first with a "New!" icon, and "Kids Mood+" was listed on the top row of products with a "Best Seller" icon on the product listing. A true and correct capture of the "Shop-Kids and Teens" subpage as it appeared to me on the date of the capture is marked as **PX 7.**

79.    I navigated to the "Resources" subpage under the "Info Center" located in the footer at the bottom of the page. Under the "Product Info Pages" section of the "Resources" subpage, there were several products listed. I clicked on "Amare Kids Happy Juice Pack" and downloaded the Amare Kids Happy Juice Pack information sheet and saved it to a secure network case folder. The Kids Happy Juice Pack information sheet is marked as **PX 51.**

## II.    Facebook
### A.  Amare Global

80.    On June 5, 2024, using the Google Chrome Full Page Capture extension, I took several captures from the public profile associated with Amare Global on the social networking site, Facebook. For example, I captured a post on October 1, 2023, with the caption:

> Chills on chills! The Amare mission is one fueled by so much heart, and as we reflect on our journey and envision the future you are helping us build, we can't help but feel every emotion. YOU are the reason we're able to transform the lives of so many people. Thanks for standing with us every step of the way! Which parts gave you chills?

The post featured a video which I downloaded and saved to a secure network folder. A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 3.** The video I downloaded is marked as **PX 32.** The transcript of the video is marked as **PX 230.**

81. On August 28, 2024, using the Google Chrome Full Page Capture extension, I took several captures from the public profile associated with Amare Global on the social networking site, Facebook. I captured an event posted on the Amare Global Facebook profile entitled, "Welcome Home to Amare! (June)" on June 16, 2018. The list of speakers included Rich Higbee, President of Sales/Founding Executive; Mike Brown, Chief Marketing Officer/Founding Executive; Pat Hintze, Founding Wellness Partner; and Tamara Tifft, Scientific Advisory Board Member. A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 133.**

82. I also captured another event posted on the Amare Global Facebook profile, entitled, "Amare Global Winter Vision Tour, Pewaukee 2020" on January 16, 2020, with guest speakers, Dr. Shawn Talbott, Chief Science Officer and Founding Executive, and Pat Hintze, Founding Wellness Partner. A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 166.**

83. On October 30, 2024, using the Microsoft Snipping tool, I took several captures from the public profile associated with Amare Global on the social networking site, Facebook. For example, I captured a Facebook post from April 25, 2018. The text of the caption stated, "[l]earn about the incredible, clinically proven benefits of the world's first award-winning gut-brin axis nutrition system- the Amare FundaMentals Pack!" A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 74.**

PX 01

28

84.      On November 5, 2024, using the Microsoft Snipping tool, I took several captures from the public profile associated with Amare Global on the social networking site, Facebook. For example, I captured a Facebook post from September 1, 2017, which stated, "Today is the Day! Amare has officially launched and we've got a completely new website to share with you all! Visit our website https://amare.com and be the first EVER to purchase our wonderful products! #HappyLaunchDay #September1 #AmareLaunch #AmareProducts." A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 30.**

85.      I also captured a Facebook reel from December 11, 2023, which depicted a video of mixing Happy Juice with the text overlay, "Benefits of Daily Use[,] lowers cortisol[,] raises serotonin[,] promotes gut health[,] boosts energy[.] A true and correct capture of a screenshot from Facebook post as it appeared to me on the date of the capture is marked as **PX 192.**

86.      Also on November 5, 2024, using the Google Chrome Full Page Capture extension, I captured an event posted on the Amare Global Facebook profile, "Amare Live Call" on April 17, 2024, with guest speaker, Presidential Diamond, Jill Sager. A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 167.**

87.      On November 12, 2024, using the Microsoft Snipping tool, I took several captures from the public profile associated with Amare Global on the social networking site, Facebook. For example, I captured a Facebook post from September 1, 2021, the caption states:

> The beginning of a new month is a cause for a big, big, day of celebration! 🎉 Following the revenue growth over this past year, our company has never been more excited to continue our vision of being the largest mental wellness company in the world. In order to do that, our current Founder & CEO Hiep Tran sought out to add additional strength to our executive team. Big visions require big changes and here at Amare, we're always eager to reach the highest level. Today, we are

> beyond pleased to announce that Hiep Tran is stepping up to his new role as Founder & Chairman of Amare Global! In addition to that, we welcome Jared Turner as our new Chief Executive Officer! Wow, talk about mood & motivation, right?! With nearly two decades of domestic and international leadership experience in natural products and the direct-selling channel, it's an absolute honor to welcome Jared Turner to our team. While Hiep Tran continues to define Amare's vision for the future, he will now work closely with Jared on building strategies for the exponential growth we're striving to achieve. Read the full press release here: https://bit.ly/3gSMBbv

A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 168**.

### B. Amare Brand Partner: Jennifer Hedrick

88.     On June 20, 2024, using the Microsoft Snipping tool, I took several captures from the Facebook Group, "Kids Mood: The Miracle Powder" associated with Amare Brand Partner, Jennifer Hedrick, on the social networking site, Facebook. For example, I captured a post from February 28, 2024, which depicts a photo of a drink next to a packet of Amare Kids Mood. The caption states (emojis omitted):

> Welcome everyone to the group [.] I know as being parents and moms. We are extremely busy and don't have the time to sit down and watch a video so I decided to make this post instead so I can share with you this [sic] supplements I use, and that my daughter use. My daughter has been using the kid's product, it's an instant impact product which means that within an hour you feel the difference & us parents see the difference! It comes in individual " pixie sticks " and it can be taken directly on the tongue or mixed into any drink of your choice ! Now let's talk about the product !! This product [K]ids [M]ood [h]elps with over 10 different things!! This isn't something that doesn't have any proof or evidence of it working, it has actual *clinical studies that back it. It is also patented so you will not find it anywhere else. After taking this you and your child will notice that you were just, so much happier, less anxious, calmer, able to focus, not as irritable, less outburst, not as emotional, it can also help hyperactivity, helps the immune system & more!!! All of that in 1 product !!!! When I saw how impactful this product was I knew I had to share it with the world because it's truly changed my daughters life in so many ways. Not only is she enjoying life as a child finally but her grades are improving also. Thank you for joining the group. Please make sure that you follow me or add me as a friend so our communication is easier!

A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 239.**[12]

89.    I captured a post by Jennifer Hedrick on February 15, 2023, which featured a video of Shawn Talbott discussing Kids Mood+. A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 31.** A transcript of the video is marked **PX 229.**

90.    I captured another post by Jennifer Hedrick on March 9, 2023, which features a video with the caption, "[w]e are back in stock & testimonials are flying in!" A true and correct capture of the video posted on Facebook as it appeared to me on the date of the capture is marked as **PX 238.**[13]

91.    On September 5, 2024, using the Microsoft Snipping tool, I took several captures from the Facebook Group, "Kids Mood: The Miracle Powder" associated with Amare Brand Partner, Jennifer Hedrick, on the social networking site, Facebook. For example, I captured a post by Jennifer Hedrick from August 9, 2024, which depicts a photo of a text message saying:

> Hi! My 6 year old has been taking the mood + daily for [anxiousness]. Pretty extreme [anxiousness] especially in new situations - throwing up, serious acting out / behavioral issues…and I've seen a marked improvement! He still has [anxiousness] but it is much more manageable - he can tolerate it enough that we can talk about it / name it and he doesn't throw up or act out in such severe ways!

(brackets in original). The caption of the post by Jennifer Hedrick states:

> This momma wanted to stay anonymous but look at this incredible testimony that she text[ed] me 🙏 😳 Her 6yrs old anxiousness is under control and he had it pretty bad 😔 😞. So glad this is helping him Ps: if I typed a word over anything in Anyones [sic] texts to me it's just to cover up the medical term since this a natural supplement we can't legally say any medical terms 😜.

---

[12] PX 239 is referred to as Attachment 8 in the Declaration of Jennifer Hedrick (PX 264).
[13] PX 238 is referred to as Attachment 10 in the Declaration of Jennifer Hedrick (PX 264).

**PX 01**

**31**

A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 240.**[14]

### C.  Amare Brand Partner: Bethany Jury

92.     On September 4, 2024, using the Microsoft Snipping tool and/ Google Chrome Full Page Capture extension, I took captures from the public profile associated with Amare Brand Partner, Bethany Jury, on the social networking site, Facebook. I captured a Facebook reel posted on September 1, 2024, with a caption that states in part, "Mental wellness is going to be a billion dollar industry & saying yes allows you to be apart of it – impacting lives while making an income! I started two years ago bc [sic] I wanted to make an extra thousand- now we make 5 figures..MONTHLY." I also noted in the "Bio" section of Bethany Jury's profile, it contained a link (linktr.ee/sobermom).[15] I clicked on the link and was re-directed to a subpage with multiple links such as "Cortisol mocktail-coupon," "weight loss through your gut health!," "Make an income & impact with other moms like you!," and "Kids Mood." I clicked on the "Cortisol mocktail-coupon" at the top of the page and was re-directed to another subpage with the text, "THE GUT-BRAIN AXIS & HOLISTIC MENTAL HEALTH SUPPORT WITH YOUR SOBER GUIDE." The page also listed a phone number next to "TEXT ME!" True and correct captures of Bethany Jury's Facebook profile information and linked page as it appeared to me on the date of the capture is marked as **PX 194.** A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 193.**

---

[14] PX 240 is referred to as Attachment 7 in the Declaration of Jennifer Hedrick (PX 264).

[15] During my investigation, I noted that many Amare Brand Partners would use linktr.ee (or similar) links in their social media profile "bios." Nearly all the links I clicked would follow a similar flow and re-direct to an Amare branded website (*e.g.* URL: "amare.com[brand partner number]/shopping cart") listing contact information for the Amare Brand Partner and allowing a consumer to purchase Amare products.

### D. Hiep Tran

93. On June 7, 2026, using the Microsoft Snipping Tool, I took several captures from the public profile associated with Hiep Tran, on the social networking site, Facebook. For example, I captured a post dated December 4, 2018, which depicts a photograph of Shawn Talbott, Pat Hintze, Rich Higbee and others with the caption: "Always follow people. People lift you. I trust my team 1000%. I would put our team up against any team out there, including the billion dollar companies." A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 259.**

94. I captured a Facebook post on March 14, 2019, depicting a photograph with Hiep Tran, Shawn Talbott, Rich Higbee, Pat Hintze, Mike Brown, and one other individual sitting on a stage. The caption has the text:

> Are you with the right company or team? Champions visualize events on the field before they happen…HINT: Billion dollar company, amare [sic] arena, global learning centers, revolutionary mental wellness platform, and largest database of mental wellness data in the world…THE MENTAL WELLNESS LEADER. Winning becomes habitual. We will never stop until our vision becomes a reality. We are willing to risk everything for our beliefs. With greatness comes responsibility…I spend a lot of time deciding what I WANT TO SEE. What we are going to do has already been decided and is a GIVEN. I would put our team up against any other team in our industry. Join us if you like what you feel and see. The rest is history. Don't miss that hockey stick…because we placed a massive bet on our purpose driven passionate community. Love and [s]ervice is at the core of everything we do. Our time is NOW.

A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 252.**

95. I captured a Facebook post from Hiep Tran's public profile dated May 24, 2019, depicting a photograph of Tran with Shawn Talbott. The caption stated, "Proud to be partnered with 'THE' UNICORN. The products are making a difference in thousands of lives…I stand

PX 01
33

behind him and our products 1000%." A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 255.**

96.     I captured a Facebook post from Tran's public profile dated September 7, 2019, which depicted a photograph of handwritten notes and an empty building space with the caption: "Some pics I took that I knew would be fun to look back on. We have come a long way…we have been talking and planning a platform for over two years…bottom picture I had near death scratched out…..wait until you see my notes (Vision) for the next 3 years…They will all come true…" I noted the handwritten notes included notations of "ADHD/ADD," "Anxiety," "Depression." A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 257.**

97.     I captured a Facebook post from Tran's public profile dated October 15, 2019, with the text, "If you are not selling, building and recruiting, the team is not growing. We only need one Chief Science Officer. If you wait until you have a four year degree on our products, we [sic] will miss an opportunity of a lifetime. The way we are making a difference is getting our products in the hands of other people." A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 258.**

98.     I captured a Facebook post from Tran's public profile dated December 11, 2019. The post was captioned, "Natural alternatives. Kids Mood has been a huge seller for us." The post was a one minute and 27 second recording of an ABC7 interview with Shawn Talbott.[16] I also noted that Amare Brand Partner, Bec Sadek, commented on the post, "LOVE kids mood [sic]! [W]e need adult packs." A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 260.** The video I captured is marked as **PX 261.**

---

[16] The Facebook post I captured from Hiep Tran's profile appears to be a recording of the same video I downloaded from Shawn Talbott's YouTube channel discussed below. *See* PX 65, PX 227.

99.     I captured a Facebook post from Tran's public profile with the date, September 2, 2020. The post had the text, "For decades, the pharmaceutical industry made the world believe that the only solution to our problems were prescription drugs. There weren't any other alternatives….UNTIL NOW. We have natural solutions and programs to help millions of people. Who in their right mind would take a pharmaceutical if they had a natural alternative to try first? We are going to build the largest mental wellness company in the world…Can you see the opportunity? This is one you don't want to miss!" A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 256.**

100.     I captured another Facebook post from Tran's public profile dated May 1, 2021, which depicted a photograph of Hiep Tran and Amare Brand Partner, Sarah Hein. The caption had the text:

> Congratulations to our other 5 Heart Servant Leader Sarah Hein for breaking the 7 Figure club in April! Your family's story has been so inspirational. You continue to overcome life's challenges while building a massive business at Amare. You are creating legacy and impact. Thank you for your leadership and showing us all what's possible. Congrats on this important milestone. We are grateful for your partnership. (emojis omitted).

A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 253.**

101.     On the same day, May 1, 2021, Tran posted a photograph of him, his wife, his son, and Pat Hintze with the following caption:

> Congratulations Pat Hintze on our largest sales month in the history of Amare. Pat is our founding 5 Heart wellness partner. We broke every metric, stat, and record by a landslide in April. I have never met a more optimistic person then [sic] Pat. He has promised me 400-500% growth each month for the last 4 years! He finally delivered in April. He is actually one of the most nicest people I have ever met. We have disagreed from time to time the last 4 years however have logged a total time of 4 mins fighting over 4 years…All kidding aside, I want to share the two most important things he has promised me in our relationship…1. As Amare becomes successful, that we get a boat called Amare Dream. I want to spend many days

fishing with him in the future. I'm actually really excited to be fishing with him next week! 2. As we become more successful, we will buy a leadership retreat on a lake. We want to spend weeks there every year fishing and doing mentoring retreats with all of our leaders. Pat, I have been waiting 4 years for 1& 2. Can you deliver already??!!!? I have been known to be an extremely impatient person. (emojis omitted).

A true and correct capture of the Facebook post as it appeared to me on the date of the capture is marked as **PX 254.**

### E. Amare Brand Partner: Katie Wiekamp

102.    On August 27, 2024, using the Microsoft Snipping Tool, I took a capture from the public profile associated with Amare Brand Partner, Katie Wiekamp, on the social networking site, Facebook. I captured a Facebook reel posted prior to August 27, 2024, with the caption:

> I was burnt out. Depressed. Having panic attacks. Thought I was a network marketing one hit wonder because I stepped away from my 4 year 6 figure income with another company. Hustle culture burned me out. I said I would never do this again…Until I found the mental wellness company when my mental health needed so much help. Happy juice pulled me out of the trenches yall [sic]. I went from debilitating anxious feelings to LIVING and THRIVING! The last year with Amare I have quantum leaped my life. I've made more in one year than I did in 4 years with my 6 figure income at a different company. [P]eople NEED mental wellness support and we have that! [W]e are also about to come out with kids happy juice which is going to explode our business even more. If you've been watching me…before a new product launch is the perfect time to join! Until the 15th at midnight you can become a brand partner for free with you [sic] purchase of [H]appy [J]uice. Perks of being an Amare partner: *5 customers = $500 bonus *products backed by science & ethically sourced & 3rd party tested *Up to 38% commission, weekly pay *no team building needed if you don't want to *annual incentive trips-this year is CABO BABY *rank up bonuses paid in FULL *90 day money back guarantee *and so much more[.] I've never been more thankful to be apart of such an incredible movement with PROVEN systems and UNBELIEVABLE LEADERSHIP. Comment "biz" below if you'd like more info on the business so we can work together! Or link is in my stories. (emojis omitted).

A true and correct capture of the Facebook reel as it appeared to me on the date of the capture is marked as **PX 33.**

III.    **Instagram**

      A.  **Amare Global**

103.    On October 1, 2024, using the Microsoft Snipping Tool, I took several captures from the public profile of Amare Global (@amareglobal) on the social networking site, Instagram. For example, I captured a pinned Instagram post from May 12, 2023. The post is a video of Shawn Talbott. The caption contained the following text: " 🧠 🫂 Are you ready to learn more about the gut-brain axis? Our Chief Science Officer, @doctalbott is here to give us a deep-dive into our favorite subject! #AmareGlobal." I noted in the comments section of the post, @emilycelestefink wrote, "Sorry. What's a science officer?" @amareglobal responded to the question:

> Dr. Shawn Talbott is our Chief Science Officer. He is responsible for Amare's research, development and product formulation. Dr. Shawn leads all aspects of the development of new product formulations and specifications, as well as clinical and experimental research, product claims substantiation and technical support.

A true and correct capture of the Instagram video as it appeared to me on the date of the capture is marked as **PX 119**. The screenshots I took of the Instagram video are marked as **PX 120.**

      B.  **Amare Brand Partner: Ainsley Bondy**

104.    On October 29, 2024, using the Microsoft Snipping Tool, I took several captures from the public profile of Amare Brand Partner, Ainsley Bondy (@ainsleybondy), on the social networking site, Instagram. For example, I captured an Instagram post from January 14, 2023. The post depicts a photo of a woman holding a pink drink with the text overlay, "60% DECREASE IN IRRITABILITY SCORES 55% DECREASE IN ANXIETY SCORES 50% DECREASE IN DEPRESSION SCORES 49% REDUCTION IN OVERALL DISTRESS 70% INCREASE IN GOOD BACTERIA 211% INCREASE IN POSITIVE MOOD 105% DECREASE IN NEGATIVE MOOD." The caption contained the following text: "when you

PX 01
37

give someone the STATS on your juice that's been your lifeline for 7 months." A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 36.**

### C.  Amare Brand Partner: Amanda Cooper

105.    On October 29, 2024, using the Microsoft Snipping Tool, I took several captures from the public profile of Amare Brand Partner, Amanda Cooper (@amanda.rose.cooper), on the social networking site, Instagram. For example, I captured an Instagram post from June 13, 2022. The post was a video of a woman promoting Amare products and the caption contained the following text:

> This is the famous Happy Juice I've been raving about!! Mental wellness has been misunderstood for a long time. New science is showing that our levels of happiness, sadness, pessimism vs optimism, loneliness vs togetherness are not just all in our head. In fact? It's mostly in our gut. Our second brain. "Happy Juice" contains three important scientifically backed products that we combine into a glass of water and enjoy! Tastes SO refreshing! I literally felt the mental shift on day 3. And I never looked back 🎧 🙏 🎉 ✨ 🤍

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 37**. A screenshot from the video post is marked as **PX 38.**

106.    I captured another Instagram post from Amanda Cooper's public profile posted January 5, 2024. The caption contained the following text:

> My story 🌀 Started in Oct, 2022. Walked through months of stress + toxic relationship/work struggles. Woke up crying. Went to bed crying. Lost so much of who I was. Went through a grieving process - knowing change was coming. Afraid of what it would bring, and who I would lose. I quit feeling hungry. Ever. My body just quit sending hunger cues. Days would go by and I would forget to eat. It wasn't me. My smile was hard to find. The light in my eyes was dim. I weighed 96lbs before I realized it was beyond just "feeling sad". I felt broken. But I knew I wasn't. 💔 Mental health struggles were never part of my story. No one around me told me the signs of depression, or what anxiety looked like. But I can tell you. It looked like me. 💔 And I believe it can look like you. ALL of us have times where we know this is just not who we are, but the fog is so thick, we can't find our way out. I've spent years educating on wholistic solutions and I knew stress had wreaked

PX 01
38

havoc on my gut, and our gut is the place that controls serotonin + dopamine levels. I've spent years educating on wholistic solutions and I knew stress had wreaked havoc on my gut, and our gut is the place that controls serotonin + dopamine levels. As I was researching companies, & I found a place offering a wholistic option to help support the gut-brain connection, and scientifically proven to decrease feelings of sadness, anxiousness & more. I KNEW I NEEDED THIS. I started taking their main product because the title alone had me intrigued. All I wanted was my happy back 😵 🫶 It's been 20 months of drinking this Happy Drink and and [sic] I can tell you...MY FIRE IS BACK 🔥 But back in a whole new way 🫶 ✦ If you resonate with any of this, first, just know it's NOT your fault. What's happening in your brain starts in your gut first. Let me show you how to care for your mind in a whole new way. Once it helped me, I've never stopped helping others find this too. 🙌 🥤 Comment HEAL and I'll send you the discount link to try to the mental wellness + gut nourishing drink I use. This is YOUR comeback year. ✦ 🥤 Make 2024 personal 🥹 🙌 ✦

*also, not medical advice. Just my story 🧎 Anxiety | Depression Story | Healing | Anxiety relief | Eating Disorder | My story | Adhd #anxiety #depressionstory #anxiousmoms

 A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 39**.

### D.  Amare Brand Partner: Andrea Ellis

107.    On January 28, 2025, using the Microsoft Snipping Tool, I took several captures from the public profile of Amare Brand Partner, Andrea Ellis (@andreasueellis), on the social networking site, Instagram. For example, I captured an Instagram post from December 5, 2024. The post depicts the photo of a woman and a child holding an orange drink with the text overlay, "POV- I started adding natural supplements to my daughters [sic] water every day to help her FOCUS, MOOD, ANXIOUS feelings. 3 months after, her teacher asked me if I started her on m€ds [sic]. Better grades Better mood Better focus Less anxious feelings[.] Comment "kids" or check bio for Kids Combo." The caption contained the following text:

> So thankful to be introduced to these natural products that help with her FOCUS and MOOD by healing the GUT without any of the harmful chemicals. My daughter was dealing with… *Saying their "belly hurts" *Anxious Feelings *Not wanting to go to school *Trouble focusing *Overly emotional *Sensitive *Moody *Frustrated What we didn't know was that these are all signs of a serotonin and

dopamine deficiency in kids. About 90% of the body's serotonin, a neurotransmitter that regulates mood and anxious feelings, is produced in the gut. F0LL0W & Comment "kids" to see how we helped our daughter by getting to the root cause. The GUT! Or check out my bio for the Kids Combo with the Kids Happy Juice and Kids Mood. Moms, parents, mental health, mental health matters, school hacks, parenting tips, #realmomlife #cortisolcontrol #momlifeunfiltered #kidshealth #guthealth #kidsnaturalremedies #parentingtips #parenttips

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 121**.

108.    I captured a saved Instagram story titled, "NEW Kids HJ," created approximately in August 2024. A true and correct capture of the saved Instagram story as it appeared to me on the date of the capture is marked as **PX 122**. A screenshot of the saved Instagram story on Andrea Ellis' profile as it appeared to me on the date of the capture is marked as **PX 123**.

### E.  Amare Brand Partner: Laura Evans

109.    On June 5, 2024, using the Microsoft Snipping Tool, I took several captures from the public profile of Amare Brand Partner, Laura Evans (@lauraevanstrustyourgut), on the social networking site, Instagram. For example, I captured a screenshot from a saved Instagram story titled, Happy Juice, created approximately November 30, 2022. The post depicts a photo of a pink drink with the text overlay:

> Happy Juice Over 100 Clinical Study Results 60% DECREASE in IRRITABILITY scores 55% DECREASE in ANXIETY scores 50% DECREASE in DEPRESSION scores 105% DECREASE in NEGATIVE MOOD 49% DECREASE in Overall DISTRESS 43% LOWER CONFUSION 64% LOWER FATIGUE 70% INCREASE in GOOD BACTERIA 211% INCREASE in POSITIVE MOOD 44% INCREASE VIGOR Plus: Reduce Stress by lowering cortisol exposure and improves GABA neurotransmission* Enhances calmness by decreasing anxiety indices and improves cognitive function* Improves mood by decreasing neuro-inflammation and increasing serotonin*

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 40**.

**PX 01**

**40**

F. **Amare Brand Partner: Kim Garrett**

110.    On October 29, 2024, using the Microsoft Snipping Tool, I took several captures from the public profile of Amare Brand Partner, Kim Garrett (@citrineandsage), on the social networking site, Instagram. For example, I captured an Instagram post from October 12, 2024. The post depicts a video of children with the text overlay: "1 in 6 U.S. children aged 6-17 has a mental health disorder[.] Suicide is the 2nd leading cause of death among children aged 10-14 in the U.S. 51% of children who experience mental health challenges do not receive the care they need[.] THIS IS HOW WE FIGHT BACK AGAINST THE STAGGERING STATISTICS." As this text, "THIS IS HOW WE FIGHT BACK AGAINST THE STAGGERING STATISTICS," displayed on the screen, it the video depicted a photo of a box of Kids Happy Juice with two glasses containing a pink drink, then transitioned to a child consuming a pink drink sitting next to a container labeled, "Kids Happy Juice" and images of other children consuming pink drinks. The caption on the post contained the following text:

> After test driving the new kids Happy Juice for the last two months, I am so excited it is now available to everyone! There is nothing more gutwrenching [sic] than watching your kids suffer in silence when it comes to their mental health….but hope is here. Comment KIDS and I'll send you links with my discount and a video you don't want to miss! #mentalhealth #kidsmentalhealth #microbiome #guthealth #amareglobal #familyfirst #scarytruth (emojis omitted).

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 262.**

G. **Amare Brand Partner: Amanda Givens**

111.    On April 4, 2025, using the Microsoft Snipping Tool, I took several captures from the public profile of Amare Brand Partner, Amanda Givens (@_amandagivens_), on the social networking site, Instagram. For example, I captured an Instagram post from July 4, 2024. The post depicts a photo of a pink drink with the text overlay, "one drink can: lower cortisol, reduce

inflammation, boost mood, regulate blood sugar, boost energy & motivation, make your skin glow, improve digestion, increase serotonin, dopamine & GABA production, Improve mental health, support gut health." The caption on the post contained the following text:

> Comment DRINK and I'll send ya the link for 20% off today and tomorrow LETS DO THIS! It's time ✴ ✴ ✴ About 90% of our serotonin, the primary neurotransmitter responsible for happiness and mood, is actually produced and located in our gut. Gut health IS mental health. [T]his supplement drink supports the growth and vitality of specific strains of gut bacteria to increase the production of those "feel-good" neurotransmitters so you literally feel happier as you continue to drink it and heal your gut. It has probiotics, prebiotics, phytobiotics, psychonotics, nautral [sic] nootropics (for cognitive function, clarity, bye brain fog ), and sustainable energy from green tea. [T]here's caffeine free sugar free options too. You can level up your physical and mental wellbeing by incorporating this gut health supplement. Here's your sign to try it this summer and feel your best! 🫶 #HappyJuice #MentalHealth #MentalWellness #MentalWellnessCompany #HormoneHealth #Cortisol #Cortisol #Anxiousness #AnxiousMom #AnxiousFeelings

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 41.**

112. I captured another post from Amanda Given's public profile posted on July 4, 2024. The post depicts a pink drink with the following text in the caption:

> We just won Probiotic of the YEAR[.] We've been using this viral product for over 2 years now with SO many healing side effects! most doctors won't tell you about these natural options because Big ph@rm@ is a sell out and doesn't want us finding healing solutions to poor gut health, antidepressants and more - so here's a holistic option that everyone is obsessed with + finding massive success (and for the record - is clinically validated MANY times YEARS!) It's so hard to find a holistic solution to support mental wellness like anxiousness, sadness, irritability, fatigue, anger, etc while simultaneously working to heal the gut! The gut-brain axis is fascinating, and it's ALL connected! Best of all, it WORKS and comes in 3 yummy flavors that my whole family is obsessed with! *Grape is the best* Today and tomorrow - it's 20% off (7/4 + 7/5) and my link gives you an extra $10 off that stacks on top! Comment HAPPY and I'll send you the discounts all stacked up! (emojis omitted).

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 244.**

PX 01

42

113.    I captured another Instagram post from Amanda Given's public profile posted on October 24, 2024. The post depicts a photo of a child drinking a red drink with the text overlay:

> Signs your kiddo is struggling with anxious ADHD 1. Defiant 2. Excessive talking / fidgeting 3. Easily distracted 4. Difficulty following directions 5. Emotional outbursts / mood swings 6. Hard time falling asleep 7. Struggling to pay attention 8. Feeling angry 9. Impulsive behaviors 10. Stomachaches See caption for what you do to help them 👇

The caption of the post states:

> The natural supplements i [sic] use for my own kids are recommended to balance the nervous system, help calm the mind and body, help them focus, regulate cortisol, and sleep. No side effects and everything is natural. #cortisol #kidswithanxiouses #kidsgetanxioustoo #kidswithanxiety #adhd #adhdtiktok #adhdawareness #cortisolinbalancefix #kidscortisol #kidsstress #stressmanagement #dysregulatednervoussystem

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 42.**

114.    I captured another Instagram post from Amanda Given's public profile posted on September 2, 2024. The post depicts a photo of a red drink and a caption with the following text:

> Because I found out what depression + anxiety is like…and I don't ever want to feel that way again. And I don't want anyone else to either. I've been teaching on health and nutrition for over 10 years. I knew that depression does not start in our mind. It's in our gut. Over 90% of our serotonin levels are created in our gut - that's our happy hormones! If you have struggled with depression, anxiety, hormone imbalance, fatigue, or losing your sense of purpose...what if it's not your fault? What if it's not your fault how you feel? What if it's in your gut? And what if you could change it? I knew that grieving my dad would be hard, [I] knew [I] was still struggling brain issues + anxiety from the mold toxicity, but it took me digging deep into detox pathways and microbiome health before [I] really started waking up to fixing my body at the root cause. And when [I] did, things started happening. 23 lbs fell off FAST. My brain fog began to lift. I've started to have way more energy + focus. I found Happy Juice. It directly connects our gut/brain axis and helps us increase dopamine and serotonin levels in our brain using specific strains of good bacteria. It helps[.] The science is genius. It's award winning. It comes from plants, herbs, and fruits. But most importantly...it works. And it changed me, pulling me out of the fog after my dad's passing. Helping me to functionally grieve instead of muddling through each day. I wake up SO happy everyday. My hormones are already more balanced. I finally found something to help my ADHD brain stay

on task [.] I'm full of energy and life! I'm so, SO grateful. So THATS why I drink it every day. Ready to find your Happy too? Today only happy juice, the happy hormones pack, GBX fit for weightloss + so much more are ALL 30% off! Comment and I'll send you my code for an extra $10 off your first order + a free microbiome 3 day reset on top of the 20% off [.] Your gut + brain will never be happier! (emojis omitted).

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 75**.

### H.  Amare Brand Partner: Katrina Hecker

115.    On August 28, 2024, using the Microsoft Snipping Tool, I took several captures from the public profile of Amare Brand Partner, Katrina Hecker (@katosphere1), on the social networking site, Instagram. For example, I captured an Instagram post from October 13, 2023. The post depicts a photo of a woman shaking a drink with the text overlay: "Kids all natural & mental health supplements." The caption on the post contained the following text:

All natural holistic gut supplements that help kiddos be the best that they can be. They help with mental health, anxiousness, focus, behavior, moodiness, attention and more. No added sugars or dyes. Just adaptogenic herbs, spices, and probiotics. Drop KIDS in the comments if you'd like more info on any of the products or send me a message so we can chat! Some packs are on sale until the 15th!! #kidsguthealth      #kidsmentalhealth      #probiotics      #kidsprobiotics #mentalwellnesscoach #optimalhealth (emojis omitted).

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 76**.

### I.  Amare Brand Partner: Jennifer Hedrick

116.    On December 13, 2024, using the Microsoft Snipping Tool, I took several captures from the public profile of Amare Brand Partner, Jennifer Hedrick (@hey_natural_momma), on the social networking site, Instagram. For example, I captured an Instagram post from November 26, 2024. The post depicts a photo with the text overlay, "POV:

**PX 01**
**44**

You Found the VIRAL Kids Product that is Changing Lives Everywhere by helping their Mood, Focus, anxiousness & irritability[.]" The caption of the post contained the following text:

> Comment HELP for the natural supplement that's helping thousands of families!!! We tried everything to help her feel better but …we didn't have ANY success..until we tried this one specific supplement that was backed by clinical studies and was all natural. Not only does it help all the things I mentioned in this video, but it also helps with focus, & listening skills believe it or not. My child became so much happier, resilient, less stressed, no anxious feelings or "belly hurting"!!! She was finally enjoying life as a child should. & grades improving too Comment "help" for the supplement that I start giving my daughter that's changed her whole Seo- moms, parents, children, school, childhood anxiousness, anxious feelings, moody kids, focus, irritability, outbursts, mental health, emotional kids (emojis omitted).

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 241.**[17]

117.    I captured an Instagram post from December 1, 2024. The post depicts a photo of a drink with the text overlay: "POV: You give your Child this and Their Anxiousness disappears, outbursts gone, can finally focus & emotions regulated! Here's How [.] (emojis omitted). The caption on the post contained the following text:

> When my daughter had these symptoms I found out that her dopamine & serotonin were out of control!!...
>
> [emoji] she was always emotional
> [emoji] Cried a lot
> [emoji] Was anxious & worried constantly
> [emoji] Not Sleeping well
> [emoji] cried everyday before school
> [emoji] would get frustrated easily
> Follow @hey_natural_momma for more tips & all natural remedies !
>
> I assumed that's who she was, but I was wayyyyy wrong! [T]his natural product blew my mind, and it helped my daughter become a happier, calmer more regulated version of herself !! Comment "mood" & I'll send you what I have been giving her that's changed her whole world [.] Seo - parents, moms, childhood, anxious kids, kids mental health, children's mental health, emotions, emotional children.

---

[17] PX 241 is referred to as Attachment 35 in the Declaration of Jennifer Hedrick (PX 264).

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 242.**[18]

### J. Amare Brand Partner: Sarah Hein

118.    On November 12, 2024, using the Microsoft Snipping Tool, I took several captures from the public profile of Amare Brand Partner, Sarah Hein (@sarahheinpioneer), on the social networking site, Instagram. For example, I captured an Instagram post from October 7, 2024. The post depicts a photo of a child holding a pink drink with the text overlay: "From Tantrums to Triumphs! The drink that helps keep your child's tummy AND mood in check! Read on[.] (emojis omitted)." The caption on the post contained the following text:

> I love when parents send me their story to share with you all in hopes it can help someone else. Meet Emily Margaret. Her smile in these pics says it all [.] She is testing our new Kids Happy Juice product which is going to launch this Saturday. Look at her testimony [.] Emily is deaf (has cochlear implants) lived in an orphanage until she was four and is autistic among other special needs. As a 16 years old she craves independence but due to her special needs is limited on what she can do. She LOVES the taste & how easy it is in the all in ONE packet she can mix by herself! Her family has seen HUGE improvements in her mood. Before if she were ever triggered the explosion could last for days, now it's only a few hours, sometimes less! She's back to her happy self & when she does have a meltdown, she has an easier time self regulating. She was just retested for her 6 month checkup with her Speech Therapist & made the biggest improvement she's ever made in the years we've been doing therapy. It's like her mind is clearer and her emotions are regulated so she's able to retain things easier and communicate better. Such a blessing! God knew we needed these products! Kids Happy Juice is being launched on Saturday & if you want to give your kids the best holistic gut- brain nutrition to help reduce stress, focus more, stay calmer, build their immune system and take the edge off mood swings....Get on my VIP list! We have amazing savings for our launch, just message me below. Making Kids Healthy Again is our mission. #kids #kidshappy Kids mental health

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 43**.

---

[18] PX 242 is referred to as Attachment 9 in the Declaration of Jennifer Hedrick (PX 264).

119.    On December 9, 2025, using the Microsoft Snipping Tool, I took several captures from the public profile of Amare Brand Partner, Sarah Hein (@sarahheinpioneer), on the social networking site, Instagram. For example, I captured an Instagram post from October 24, 2024. The post depicts a photo of three small children with the text overlay: "The 2nd leading cause of death for children is suicide. That's [sic] not ok. Heres [sic] 5 tips to help your kids achieve mental wellness and bring happiness back! There [sic] life could depend on it! Read on[.] (emoji omitted)." The caption on the post contained the following text:

> Oh my heart…please help get the word out. Why? The need is great. The stats are mind blowing. It's time we all stand up to help the most vulnerable in society! CHILDREN In the last four years [s]uicide in children & teens is now the 2nd leading cause of death. 55% of parents noticed children having a harder time focusing in schoolwork. Sadness & feelings of being overwhelmed have DOUBLED. 2023 study by American Academy of Pediatrics found 40% of children 12-17 feel lonely. ER visits for suicide attempts have increased by 50%. Our children are losing motivation to life [sic]. It's time we stop being quiet about this & focus on solutions: Limit all screen time & video games. Get them off social media. Get outside in nature. Focus on GUT & BRAIN health. Get a great night [sic] sleep! This is why the FIRST EVER Mental Wellness Company just launched one of largest [sic] in our company's history. The worlds [sic] FIRST pre & probiotic drink with specific strains bacteria to replenish the gut bacteria that is being stripped from a child's gut due to poor diet. (There are other generic brands out there but they DON'T [sic] have the specific strains & patented formulations we have!) The results parents are seeing is awesome! Greater focus & clarity. Less mood swings. Handling peer pressure better. Grades improving. Sleeping better. Temper tantrums subsiding. We have BARELY scratched the surface! If your child is struggling in school, doesn't have the pep they once did, experiencing peer pressure, are lonely, lack motivation, exhausted from extra curricular events….Don't ignore this! Message me below for a link! Giving out coupons $10-30 off our KIDS HAPPY JUICE! Lets make our kids healthy again. #farmtotable kids mental wellness cortisol ADD ADHS focus (emojis omitted).

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 263.**

### K.  Pat Hintze

120.    On October 17, 2024, using the Microsoft Snipping Tool, I took several captures from the public profile of Founding Amare Brand Partner, Pat Hintze (@pathintze3), on the social networking site, Instagram. Specifically, I clicked on the list of profiles Pat Hintze is currently following and searched for various Amare Brand Partners such as Amanda Cooper, Lindsey Elmore, Bec Sadek, and Karen Serrano. I also noted Pat Hintze follows Shawn Talbott's profile. A true and correct capture of various Instagram profiles Pat Hintze follows as it appeared to me on the date of the capture is marked as **PX 139**.

### L.  Amare Brand Partner: Bethany Jury

121.    On September 4, 2024, using the Microsoft Snipping Tool, I took several captures from the public profile of Amare Brand Partner, Bethany Jury (@functioningwith_rugrats), on the social networking site, Instagram. For example, I captured an Instagram post from July 23, 2024, which had a photo with the text overlay,

> I didn't know he had sensory processing disorder I thought he hated me. I didn't understand why he never wanted hugs as a toddler. Or for me to sit by him. Or kisses. Even as a baby, he'd breastfeed & want away from me. We started a gut protocol and within 6 weeks our world changed ⬇️⬇️⬇️

The caption contained the following text:

> My son with sensory processing disorder wasn't "sensory enough" for me to receive support. Idk why this disorder has been particularly hard for me to navigate bc [sic] he doesn't fall into an extreme category where services are offered. I thank the lord everyday for my gf Christina (@thewild_child_files) for seeing Scott's behavior in stories and offering my resources 👀👀About 6 weeks into our gut protocol something changed in Scott: he asked me to snuggle. My heart DROPPED. Mamas and dads out there- if your kiddo has adhd, autism, sensory processing disorder, depression, anxiety, and a provider has NOT pointed you in the direction of the gut brain connection- look into it. 👀👀The testimonies of how the gut brain connection with provided minerals works blows my mind- and while we fell into it not knowing the outcome, the snuggles I received 6 weeks in when he was  5 years old was something I thought him and I would never have. If you'd like an educational video on it, 1st follow @functioningwith_rugrats so you get my DM,

PX 01

48

THEN drop SUMMER below.  You'll be prompted to give me your email and I'll send you the video to your inbox. Feel free to reply to the email or reach out to me via text (I give you my number in the email).

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 245.**

122.    I captured an Instagram post[19] from August 6, 2024. The caption contained the following text:

> Wait, a second… Can this be real? …  🫠 It is and I'm so grateful for this tool this summer I can't even begin to explain how real this is and how fast it works. It's drastically improved your kids [sic] mood, anxiousness, they're not not [sic] as emotional & we have way less outbursts & crying. No more clinging to me crying when I have to leave or when [I] pick out the wrong shoes for school. Drop offs at kids care while I'm in the gym have seriously never been this easy! They're HAPPY and able to enjoy being a kid again 🙏 Mamas and parents you have to give this a try. This best part is that you can also take it and it will work the same for you 🫶 I take it for extreme anxiousness!! Or just to regulate when I'm overstimulated I take it when I need help focusing or if I am stressed. It calms me down and I'm almost instantly in a way better mood. It can be mixed into a drink or taken directly like a powder pixie stick. This is all natural, holistic, plant-based and tastes sooooo good 🦋 my kids combine the pixie stick with the gut product! Wanna see for yourself? First FOLLOW so you receive my messaged [sic] then [c]omment "SUMMER" get your hands on this 🙏 choose the PACK to view the secret sauce! | kids , parents, saffron , emotions, hyperactivity, focus mood, stressed, teens, mental health, sensory processing disorder #kidssummer #holybasil #emotionalregulation #sobermom #momofmany #alcoholfreeparenting #christianmom #kidsmentalhealthmatteres #momof4kids #seattlemom #kidsadhd

 A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 45**.

---

[19] Bethany Jury made a similar post with the same caption on her TikTok profile discussed below. During my investigation, I observed many Amare Brand Partners would post identical or nearly identical videos and/or captions on each of their social media accounts across various platforms. I also observed many brand partners would re-post older posts repeatedly on their various social media accounts.

123.    I captured an Instagram post from August 20, 2024. The post contained a photo with the text overlay, "3 months later [.] See ya 250 Zoloft & adhd [sic] meds! Hello 🤚 sex drive back, & lift without debilitating anxiety!" The caption contained the following text:

> I'm no longer bound by whether or not I've taken my prescription that day or if I'm waiting on a refill. That feeling was so awful! One missed dose and in come these brain zaps. My anxiety is manageable, just normal worries like anyone else, and my ADHD is at a baseline that's totally manageable with the help of nootropics. The best part? I'm not dealing with prescriptions that wrecked the gut I've worked so hard to heal. Check out these amazing results from clinical data: ✦ 45% lower tension ✦ 55% lower sadness ✦ 54% lower anger (I didn't even realize how angry I was until it was gone!) ✦ 64% lower fatigue (Waking up feeling refreshed!) ✦ 43% lower confusion ✦ 44% higher vigor ✦ 211% increase in positive mood ✦ 105% decrease in negative mood I've struggled with anxiety my whole adult life and used to need a drink just to get through things. But around day 27 on this protocol, I noticed a huge shift! Want to take back your power? Drop "happy" below, and I'll send you all the details so you can experience these incredible changes too. You'll receive a DM and the info will have my cell in it so we can take this convo off the gram and help you heal 🫶 💬 #nomoregaslighting Follow @functioningwith_rugrats for more updates and Drop HAPPY for personalized support!

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 77**.

124.    I captured an Instagram post from September 3, 2024, which contained a photo of a woman drinking a pink drink with the text overlay, "I was medicated for 18 years for anxiety, depression & adhd [sic]. Not one practitioner asked me about my GUT. I hit rock bottom & had to find my own solutions, I'm 2 years med free & am BETTER than I ever was on meds. Find out why." The post contained a lengthy caption. A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 78.**

125.    On November 5, 2024, using the Microsoft Snipping Tool, I took several captures from the public profile of Bethany Jury (@functioningwith_rugrats) on the social networking site, Instagram. For example, I captured an Instagram post from November 5, 2024. The post

depicted a photo of children with the text overlay, "POV: the drink that got you off adhd meds + anxiety meds + helped you feel happier bc it helps your serotonin & dopamine… COMES OUT FOR KIDS!!" The caption has the text:

> It's OUT 👏 What makes this probiotic stand out? ITS FORMULATED TO GET THAT 90% serotonin & 70% dopamine in your child's gut communicating with their brain! Natural nootropic versus synthetic and sustainable support through the gut! What's that mean? A healthy gut for our kids mental health is like being thrown into the deep end of the pool, not knowing how to swim but having the back float—- it keeps our mental health afloat through hard times till we get to the side of the pool & out of tough times to BREATHE. It keeps our kids emotionally and mentally resilient. We're seeing less meds and more thriving through the gut brain axis approach! If you're wanting special pricing when this drops, follow @functioningwith_rugrats then drop KHJ ⬇️& I'll be sure to get you the specials!!!! #kidsmentalhealthmatters #momof4kids #sensoryprocessingdisorder #gutbrainconnection #guthealthiseverything #guthealthismentalhealth #christianmom #mentalhealthcounselor #mentalwellness #alcoholfreemom #adhdkids

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 181.**

126.    On October 29, 2024, using the Microsoft Snipping Tool, I took several captures from the public profile of Bethany Jury (@functioningwith_rugrats) on the social networking site, Instagram. For example, I captured an Instagram post from November 10, 2023. The post was a video with the first text overlay, "Social selling requires you to spend more money than you make[.]" After a few seconds the text overlay changes to, "Make $1000 base pay in 21 days for six months[.]" The post contained a lengthy caption and reads in part, "The products are so incredible for my mental well-being (hello, finally off [Z]oloft & my anxiety is less than when I was on it, and my adhd is not squirrelly), that I can't help but to share." A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 183.**

127.    I captured an Instagram post from October 28, 2024. The post was a video with a text overlay reading, "Treating kids from a brain only perspective [pill emojis] and handing out diagnoses when 90% of serotonin and 70% of dopamine come from the gut?" The post contained a caption with the following text:

> Seeing so many kids put on medication for mental health without ever looking at the gut is honestly heartbreaking. It makes me grateful to have had my eyes opened when I was a mental health & addiction practitioner bc I used to be a DO MEDS advocate- till I learnt better and got extra schooling on the gut brain axis[.] We're quick to hand out diagnoses and treat from a brain-only perspective, but did you know that 90% of serotonin and 70% of dopamine are produced in the gut? Supporting gut health FIRST has been life-changing for my kids. We've seen fewer emotional outbursts, more focus, and smoother transitions—even on those overstimulating days. We've had so much transition in thriving within adhd [sic] and sensory processing disorder! Im [sic] so grateful this was introduced to us[.] Imagine the difference when we address the root of what's going on inside their bodies. If you're curious about trying a natural, holistic approach for your kids, first follow so you get me DM then drop "FALL24" below, and I'll share our secret! #kidsmentalhealth    #guthealth    #naturalparenting    #gutbrainconnection #momof4kids #emotionalregulation #holisticwellness #gutbrainaxis #kidsadhd #sensoryprocessingdisorder #kidsmentalhealthmatters #seattlemom (emojis omitted).

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 80.**

128.    I captured a post from July 31, 2023, which depicts a photo with the text overlay, "What if there was a way to get serotonin, dopamine and other happy nuerotransmitters [sic] to your brain without a prescription." The caption has the following text:

> Did /you know 90% of serotonin is in your gut? We just need the correct bacteria in our gut to communicate with our brain to get those happy nuerotransmitters [sic] speaking to it[.] We both do this with happy juice! For less than $5 a day each one of us CHOOSE to align our body and mind with proper bacteria so we can thrive together as parents, and independently as people. Check it out Lowers tension by 45% Lowers negative feelings by 55% Lowers anger by 54% Lowers fatigue by 64% Lowers confusion by 43% Raises vigor by 44% 60% Decrease in irritability scores* 55% Decrease in anxiety scores* 70% Increase in "good" bacteria* Improves overall mood increasing positive mood by 211% and decreasing negative

Page **52** of **94**

> mood by 105% Drop a [emoji omitted] for $10 off or essentially two days FREE off your first 30 days!! (emojis omitted)

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 182.**

129. On December 12, 2024, using the Microsoft Snipping Tool, I took several captures from the public profile of Bethany Jury (@functioningwith_rugrats) on the social networking site, Instagram. For example, I captured an Instagram post from December 11, 2024. The caption contained the following text:

> My last reel I made of this quote someone called me a liar. 🫣 🫣 Look, try it with your kids- they'll love the way they feel and how supported their bodies feel- THEY'LL ASK TOO. We have more and more moments like these. When you go down the holistic journey with your kids- get them in tune to harnessing the power their body holds: life gets really cool. How many times has going out to dinner with your kiddos felt harder than it's worth? We aren't hardasses by any means- but we also instill table manners bc others are out enjoying their experience too 🖤 🖤 Holy Basil + saffron helps your kids feel in control of their emotions to articulate what they're feeling without the breakdowns, keeps anxious feelings abay [sic], and those adhd [sic] SQUIRREL behavior steady. In turn, your kids feel more confident in their own skin! 🖤 🖤 Drop HOLIDAY24 below after your [sic] give me a follow (so you get my dm) and I'll send the mood stick to your inbox. @functioningwith_rugrats#holybasil#holisticparenting#sensoryprocessingdisorder #safrron #sobermom #momof4kids #boymama 🖤 #emotionalsupportforkids #seattlemom #kidsmentalhealthmatters #kidsadhd #holidayswithkids #4under9 #familyof6 #emotionalregulation

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 46**.

130. On December 17, 2024, using the Microsoft Snipping Tool, I took several captures from the public profile of Bethany Jury (@functioningwith_rugrats) on the social networking site, Instagram. I captured an Instagram post from December 15, 2024, which depicted the photo of a child with the text overlay, "I trusted my gut and started giving my emotional, adhd, neurodivergent son saffron, holy basil & rosemary. Our lives will never be the

PX 01
53

same! Anxiousness GONE! Big emotions GONE! Tantrums GONE! Finally sleeping through the night!" A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 184**.

131.    On January 14, 2025, using the Microsoft Snipping Tool, I took several captures from the public profile of Bethany Jury (@functioningwith_rugrats) on the social networking site, Instagram. For example, I captured an Instagram post from January 7, 2025. The caption contained the following text:

> You don't really understand the impact of how supps [sic] help the neurodivergent child until you have a child that's never let you hug him bc he's so uncomfortable with touch… A child whose whole personality is defined by society as misbehavior when really his brain just works differently... 🏷️ don't fix that. Working within the body does. I was at my wits' end, exhausted from trying to figure out how to help him. It hit me when I learned 90% of serotonin and 70% of dopamine was in the gut. I'm not good at math buttttt [sic] if that much is in the gut why are we on treating from a brain perspective? As a mental health professional I was appalled this wasn't taught to us in grad school. [W]hen we started the kids on the same supps [sic] we were using for us, but formulated for kids, our house transformed. These supps [sic] work the gut brain axis. Getting the serotonin & dopamine in the gut communicating with the brain. We discovered so many "issues" might be tied to an internal imbalance. This natural product made just for kids—no chemicals, just goodness—you have to give it a try. The transformation was incredible 😵 for each kid, individually. This product doesn't mask symptoms; it addresses the root by regulating those key brain chemicals. Now, they even remind ME to give it to them because they feel so much better when they take it. Within hours, [m]y neurodivergent son and my three year old with extreme anger were  both lighter, happier, genuinely enjoying life. The holy Basil works almost instantly for regulation- I use it for anxiety.![sic] It's important to be using the gut protocol with the saffron & holy Basil. Can you use both solo? Absolutely. But yall [sic] ask exactly how we thrive over here & it's BOTH. If this resonates and you're curious- drop NY25 & I'll send you info— BE SURE TO BE FOLLOWING or my message won't get to you! @functioningwith_rugrats #sensoryprocessingdisorder #kidsmentalhealthmatters #kidsadhd #nervoussytemregulation #holisticparenting #gutheathismentalhealth

 A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 44**.

132. On September 10, 2025, using the Microsoft Snipping Tool, I took several captures from the public profile of Bethany Jury (@functioningwith_rugrats) on the social networking site, Instagram. For example, I captured an Instagram post from September 8, 2025. The post depicted a photo with the text overlay:

> My son & partner started a dopamine biotic & saffron + holy basil every morning for ADHD after we learned a 2019 study shows saffron is as affective [sic] as Ritalin at dopamine is in the GUT Our sons teacher asked us if we out him on medication. NOPE! Better grades[.] Complete homework[.] No more busy brain so he ᶻᶻ ᶻᶻ It's like we have him back again!

The caption contained the following text:

> We didn't just start with the kids. We started together. Him, Me, & my son. Same struggles. Same nervous system chaos. Same solution. Saffron & holy basil weren't on my radar until I saw the 2019 study that showed saffron was just as effective as Ritalin for ADHD. But without the side effects. That's when I decided we weren't doing this the conventional way anymore. Gut health became our foundation. And this drink was the missing piece for all 4 of my kids. My sensory kid gives real hugs now[.] My 9-year-old is thriving in math[.] My 6-year-old doesn't get sick every other week[.] My 4-year-old hasn't had a rage meltdown in months Because 90% of serotonin & 70% of dopamine are made in the gut. And when that's dysregulated? So is everything else. This is what people miss. They reach for meds, charts, or labels— But the body isn't broken. It's overloaded. Happy Juice + saffron changed how our home feels. For them & for me. You can't always fix everything, but you can support the root. And that changes everything. (Follow so my message doesn't come to you blank) then: Drop FALL24 for the kid version (adults can take this saffron too) Gut first....Brain next. Then watch what unfolds. Edit: This reel went viral too quickly. And messages are showing up blank: if one comes up blank for you and you would like the info please MESSAGE: NO LINK (emojis omitted).

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 79.**

#### M. Amare Brand Partner: Megan Kmita

133. On August 13, 2024, using the Microsoft Snipping Tool, I took several captures from the public profile of Amare Brand Partner, Megan Kmita (@mrs.kmita), on the social networking site, Instagram. For example, I captured a saved Instagram story titled, "happy" from

approximately November 15, 2022. I captured screenshots from the saved story. A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 35**.

### N. Amare Brand Partner: Kaitlin Richardson

134.    On February 4, 2025, using the Microsoft Snipping Tool, I took several captures from the public profile of Amare Brand Partner, Kaitlin Richardson (@livingnaturalmotherhood), on the social networking site, Instagram. For example, I captured an Instagram post from December 5, 2023. The post depicted a picture of a child with the text overlay:

> I bet you didn't know that saffron extract is clinically proven to be as effective as Ritalin & Prozac..These mood sticks combine saffron extract, holy basil extract and rosemary extract…They help with focus, mood, attention span, excessive hyperactivity...Since using my daughter is better at schoolwork, happier, more focused and listens better! See Caption!!!!

The caption contained the following text:

> These mood sticks are clinically proven and patented to work! Within an hour of taking it you or your child will feel calmer and more focused. With this combination of saffron extract, holy basil and rosemary and helps adults and kids with focus, irritability, better memory, happier mood, calmer and longer attention span. You should know: Saffron extract normalizes serotonin and dopamine what makes you feel good by lower stress hormones including cortisol[.] Holy basil helps calm the body and mind & helps aid resilience to anxious feelings [.] Rosemary supports mental focus & immune system[.]Comment MOOD and I will send you information! #childtherapy #mentalillnessawareness #anxietydisorders #adhdhelp #adhdkids #mentalhealthmatters #mentalhealthadvocate #mentalillness #intrusivethoughts #copingskills #holistichealth #naturalremedy #nontoxicliving #naturalhealing #hanturalhealth #naturalliving #naturalproducts #naturesmedicine #holisticliving #holisticlifestyle #holistichealing #holistichealth #peersupport #endthestigma #adhdbrain #mentalhealthmeme #mentalhealth #selfwareness #mentalhealthrecovery #mentalhealthcare (emojis omitted).

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 81**.

135.     I captured another Instagram post from Kaitlin Richardson's public profile posted on December 6, 2023. The post depicts a picture of an Amare-branded product with the text overlay, "Natures Ozempic" and caption that states, "Nature's Ozempic? . . . . These pharmaceutical drugs (ie Ozempic) create a *synthetic* version of GLP-1 in the body. BUT this NATURAL product that I found actually allows and encourages your body to create GLP-1 itself." A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 125.**

136.     I captured another Instagram post from Kaitlin Richardson's public profile posted on March 26, 2024. The post depicts a photo of a woman holding a pink drink with the text overlay, "When you realize ever since you started drinking this natural cortisol cocktail every morning your anxiety is gone, blood pressure is regulated, cravings are gone, you are sleeping through the night, you are no longer irritated at every little thing and you lost 30 lbs." The caption states,

> Comment with a 🖤 for discount 🧖 Release excess cortisol and rebalance your hormones naturally. anytime you perceive danger, your body's stress hormones surge when your stress hormone cortisol is high, you'll notice symptoms like: - muscle tension - Anxiety - weight gain (especially in your stomach) - cravings for salty/sweet food - nervous behaviors like checking things over and over - swollen, puffy face, acne / skin flare ups - easy bruising - severe fatigue - difficulty concentrating - increased heart rate/blood pressure - sleep issues - feeling bloated - Getting sick often - Back of neck hump - Menstrual cramping and mood swings The good news is you can rebalance cortisol, fix your gut, balance serotonin and dopamine all with this natural herbal drink. Since drinking this every morning I have lost 30 lbs, I am happier, anxiety is gone, no more bloating, sleep better at night, blood pressure back to normal.... Follow @livingnaturalmotherhood for tips and natural remedies mental wellness| motherhood | natural wellness| PPA | PPD | overwhelmed mama | cortisol | anxiety | depression | gut-Brain axis | SAHM | homeschool | cortisol levels | Anxiety | hormone balance #healthhacks #healnaturally #cortisolcontrol #cortisol

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 124.**

### O.  Amare Brand Partner: Bec Sadek

137.    On July 15, 2025, using the Microsoft Snipping Tool, I took several captures from the public profile of Amare Brand Partner, Bec Sadek (@becsadek), on the social networking site, Instagram. For example, I captured an Instagram story from July 15, 2025. The post depicted a photo of individuals sitting at a table with the text overlay,

> Spent some time at Amare HQ today with our owner and marketing team. So many exciting things in the pipeline. Our first few years we were based in California and then Utah. So great having our manufacturing and owner in my backyard now.

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 140**.

### P.  Amare Brand Partner: Karen Serrano

138.    On October 29, 2024, using the Microsoft Snipping Tool, I took several captures from the public profile of Amare Brand Partner, Karen Serrano (@homewithkaren), on the social networking site, Instagram. For example, I captured an Instagram post from October 13, 2022. The caption contained the following text:

> The rest of my story…The past 9 months have been the hardest, I felt like I lost part of myself. In February I developed shingles from work induced stress (I have scars on my body because of it), by May I was falling into depression. Top it off with a cross country move and a decline in business the stress and anxiety became overwhelming. If you know me, you know I seek the natural route first. I've been teaching for years that all emotions start in the gut (so grateful for everything I learned the last 5 years). Two months ago I found this. I did some research, dove into the clinical studies and thought to myself I didn't have anything to lose. It's nicknamed "Happy Juice" (which the name alone made me want to try it). It supports the Gut Brain Axis = GAME CHANGER for how we FEEL, plus so much more. Just pull up a Ted Talk about the gut brain connection on YouTube and see what I mean! Our serotonin, dopamine, even GABA levels are mostly supported in our gut, NOT our brain. Those feel good hormones/transmitters are what give us the feeling of happiness, excitement, motivation, stress, regulation, focus, and more. Let me tell you, the first 24 hours I felt a shift but by day 3 I felt different. Everyday I feel more like ME! That being said, my focus is shifting to helping people with what I've noticed is the most needed and important issue in our world right now MENTAL WELLNESS. If you want to try some "Happy Juice" with me,

I've got a 10 dollar off code and I can send it to you. All that to say, I'm bringing that girl back again. The one who LOVES smiling. So, cheers to smiling again…from the inside out. Remember, you aren't broken or forgotten. What if it's not your fault? What if it's not in your head? What if it's in your gut? Maybe this is your wake up call too.

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 47**.

### Q.  Amare Brand Partner: Colleen Sullivan

139.    On February 4, 2025, using the Microsoft Snipping Tool, I took several captures from the public profile of Amare Brand Partner, Colleen Sullivan (@colleen_sullivan_wellness), on the social networking site, Instagram. For example, I captured an Instagram post from July 28, 2023. The caption contained the following text:

> **The struggle is real! I get it!** My mission is to share natural solutions that helped support my son's ADHD symptoms at the root cause with other families. We literally tried EVERYTHING, but when the side effects from the meds were causing more issues than helping, I knew we needed an alternative approach. Getting messages like these are why I do what I do as a *Certified Mental Wellness Coach* & helping families who are looking for a natural approach for focus, attention, mood, anxiousness, stress, and sleep. Checkout my BIO to learn more about the Saffron Extract Mood & Focus supplement & other options for kids, teens & adults. Drop your questions 🗣 and message me for support & guidance. #adhdmoms #adhdparenting #kidsadhd #gutbrainconnection #thrivewithadhd #naturaladhdhelp    #adhdparents    #raisingkidswithadhd    #nosideeffects #saffronextract

(emphasis in original). A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 48**.

### R.  Amare Brand Partner: Jen Vannatta

140.    On October 29, 2024, using the Microsoft Snipping Tool, I took several captures from the public profile of Amare Brand Partner, Jen Vannatta (@herfaithfilledlife), on the social networking site, Instagram. For example, I captured an Instagram post from October 10, 2024. The caption contained the following text:

PX 01

59

> Kids these days have a lot on their plates. Between school, sports, extracurricular activities, friendships, social media, and technology, they're not immune to the stressors of life. That's why I'm thrilled to announce the launch of our new kid's probiotic drink, Kid's Happy Juice. It contains specific strains of bacteria that help address anxiousness, stress, and tension. Its clean, bioactive ingredients support brain health, gut health, and the communication between the gut and the brain.

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 82**. On June 3, 2025, I took a screenshot from the Instagram video using the Microsoft Snipping Tool. The screenshot from the Instagram post is marked as **PX 83.**

### S.  Amare Brand Partner: Katie Wiekamp

141.    On August 13, 2024, using the Microsoft Snipping Tool, I took several captures from the public profile of Amare Brand Partner, Katie Wiekamp (@katiewiekamp), on the social networking site, Instagram. For example, I captured an Instagram post from August 12, 2024. The caption contained the following text:

> Comment HAPPY for more info or link is in my bio or stories. Forever thankful for what happy juice has done for me mentally and physically 🤍 Day 5 I felt the anxious feelings lifting off my chest, 3-4 weeks in I noticed I wasn't bloated all of the time, 4 months in I was down 11lbs and by month 6 I was down 17lbs! Here I am a year later and feel absolutely amazing. Happy juice connects the gut-brain axis and specifically targets dopamine and serotonin levels in the brain 🤯 Here are the facts of what happy juice does backed by clinical studies: *Mental flow & cognitive function *Regulates blood sugars & cortisol levels *Body & mind endurance *Mood, motivation, & metabolism *Physical energy without crash or jitters *Improves the gut, the brain, and the gut-brain axis. *Probiotics, prebiotics, & phytobiotics that have been scientifically proven to improve mental wellness. All natural ingredients, plant based, soy free, dairy free, non gmo, & no artificial dyes or sugars! 🫰

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 49**.

142.    On February 4, 2025, using the Microsoft Snipping and Real Downloader too, I took several captures from the public profile of Katie Wiekamp (@katiewiekamp) on the social

PX 01

60

networking site, Instagram. For example, I captured an Instagram post from February 7, 2024.

The post depicts a video with text overlay:

> Before happy juice…
> Chubby face
> Anxious
> Depressed
> Panic attacks
> Couldn't lose weight no matter how hard I worked out or how clean I ate…
> Within 2 months of drinking happy juice the weight started falling off… I learned my cortisol levels were so high.
> Less anxious feelings
> Less depressive thoughts
> No more panic attacks

The caption of the post states:

> MESSAGE ME HAPPY for more info or my link is in bio! Please don't comment as I can't respond because there is such high demand! Thank you [.] High cortisol levels wreak so much havoc on the body! Anyone else feel like you are doing all of the things but just can't lose the weight?? It's most likely your cortisol levels which was my problem! My body was in a constant state of fight or flight which caused me to hold onto weight and inflammation. Happy juice helps regulate your cortisol, heal your gut, relieve anxious & depressive thoughts, natural energy, and just makes you feel amazing! It connects your gut-brain axis which helps you produce more dopamine, serotonin, and GABA!

A true and correct capture of the Instagram post as it appeared to me on the date of the capture is marked as **PX 196**. The video posted in the capture is marked as **PX 195.**[20]

## IV.    TikTok

### A.  Amare Brand Partner: Lexi A.

143.    On May 28, 2024, using the Microsoft Snipping tool, I took several captures from the public profile of Amare Brand Partner, Lexi A. (@lexxxiii28), on the social networking site, TikTok. For example, I captured a TikTok post from April 27, 2024. The caption contained the following text:

---

[20] PX 195 is referred to as Attachment 18 in the Declaration of Jennifer Hedrick (PX 264).

Page **61** of **94**

PX 01

61

> Seeing the transformation in Autumn in over just two months with the Kids Mood Plus line has been truly mind-blowing! She's always been a great, sweet kid, but her moodiness and quick irritability with her siblings were tough. Now, she is sleeping better, not easily agitated, and genuinely happy! It's incredible to witness the positive impact so far. So, if you're not handing out these pixie sticks to your family every morning, I'm just here to tell you... mornings can be so much happier in your home with these in hand. Google benefits of Saffron Extract to know why they are going viral. *These are a game changer for focus, attention, positive mood, calm body and brain, emotional support, better sleep. All the things kids deal with these days! Comes in a box of 30. Comment KIDS if you want to grab these with a $10 discount! #kidsmentalhealth #kidsmood #kidsmatter #nextgeneration #fyp #adhd #adhdtiktok #sleepgood #calm #kids #weallmatter #happyjuice #amare #viral #trynow

A true and correct capture of the TikTok post as it appeared to me on the date of the capture is marked as **PX 57**.

### B.   Amare Brand Partner: Shannon Boyle

144.   On June 18, 2024, using the RealDownloader, Microsoft Snipping tool, and the Google Chrome Full Page Capture extension, I took captures and downloaded videos from the public profile of Amare Brand Partner, Shannon Boyle (@mentalwellnessuniversity), on the social networking site, TikTok. For example, I captured a TikTok post from February 25, 2024, which depicted a video with Shawn Talbott with the text overlay, "[e]verything you need to know about lowering your cortisol in less than 60 seconds…." The caption contained the following text:

> You want to feel less anxious without taking prescriptions or finding the perfect shrink Start using herbs that specifically lower stress hormones and get your nervous system our of fight or flight 😊 Mood + is a 4 Ayurvedic herbs in 1 to help with signs of high cortisol from chronic stress such as 1. Poor sleep up at 3 am 2. Cortisol belly weight 3. Irritable, moody 4. Brain fog, memory issues 5. Fatigue, you're exhausted 😩 6. Gut/digestive/ immune issues See main profile page to order with $10 off and get a free gut reboot 🧴 #naturalmedicine #howtosleep #cortisol #bettersleep #anxietyrelief #sleeptips #lower cortisol #anxiety #anxietyrelief #mentalwellnessuniversity

PX 01

62

 A true and correct capture of the TikTok video as it appeared to me on the date of the capture is marked as **PX 127**. The screenshots I took of the TikTok video are marked as **PX 126.**

145.    I captured a TikTok post from December 31, 2023, which depicted a video with the text overlay, "2 supplements to help lower cortisol." The caption contained the following text:

> See main profile page to order[.] Happy juice is a probiotic blend clinically proven to boost mood, reduce stress, & increase motivation[.] Mood +is Ayurvedic herbs to help with signs of high cortisol from chronic stress such as 1.Poor sleep up at 3 am 2. Cortisol belly weight 3. Irritable, moody 4. Brain fog, memory issues 5. Fatigue, you're exhausted 6. Gut/digestive/immune issues #naturalmedicine #howtosleep #cortisol #bettersleep #anxietyrelief #sleeptips #lower cortisol #anxiety #anxietyrelief #mentalwellnessuniversity #tiktokwellness

A true and correct capture of the TikTok video as it appeared to me on the date of the capture is marked as **PX 185**. The screenshots I took of the TikTok video are marked as **PX 186.**

146.    I noted in the "Bio" section of Shannon Boyle's profile, it contained the text, "Probiotics and herbs to lower cortisol," "MORE INFO HERE," and provided a linktr.ee link. [21] I clicked on the link and was re-directed to a subpage with text, "My Anxiety Protocols," and had three links, "Mood+ To Lower Cortisol," "Happy Juice Probiotics for Hormone Balance," and "ORDER Mood+ Happy Combo and Save." I clicked on the "ORDER Mood+ Happy Combo and Save" link and was re-directed to an Amare branded website (amare.com/30958/en-us/shopping-cart) with "Shannon Boyle #30958 an Amare Brand Partner" and phone number and email address contact information for Shannon Boyle at the top. The website had the text, "Hi! You were invited to Amare by Shannon Boyle. Click continue below to complete your order. If you have any questions, contact Shannon Boyle or Amare Support at +1 888-898-8551." The

---

[21] As discussed *supra,* I noted many Amare Brand Partners would use linktr.ee (or similar) links in their social media profile "bios." Nearly all the links I clicked would follow a similar flow and re-direct to an Amare-branded website listing contact information for the Amare Brand Partner and allowing a consumer to purchase Amare products. This is another example I documented of this flow.

order details listed "Amare Happy Juice Pack" and "Mood+" with subtotal of $171.95. I clicked on each of the products in the order details section and was re-directed to the respective Amare product pages. True and correct captures of the flow from the link in Shannon Boyle's public TikTok video as it appeared to me on the date of the capture is marked as **PX 128**.

### C. Amare Brand Partner: Erika Cobb

147. On February 4, 2025, using the Microsoft Snipping tool, I took several captures from the public profile of Amare Brand Partner, Erika Cobb (@faithfueledhealth), on the social networking site, TikTok. For example, I captured a TikTok post from January 10, 2023. The post depicts a photo of a woman with the text overlay: "Kids & adults with ADHD and/or anxiety…This little saffron pixie stick helps us get out of fight or flight & improves focus[.] Calms our bodies & helps improve sleep[.] It's blowing up tiktok [sic] & it was actually out of stock for a hot minute[.] It's back w/ $10 off - check it out in my profile/bio." I also captured the information found on the page after clicking the link provided in the "bio" section of Erika Cobb's profile. True and correct captures of the TikTok post as it appeared to me on the date of the capture are marked as **PX 54**.

148. I captured another TikTok post from Erika Cobb's public profile posted on September 22, 2024. The post depicts a video with a woman mixing a pink drink in a bottle with the text overlay:

> For years, I relied on Band-Aid solutions to manage my anxiety, but nothing ever truly got to the root of the issue. It wasn't until I started focusing on balancing cortisol and serotonin that I found real, lasting relief. Now, with my mental wellness routine, I've ditched the pharmaceuticals and feel better than ever. Mental wellness starts from within! (emojis omitted).

The caption contained the following text:

> I spent years covering up my anxiety with temporary fixes. But once I focused on balancing cortisol and serotonin naturally, I finally found the relief I was looking

PX 01

64

for. This mental wellness drink has been my game-changer. If you're ready to ditch the Band-Aids and get to the root of your stress and anxiety, check out the info in my bio which also includes a coupon for a special discount on my favorite wellness protocol. #MentalWellness #CortisolBlanace #SerotoninSupport #NaturalAnxietyRelief #DitchTheBandAids #GutHealth #AnxietySupport #StressReliefTips #HormoneBalance #HolisticHealth #AnxietyHelp #MentalHealthMatters #happyjuice #genxwomen (emojis omitted).

A true and correct capture of the TikTok post as it appeared to me on the date of the capture is marked as **PX 87**.

149.    I captured another TikTok post from Erika Cobb's public profile posted on October 14, 2024. The caption contained the following text:

Parents, our kids also face so much stress these days—whether it's school, social pressures, or daily life challenges. But what if there was a natural way to help them feel their best? Introducing Kids Happy Juice—This is the drink that turned my life around and now we have it for KIDS! It's a delicious blend of probiotics and adaptogens designed to support their gut health, boost mood, improve focus, and calm their little nervous systems. Parents are already seeing fewer belly aches, better grades, happier social interactions, and fewer meltdowns. Want to learn more about how Kids Happy Juice can help your child? Comment 'happy' below, and I'll share all the details! #KidsMentalWellness #GutHealthForKids #NaturalKidsSupplements #HappyJuiceForKids #ProbioticsForKids #KidsGutBrainConnection #HealthKidsHappyKids #ADHDSupportForKids #KidsStressRelief #NaturalAnxietyRelief #FocusAndCalm

A true and correct capture of the TikTok post as it appeared to me on the date of the capture is marked as **PX 55**.

### D.  Amare Brand Partner: Bethany Jury

150.    On September 4, 2024, using the Google Chrome Full Page Capture extension tool, I took several captures from the public profile of Amare Brand Partner, Bethany Jury (@sobermomming), on the social networking site, TikTok. For example, I captured a TikTok post from June 29, 2024. The caption contained the following text:

Link in profile[.] Wait, a second… Can this be real? …  🐿 It is and I'm so grateful for this tool this summer I can't even begin to explain how real this is and how fast it works. It's drastically improved your kids [sic] mood, anxiousness, they're not

PX 01

65

not [sic] as emotional & we have way less outbursts & crying. No more clinging to me crying when I have to leave or when i pick out the wrong shoes for school. Drop offs at kids care while I'm in the gym have seriously never been this easy! They're HAPPY and able to enjoy being a kid again 🙏 Mamas and parents you have to give this a try. This best part is that you can also take it and it will work the same for you 🫶 I take it for extreme anxiousness!! Or just to regulate when I'm overstimulated I take it when I need help focusing or if I am stressed. It calms me down and I'm almost instantly in a way better mood. It can be mixed into a drink or taken directly like a powder pixie stick. This is all natural, holistic, plant-based and tastes sooooo good 🦋 Wanna see for yourself? First FOLLOW then grab link jn [sic] bio get your hands on this 🙏 | cortisol support , the best summer , saffron , kids with big emotions, hyperactivity, focus mood, stressed, teens, mental health, #kid      #kidsadhd      #kidsanxietyn      #sensoryprocessingl      #holybasilo #emotionalregulationd      #kidsmentalhealthmattersm      #momof4kidsa #seattlemamacoholfreemom

A true and correct capture of the TikTok post as it appeared to me on the date of the capture is marked as **PX 56**.

151.    I noted that in the "Bio" section of Bethany Jury's profile, it contained a provided a link (msha.ke/yoursoberguide). I clicked on the link and was re-directed to a subpage with text, "THE GUT-BRAIN AXIS & HOLISTIC MENTAL HEALTH SUPPORT WITH YOUR SOBER GUIDE." The page also listed a phone number next to "TEXT ME!" True and correct captures of Bethany Jury's TikTok profile information and linked page as it appeared to me on the date of the capture is marked as **PX 175.**

### E.  Amare Brand Partner: Colleen Sullivan

152.    On February 4, 2025, using the RealDownloader tool and the Google Chrome Full Page Capture extension, I took captures and downloaded videos from the public profile of Amare Brand Partner, Colleen Sullivan (@colleensullivanwellness), on the social networking site, TikTok. For example, I captured a TikTok post from December 4, 2022. The post depicted a video with the text overlay, "Saffron Extract Pixie Stick: equivalent results to Proz@c for MOOD & Rital!n for FOCUS." The caption contained the following text:

PX 01

66

Replying to @hillary_higgins_eagle

Saffron Pixie Stick for Adhd, anxiety, & stressed kids and families.

Text INFO to (229) 471-0500 for more info.

A great stand alone tool that can also be combine with the gut-brain axis protocols I recommend for kids & adults for enhanced results & to address symptoms at the root-cause level.#kidsadhd #kidsmentalhealth #momswithadhdkids #adhdnaturally #adhdsupplement #adhdsupport #momstressreliever #focustools

A true and correct capture of the TikTok video as it appeared to me on the date of the capture is marked as **PX 236**.[22] The screenshots I took of the TikTok video are marked as **PX 67.**[23]

153.    I captured another TikTok post from Colleen Sullivan's public profile posted on February 9, 2023. The caption contained the following text:

Did you know that up to 90% of your feel good #neurotransmitters are actually produced in your gut & not in your brain? Things we think of as being brain issues like ADHD, Anxiety & even depression are not issues of the brain, but rather gut-brain issues. When I learned this, I knew I was on to something that could help my son with his ADHD symptoms. Target the gut, brain & how the gut communicates with the brain to improve how we feel & perform. If you're looking for a solution, I can help. The natural protocol that helped my son works to create healthy neurotransmitter levels: Norepinephrine for focus[,] Serotonin for mood[,] Dopamine for motivation[,] Gaba for calmness[.] And reduces cortisol levels (stress hormone) & inflammation (which causes bad signaling to the brain) If you need support for you/your kiddo, drop HELP [emoji omitted] or send me a message and I can get you started with some suggestions [hashtags omitted].

A true and correct capture of the TikTok video as it appeared to me on the date of the capture is marked as **PX 129**. The screenshots I took of the TikTok video are marked as **PX 130.**

### F.  Shawn Talbott

154.    On April 24, 2024, using the RealDownloader tool, I downloaded a video from the public profile of Shawn Talbott (@doctalbott) on the social networking site, TikTok, and saved it to a secure network case folder. The video was posted to Shawn Talbott's profile on

---

[22] PX 236 is referred to as Attachment 12 in the Declaration of Jennifer Hedrick (PX 264).
[23] PX 67 is referred to as Attachment 11 in the Declaration of Jennifer Hedrick (PX 264).

November 25, 2023, and shows Talbott with a shelf of Amare products behind him. The caption contained the following text:

> How does Happy Juice work? By balancing your biochemistry to improve your psychology! Microbiome + Gut-Heart-Brain-Axis + Neuron Activation + Coordinated Neurotransmitter Balance in a patent-pending, award-winning, science-supported holistic pack to help you feel your best. #mentalwellness

A true and correct copy of the video as it appeared to me on the date of the download is marked as **PX 58.** A transcript of the video is marked **PX 231.**

155.    On May 12, 2026, I visited the public profile of Shawn Talbott (@doctalbott) on TikTok and confirmed the video from November 25, 2023 (PX 58) is still available. Using the Microsoft Snipping tool, I took a capture depicting the video is listed second with 3,254 views on the "Popular" section of Shawn Talbott's TikTok profile. A true and correct capture of the screenshots I took from Shawn Talbott's TikTok profile as they appeared to me on the date of the capture is marked as **PX 59.**

### G.  Amare Brand Partner: Katie Wiekamp

156.    On December 17, 2024, using the RealDownloader tool, I downloaded a video from the public profile of Amare Brand Partner, Katie Wiekamp (@katiemwiekamp), on the social networking site, TikTok, and saved it to a secure network case folder. The video was posted to Katie Wiekamp's profile on December 14, 2024. The video depicts a woman speaking with the text overlay, "17lbs of cortisol weight gone" and the caption states, "Literally changed my life." A true and correct copy of the video as it appeared to me on the date of the download is marked as **PX 187.**

157.    On January 14, 2025, using the RealDownloader tool, I downloaded a video from the public profile of Katie Wiekamp (@katiemwiekamp) on the social networking site, TikTok, and saved it to a secure network case folder. The video was posted to Katie Wiekamp's profile

on January 7, 2025. A true and correct copy of the video as it appeared to me on the date of the download is marked as **PX 60.** Using the Google Chrome Full page capture extension tool, I took a capture depicting the date the video was posted. A true and correct capture of the post as it appeared to me on the date of the capture is marked as **PX 61.**

V.    **LinkedIn**

158.    On October 1, 2024, using the Google Chrome Full Page Capture extension, I took several captures from the business and employment social networking site LinkedIn. For example, I located a LinkedIn profile for Hiep Tran. Tran identified himself as "CEO and Founder" of Amare Global from June 2016 until September 2021 and as "Founder and Chairman" from September 2021 to December 2023. A true and correct capture of the LinkedIn profile as it appeared to me on the date of the capture is marked as **PX 170.**

159.    I located a profile for Shawn Talbott who identified himself as "Chief Science Officer & Founding Executive" for Amare Global from January 2017 to present.[24] The description of the position states, "Responsible for the company's research, development, and product strategy. As part of the Executive Leadership team and Board of Directors, I work with our global network of Brand Partners to help people understand the science behind our products and programs." A true and correct capture of the LinkedIn profile as it appeared to me on the date of the capture is marked as **PX 174.**

160.    I located a LinkedIn profile for Pat Hintze who identified himself as "Founding Wellness Partner" of Amare Global from January 2017 until present.[25] Under the "About" section of Hintze's LinkedIn profile it states

---

[24] In a capture I took December 19, 2024, Talbott updated his LinkedIn profile information to indicate dates of employment at Amare as January 2017 until November 2024.
[25] As of June 4, 2026, Hintze's LinkedIn profile indicates he is still employed with Amare.

After being blessed to be a part of the Direct Selling Industry for over the past 30+ years and the privilege of building 2 incredible teams that number over 500,000+ total distributors and reached over $60 MILLION in annual team product sales…I now know what all that PRACTICE was for!!! I have truly found my purpose at AMARE GLOBAL, The Mental Wellness Company. I know we are going to attract many great people to our great mission and accomplish great things together and make a difference in the lives of many. It's time to dream big once again! www.pathintze.com.

Hintze's previous experience included "Independent Distributor" for Shaklee Distribution from 2004 until June 2016. A true and correct capture of the LinkedIn profile as it appeared to me on the date of the capture is marked as **PX 172.**

161.    I located a LinkedIn profile for Laura Evans. Evans identified herself as "Mental Wellness Advocate & Partner" at Amare Global from July 2019 until present. Her previous experience also included "SVP Sales & Field Development North America" for the Shaklee Corporation from January 2005 until January 2014. A true and correct capture of the LinkedIn profile as it appeared to me on the date of the capture is marked as **PX 171.**

162.    I located a LinkedIn profile for Rich Higbee who identified himself as "President of Sales/Founding Executive" of Amare Global from January 2017 until February 2021. Previously, Higbee identified himself as "Vice President of Sales, US & Cananda" for doTERRA Essential Oil from August 2013 until December 2016 and as "Vice President, Field Development" for Shaklee Corporation from May 2006 until May 2013. A true and correct capture of the LinkedIn profile as it appeared to me on the date of the capture is marked as **PX 173.**

## VI.    Vimeo

163.    On August 28, 2024, using the Microsoft Snipping Tool, I took captures of videos from the online video hosting platform, Vimeo. For example, I located a video entitled "Stress Deep Dive Topic with Dr. Shawn Talbott & Pat Hintze- 4/19/2018" uploaded on the Amare

Global channel on April 20, 2018. I took a recording of the entire video. A true and correct recording of the video as it appeared to me on the date of the recording is marked as **PX 62.** A transcript of the video is marked as **PX 232.**

164.    I also took a screenshot of the video at the 5 minute and 15 second mark which depicts a presentation slide titled, "The Three Things You Should Know About Mental Wellness" and features a continuum "disease status" listing conditions such as depression, anxiety, dementia, ADD/ADHD, and Alzheimer's to "optimized" listing descriptors such as energetic, calmness, happy, and resilient. I took another screenshot of the video at the 7 minute and 22 second mark which depicts brand names such as Prozac, Lexapro, Zoloft, Wellbutrin XL, Ambien, and Cymbalta with the text overlay, "$100B +." I took an additional screenshot at the 43 minute and 34 second mark which depicts a slide for MentaBiotics listing, "60% Decrease in irritability scores*, 55% Decrease in Anxiety Scores*, 50% Decrease in depression scores*, 49% Reduction in overall distress* . . . . Improves overall mood by increasing positive mood by 211% and decreasing negative mood by 105%*." A true and correct capture of the video screenshots as they appeared to me on the date of the capture is marked as **PX 63.**

165.    On August 28, 2024, using the Microsoft Snipping Tool, I also captured a video entitled "Amare Global Launch Tour 2018" uploaded on the Amare Global channel on February 23, 2018. I took a recording of the entire video. A true and correct recording of the video as it appeared to me on the date of the recording is marked as **PX 142.** A true and correct capture of the Vimeo website as it appeared to me on the date of the recording is marked as **PX 141.**

**VII.    YouTube**

166.    On August 27, 2024, using the RealDownloader and the Google Chrome Full Page capture extension, I took captures and downloaded videos from the online video hosting

platform, YouTube. I located a YouTube video entitled, "Full amare Presentation by the ceo mr pat hintz" [sic] posted on January 14, 2019, on the YouTube channel (@youtube_blackgoldstudiosllc). I downloaded the video and saved it to a secure network folder. The video I downloaded is marked as **PX 144.** The transcript of the video is marked as **PX 233.** True and correct captures from the YouTube channel as they appeared to me on the date of the capture is marked as **PX 143.**

167.    Using the RealDownloader and the Google Chrome Full Page Capture extension, I also took captures from the YouTube channel for Sarah Bjorgaard (@bwellwithsarahb). I located a YouTube video entitled, "Pat Hintze" posted on January 8, 2024. I downloaded the video and saved it to a secure network folder. The video I downloaded is marked as **PX 148.** True and correct captures from the YouTube channel as they appeared to me on the date of the capture is marked as **PX 147.**

168.    On June 4, 2024, using the RealDownloader and the Google Chrome Full Page capture extension, I took captures and downloaded videos from the online video hosting platform, YouTube. For example, I located a YouTube channel for Dr. Shawn Talbott (@DrShawnTalbott). I clicked on the "Popular" tab and downloaded the video fourth video listed, entitled "Kids Mood KABC7" uploaded on February 11, 2020. I downloaded the video and saved it to a secure network folder. The video I downloaded is marked as **PX 65.**[26] A transcript of the video is marked as **PX 227.** True and correct captures from the YouTube channel as they appeared to me on the date of the capture is marked as **PX 66.**

169.    I also downloaded a video entitled, "Next Generation Nootropics" uploaded on March 30, 2024, and saved it to a secure network folder. On April 8, 2025, using the Microsoft

---

[26] PX 65 is referenced as Attachment 4 to the Declaration of Jennifer Hedrick (PX 264).

Snipping tool, I created a clip of the video. The clip of the video I downloaded is marked as **PX 190.** True and correct captures from the YouTube channel as they appeared to me on the date of the capture is marked as **PX 191.**

170.    On October 1, 2024, using the RealDownloader and the Google Chrome Full Page capture extension, I took additional captures and downloaded videos from the YouTube channel for Dr. Shawn Talbott (@DrShawnTalbott). I downloaded a video entitled "What Can You Say About Dietary Supplements (Claims?)" uploaded on August 8, 2023. I downloaded the video and saved it to a secure network folder. The video I downloaded is marked as **PX 131.** True and correct captures from the YouTube channel as they appeared to me on the date of the capture is marked as **PX 132.**

171.    On March 5, 2025, using the RealDownloader and the Google Chrome Full Page capture extension, I took captures and downloaded videos from the YouTube channel for Amare Global. I downloaded a video entitled "Amare Global | Discover the Science behind Amare Kids Pack" uploaded on January 17, 2025. I downloaded the video and saved it to a secure network folder. The video I downloaded is marked as **PX 188.** True and correct captures from the YouTube channel as they appeared to me on the date of the capture is marked as **PX 189.**

**VIII.    JesRoyston.com**

172.    On July 10, 2024, using the Microsoft Snipping tool and the Google Chrome Full Page capture extension, I took captures from JesRoyston.com. From the landing page, I clicked on "Fave Resources" at the top of the page. On the "Fave Resources" subpage, I clicked on the link, "GUT BRAIN SUPPLEMENTS." After I clicked on the link, I was re-directed to "myamareglobal.com/12961/en-us/." At the top of the page the text stated, "Jessica Royston

#12961 an Amare Brand Partner" and listed a phone number and email address. True and correct captures from the website as they appeared to me on the date of the capture are marked as **PX 84**.

## IX.    BestFutureYou.Com

### A.    June 4, 2024 Captures

173.    On June 4, 2024, using the Microsoft Snipping tool and the Google Chrome Full Page capture extension, I took captures from BestFutureYou.com. The landing page features of photo of Shawn Talbott with the text, "Optimize You Mind-Body Connection with Natural Lifestyle and Nutrition Practices. Sharpen your focus, boost your mood, and improve your sleep quality with Dr. Shawn's—BestFutureYou.com." Under the section, "The Link Between Food and Mood" it states, "Nutritional Psychology explores the relationship between nutrition and mental wellness. It involves the use of specific nutrients and dietary interventions to address various mental health conditions such as depression, stress, brain fog, anxiety and ADHD." A true and correct capture of the landing page from the website as it appeared to me on the date of the capture is marked as **PX 109**.

174.    From the landing page, I clicked on "Blog" at the top of the page. On the "Blog" subpage, I clicked on the link, "Amare Global Research White Paper." The subpage contained three PDF's available to download: "Effect of coordinated probiotic/prebiotic/phytobiotic supplementation on microbiome balance and psychological mood state in healthy stressed adults," "Effect of Astaxanthin supplementation on psychophysiological heart-brain axis dynamics in healthy subject," and "Modulation of Gut-Brain Axis Improves Microbiome, Metabolism, and Mood." I downloaded each of the three PDFs and saved them to a secure network folder.  True and correct captures of the blog subpages from the website as they appeared to me on the date of the capture is marked as **PX 101**. "Effect of coordinated

probiotic/prebiotic/phytobiotic supplementation on microbiome balance and psychological mood state in healthy stressed adults" PDF is marked as **PX 102.** "Effect of Astaxanthin supplementation on psychophysiological heart-brain axis dynamics in healthy subject" PDF is marked as **PX 103.** "Modulation of Gut-Brain Axis Improves Microbiome, Metabolism, and Mood" PDF is marked as **PX 107.**

175.    I clicked on another blog article titled, "Mental Wellness Economy Webinar," which contained a transcript of a weekly webinar hosted by Shawn Talbott. In the transcript, Talbott receives a question from Lisa Hellmers, "I'm fairly new. I've been with Amari [sic] for about going on 5 months, and I have a customer who is pregnant and she's on antidepressants wants to get off, but she's asking me what supplements she should start with, and I'm not sure what to tell her." Talbott responds:

> Yeah. So . . . any supplements are going to be safer than the antidepressants that she's on right now, you know. So that's the that's that's [sic] the first thing. Second thing is, you might want to go to my blog and go into the go into the blog section and and [sic] type in Happy Mama. And what you're gonna get is a is a post that I did. That talks all about what supplements I recommend for pregnant women, and importantly what supplements I recommend for post pregnant women, and the and the and the [sic] reason for that . . . . What you basically wanna do is make sure that that mom nourishes her microbiome throughout the course of her pregnancy because during pregnancy the microbiome is gonna get less and less diverse, so that she can deliver a low diversity microbiome to the baby, and then in the baby, the microbiome and the immune system sort of educate each other. They grow up together right. They they [sic] learn from each other, they teach each other. And so that baby develops strong microbiome and a strong immune system. If the mom doesn't bounce back her her [sic] low diversity microbiome to a high diversity microbiome. She's at really high risk for developing postpartum depression and postpartum anxiety. So I absolutely recommend that they supplement with probiotics and prebiotics.

At the 35 minute, 23 second mark in the transcript, Talbott states the following:

> We're starting to see more tracking around mood and stress and mental focus and things like that for kids, because parents are sticking, starting to look for things besides melatonin things besides Prozac things besides Ritalin things beside all of those sort of synthetic options to get their kids to perform their best and get their

kids to, to to [sic] feel their best. And so there's a lot of innovation. Now, around mood and mental health supplements specifically targeted to kids. And you know we talk about a lot of those here in this. In this course, right? We talk about saffron and its ability to show equivalence to Ritalin for kids, for focus and equivalence, to [P]roZac for kids with with [sic] for teenagers with depression. We talk about how pine bark and and [sic] theanine are first line therapies for Adhd . . . . when I talk to roomfuls of parents right, I'll I'll [sic] ask the question. I'll say if you knew that there was a natural option out there that was as good as Ritalin for focus, or was as good as [P]roZac for depression, or was as good as whatever for your kids. Wouldn't you wanna try a natural option before you tried a synthetic option, right?

A true and correct capture of the blog post from the website as it appeared to me on the date of the capture is marked as **PX 104.**

176.    I clicked on another blog post titled, "New Mental Wellness Seminars." The blog contained links to a PowerPoint[27] presentation titled, "Happy Juice Overview." I downloaded the presentation and saved it to a secure network folder. I noted the metadata of the file listed the created date as May 21, 2020, the last modified date as November 6, 2023, with the author listed as Shawn Talbott. There was another PowerPoint presentation titled, "Key Products Flashcards." I downloaded the presentation and saved it to a secure network folder. I noted the metadata of the file listed the created date as December 12, 2022, last modified date as November 6, 2023, and the author listed as Shawn Talbott. A true and correct capture of the blog post from the website as it appeared to me on the date of the capture is marked as **PX 108.** "Happy Juice Overview" is marked as **PX 105,** and "Key Products Flashcards" is marked as **PX 106.**

B.    July 9, 2024 Captures

177.    On July 9, 2024, using the Google Chrome Full Page capture extension, I took additional captures from BestFutureYou.com. From the landing page, I clicked on "Blog" at the top of the page. On the "Blog" subpage, I clicked on the link, "Kid's Mood+ Clinical Study." The subpage contained links to a PowerPoint presentation titled, "Kids Mood EB Study 040720

---

[27] For readability purposes, PowerPoint presentations have been converted to PDF files.

SHORT." There was also a link to a video on YouTube and a PDF available to download, "Talbott Kids Mood Focus Poster EB2020." I downloaded the PDF and the PowerPoint presentation and saved them to a secure network folder. I noted the metadata of the PowerPoint presentation listed the date created as September 9, 2019, the date last modified as April 7, 2020, and last modified by Shawn Talbott. True and correct captures of the blog subpages from the website as they appeared to me on the date of the capture is marked as **PX 110**. "Kids Mood EB Study 040720 SHORT" presentation is marked as **PX 112** and "Talbott Kids Mood Focus Poster EB2020" is marked as **PX 111.**

## UNDERCOVER INVESTIGATION

178.    In my duties as an investigator, I engage in discovering, reviewing, and capturing website content; making undercover calls and purchases; preserving evidence; and analyzing data as it relates to the investigations I am assigned. For undercover investigations involving online transactions, I utilize computers located in the FTC's Internet Lab that have secure VPN connections and are not connected to the FTC's main network to collect and preserve evidence.

179.    In the course of my employment, I am authorized to record telephone conversations with parties suspected of violating the laws and regulations the FTC enforces and possible violations of orders obtained by the Commission. For these telephone calls, I use an undercover identity, address, telephone number, email address, and other fictitious information. I conduct the undercover telephone calls at the FTC's office in Washington, D.C. Before placing the calls, but after starting to record, I identify myself as Lashanda Freeman, an investigator with the FTC. After finishing calls, but before terminating the recording, I confirm my identity as Lashanda Freeman, an investigator with the FTC.  I confirm the conversations have been

recorded properly and I copy the audio recordings from the digital recorder to FTC's secure network via the USB port on the digital recorder to be preserved.

180.    For undercover investigations, I utilize fictitious consumer identities with a date of birth, address, and first and last name that are not associated with an actual person. I have functioning credit card accounts, mailboxes, and telephone numbers associated with each of these fictitious consumer identities that I use for making purchases and telephone calls undercover. I also created unique email addresses for each of my undercover identities which are only used to complete the specific purchase and/or undercover call.

**I.    June 18, 2024: Amare Happy Juice Pack Purchase from Amare.com**

181.    On June 18, 2024, in the FTC's Internet Lab, I utilized the FlashBack Express Recorder to record my computer screen for an undercover purchase. The recording is marked as **PX 202.** I also took simultaneous screenshots using the Google Chrome Full Page Capture extension, Snagit, and/or Microsoft Snipping tool, as I completed the undercover purchase. The screenshots are marked as **PX 201.**

182.    I launched the browser on my computer with Google as the default search engine and typed "amare happy juice" into the search bar. The first result was a sponsored ad for Amare Happy Juice with the text, "All Natural Products-We combine Ancient Natural Wisdom with Modern Scientific Innovation . . . . We Promote Vigor, Happiness, Stress-Free, Mental Performance, & Whole-Body Wellness." I clicked on the Sponsored Ad for Amare and was re-directed to amare.com [full URL omitted]. I noticed the bar at the top of the page had the text, "Amare Friends #7 an Amare Brand Partner," and the page featured Mood+, Kids Mood+, Energy+, and Kids Calm under the "Best Sellers" section on the webpage.

183.    I clicked on the "Shop" link at the top of the page and saw a drop-down menu listing the following: New Products, Gut Health, Mental Fitness, Essential Nutrition, Confidence & Weight, Sexual Wellness, Personal Care, Kids & Teens, Kyani, Launch Packs, and Amare Gear.  I clicked on "Mental Fitness" and then selected "Amare Happy Juice Pack." I was re-directed to the Amare Happy Juice Pack subpage. I downloaded the resources available on the subpage and saved them to a secure network folder.

184.    I noted the "Watermelon" flavor was the default for the Amare EDGE flavor, and the "Dragon Fruit" was the default for the Energy+ flavor, and "Subscribe & Save" was pre-selected for the Amare Happy Juice Pack. I clicked on the green icon, "+ADD TO CART." A popup, "Shopping Cart," appeared in the right-hand corner of my screen listing the Amare Happy Juice Pack. I clicked on the "CHECKOUT" icon at the bottom of the screen and was redirected to a page prompting me to create a new account or enter ID and password for a returning account. I selected, "Create Account," and filled in the form using my undercover identity's information[28] such as first name, last name, birthday, phone number, and email address, and clicked the icon "CONTINUE."

185.    I was redirected to a subpage which prompted me for shipping information. Using my undercover identity's information, I filled in the required information such as address, city, state, and zip code. I noted there was a box, "Amare Global Customer Terms and Conditions" which I had to select, "I agree to the terms and conditions" to navigate to next page.

186.    After clicking "CONTINUE" I was redirected to a page with the text, "Review Your Order," displayed at the top and prompting for payment information. Using my undercover identity's credit card information, I filled in the requested information. The cheapest shipping

---

[28] As noted above, all information that would reveal undercover identities and accounts used and controlled by the FTC has been redacted from exhibits.

option, "Ground 3-7 Business Days" for $11.99 was preselected. After clicking the box next to the text, "By clicking PLACE ORDER, you confirm your Subscribe & Save order will be shipped today and recurring monthly on the next order date until cancelled or modified," I selected the icon, "PLACE ORDER."

187.    I was redirected to an order confirmation screen which listed a "Refer-A-Friend" personalized link and an "Amare Customer Digital Welcome Kit." I clicked on the "VIEW" icon next to the Welcome Kit and was redirected to a subpage which had "Amare Customer Resources" with three PDFs, "Welcome Letter," "Be Well Booklet," and "Product Catalog," which I downloaded and saved to a secure network folder. Notably, the "Welcome Letter" featured an image and signature of Hiep Tran identified as the "Founder/CEO." The "Be Well Booklet" featured a letter from Shawn Talbott, identified as "Chief Science Officer and Founding Executive."

188.    I also clicked on "Upgrade Account" under the dropdown menu and was redirected to the "Share" subpage which states, "Join as an Amare Partner." When I clicked on the "Enroll Today" icon I was redirected to a page that had the text, "Upgrade to Brand Partner," Underneath, the site stated, "Brand Partners may earn commissions through the sale of Amare products. An Annual membership fee is required to upgrade to an Amare Brand Partner." To proceed to the next screen, a Social Security Number ("SSN") [29] or Tax ID number was required. A true and correct capture of the subpage as it appeared to me on the date of the capture is marked as **PX 204.**

189.    From the Join as an Amare Partner subpage, I clicked on the links, "Income Disclosure Statement" and "Amare Compensation Plan" and saved the PDFs to a secure network

---

[29] For this investigation, the undercover identities I used did not have Social Security or Tax ID numbers, so I was unable to enroll as a Brand Partner.

folder. I also clicked on the "Learn More" links found under the "Love Your Journey" and "Path to Paradise" sections and saved the PDFs to a secure network folder. The "Amare Compensation Plan" is marked as **PX 205**, the "Income Disclosure Statement" is marked as **PX 206**, the "Love Your Journey" PDF is marked as **PX 207**, and the "Path to Paradise" PDF is marked as **PX 208**.

190.    I confirmed my undercover identity's credit card statement reflected a charge on June 18, 2024, from Amare Global in the amount of $168.12.

191.    I received notification from the mail drop associated with my undercover profile a package arrived. The package was redirected to me in Washington, D.C. On July 9, 2024, I took photographs of the products contained inside, the product packaging, and product labeling. The photographs I took are marked as **PX 203.**

192.    On July 9, 2024, I removed one Amare EDGE+ packet from the box, and I initiated a product return for the reason "Did Not Meet Expectations" and returned the remaining products unopened. On July 15, 2024, I received confirmation my return package was received by Amare. On July 20, 2024, my undercover identity's credit card was refunded in the amount of $156.13. I did not receive any additional charges or any additional packages from Amare related to this undercover transaction.

**II.    July 9, 2024: Kids Pack and Mood+ Purchase from Amare Brand Partner Jennifer Hedrick**

193.    On July 9, 2024, in the FTC's Internet Lab, I utilized the FlashBack Express Recorder to record my computer screen for an undercover purchase. The recording is marked as **PX 210.** I also took simultaneous screenshots using the Google Chrome Full Page Capture

extension, Snagit, and/or Microsoft Snipping tool, as I completed the undercover purchase. Certain screenshots I took during the transaction are marked as **PX 211.**

194.    I launched the Google Chrome browser on my computer, and I accessed Amare Brand Partner, Jennifer Hedrick's public Instagram profile (@hey_natural_momma). I clicked on the link provided in the "Bio" section of the profile (www.thekidsproduct.com). A popup appeared with an image of Amare Kids Mood+ and the text, "Unlock Your $10 OFF COUPON!" with fields to enter an email address and phone number. I had to acknowledge consent to receive SMS Notifications, Alerts, & Occasional Marketing and then I clicked the icon "Continue." The page refreshed and featured a video with Shawn Talbott discussing Kids Mood+ and an icon, "Click HERE to order & get $10 Off."

195.    After I clicked the icon, "Click HERE to order & get $10 Off," I was redirected to an amare.com [full URL omitted] website with the text, "Express Checkout," and Kids Mood+ prepopulated in the shopping cart. From this webpage, I clicked on the link "Policy Manual" at the bottom of the page.

196.    Next, I accessed the public Facebook profile for Jennifer Hedrick and clicked on the link in the "Bio" section (stan.store/Heynaturalmomma). The page redirected and listed Amare products, Kids Mood+, Kids Pack, MentaBiotics, and Happy Juice with links. I clicked on the link for the Kids Pack.

197.    After clicking on the link, I was redirected to an Amare website (amare.com/163292/en-us/kids-pack) which had the text, "Successful Momma #163292 an Amare Brand Partner," at the top and listed, workwithjennifer2@gmail.com, in the contact information.  The page had the Amare Kids Pack and featured a video with Shawn Talbott. I clicked on the icon "+ADD TO CART" and a popup window appeared.

198.    The popup window had text, "Build a Custom Bundle," and had dropdown selections to add additional products. I selected "Mood+" and clicked on the icon "+ADD TO CART." A popup on the right-hand side of the screen appeared with Amare Kids Pack and Mood+ prepopulated. I clicked on the icon "CONTINUE" and was redirected to a subpage with the text "Create A Customer Account."

199.    I filled in the required fields using my undercover identity's information such as first name, last name, birthday, phone number, and email address and clicked on the icon "CONTINUE."

200.    I was redirected to a subpage which prompted me for shipping information. Using my undercover identity's information, I filled in the required information such as address, city, state, and zip code. I noted there was a box, "Amare Global Customer Terms and Conditions" which I had to select, "I agree to the terms and conditions," to navigate to next page.

201.    After clicking "CONTINUE" I was redirected to a page with the text, "Review Your Order," displayed at the top and prompting for payment information. Using my undercover identity's credit card information, I filled in the requested information. The cheapest shipping option, "Ground 3-7 Business Days" for $11.99 was preselected. After clicking the box next to the text, "By clicking PLACE ORDER, you confirm your Subscribe & Save order will be shipped today and recurring monthly on the next order date until cancelled or modified," I selected the icon, "PLACE ORDER."

202.    I was redirected to an order confirmation screen which listed a "Refer-A-Friend" personalized link and an "Amare Customer Digital Welcome Kit." I clicked on the "VIEW" icon next to the Welcome Kit. I clicked on the "VIEW" icon and was redirected to a subpage which

had "Amare Customer Resources" with two PDFs, "Be Well Booklet" (*see* PX 211 at 29) and "Product Catalog" (*see* PX 211 at 70) which I downloaded and saved to a secure network folder.

203.    I confirmed my undercover identity's credit card statement reflected a charge on July 9, 2024, from Amare Global in the amount of $170.73.

204.    I received notification from the mail drop associated with my undercover profile a package arrived. The package was redirected to me in Washington, D.C. On July 30, 2024, I took photographs of the products contained inside, the product packaging, and product labeling. The photographs I took are marked as **PX 209.**

205.    After allowing the 30-day subscription renewal on August 9, 2024, and receiving the product, on September 7, 2024, I logged into the Amare account associated with this transaction and altered the next shipment date of the Subscribe & Save order to October 4, 2024. I repeated this process again on October 1, 2024, and changed the next shipment date to November 4, 2024. On October 29, 2024, I logged into the account and cancelled the Subscribe & Save subscription and initiated a return for the some[30] of the products I received in the August 2024, shipment. On November 11, 2024, a credit in the amount of $168.62 was posted to the credit card account for the undercover identity I used for this transaction. I did not receive any additional charges or any additional packages from Amare related to this undercover transaction.

III.    **July 10, 2024: Amare International Convention Purchase**

206.    On July 10, 2024, in the FTC's Internet Lab, I utilized the FlashBack Express Recorder to record my computer screen for an undercover purchase. The recording is marked as **PX 212.** I also took simultaneous screenshots using the Google Chrome Full Page Capture

---

[30] I kept samples of the Kids Mood+ packets, Kids Fundamentals powder, Kids VitaGBX, and Mood+ capsules.

PX 01
84

extension, Snagit, and/or Microsoft Snipping tool, as I completed the undercover purchase. Certain screenshots I took during the transaction are marked as **PX 213.**

207.    I launched the Google Chrome browser on my computer and accessed the Amare Global Events subpage of amare.com. I clicked on the "View Info" link and was directed to a subpage titled, "LEVEL UP International Convention 2024," with the dates July 25, 2024-July 27, 2024. The event offered both in-person and virtual tickets. At the top right corner of the page was a link for "Buy Virtual Tickets."

208.    I clicked on the link to purchase virtual tickets and was redirected to a website which prompted me to fill out certain information. Using the undercover identity information[31] I used for the July 9, 2024, undercover purchase from Jennifer Hedrick, I completed the required information and clicked on the icon "Next."

209.    Next, I selected the option for "2024 Int'l Convention Virtual Ticket" for $49.95. I proceeded to the "Registration Summary" and clicked the "Next" icon. I proceeded to the "Order Summary" subpage and selected "Credit Card" under the "Payment" section. I filled in the required fields using my undercover identity's information and clicked the icon, "Submit."

210.    The page refreshed and I received an order confirmation page with a confirmation number. The site instructed, "You will receive an email with your registration confirmation. Then, stay turned for more information, including how to watch the virtual event, as Convention gets closer."

211.    I confirmed my undercover identity's credit card statement reflected a charge on July 10, 2024, from Amare Global in the amount of $49.95.

---

[31] After completing the July 9, 2024, purchase and establishing an account with Amare, my undercover identity was issued an Amare ID number. This is what I used for the "Brand Partner ID" field in the form.

212.    On July 24, 2024, the undercover email address associated with this transaction received an email from sales@amare.com. The email contained instructions that a Zoom link would be provided for the live stream of the sessions and provided a link to download an app to watch the convention. The email also stated, "All convention sessions will be available for replay for 90 days after the event." The email is marked as **PX 214.**

213.    Following the instructions provided in the email, I downloaded the "cvent Events" app on the undercover cell phone associated with my undercover identity.

**IV.    July 16, 2024: Call with Amare Brand Partner Shannon Boyle**

214.    On July 16, 2024, I placed an undercover phone call to Amare Brand Partner, Shannon Boyle. The undercover recording is marked as **PX 219.**  FTC staff sent the audio recording of the undercover phone call to Capital Reporting Company to transcribe. The transcript of the recording is marked as **PX 220.**

215.    I arranged the undercover call by texting the word "HAPPY" to (980) 414-0551 per the instructions found on the Linktr.ee subpage in Shannon Boyle's "Bio" section of her public TikTok profile (*see* PX 128). I took captures of the text messages and the links provided in the text messages. The screenshots of the texts are marked as **PX 218.** The capture of the video of Shawn Talbott discussing Amare Happy Juice Pack (mango) from the link provided after the call is **PX 237.**

216.    During the conversation with Shannon Boyle, she made the following comments, "the brain fog because you have no energy, no motivation, and then you start to feel depressed because you feel like you're probably lazy, and you're not lazy, just the signaling to your brain is not right right [sic] now, so, and that's also why, like, the pharmaceuticals don't really get to the root of the problem, and that's, that's basically what the Happy Juice is going to do." She went

PX 01
86

on to explain that the Mango Happy Juice has two products, the Watermelon Happy Juice has three but, "[i]n both of them the core of it is a probiotic that actually has three different strains of probiotic. It's, like, all-in-one for you, and it will . . . . The probiotics will help you create more serotonin, dopamine, and GABA . . . . The pharmaceuticals don't create that. They just, like either block or open signaling in your brain, but they're not creating any of those neurotransmitters." *See* PX 220 at 10:11-18, 11: 2-15.

**V.     July 26, 2024: Amare Virtual Convention**

217.    On July 26, 2024, using the FTC's Virtual Internet Lab, I accessed the Zoom link provided for the virtual convention and watched the General Session 1 virtual live stream. Due to technical issues,[32] I accessed the "cvents Events" app that I had previously downloaded on my undercover identity's cell phone to watch and screen record the virtual live streams of General Sessions 1-2 on July 26, 2024, and General Sessions 3, 4, and the Recognition Gala on July 27, 2024. Due to length of General Sessions 1 and 2, I completed the captures in parts.

218.    Notably, in the first part of General Session 1, current Amare owner and chairman, David Chung, addressed the convention attendees. The capture of the recording I took of General Session 1-Part 1 is marked as **PX 200.** For convenience, on June 3, 2025, using the Microsoft Snipping tool, I made a clip of David Chung's presentation during General Session-Part 1 where he discusses studies on Amare products. The clip I made is marked as **PX 198.**

219.    I also took screenshots of the information found in the app about the Amare Virtual Convention. Certain screenshots I took are marked as **PX 199.** The list of speakers at the convention included Shawn Talbott, Pat Hintze, and numerous Amare Brand Partners. Some of the Amare Brand Partners who participated in the convention included, "Presidential Diamond"

---

[32] Due to technical issues and/or restrictions from Zoom, I was unable to capture both audio and video of the Amare Virtual Convention during the live stream as I watched General Session 1 on July 26, 2024.

partners: Sarah Bjorgaard, Ainsley Bondy, Amanda Cooper, Bec Sadek, Karen Serrano, and Jen Vannatta; "2-Star Diamond" partner: Laura Evans; "Diamond" partners: Shannon Boyle and Jade Hooper; "Exec Leader" partner: Bethany Jury; and "Senior Leader" partner: Katrina Hecker.

220.    Under the "Speaker Details" section for Shawn Talbott, was the following:

As Amare's Chief Science Officer, Shawn Talbott, is responsible for all aspects of the development of new product formulations and specifications, as well as clinical and experimental research, product claims substantiation, and technical support. His 20+ years of experience developing nutritional products has led to him finding his true passion at Amare—using his skills and experience to help people feel better through improved mental wellness and psychological vigor.

*See* PX 199 at 11.

**VI.    October 1, 2024: Call with Amare Brand Partner Jennifer Hedrick**

221.    On October 1, 2024, I placed an undercover phone call to Amare Brand Partner, Jennifer Hedrick. The undercover recording is marked as **PX 222.** FTC staff sent the audio recording of the undercover phone call to Capital Reporting Company to transcribe. The transcript of the recording is marked as **PX 223.**

222.    I arranged the undercover call by responding to a marketing text message from Jennifer Hedrick I received on the undercover identity's cell phone I used when I purchased the Amare Kid's Pack and Mood+ on July 9, 2024. I took screenshots of the text messages. The screenshots of the text messages are marked as **PX 221.**

223.    I noted during the conversation with Jennifer Hedrick she stated the following: "Like, we also have a lot of women that they suffer from anxiety or depression, and obviously we can't say, we're not allowed to say those medical terms online because it's illegal per, like, the government, but you know, you just have to find different words around it, right, like

Page **88** of **94**

PX 01
88

'sadness,' 'anxiousness,' stuff like that, which I would help with you with [sic]." *See* PX 223 at 18: 4-11.

224.    Ms. Hedrick also stated on the call, "I can't say that publicly on my profile, but that's what I want to say, but I legally can't say that to people . . . . I have, I have many, many clients that do this instead of, you know, anxiety meds or ADHD meds and all that kind of stuff. I mean, I had debilitating anxiety before I got on the Adult Happy Juice." *See* PX 223 at 29: 10-19.

**VII.    October 31, 2024: Call with Amare Brand Partner Bethany Jury**

225.    On October 31, 2024, I placed an undercover phone call to Amare Brand Partner, Bethany Jury. The undercover recording is marked as **PX 225.**  FTC staff sent the audio recording of the undercover phone call to Capital Reporting Company to transcribe. The transcript of the recording is marked as **PX 224.**

226.    I arranged the undercover call by sending a text message from my undercover identity's cell phone to the number provided in the link found on Bethany Jury's public TikTok profile (*see* PX 175).  I took screenshots of the text messages and saved the audio messages sent by Bethany Jury in the text chain. The screenshots of the text messages are marked as **PX 197**.

227.    I noted that during the course of the conversation Bethany Jury stated the following: "We have clinical studies, and before we got really big … Like, when I started, I was allowed to say that this helps with anxiety and depression, and now I have to say it helps with anxious feelings and sadness when we talk about it just because FTC doesn't want…Like, you can't, you just can't use diagnostic words." She goes on to state, "So, like, when I share on socials I don't use the word 'Happy Juice.' I share it my 'gut protocol,' and there's … I mean,

PX 01
89

anyone can look up the strains of biotics we use and see that it helps lower those things." *See* PX 224 at 15: 6-18.

228.   When posed with the question if the company provides materials before an Amare Brand Partner begins selling, Bethany Jury responded, "We have Facebook groups and systems to help you—that you'll be put into. If you're worried about wording, you don't have to be. Like, Compliance will still e-mail me, and they're super nice. They're like, 'Hey, you have the word 'anxiety' in your post. Please take it off.'" *See* PX 224 at 16: 6-13.

## VIII.   November 5, 2024: Amare GBX Fit Purchase from Amare Brand Partner Lindsey Elmore

229.   On November 5, 2024, in the FTC's Internet Lab, I utilized the FlashBack Express Recorder to record my computer screen for an undercover purchase. The recording is marked as **PX 216.** I also took simultaneous screenshots using the Google Chrome Full Page Capture extension, Snagit, and/or Microsoft Snipping tool, as I completed the undercover purchase. Certain screenshots I took during the transaction are marked as **PX 217.**

230.   I launched the Google Chrome browser on my computer, and I accessed Amare Brand Partner, Lindsey Elmore's public Instagram profile (@lindseyelmore). I clicked on the link provided in the "Bio" section of the profile (www.lindseyelmore.com). A popup titled "Links" appeared on my screen with links to www.lindseyelmore.com, Facebook profile for Lindsey Elmore, and a linktr.ee/lindseyelmore.

231.   I selected the linktr.ee link and was redirected to a webpage that had four icons with links for: "Functional Med Ed," "Try Amare RiskFree," "Watch the Latest Episode!," and "FREEBIES." I clicked on the link for "Try Amare RiskFee."

232.   I was redirected to an Amare website (amare.com/86207/en-us) which had the text, "Dr. Lindsey Elmore #86207 an Amare Brand Partner," at the top. The website featured a

section, "Our Most-Loved Picks," and had products such as Mood+ and Amare Happy Juice Pack. I selected "Best Sellers" at the top of the page and was redirected to a subpage.

233.    I selected "Amare GBX Fit" from the "Best Sellers" subpage and was redirected to the product information page. I downloaded the resources available on the page, Amare GBX Fit Info Sheet (*see* PX 217 at 11), Amare GBX Fit Data Sheet (*see* PX 217 at 13), and Amare GBX Fit Program Guide (*see* PX 217 at 75), and saved them to a secure network folder. I clicked on the "+ADD TO CART" icon.  A popup on the middle of the screen appeared with an "ADDED TO CART" message for Amare GBX Fit. I clicked on the icon "CONTINUE" and then selected the "Cart" link at the top of my page.

234.    I was redirected to a subpage with Amare GBX Fit "Subscribe & Save" option prepopulated and then I selected the icon "CHECKOUT."

235.    I was redirected to a subpage with the text "Create A Customer Account." I filled in the required fields using my undercover identity's information such as first name, last name, birthday, phone number, and email address and clicked on the icon "CONTINUE."

236.     I was redirected to a subpage which prompted me for shipping information. Using my undercover identity's information, I filled in the required information such as address, city, state, and zip code. I noted there was a box, "Amare Global Customer Terms and Conditions," which I had to select, "I agree to the terms and conditions" to navigate to next page.

237.    After clicking "CONTINUE" I was redirected to a page with the text, "Review Your Order," displayed at the top and prompting for payment information. Using my undercover identity's credit card information, I filled in the requested information. The cheapest shipping option, "Ground 3-7 Business Days" for $11.99 was preselected. After clicking the box next to the text, "By clicking PLACE ORDER, you confirm your Subscribe & Save order will be

shipped today and recurring monthly on the next order date until cancelled or modified," I selected the icon, "PLACE ORDER."

238.    I was redirected to an order confirmation screen which listed a "Refer-A-Friend" personalized link and an "Amare Customer Digital Welcome Kit." I clicked on the "VIEW" icon next to the Welcome Kit. I clicked on the "VIEW" icon and was redirected to a subpage which had "Amare Customer Digital Welcome Kit" with two PDFs, "Be Well Booklet" and "Product Catalog" which I downloaded and saved to a secure network folder.[33]

239.    I confirmed my undercover identity's credit card statement reflected a charge on November 6, 2024, from Amare Global in the amount of $79.45.

240.    I received notification from the mail drop associated with my undercover profile a package arrived. The package was redirected to me in Washington, D.C. On December 3, 2024, I took photographs of the products contained inside, the product packaging, and product labeling. The photographs I took are marked as **PX 215.**

241.    On December 3, 2024, I logged into the Amare account associated with this transaction and cancelled the Subscribe & Save subscription. I did not receive any additional charges or any additional packages from Amare related to this undercover transaction.

### COURT FILINGS

242.    Notably, like Shawn Talbott, two other individuals associated with Amare, Brand Partner Jennifer Hedrick and Amare Founding Brand Partner Patrick Hintze, were also defendants in previous FTC actions. Ms. Hedrick was a defendant in a previous FTC matter filed in the Southern District of Florida on November 16, 2020. *See FTC v. Digital Income System,*

---

[33] I noted the two PDFs were identical to the previous "Be Well Booklet" (*see* PX 211 at 29) and "Product Catalog" (*see* PX 211 at 71) I received during the undercover purchase on July 9, 2024, via Brand Partner Jennifer Hedrick.

*Inc. et al.*; Case No. 1:20-cv-24721-MGC (S.D. Fla.).[34] I obtained a copy of the Stipulated Order for Permanent Injunction and Monetary Judgment (ECF No. 67). The order is marked as **PX 179.**

243.    Patrick Hintze was a defendant in a previous FTC matter filed in the District of Nevada on November 8, 2013. *See F.T.C. v. Green Foot Global, L.L.C.*, No. 2:13-cv-02064-JCM-GWF (D. Nev. Nov. 18, 2013).[35] I obtained a copy of the Stipulated Order for Permanent Injunction and Monetary Judgment (ECF No. 15). The order is marked as **PX 169.**

244.    I conducted a search using the LexisNexis tool, CourtLink, to identify litigation Amare and other associates were previously or are currently involved in. I located a case filed on March 27, 2025, in the Third Judicial District Court in Salt Lake County Utah filed by Amare Global Holdings Inc. against previous Amare Brand Partners, Amanda Cooper, Amanda Givens, Jaylynn Schroeder, Karen Serrano, and Sarah Bjorgaard. *See Amare Global Holdings Inc. v. Cooper et al.,* Case No. 250902505 (Utah Dist. 2025). I obtained copies of the Complaint (D.E. 2) and the Motion and Memorandum in Support for Temporary Restraining Order and Preliminary Injunction (D.E. 7).

245.    In the complaint, Amare alleges Amanda Cooper, "one of Amare's most successful Brand Partners" who reached "the highest leadership rank of Presidential Diamond;" Sarah Bjorgaard, "second-highest leadership rank;" Karen Serrano, "Presidential Diamond" Brand Partner; Amanda Givens, "2 Star Diamond" Brand Partner; Jalynn Schroeder, "1 Star Diamond" Brand Partner; solicited "as many high-ranking Amare leaders (particularly diamond-level leaders" to leave with them to join a new company in breach of their contracts. The complaint also alleges, "[t]o accomplish their plan, they made, and continue to make, false and

---

[34] https://www.ftc.gov/legal-library/browse/cases-proceedings/2023074-digital-income-system
[35] https://www.ftc.gov/legal-library/browse/cases-proceedings/122-3103-green-foot-global-llc-dba-green-foot-global-greenfoot-global-gfg-gfg-commercial-gfg-industrial

disparaging statements about the company, including claims about a 'massive FTC lawsuit' against Amare." The complaint is marked as **PX 234.**

246.    In the Motion and Memorandum, Amare claims that brand partners "are the lifeblood of Amare," and that "Amare's business is inherently tied to and built upon the success of its Brand Partners' networks." The Motion and Memorandum is marked as **PX 235**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 8th day of June 2026 in Fair Grove, Missouri.

Lashanda L. Freeman

**PX 01**

**94**