# Expert Report of Drew D. Kiraly, M.D., Ph.D.

I am a tenured Associate Professor in Translational Neuroscience and Psychiatry at Wake Forest University School of Medicine. I am also an attending physician in the Department of Psychiatry and Co-Director of the Wake Forest Center for Addiction Research. The Federal Trade Commission ("FTC") asked me to render an expert opinion regarding whether a variety of claims about dietary supplements made by Shawn Talbott, Amare Global Holdings, Inc. ("Amare"), and Amare's distributors are substantiated and supported by competent and reliable scientific evidence and to evaluate whether the results and conclusions of two studies on Amare products are reliable and valid.

For purposes of this report, I was provided various marketing materials—including videos, product information pages, and social media posts—for the relevant products. From these materials and my discussions with the FTC, I understand that Amare, its former Chief Science Officer Shawn Talbott, and Amare distributors represent Amare's products as working across the "gut-brain axis" to improve mental health through changes in the microbiome. I was asked to assume that the materials provided to me and other materials make the following claims with respect to Amare's products:

1. Happy Juice and/or its individual component products, Kids Happy Juice, and Kids Mood+ increase or normalize serotonin, dopamine, and GABA.
2. Happy Juice and/or its individual component products, Kids Happy Juice, and Kids Mood+ reduce or regulate cortisol.
3. Happy Juice and/or its individual component products, Kids Happy Juice, and Kids Mood+ cure, treat, or mitigate the symptoms of depression, anxiety, and/or ADHD.

I was also provided copies of studies performed on Amare's Kids Mood+ product and a pack of products called FundaMentals. The FundaMentals Study claims that following 30 days of consuming the supplements, psychological indices were significantly improved in the treatment group for both positive and negative mood state parameters, including a 44% increase in vigor, 64% decrease in fatigue, 55% decrease in depression, 45% decrease in anger, 45% decrease in tension, and 43% decrease in confusion, which the authors claim were caused by changes to the microbiome—specifically, through increases in the populations of two types of bacteria, *Lactobacillus* and *Bifidobacterium*. I was also asked to assume that the FundaMentals Study is used to support the claim that FundaMentals is "clinically proven" to "lower depression by 55%." ████████████████████████████████ ████████████████████████████████████████ ████████████████████████ I was also asked to assume that Talbott, Amare, and Amare distributors use the Kids Mood+ Study to represent that Kids Mood+ will improve focus in children or will treat or mitigate the symptoms of attention-deficit/hyperactivity disorder ("ADHD") in children.

In my report, I provide relevant background information on the gut-brain axis, neurotransmitters, cortisol, and conditions like depression, anxiety, and ADHD. I explain research has shown a connection between the gut and the brain, but science has not yet reached a point where probiotics or other gut modulators can be prescribed to treat these mental health conditions. Further, the gut does produce neurotransmitters like serotonin, dopamine, and GABA, but, as my report explains, neurotransmitters made outside the brain do not cross the blood-brain barrier and therefore do not directly signal in the brain. Additionally,

while cortisol is a well-known hormone associated with stress, no treatments that reduce or block cortisol signaling in the body have been found to be effective in treating any neuropsychiatric condition. Thus, even if Amare's products did regulate neurotransmitters in the gut or cortisol, that would not mean that they improve mental health.

I then explain what constitutes competent and reliable scientific evidence to substantiate the above-listed product claims: appropriately analyzed results of independent, well-designed, well-conducted, randomized, double-blind, placebo-controlled, clinical trials that test the product at the recommended dosage, and which involve an appropriate sample population in which reliable data on appropriate endpoints is collected over an appropriate period of time. Additionally, to reliably claim that a medication or product has efficacy on humans, it is critical that there have been studies of both safety and efficacy of that product in adequately powered human populations who have the medical condition that the product purports to treat.

Next, I find that based on my review of the studies identified by Amare and Talbott; my independent review of scientific and medical literature about the relevant products and their individual ingredients; and my personal experience as a clinician and researcher, the claims at issue in this case are unsubstantiated. Professionals in my fields would not find there to be competent and reliable scientific evidence substantiating the above claims because (1) there are no studies regarding Amare's supplements that meet the standard for competent and reliable scientific evidence; (2) studies on the supplements' individual ingredients are insufficient to substantiate the claims about the completed products; and (3) even if one were to consider studies on the individual ingredients, those studies, alone or in combination, do not support the claims at issue here.

Finally, the FTC asked me to evaluate whether the results and conclusions provided in studies on two Amare product offerings, the FundaMentals Pack and Kids Mood+, are reliable and valid as reported. I found numerous, serious flaws in the design and execution of each study that render even the most basic statements about the findings of each study unreliable. The stated results and conclusions of the FundaMentals and Kids Mood+ Studies are entirely unreliable and invalid, and their results would not be considered sufficient to support any claims about either's efficacy as a potential treatment.

PX 02 96

**TABLE OF CONTENTS**

I.    CREDENTIALS AND QUALIFICATIONS ...........................................................1

II.   SCOPE OF THE REPORT..........................................................................3

III.  BRIEF OVERVIEW OF THE RELEVANT FIELDS.....................................................5

  A.   The "Gut-Brain Axis" ...........................................................................5

  B.   Neurotransmitters (Serotonin, Dopamine, GABA).................................................. 6

  C.   Cortisol ........................................................................................ 9

  D.   Depression ...................................................................................11

  E.   Anxiety .....................................................................................12

  F.   ADHD ......................................................................................13

  IV.  WHAT CONSTITUTES "COMPETENT AND RELIABLE SCIENTIFIC EVIDENCE" FOR EFFICACY CLAIMS ...................................................................................13

  A.   Methodology..................................................................................13

  B.   Defining Competent and Reliable Scientific Evidence: Requirements For All Claims At Issue .......................................................................................14

    i.   Use of Human Studies, as Opposed to Preclinical *In Vitro* and Animal Studies..........15

    ii.  Use of Placebo ........................................................................15

    iii. Use of Blinding ........................................................................16

    iv.  Appropriate Statistical Power.............................................................17

    v.   Selecting the Appropriate Subject Population, Providing Demographics, & Use of Randomization ........................................................................18

    vi.  Appropriate Duration....................................................................19

    vii. Testing Treatments With Multiple Active Ingredients...................................19

    viii. Use of Dosage.........................................................................20

    ix.  Use of Delivery Method ................................................................22

    x.   Appropriate Statistical Analysis ........................................................22

    xi.  Proper Reporting & Interpretation of Results ..........................................24

    xii. Use of Peer Review ...................................................................26

    xiii. Importance of Independence & Reporting Conflicts of Interest ...........................26

  C.   Defining Competent and Reliable Scientific Evidence: Specific Requirements for Neurotransmitter Claims...................................................................27

  D.   Defining Competent and Reliable Scientific Evidence: Specific Requirements for Cortisol Claims .......................................................................................27

  E.   Defining Competent and Reliable Scientific Evidence: Specific Requirements for Claims about the Treatment, Cure, or Mitigation of Symptoms of Depression, Anxiety, and ADHD ........................................................................................28

PX 02
97

V.    EVALUATING SUBSTANTIATION FOR PRODUCT CLAIMS.............................................29

   A.    Methodology..............................................................................................................29

   B.    Review of Studies on Amare Products......................................................................29

      i.  The FundaMentals Study..................................................................................30

      ii.  The Project b3 Study .........................................................................................33

      iii. The Kids Mood+ Study ......................................................................................35

   C.    The Constituent Ingredients of Happy Juice, MentaBiotics, Edge, Edge+, Energy+, Kids Happy Juice, and Kids Mood+ ...........................................................36

   D.    Review of Studies of Active Ingredients of Happy Juice, MentaBiotics, Edge, Edge+, Energy+, Kids Happy Juice, and Kids Mood+ .............................................39

      i.  Cerebiome .........................................................................................................40

      ii.  Lactobacillus Rhamnosus R0011 ......................................................................46

      iii. Bimuno®............................................................................................................46

      iv. Suntheanine® L-Theanine .................................................................................48

      v.  Enovita®...........................................................................................................53

      vi. Lion's Mane ......................................................................................................53

      vii. Zynamite®........................................................................................................56

      viii. Glycine ............................................................................................................58

      ix. Applephenon®...................................................................................................58

      x.  Oligonol®..........................................................................................................60

      xi. Citicoline...........................................................................................................62

      xii. Caffeine ...........................................................................................................63

      xiii. Pomegranate Fruit Extract...............................................................................65

      xiv. AmaTea Guayusa Leaf Extract ........................................................................66

      xv. Matcha Green Tea Leaf.....................................................................................67

      xvi. Enzogenol® .....................................................................................................68

      xvii. Chicory Root Inulin .........................................................................................70

      xviii. SunFiber® ......................................................................................................71

      xix. IsoFiber Prebiotic Fiber ....................................................................................73

      xx. L-Glutamine .....................................................................................................73

      xxi. Pro-Digest® .....................................................................................................74

      xxii. Palm Fruit Bioactive Complex, PFBc® ...........................................................74

      xxiii. Wellmune® Yeast ..........................................................................................76

      xxiv. Affron® .........................................................................................................77

      xxv. Tulsi Leaf (Holy Basil Leaf) Extract .................................................................83

iv

PX 02
98

xxvi. Rosemary Leaf Extract ...........................................................................84

xxvii. Clove Flower Extract...............................................................................86

xxviii. Oregano Leaf Extract.............................................................................86

VI.  EVALUATING THE FUNDAMENTALS STUDY AND KIDS MOOD+ STUDY ......................88

  A.  Methodology.................................................................................................88

  B.  The FundaMentals Study.............................................................................88

  C.  The Kids Mood+ Study ...............................................................................90

VII.  CONCLUSIONS ...............................................................................................91

**PX 02
99**

## I.      CREDENTIALS AND QUALIFICATIONS

1.      I am a Doctor of Medicine licensed in North Carolina.  As detailed in my curriculum vitae, which is included with this report as Exhibit 1, I am an attending physician in the Department of Psychiatry at Wake Forest University School of Medicine.  I am also a tenured Associate Professor in the Department of Translational Neuroscience and the Department of Psychiatry and the Co-Director of the Wake Forest Center for Addiction Research.

2.      I received a Bachelor of Arts in Neurobiology from Drew University (Madison, New Jersey) in 2003 and a degree in Medicine (M.D.) and Ph.D. in Biomedical Sciences with a focus in Neuroscience from the University of Connecticut School of Medicine (Farmington, Connecticut) in 2013.

3.      I completed my residency in psychiatry at Icahn School of Medicine at Mount Sinai, serving as the Chief Resident for Research from 2015 to 2017.  During that time, I also completed a postdoctoral fellowship examining the role of neuroimmune interactions and the gut microbiome in addiction, autism spectrum disorder ("ASD"), and depression.  Since 2017, I have been board certified in Psychiatry and am a Diplomate of the American Board of Psychiatry and Neurology.

4.      I am a member of the Society for Neuroscience, American Psychiatric Association, and American College of Neuropsychopharmacology.  I am also on the scientific and organizing committees and serve as the chair of the psychiatry section for Mind, Mood & Microbes, an international meeting of experts focused on the role for the gut microbiome in modulating brain development and function.

5.      I routinely peer review articles for publication in respected scientific and medical research journals including *Nature*, *JAMA Psychiatry*, *Molecular Psychiatry*, *Neuropsychopharmacology*, *Molecular Autism*, and many others in the areas of neurobiology, psychiatry, neuroscience, and psychopharmacology, among others.  Additionally, I have been a frequent peer reviewer for both National Institute of Health ("NIH") and international grants. This includes service on the National Institutes of Mental Health P50 program grant study section focused on autism, the Avenir special review panel for genetics and epigenetics, and the special Cutting-Edge Basic Research Award panel.  I have served on international grant review panels for the governments of the Netherlands, Canada, Israel, and others.

6.      As the Principal Investigator of the Laboratory of Translational Psychiatry at Wake Forest University School of Medicine, my current research examines the neurobiology of psychiatric disorders, aiming to develop new treatments for patients by uncovering the molecular underpinnings of mental illness.  I am interested in neuroimmune interactions and the role of the gut microbiome in conditions such as substance use disorders, neurodegenerative diseases, depression, and ASD.

7.      I have served as a principal or co-investigator on more than 15 clinical studies of various mental and behavioral disorders and conditions, including depression and stress-related psychiatric disorders, addiction, and epilepsy, and the interaction between the gut microbiome and the brain.  I have also made more than 50 invited presentations in these subject areas and concepts involving gut-brain signaling, and I have authored, co-authored, or published numerous book chapters and have more than 50 peer-reviewed journal articles.  A sampling of this work includes:

PX 02

100

- Murrough JW, Wade E, Sayed S, Ahle G, Kiraly DD, Welch A, Collins KA, Soleimani L, Iosifescu DV, Charney DS. Dextromethorphan/quinidine pharmacotherapy in patients with treatment resistant depression: A proof of concept clinical trial. *J Affect Disord*. 2017 Aug 15; 218: 277-283.
- Kiraly DD, Horn SR, Van Dam NT, Costi S, Schwartz J, Kim-Schulze, Patel M, Hodes GE, Russo SJ, Merad M, Iosifescu DV, Charney DS, Murrough JW. Altered cytokine profiles in treatment-resistant depression – response to ketamine and prediction of treatment outcome. *Translational Psychiatry*. 2017 Mar 21;7(3):e1065.
- Meckel KR, Kiraly DD. A potential role for the gut microbiome in substance use disorders. *Psychopharmacology*. 2019 May; 236(5): 1513-1530.
- Osman A, Mervosh NL, Strat AN, Euston TJ, Zipursky G, Pollak RM, Meckel KR, Tyler SR, Chan KL, Buxbaum Grice A, Drapeau E, Litichevskiy L, Gill J, Zeldin SM, Thaiss CA, Buxbaum JD, Breen MS, Kiraly DD. Acetate supplementation rescues social deficits and alters transcriptional regulation in prefrontal cortex of Shank3 deficient mice. *Brain Behav Immun*. 2023 Nov:114:311-324.
- Lucerne KE, Osman A, Meckel KR, Kiraly DD. (2021) Contributions of neuroimmune and gut-brain signaling to vulnerability of developing substance use disorders. *Neuropharmacology*. 2021 Jul 1; 192: 108598.
- Hofford RS, Mervosh NL, Euston TJ, Meckel KR, Orr AT, Kiraly DD. Alterations in microbiome composition and metabolic byproducts drive behavioral and transcriptional responses to morphine. *Neuropsychopharmacology*. 2021 Jun 14. 2021 Nov; 46(12): 2062-2072.
- Hofford RS, Kiraly DD[#]. Clinical and preclinical evidence for gut microbiome mechanisms in substance use disorder. *Biological Psychiatry*. 2024 Feb 15;95(4):329-338

8.    A complete list of all publications I have authored, including those I have authored in the previous ten years, is included as part of my curriculum vitae, which is provided with this report as Exhibit 1.

9.    I am the recipient of numerous professional awards and honors, including, most recently, the 2025 Research Excellence and Neuroscience Mentorship Awards at Wake Forest University School of Medicine.

10.    Based on my education, training and experience, as summarized above, I am an expert in the fields of:  (1) neuroscience, including the interaction between the gut microbiome and the brain, often referred to as the "gut-brain axis," and the neurobiology of neuropsychiatric conditions; (2) psychiatry, including causes, prevention, consequences, and treatment of mental, emotional, and behavioral conditions and disorders such as depression, anxiety, and ADHD; (3) the design, conduct, and analysis of clinical trials, including trials to evaluate interactions between the gut microbiome and the brain and studies of potential therapies to cure, treat, or mitigate the symptoms of conditions like depression, anxiety, and ADHD; and (4) statistical analysis of the results of clinical trials.

11.    On December 4, 2024, I appeared in Guilford County District Court and was sworn in as an expert in psychiatry.  *Tappouni v. Tappouni*, Case No. 21CVD007209-400.  I was not compensated for my time.  I have not otherwise testified as an expert at trial or by deposition in the last four years.

2

12.    I am compensated by the FTC at a rate of $490 per hour for my work in this matter.  My compensation is in no way contingent on the outcome of this matter.

## II.    SCOPE OF THE REPORT

13.    The FTC asked me to perform three tasks in connection with this report.

14.    First, I was asked to identify what types of tests, analyses, research, studies, or other evidence experts in the fields of neuroscience and psychiatry would generally accept as being conducted and evaluated in an objective manner by persons qualified to do so using procedures generally accepted in the field to yield accurate and reliable results for claims that a dietary supplement: (a) increases or normalizes neurotransmitters like serotonin, dopamine, and GABA; (b) reduces or regulates cortisol; and (c) cures, treats, or mitigates the symptoms of depression,[1] anxiety,[2] or ADHD.

15.    Second, I was asked to evaluate from my perspective as an expert in the fields of neuroscience and psychiatry whether the claims made for the products sold by Amare Global Holdings, Inc. ("Amare") Happy Juice, MentaBiotics, Edge, Edge+, Energy+, Kids Happy Juice, and Kids Mood+ identified below in paragraphs 17-19 were supported by any tests, analyses, research, studies, or other evidence of the type that met the criteria set forth below.

16.    Third, I was asked to evaluate whether the results and conclusions of two studies on Amare products are reliable and valid as reported by those studies.  The two studies are Talbott, S., et al., Effect of coordinated probiotics/prebiotic/phytobiotic supplementation on microbiome balance and psychological mood state in healthy stressed adults, *Functional Foods in Health & Disease* 9(4): 265-75 (2019), referred to as the "FundaMentals Study," and Armstrong, A., et al., Targeted Dietary Supplementation Improves Mental Performance in Children (2020), referred to as the "Kids Mood+ Study."

17.    I understand Happy Juice is a product "pack," containing a combination of either two or three Amare products.  It contains MentaBiotics, as well as a form of a product referred to as "Edge"—either the original "Edge" or a newer formulation called "Edge+."  It may also contain a product called "Energy+," which comes in both a caffeinated and caffeine-free version.  The FTC asked me to analyze the following relating to Happy Juice and its component products (MentaBiotics, Edge/Edge+, and Energy+):

    a.  Claims that Happy Juice or any of its component products increases or normalizes serotonin.

---

[1] As I will explain *infra* § III.D, the term "depression" is often used colloquially or may be used to describe medical conditions like major depressive disorder, bipolar depression, or other similar formal psychiatric diagnoses.  For purposes of this report, when I consider claims that a product treats, cures, or mitigates the symptoms of "depression," I am referring to diagnosed depressive disorders, including major depressive disorder and bipolar depression.

[2] As I will explain *infra* section § III.E, the term "anxiety" is often used colloquially or may be used to describe the medical conditions known as generalized anxiety disorder, panic disorder, obsessive compulsive disorder, or similar conditions.  For purposes of this report, when I consider claims that a product treats, cures, or mitigates the symptoms of "anxiety," I am referring to the diagnosed anxiety disorders as listed.

PX 02

102

b. Claims that Happy Juice or any of its component products increases or normalizes dopamine.
c. Claims that Happy Juice or any of its component products increases or normalizes GABA.
d. Claims that Happy Juice or any of its component products reduces or regulates cortisol.
e. Claims that Happy Juice or any of its component products cures, treats, or mitigates the symptoms of depression.
f. Claims that Happy Juice or any of its component products cures, treats, or mitigates the symptoms of anxiety.
g. Claims that Happy Juice or any of its component products cures, treats, or mitigates the symptoms of ADHD.

18. The FTC asked me to consider the following relating to Kids Happy Juice[3]:

a. Claims that Kids Happy Juice increases or normalizes serotonin.
b. Claims that Kids Happy Juice increases or normalizes dopamine.
c. Claims that Kids Happy Juice increases or normalizes GABA.
d. Claims that Kids Happy Juice reduces or regulates cortisol.
e. Claims that Kids Happy Juice cures, treats, or mitigates the symptoms of depression.
f. Claims that Kids Happy Juice cures, treats, or mitigates the symptoms of anxiety.
g. Claims that Kids Happy Juice cures, treats, or mitigates the symptoms of ADHD.

19. The FTC has also asked me to consider the following relating to the product Kids Mood+:

a. Claims that Kids Mood+ increases or normalizes serotonin.
b. Claims that Kids Mood+ reduces or regulates cortisol.
c. Claims that Kids Mood+ cures, treats, or mitigates the symptoms of depression.
d. Claims that Kids Mood+ cures, treats, or mitigates the symptoms of anxiety.
e. Claims that Kids Mood+ cures, treats, or mitigates the symptoms of ADHD.

20. To facilitate my review, FTC staff has furnished me with certain materials referring or relating to Happy Juice, MentaBiotics, Edge, Edge+, Energy+, Kids Happy Juice, Kids Mood+ and the ingredients contained therein:

a. Documents and other materials that I understand were produced or cited to by Amare and its former Chief Science Officer, Dr. Shawn Talbott (collectively, the "Defendants") related to substantiation for the advertising claims for Happy Juice, MentaBiotics, Edge, Edge+, Energy+, Kids Happy Juice, and Kids Mood+. An index of those materials is attached as Exhibit 2.

---

[3] My understanding from the materials provided to me is that Kids Happy Juice, unlike the adult "Happy Juice," is a standalone product, not a product pack.

PX 02

103

b.  The FundaMentals Study and Kids Mood+ Study, attached as Exhibits 3 (FundaMentals) and 4 (Kids Mood+).

c.  Other documents and materials produced by Amare or Talbott to provide context for the above-described substantiation materials.  Those materials are attached as Exhibit 5.

d.  A listing of the ingredients and the amount of those ingredients that are contained in Happy Juice, MentaBiotics, Edge, Edge+, Energy+, Kids Happy Juice, and Kids Mood+, as well as two other products that were relevant to my analysis, MentaFocus and MentaSync.  I understand these materials were submitted by Amare in response to requests from the FTC.  Those materials are attached as Exhibit 6.

e.  A collection of advertisements that I understand come from Amare, as well as Talbott and Amare brand partners who promote Happy Juice, MentaBiotics, Edge, Edge+, Energy+, Kids Happy Juice, and Kids Mood+.  Those materials are attached as Exhibit 7.[4]

f.  In addition to reviewing the substantiation materials described in paragraph 20.a, I also conducted an independent search of the scientific literature to determine whether there are other studies that provide scientific support for the claims identified above.  An index of materials I reviewed as a result of my literature search is attached as Exhibit 8.

21.    This report constitutes a complete statement of all the opinions I intend to express at this time, along with the bases and reasons for them.  However, I reserve the right to supplement these opinions if I receive new information, I am asked to supplement this report, or I am asked to rebut or otherwise respond to other reports, testimony, or information.

## III.    BRIEF OVERVIEW OF THE RELEVANT FIELDS

### A.  The "Gut-Brain Axis"

22.    There is a growing interest in the area of neuroscience involving examination of the complex role of neuroimmune interactions and the gut microbiome in the development and propagation of psychiatric illness.  In recent years, it has become clear that the gut-brain and brain-immune system interactions in psychiatric pathology are more complex and important than previously understood.[5]  In addition to potentially more direct signaling to the brain, the gut

---

[4] I reviewed these materials provided to me by the FTC as background for my work on this case, but I did not consider them in forming my conclusions regarding whether or not there is competent and reliable scientific evidence to support the claims listed in paragraphs 17-19.

[5] *See* Hofford, R.S., et al., Clinical and Preclinical Evidence for Gut Microbiome Mechanisms in Substance Use Disorders, *Biol. Psychiatry* 95(4): 329-38 (2024); Sherwin, E., et al., Microbiota and the social brain, *Science* 366(6465) (2019); O'Riordan, K.J., et al., The gut microbiota-immune-brain axis: Therapeutic implications, *Cell Rep. Med.* 6(3): 101982 (2025).

PX 02

104

microbiome is a key effector of immune system development and function and may affect the brain via the so-called "gut-immune-brain axis."[6]

23.     I and other experts in the field believe that there is therapeutic potential of immunomodulatory agents or modulators of the microbiome, but modulators of inflammation or the gut microbiome have not yet been translated into practical treatment strategies for patients with neuropsyichiatric conditions like depression, anxiety, and ADHD.  For example, probiotics are considered an attractive area of research in depression, but at this point there are no approved or generally accepted probiotics for someone seeking treatment for depression. There are a number of challenges that have prevented this type of progress: differences in microbiome composition between patients, meaning patients have different deficiencies and needs; varying responses of patients' microbiomes to dietary and probiotic interventions; and difficulty identifying of appropriate probiotic strains from thousands of options.[7]  Where studies have found some effect of probiotics, the effect size has been small or inconsistent,[8] suggesting no clinically significant benefits for their use in this manner.

24.     Additionally, there is no evidence to support claims that conditions like depression, anxiety, or ADHD are caused by issues in the gut. There is some evidence showing that the composition of the gut microbiome may be a partially contributory factor to disease progression, but to suggest that any of these issues are primarily caused by issues in the gut is clearly not supported by current evidence.

### B. Neurotransmitters (Serotonin, Dopamine, GABA)

25.     Neurotransmitters are small molecules that are produced and released by neurons to communicate with other neurons.  Neurotransmitters bind to receptors on the receiving neuron and affect various changes in function in that neuron.  Depending on the type of neurotransmitter and receptor, these changes may include increases or decreases in neuronal activity, changes in intracellular signaling, or alterations in gene expression in the receiving neuron.[9]  All body systems depend on appropriate functioning of neurotransmitter release.[10]

---

[6] *See* Agirman, G., et al., Signaling inflammation across the gut-brain axis, *Science* 374(6571): 1087-92 (2021); Powell, N., et al., The mucosal immune system: master regulator of bidirectional gut-brain communications, *Nat. Rev. Gastroenterol. Hepatol.* 14(3): 143-59 (2017).

[7] *See, e.g.*, Gao, M., et al., Gut microbiota composition in depressive disorder: a systematic review, meta-analysis, and meta-regression, *Transl. Psychiatry* 13(1): 379 (2023); Johnson, A.J., et al., Daily Sampling Reveals Personalized Diet-Microbiome Associations in Humans, *Cell Host Microbe.* 25(6): 789-802 (2019); Mitchell, K., et al., Conceptual and methodological flaws undermine claims of a link between the gut microbiome and autism, *Neuron:  A Cell Press journal* 114(2):  196-211 (2026); Cheng, Q., et al., The efficacy and acceptability of Lactobacillus reuteri for the treatment of depression: A systematic review and meta-analysis, *Gen. Hops. Psychiatry* 95: 122-32 (2025).

[8] *Id.*

[9] *Neuroscience*, Ch. 5-8 (Purves, D. et al., 2d ed. 2001).

[10] *Id.* at Ch. 9-12.

PX 02

105

26.     Outside the brain, or "peripherally," neurotransmitters regulate everything from muscle function to heart rate and digestion.[11]

27.     In the brain, appropriate neurotransmitter function is important for normal brain function and cognitive processing.  Neurotransmitter signaling patterns allow the brain to change and adapt to various external stimuli, a process generally referred to as synaptic and neuronal plasticity.[12]

28.     Serotonin, also known by the chemical name 5-hydroxytryptamine, is part of a class of neurotransmitters known as monoamines and is made in the body via metabolism of the essential amino acid tryptophan.  Serotonin is a critical neurotransmitter in regulating neuronal function throughout the brain.  In fact, there are at least thirteen different subtypes of serotonin receptors in the brain, each with different signaling effects and different expression patterns on neuronal subtypes.  Serotonin is well established to play a key role in brain function and has important roles in regulation of cognition and synaptic plasticity, as well as established roles in psychiatric conditions ranging from depression and anxiety to schizophrenia.  For example, serotonin is widely implicated in the pathophysiology of depression and nearly all treatments for major depressive disorder target serotonin signaling in the brain.[13]

29.     However, only approximately 2 to 5% of the total body levels of serotonin originate in the brain.  The vast majority of serotonin is made in the gastrointestinal system, where it regulates motility of the intestines.  Importantly, this peripherally made serotonin does not cross what is called the blood-brain barrier in any appreciable manner.[14]

30.     The blood-brain barrier is a protective layer that keeps many molecules from the general circulation from entering the brain.  It is made up of the "neurovascular unit," which includes endothelial cells, pericytes, and astrocytic endfeet.  It works as a filter or gatekeeper, determining what can and cannot pass through from the body to the brain.  This barrier is important, protecting the brain's chemical balance and preventing intrusion by unwanted substances.[15]

31.     Thus, when I say peripheral serotonin does not cross the blood-brain barrier, I mean serotonin made outside the brain does not get into the brain and, by extension, does not cause direct changes in brain function.

32.     Dopamine is a neurotransmitter from the class of neurotransmitters known as catecholamines and is made from metabolism of the amino acids phenylalanine and tyrosine. In the brain, dopamine is one of the main neurotransmitters involved in regulating motivated behaviors.  Nearly all drugs of abuse increase levels of synaptic dopamine which leads to their

---

[11]  McCorry, L.K., Physiology of the autonomic nervous system., *Am J Pharm Educ.* 71(4): 78 (2007); LeBouef T. et al., Physiology, Autonomic Nervous System, *StatPearls* (2023); *Neuroscience*, *supra*, Ch. 21.

[12] Kandel, E.R., et al., *Principles of Neural Science* 241-384 (6th ed. 2021)

[13] *See* Berger, M., et al., The Expanded Biology of Serotonin, *Ann. Rev. Med.* 60: 355-66 (2009); Yohn, C.N., et al., The role of 5-HT receptors in depression, *Mol. Brain* 10(1): 28 (2017); Lin, J., et al., Latest updates on the serotonergic system in depression and anxiety, *Front. Synaptic Neurosci.* 15 (2023).

[14] *Goodman & Gilman's Manual of Pharmacology and Therapeutics*, Ch. 13 (Laurence Brunton et al., 2d ed., 2016).

[15] *Id.* at Ch. 17, 5.

PX 02
106

rewarding effects, but dopamine neurotransmission is important for responding to natural rewards such as food and sex.  Additionally, dopamine plays an important role in controlling movements in the body.[16]

33.     Like serotonin, dopamine is synthesized throughout the body and in the brain. Peripherally, dopamine regulates blood pressure and kidney function, among other processes. Importantly, like peripherally made serotonin, peripherally made dopamine cannot cross the blood-brain barrier—*i.e.*, peripherally made dopamine does not directly affect brain function.[17]

34.     Gamma aminobutyric acid ("GABA") is a neurotransmitter that serves as the primary inhibitory neurotransmitter in the brain.  This means when GABA binds to its receptor, it reduces the excitability of the receiving neuron and decreases the likelihood of nerve cells firing. In the brain, GABA's activity produces a calming effect.  GABA also plays important roles in the brain in synaptic function, the process by which neurons communicate with each other and other cells throughout the body.[18]

35.     Like other neurotransmitters, GABA has roles in the peripheral body with effects noted on endocrine organs such as the pancreas and various populations of immune cells, all of which express GABA receptors.[19]  Decades of research show that GABA does not cross the blood-brain barrier other than in very limited amounts, and even the ability of small amounts to cross the barrier is contested in the literature.[20]

36.     Thus, serotonin, dopamine, and GABA have functions in the brain but also exist and have distinct functions in peripheral systems.  As examples, peripheral serotonin plays important roles in intestinal motility and platelet function, which is important for blood clotting, and peripheral dopamine can affect regulation of blood pressure and kidney function.  GABA can affect function of the pancreas and peripheral immune system.  As explained, these peripheral neurotransmitters do not affect the brain.  Peripherally made serotonin, including serotonin made in the gut, does not cross the blood-brain barrier in any appreciable manner and, thus, does not cause any direct changes in brain function.  Likewise, dopamine from the blood does not cross the blood-brain barrier and does not directly influence neurotransmitter signaling in the brain.  Research has also shown that GABA cannot pass the blood-barrier other than maybe in very small quantities.

37.     Peripheral neurotransmitters and neurotransmitters in the brain are measured in different ways.  Peripheral neurotransmitters are measured in the blood through a standard blood draw with detection via a number of standardized methods including enzyme-linked immunosorbent assay and mass spectrometry.  It cannot be inferred that these levels are directly related to neurotransmitter signaling in the brain because, as described above, peripherally made neurotransmitters do not cross the blood-brain barrier.  Measurement of

---

[16] *Id.* at Ch. 14.

[17] *Id.*

[18] *Id.* at Ch. 14.

[19] Bojić, M.G., et al., Peripheral GABA$_A$ receptors – Physiological relevance and therapeutic implications, *Pharmacol. Ther.* 266: 108759 (2025).

[20] *See* Oldendorf, W.H., Brain uptake of radiolabeled amnio acids, amines, and hexoses after arterial injection, *Am. J. Physiol.* 221(6): 1629-39 (1971); *see also* Kuriyama, K., et al., Blood-brain barrier to H3-γ-aminobutyric acid in normal and amino oxyacetic acid-treated animals, *Neuropharmacology* 10: 103-08 (1971).

**PX 02**

**107**

neurotransmitters in the brain requires advanced or invasive techniques such as positron emission tomography ("PET") imaging or microdialysis in which a probe is placed directly into the brain.  Given the invasive nature of microdialysis, this method is primarily used in animal studies.[21]

38.     Drugs designed to treat neuropsychiatric conditions target neurotransmitter systems in the brain, but, importantly, these drugs (*e.g.*, selective serotonin reuptake inhibitors or "SSRIs") do not generally affect overall levels of neurotransmitters in the brain or peripherally. Instead, for example, SSRIs function by altering how long serotonin remains in the synapse.[22]

39.     These drugs capitalize on the fact that neurotransmitter activity takes place in a highly regulated and localized fashion.  Neurotransmitters are released into what is called a "synaptic cleft" with a span of approximately 40 nanometers, creating a high concentration of neurotransmitters in that specific space so that receptors can be activated in a coordinated manner.  Psychiatric drugs work to boost these effects in a number of ways by: (a) by increasing the amount of neurotransmitter in the synapse through either increasing release from the neurons or decreasing clearance (*i.e.*, loss of neurotransmitters from the synaptic cleft); (b) by affecting the ability of neurons to fire; or (c) by altering activity at the receptor for neurotransmitters.[23]

40.     With the exception of drugs for Parkinson's disease,[24] there are no drugs for treating psychiatric conditions that specifically work to bolster or otherwise alter overall neurotransmitter levels in the brain, peripherally, or on a whole-body level.  SSRIs, commonly used to treat depression and anxiety, do not "boost" serotonin or bring serotonin levels (in the brain or peripherally) into some "normalized" range, and a product that increases or decreases serotonin levels would not be thought to treat depression or make someone happier.

### C. Cortisol

41.     Cortisol is a hormone released by the adrenal glands that plays a myriad of roles in the body.  The hormone functions to help increase blood glucose, increase blood pressure, maintain alertness, regulate immune system function, and regulate sleep/wake transitions.[25]

---

[21] Castro, V.H.C., et al., An update of the classical and novel methods used for measuring fast neurotransmitters during normal and brain altered function, *Curr. Neuropharmacol.* 12(6): 490-508 (2014); Niyonambaza, S.D., et al., A Review of Neurotransmitters Sensing Methods for Neuro-Engineering Research, *Appl. Sci.* 9(21): 4719 (2019); Ceccarini, J., et al., Methods for Quantifying Neurotransmitter Dynamics in the Living Brain With PET Imaging, *Sec. Medical Physics and Imaging* 11 (2020).
[22] *Goodman & Gilman's Manual*, *supra*, Ch. 15.
[23] *Id.*
[24] In individuals suffering from Parkinson's disease, the neurons that make dopamine die, which leads to lower dopamine levels because the brain can no longer produce dopamine.  Medications for treatment of Parkinson's disease provide a precursor for dopamine synthesis that allows the body to create new dopamine in the brain despite the lost dopaminergic neurons.  Notably, however, treatments aiming to increase peripheral levels of dopamine as a way to treat Parkinson's failed, demonstrating that peripherally made dopamine does not cross the blood brain barrier.  Connolly, B.S., et al., Pharmacological treatment of Parkinson disease: a review, *JAMA* 311(16): 1670-83 (2014).
[25] Kadmiel, M., et al., Glucocorticoid receptor signaling in health and disease, *Trends in Pharmacol. Sci.* 34(9): 518-30 (2013); Oakley, R.H., et al., The Biology of the Glucocorticoid Receptor: New Signaling Mechanisms in Health and Disease, *J. Allergy Clin. Immunol.* 132(5): 1033-44 (2013).

PX 02

108

42.      Levels of cortisol fluctuate throughout the day with higher levels seen in the morning, when it plays a role in the sleep/wake transition, and then lower levels in the evening. This pattern of fluctuation is known as diurnal variation.[26]

43.      Cortisol is also produced in response to stressors, including both physical and mental, where it is part of the body's "fight or flight" arousal system.  Cortisol increases blood sugar, slows digestion, reduces inflammation, and maintains blood pressure.[27]

44.      Cortisol may be measured through blood, saliva, or urine.[28]

45.      There are known medical conditions where people have disturbances in cortisol production.  Patients with Addison's disease have too little cortisol and need to be on lifelong replacement to help them maintain bodily functions.  Symptoms of Addison's disease include extreme fatigue, dizziness, hypoglycemia, upset stomach, muscle cramps, weakness, hair loss, weight loss, and other symptoms.[29]  Patients with chronic elevated levels of cortisol have Cushing's syndrome, which causes weight gain, thinning of the arms, facial changes, and other symptoms.[30]

46.      Due to the fact that cortisol is increased by acute stressors, it has been extensively studied in neuropsychiatric diseases that are stress related such as major depressive disorder, multiple anxiety disorders, post-traumatic stress disorder, and others. Despite a vast body of work in this area and many clinical trials, no treatments that reduce or block cortisol signaling in the body have been found to be effective in treating any neuropsychiatric condition.[31]

47.      Thus, even if a treatment were shown in clinical trials to have some upward or downward effect on cortisol, the current literature suggests it would be unlikely to have a clinically meaningful effect on conditions like depression and anxiety disorders.  By extension, unless an individual is diagnosed with Addison's disease or Cushing's syndrome, there is no medical reason that person would need to regulate his or her overall cortisol levels.

---

[26] *Id.*

[27] *Id.*

[28] El-Farhan, N., et al., Measuring cortisol in serum, urine and saliva - are your assays good enough?, *Sage J.* 54(3) (2017)

[29] *Harrison's Principles of Internal Medicine* Ch. 398 (D.L. Longo et al., 22d ed., 2025).

[30] *Id.*

[31] Many clinical trials showing negative results (*i.e.*, finding no effect of a particular treatment) remain unpublished.  The ineffective nature of treatments targeting cortisol, however, is well known in the field. Some examples of studies published on this topic include, Blasey, C.M., et al., A multisite trial of mifepristone for the treatment of psychotic depression: a site-by-treatment interaction, *Contemp. Clin. Trials* (4): 284-88 (2009) and Golier, J.A., et al., Efficacy and Safety of Mifepristone in the Treatment of Male US Veterans With Posttraumatic Stress Disorder: A Phase 2a Randomized Clinical Trial, *JAMA Netw. Open.* 6(5): e2310223 (2023). *See also* DeBattista, C., et al., Acute Antidepressant Effects of Intravenous Hydrocortisone and CRH in Depressed Patients: A Double-Blind, Placebo Controlled Study, *Am. J. Psychiatry* 157(8) (2000) (finding increasing cortisol signaling may improve depression); Arna, G.W., et al., Dexamethasone for the treatment of depression: a randomized, placebo-controlled, double-blind trial, *Am. J. Psychiatry* 152(2): 265-67 (1995) (same).

PX 02

109

D. **Depression**

48.      Depression is a term collectively used to describe a number of psychiatric conditions affecting the mood.  Clinically diagnosable depressive states are represented by patients with persistently low mood that is not responsive to the environment, as well as numerous neurovegetative symptoms: anhedonia (*i.e.*, common symptom of depression involving an inability to feel pleasure), poor concentration, altered sleep, altered appetite, slowed movement, low energy, and suicidality.  The most common condition in this group would be major depressive disorder, also referred to as unipolar depression, in which a patient has a collection of these symptoms for two weeks or more in a way that significantly impairs their ability to function normally.  In addition to major depressive disorder, there are other conditions that can result in prolonged depressive states with similar symptoms.  These include bipolar disorder with depressed mood, persistent depressive disorder, premenstrual dysphoric disorder, and depressive disorder due to other medical conditions.  Diagnosis of any of these conditions requires the presence of a number of symptoms as delineated in the Diagnostic and Statistical Manual V ("DSM V"), the standard classification of mental disorders used by mental health professionals in the United States.[32]

49.      Notably, when I see patients in my psychiatry practice, I hear patients use the term "depression" in a colloquial rather than clinical manner.  For example, someone who is feeling down about work stress may describe themselves as "depressed" or as having "depression" but may not ultimately receive a clinical diagnosis of major depressive disorder or bipolar depression.  On the other hand, I also see patients who receive a clinical diagnosis of major depressive disorder or bipolar depression who also use the term "depression" to describe their condition.

50.      The mainstay of treatment for depressive disorders, particularly major depressive disorder, is medications that alter signaling of the serotonin and norepinephrine neurotransmitters in the brain.  While there is some variety in the specific mechanisms of these medications, they primarily work by inhibiting the clearance of these neurotransmitters from the synapse.  The neurotransmitters are removed from the synapse by "reuptake" by the neuron that released them.  By inhibiting that reuptake, the amount of neurotransmitter in the synapse remains high for a longer period of time.  These medications are frequently referred to as selective serotonin reuptake inhibitors ("SSRIs") or serotonin-norepinephrine reuptake inhibitors ("SNRIs").  In addition to these medications there are a number of other medications with distinct mechanisms that are often added on for patients who do not initially respond to treatment with SSRIs or SNRIs.  These medications all affect neurotransmission in the brain (*i.e.*, how neurons communicate with one another) including dopamine and glutamate, but, as explained above, they do not affect the overall "levels" of neurotransmitters.  Depression treatments do not "boost", increase, normalize, or otherwise adjust overall levels of serotonin, dopamine, or other neurotransmitters.[33]

51.      While SSRIs are the mainstay treatment for depression disorders, scientists are still actively researching the complex relationship between serotonin and neurotransmitter signaling in the development of depression.  The effectiveness of SSRIs does not prove that

---

[32] *Diagnostic and Statistical Manual of Mental Disorders* 155-88, 123-54 (Am. Psychiatric Assoc., 5th ed., 2013) (hereinafter "DSM V").
[33] *Goodman & Gilman's Manual*, *supra*, Ch. 15.

11

depression is caused by some sort of serotonin deficiency or signaling issue, and, at this time, research provides no consistent evidence that depression is caused by lowered serotonin activity or concentrations.[34]  The current state of the art in the field suggests that depression results from multifactorial causes including neurobiological, endocrine, and immune components interacting with environmental factors such as complex stressors and potential genetic contributions as well.[35]

### E. <u>Anxiety</u>

52.    Anxiety is a term used to describe a number of pathological states in which a person exhibits excessive worry such that it interferes with his or her ability to function in normal daily life.  The conditions in this group include generalized anxiety disorder, in which a person has pervasive worry throughout the day that overwhelms the ability to function; social anxiety disorder, in which a patient is debilitated by anxiety presented by social situations; and panic disorder, in which a patient has discrete episodes of intense and overwhelming anxiety at unpredictable intervals.  Diagnosis of any of these conditions requires the presence of a number of symptoms as delineated in the DSM V.[36]

53.    Current treatments for anxiety disorders fall into several categories.  The first line treatments are the use of selective SSRIs and SNRIs, similar to the medications used to treat depression.  These medications prevent the uptake of these neurotransmitters from the synapse and prolong how long the neurotransmitters are able to act on receiving cells.  While these medications do affect reuptake of serotonin and norepinephrine peripherally, their primary locus of effect for treating anxiety is in the brain.[37]

54.    As for depression, while SSRIs and SNRIs are used as a treatment for anxiety, literature does not support the claim that anxiety disorders are caused by a deficiency in serotonin levels.  Anxiety, like depression, is a complex condition with numerous potential causes.[38]  And SSRIs and SNRIs do not treat anxiety by altering levels of serotonin.

55.    The second most common class of medications to treat anxiety disorders is a group of medications called benzodiazepines, which work to increase inhibitory GABA neurotransmission in the brain.  Benzodiazepines do not increase GABA.  They make it easier for GABA to bind and have their inhibitory effect.[39]

56.    While there are a number of other medications that can be used for treatment of anxiety disorders, these two are first and second line and constitute the great majority of medications used in these conditions.

---

[34] *See* Moncrieff, J., et al., The serotonin theory of depression: a systematic umbrella review of the evidence, *Molecular Psychiatry* 28: 3243-56 (2023).

[35] *See* Jesulola, E., et al., Understanding the pathophysiology of depression: From monoamines to the neurogenesis hypothesis model – are there yet?, *Behavioural Brain Rsch.* 341: 79-90 (2018).

[36] DSM V, *supra*, 189-234.

[37] *Goodman & Gilman's Manual*, *supra*, Ch. 15.

[38] *Id.*

[39] *Id.*

12

PX 02

111

### F. ADHD

57.     Attention deficit hyperactivity disorder ("ADHD") is a condition that affects a patient's ability to appropriately focus, control their impulses, or regulate activity levels.  Within this diagnosis, patients are typically split into "primarily inattentive"[40] or "primarily hyperactive" subcategories.[41]

58.     Diagnosis must be made with a formalized psychiatric diagnostic interview or through neuropsychiatric testing.  As with the above conditions, to receive a formal diagnosis, patients must experience various types of symptoms across different areas of functioning, such as physical, psychological, social, and cognitive domains.[42]

59.     The symptoms of this condition are almost always present in childhood or early adolescence, but many patients do not receive the diagnosis until much later in life.  There is some debate in the field as to the existence of true adult-onset ADHD in patients who did not have symptoms in younger life.[43]

60.     The primary medications for treatment of ADHD are in the class called stimulant medications, which function by altering dopamine and norepinephrine neurotransmission in the brain.  These include preparations of amphetamines (brand names include Adderall and Vyvanse) as well as methylphenidate (brand name Ritalin). Amphetamines work to both block reuptake of neurotransmitter in the synapse and increase neurotransmitter release from the presynaptic neuron. Methylphenidate works primarily by blocking reuptake of these neurotransmitters.  There are also several non-stimulant medications for ADHD, the most common of which is atomoxetine, which is a specific norepinephrine modulator that increases norepinephrine signaling in the brain.  Norepinephrine is a neurotransmitter involved in regulation of attention, mood, and anxiety in the central nervous system as well as in regulation of the sympathetic nervous system peripherally.[44]

## IV.     WHAT CONSTITUTES "COMPETENT AND RELIABLE SCIENTIFIC EVIDENCE" FOR EFFICACY CLAIMS

### A. Methodology

61.     As noted above, my first task in conducting the analysis requested by the FTC was to determine the type of scientific evidence professionals in my field(s) would require to substantiate the claims listed in paragraphs 17-19, namely claims that a treatment: (a) increases or normalizes serotonin, dopamine, or GABA; (b) reduces or regulates cortisol; or (c) cures, treats, or mitigates the symptoms of depression, anxiety, and ADHD.

---

[40] ADD or "attention deficit disorder" is an out-of-date term still colloquially used for the primarily inattentive form of ADHD, characterized by difficulties with attention and focus.
[41] DSM V, *supra*, 59-66.
[42] *Id.*
[43] *See* Taylor, L.E., et al., Adult-Onset ADHD: A Critical Analysis and Alternative Explanations, *Child Psychiatry Hum. Dev.* 53(4): 635-53 (2022).
[44] *Goodman & Gilman's Manual*, *supra*, Ch. 14, 8.

PX 02

112

62.      For purposes of that analysis, I was provided by the FTC the following definition of competent and reliable scientific evidence: "tests, analyses, research; studies, or other evidence based on the expertise of professionals in the relevant area, that has been conducted and evaluated in an objective manner by persons qualified to do so, using procedures generally accepted in the professions to yield accurate and reliable results."

63.      As an initial matter, this definition matches what I as a researcher and clinician would expect to see for a treatment to support the relevant product claims and, generally, before recommending any potential therapy to a patient.  Indeed, the process of determining whether there is competent and reliable scientific evidence to support a therapy is an integral part of medical practice.  It ensures that there is adequate justification for each treatment given to a patient, and that medical practice is not solely based on anecdotes or any given practitioner's past experiences.  It also ensures that patients are not being exposed to untested, potentially dangerous treatments, and that any treatment that a patient does receive has been shown to be effective for an individual in a substantially similar position to that patient.

64.      In rendering my opinion as to what type of evidence would meet the competent and reliable evidence standard and properly substantiate the claims listed in paragraphs 17-19, I considered the types of scientific evidence experts in neuroscience and psychiatry (both practitioners and researchers), academics, and members of the relevant professional organizations, would require to substantiate claims that dietary supplements: (a) increase or normalize serotonin, dopamine, or GABA; (b) reduce or regulate cortisol; and (c) cure, treat, or mitigate the symptoms of depression, anxiety, and ADHD.  I relied upon sources of knowledge in neuroscience and psychiatry, including available peer-reviewed literature, consensus recommendations from professional organizations and governing bodies (*e.g.*, the American Psychiatric Association), educational materials, and my own research and clinical experience.  It is generally accepted in the fields of neuroscience and psychiatry to determine what constitutes competent and reliable scientific evidence based on the types of information upon which I relied.

65.      There is a baseline set of experimental design features and statistical analyses experts in the fields of neuroscience and psychiatry would require to substantiate all the claims at issue here.  I describe those requirements in Section IV.B.

66.      There are also additional requirements experts in the field would expect to be present in order to substantiate each type of claim at issue here.  I identify those requirements in Sections IV.C (increase or normalize serotonin, dopamine, and GABA), IV.D (reduce or regulate cortisol), and IV.E (cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD).

### B. <u>Defining Competent and Reliable Scientific Evidence: Requirements For All Claims At Issue</u>

67.      Using the above-described methodology, I came to the following definition of competent and reliable scientific evidence required to substantiate all of the types of health benefit claims listed in paragraphs 17-19.  For these types of claims, experts in the fields of neuroscience and psychiatry would require appropriately analyzed results of independent, well-designed, well-conducted, randomized, double-blind, placebo-controlled, clinical trials that test the product at the recommended dosage, and which involve an appropriate sample population in which reliable data on appropriate endpoints is collected over an appropriate period of time.  Additionally, to reliably claim that a medication or product has efficacy on humans, it is critical

PX 02

113

that there have been studies of both safety and efficacy of that product in adequately powered human populations.

68.     In the sub-sections that follow I explain each part of this definition, starting with basic elements of what it means to be "well-designed" and "well-conducted," *i.e.*, (i) that the study be conducted in humans; use (ii) a placebo and (iii) proper blinding; be (iv) of a sufficient size with (v) an appropriate and randomized population of subjects; (vi) last for a sufficient amount of time; and test the treatment in the same (vii) form, (viii) dosage, and (ix) delivery method as the product(s) to be sold.  I then discuss what it means to be appropriate analyzed, including use of (x) appropriate statistical analysis, (xi) proper reporting and interpretation of results, and (xii) peer review.  Finally, I explain (xiii) the importance of independence.

### Discussion of "Well-Designed" and "Well-Conducted" in Competent and Reliable Scientific Evidence

#### i.     Use of Human Studies, as Opposed to Preclinical *In Vitro* and Animal Studies

69.     The use of preclinical studies such as cell culture, or "*in vitro*," studies and animal models can provide important insights into new potential therapeutics and cellular or molecular mechanisms of interventions.  However, findings from these studies are not able to be brought directly to clinic.  The reasons for this are multifactorial, but this fact is well established.

70.     Specifically, reactions or effects found in studies performed in cells that are grown in a lab outside of the context of the human body are not necessarily indicative of what occurs inside the body.  Every organ in the body receives signals from hormones (called "endocrine signaling"), the immune system, and various metabolites (small molecules produced during metabolism) and other molecules that can result in altered function or responses to stimuli.  Even complex systems for growing cells or tissues in the lab cannot recreate the complexity of human bodies.  Similarly, while animal studies provide a means to model these more complex interactions, studies performed in animal species frequently do not accurately recreate human biology, particularly regarding treatment efficacy for diverse patient populations.[45]

71.     Thus, while preclinical studies are useful in exploration of new scientific ideas, experts in the fields of neuroscience and psychiatry would consider it unacceptable to directly infer efficacy in humans from cell or animal studies alone. To make a claim about the effect of a treatment in humans, the corresponding study must be conducted in humans.

#### ii.     Use of Placebo

72.     For a study to provide reliable evidence that a treatment has a true effect, the study must employ a placebo control design in which some of the subjects receive a treatment

---

[45] *See* Garner, J.P., The significance of meaning: why do over 90% of behavioral neuroscience results fail to translate to humans, and what can we do to fix it?, *Inst. Lab'y Animal Rsch.* 55(3): 438-56 (2014); Banik, A., et al., Translation of Pre-Clinical Studies into Successful Clinical Trials for Alzheimer's Disease: What are the Roadblocks and How Can They Be Overcome?, *J. Alzheimer's* Dis. 47(4): 815-43 (2015); Endres, M., et al., Improving outcome after stroke: overcoming the translational roadblock, *Cerebrovasc. Dis.* 25(3): 268-78 (2008).

PX 02

114

or intervention and others in a "control" group receive a "placebo" designed to have no therapeutic effect (*e.g.*, sugar pills).  The use of placebo control in these studies is important to produce reliable results and to prevent any bias on the part of the investigator or study participants.[46]

73.     Use of a placebo is particularly important in psychiatric and mental health studies given that all reports of changes in psychological health symptoms require an inherently subjective collection of mood states or symptoms.   The literature shows psychiatric studies can have larger than average placebo effects, the consensus being that people who feel as though they are receiving a treatment or intervention designed to help their mental health are more likely to report improvements.[47]  While use of a placebo is particularly important for mental health measures, it is also important for measuring changes in more objective or biological measures (*e.g.*, cortisol levels via serum corticosterone or neurotransmitter levels via PET imaging).  While the mechanisms are not fully understood, the literature shows that "placebo effect" on objective and biological measures is indeed a true effect: the implication that a subject is receiving some sort of treatment or intervention can affect a biological response.[48]

### iii.     Use of Blinding

74.      The control group in the placebo control design should also receive a treatment that appears, in all ways possible, identical to the active treatment being studied.  In other words, the study should be "blinded."

75.     In an "open label" study both the investigators and subjects are aware of the treatment received.  In a single-blinded study, the investigators but not the subjects know who receives the treatment or placebo.  In a double-blinded study, neither the investigators nor the subjects know who receives the treatment.  The double-blinded design prevents bias, either conscious or unconscious, on the part of both the investigators and the subjects.[49]

76.     The methods section of a study manuscript should include a description of how the investigators achieved double-blinding.  This generally includes a statement that a neutral third party provided an identical appearing placebo and treatment (*e.g.*, same color, size,

---

[46] *See* Hafliðadóttir, S.H., et al., Placebo response and effect in randomized clinical trials: meta-research with focus on contextual effects, *Trials* 22: 493 (2021); Gupta, U., et al., Placebo in clinical trials, *Perspect. Clin. Rsch.* 4(1): 49-52 (2013).

[47] *See* Huneke, N.T., et al., Placebo effects in randomized trials of pharmacological and neurostimulation interventions for mental disorders: An umbrella review, *Mol. Psychiatry* 29(12): 3915-25 (2024); Cao, B., et al., Differential power of placebo across major psychiatric disorders: a preliminary meta-analysis and machine learning study, *Sci. Rep.* 11(1): 21301 (2021); Weimer, K., et al., Placebo effects in psychiatry: mediators and moderators, *Lancet Psychiatry* 2(3): 246-57 (2015); Bschor, T., et al., Differential Outcomes of Placebo Treatment Across 9 Psychiatric Disorders: A Systematic Review and Meta-Analysis, *JAMA Psychiatry* 81(8): 757-68 (2024).

[48] *See* Gupta, Placebo, *supra*.  The ability of a treatment or intervention to separate itself from this effect created by the suggestion of a treatment or intervention (the placebo effect), is how researchers can determine if an intervention has a true clinical effect.

[49] *See* Monaghan, T.F., et al., Blinding in Clinical Trials: Seeing the Big Picture, *Medicina (Kaunas)* 57(7): 647 (2021); Manchin, D., et al., *Randomised Clinical Trials: Design, Practice, and Reporting* §§ 1.3.3.2, 2.6 (2d ed. 2021)

16

**PX 02**

**115**

texture, taste).  The treatment and placebo are coded and subjects' assignment to the treatment or placebo group is only revealed at the conclusion of the study.[50]

77.     Even when a study is designed to be double-blind, it is important to confirm with subjects that they were in fact unaware of the nature of the treatment received.  A simple way to do this is to ask subjects at completion of the study whether they believe they received the treatment or the placebo.  Investigators may find, for example, that the taste or appearance of the placebo or treatment had a particular quality that revealed the treatment group.  Such a limitation should be noted in the manuscript if found.[51]

### iv.    Appropriate Statistical Power

78.     Competent and reliable scientific evidence also includes studies that test enough subjects that any measured effects are reliable and generalizable.  This is referred to as "statistical power."  Statistical power is the likelihood that an effect identified in a study is indeed a real effect.  In other words, with a sufficient statistical power, investigators may reject the null hypothesis (*i.e.*, a statement of no effect, no difference, or no relationship that is assumed to be true in statistical testing).[52]

79.     Under-powered studies are much more likely to yield false results—either positive or negative.  This is because responses to treatments typically fall on a normal distribution, with the majority of subjects grouped closer to the mean but with statistical "tails" of more extreme results in both directions.[53]

80.     In a small study with, for example, ten subjects, the likelihood of sampling two or three people from one tail or the other is much higher than in a study with, for example, 1,000 subjects.  The two or three in the ten-person study may be outliers in the 1,000-person study, artificially inflating or deflating the mean response in the ten-person study.  For this reason, studies with low power are given low credence and are considered reliable only when it is shown that the results can be reliably replicated, preferably in larger cohorts.[54]

81.     For clinical trials, investigators should perform a power calculation to estimate the appropriate sample size needed for adequate power as part of preliminary study design to ensure proper subject recruitment.  A description of the power calculation and what level of power the investigators hoped to achieve should be clearly stated in the study manuscript.[55]

---

[50] *See* Manchin, *Randomised*, *supra*, §§ 1.3.3.2, 5.5.

[51] *See* Bourton, I., et al., Methods of blinding in reports of randomized controlled trials assessing pharmacologic treatments: a systematic review, *PLoS Med.* 3(10): e425 (2006); *see also* James, K.E., et al., An index for assessing blindness in a multi-centre clinical trial: disulfiram for alcohol cessation—a VA cooperative study, *Stat. Med.* 15(13): 1421-34 (1996).

[52] *See* Manski, C.F., et al., Sufficient trial size to inform clinical practice, *Procs. Nat'l Acad. Sci. USA* 113(38): 10518-23 (2016); Krzywinski, M., et al., Power and sample size, *Nature Methods* 10: 1139-40 (2013).

[53] *See* Manski, Sufficient, *supra*; Krzywinski, Power, *supra*; Button, K.S., et al., Power failure: why small sample size undermines the reliability of neuroscience, *Nat. Res. Neurosci.* 14(5): 365-76 (2013).

[54] *See* Button, Power, *supra*; Ioannidis, J.P.A., Why most published research findings are false, Pub. Library of Sci. Medicine 2(8): e124 (2005).

[55] *See* Manchin, *Randomised*, *supra*, § 9.2.

PX 02
116

v.    **Selecting the Appropriate Subject Population, Providing Demographics, & Use of Randomization**

82.    Prior to beginning a clinical trial, investigators must define and select a subject population.  The proper population for the study will depend on the purpose of that study.[56]  For example, if the investigators want to study the effect of a particular treatment in children or individuals with a particular medical condition, the subject population should be of the targeted age or include only subjects diagnosed with the relevant condition.

83.    In most trials, it is appropriate to establish exclusion criteria.  These are pre-existing factors in patients that have the potential to bias the outcome of the study.  For studies of the microbiome, there are several other factors that may influence the results, including any specific diets, recent use of antibiotics or other drugs, or medical conditions (especially gastrointestinal conditions).  The investigators may determine that some of these factors could have such significant effects on the outcome that they should be excluded from the trial altogether.[57]  If so, these "exclusion criteria" should be clearly outlined in the study report.

84.    Once the study's subjects have been recruited, investigators should collect and record basic demographic data about each subject.  At a minimum, this should include subjects' age, sex, race, and ethnicity, as well as any other factors that may affect the outcome of the study.[58]  For studies on the microbiome, this would include use of antibiotics, specific dietary conditions and other factors that might affect the microbiome.  For studies on immune system function, this would include presence of inflammatory or autoimmune conditions, use of anti-inflammatory medications, and other similar factors that might affect immune profiling.  This is important for two reasons: randomization and interpretation of the results.

85.    First, the assignment of subjects to the treatment and placebo groups should be randomized.  Randomization is another measure that prevents conscious or unconscious bias on the part of the investigator by preventing assignment of perceived favorable or unfavorable candidates to a particular arm of the study.[59]  For example, a particular treatment may have a more profound effect in men.  If investigators placed a disproportionate number of the men in the treatment group, the results of the study may suggest a more generalizable effect than would be observed in a real-world clinical population.

86.    Information about the study's randomization should be included in the methods section of the study manuscript.  The manuscript should detail the process for randomization and include a table outlining the makeup of each group, listing baseline characteristics to show that the distribution of subjects did not unintentionally bias the results.[60]

87.    Second, an understanding of the baseline characteristics of the study's subjects is also important for interpretation of the results.  For example, in a study looking at changes in the microbiome, an expert in the field would want to know whether both groups had equal levels of all bacteria of interest prior to the study.  Similarly, in a study looking at effects of a treatment

---

[56] *See* Zhang, H., et al., Importance of clinical trials and contributions to contemporary medicine: commentary, *Annals Med.* 57(1): 2451190 (2025).
[57] *See* Manchin, *Randomised*, *supra*, § 3.7.
[58] *See id.* §§ 4.5, 5, 11.
[59] *See id.* § 5.
[60] *See id.* §§ 5, 11.

**PX 02**

**117**

on depression, an expert in the field would want to know whether participants in the placebo and treatment groups started out with the same severity of depression.  If, for example, the treatment group started the study with much lower levels of depression than the placebo group, comparing the levels of depression in the two groups at the conclusion of the study would not tell the full story.  The treatment group may have lower levels of depression than the placebo group, but perhaps there was no improvement from baseline measures, or perhaps any change was insignificant when compared to similar changes in the placebo group attributable to placebo effect.[61]

88.    It is also important to understand if there were any uniform characteristics of the tested population that may affect the applicability of the results.  For example, if all the subjects fell within a particular age range and were of a particular sex (*e.g.*, men over 60), investigators or readers could not assume the same results would be found in a different population (*e.g.*, women under 40).  This is particularly notable for psychiatric conditions as multiple classes of psychiatric medications, including commonly used antidepressants, have been reported to have differing efficacy rates in men and women.[62]  Age is also a particularly notable factor for psychiatry and neuroscience studies given children's brains are still developing and have significant potential to respond differently to new treatments.[63]

### vi.    Appropriate Duration

89.    Studies must be of a sufficient duration to provide reliable scientific evidence that the effect has lasting character.  Interventions that lead to transient changes in psychological or biological parameters are useful only if the effect is sustained.[64]  For example, if someone were to give a patient his favorite candy bar, this would likely improve his mood briefly, but this would hardly be considered a remedy for depression.

90.    The same logic applies to the duration of effect for any intervention aimed at alleviating a disease process.  Evidence of lasting effect, preferably with repeated measures within each subject, is needed to show stability of the effect.[65]

### vii.    Testing Treatments With Multiple Active Ingredients

91.    Relevant to this particular case, if a product or treatment has multiple active ingredients, it is highly important to test the product in its completed form.  We cannot infer that

---

[61] *See* Manchin, *Randomised*, *supra*, § 4.5.

[62] *See* Whitley, H., et al., Sex-based differences in drug activity, *Am. Fam. Physician.* 80(11): 1254-58 (2009).  Similarly, results of a test performed in adults cannot be assumed for children, or vice versa.  *See* Tibbetts, E., Pharmacokinetics in Children, *Merck Manual* (2025).

[63] *See* Smits, A., et al., Current knowledge, challenges and innovations in developmental pharmacology: A combined conect4children Expert Group and European Society for Developmental, Perinatal and Paediatric Pharmacology White Paper, *Br. J. Clin. Pharmacol.* 88(12): 4965-84 (2021).

[64] *See* Chevance, A., et al., Designing clinically useful psychopharmacological trials: challenges and ways forward, *Lancet Psychiatry* 9(7): 584-94 (2022).

[65] *See* Chevance, Designing, *supra*.

PX 02

118

individually active components or ingredients will work just as well, or even synergistically, when combined.[66]

92.     For example, if one active ingredient in a product were to enhance serotonin signaling in the brain by causing more serotonin to be released into the synapse, it may be safe and effective for treating anxiety or depression.  However, adding another ingredient with a similar known effect could be dangerous.  Serotonin syndrome is a condition caused by an excess of serotonin signaling in the central nervous system, causing a range of symptoms such as muscle spasms, rapid heart rate, high blood pressure, fever, upset stomach, anxiety, and confusion.  In this case, combining two treatments with similar effects could be actively dangerous.[67]

93.     In other cases, combining two or more active ingredients with different known effects could cause those ingredients to counteract one another.[68]  For example, say Compound A stimulates the release of serotonin and Compound B increases inhibitory GABA transmission, but when combined Compound B may inhibit the effect of Compound A by inhibiting serotonin release.  The risk for this sort of effect increases with the number of compounds used.  Further, for many of the natural compounds like those used in the products at issue here, the research is still preliminary, and the mechanisms of action are not completely understood.  When we combine two active ingredients with known effects but without a complete understanding of *why* they have those effects, it is especially difficult to predict how those ingredients will interact.

94.     Similarly, when we eat something like an apple, which contains numerous bioactive compounds like polyphenols, vitamins, and dietary fibers, we may experience certain benefits from the precise combination of those nutrients consumed together.  However, ingesting a single bioactive compound extract from that apple may not produce the same effects as ingesting the apple as a whole.  Further, that single bioactive compound may not have the same effects when combined with other substances not found in apples.  We cannot attribute the effect of an apple to single extract found in an apple, nor that extract combined with other active ingredients.

### viii.    Use of Dosage

95.     When considering the efficacy of an intervention, the dose of the substance being provided is of paramount importance.  All medications and dietary supplements have a

---

[66] *See* Yeh, P., et al., Functional classification of drugs by properties of their pairwise interactions, N*ature Genetics* 38: 489-94 (2006) ("Like their genetic counterparts, two drugs may have no interaction, or they may interact synergistically or antagonistically to increase or suppress their individual effects."); Wagner, H., et al., Synergy research: approaching a new generation of phytopharmaceuticals, *Phytomedicine* 16(2-3): 97-110 (2009); Chou, T.C., et al., Quantitative analysis of dose-effect relationships: the combined effects of multiple drugs or enzyme inhibitors, *Adv. Enzyme Regul.* 22: 27-55 (1984); Borisy, A.A., et al., Systematic discovery of multicomponent therapeutics, *PNAS* 100(13): 7977-82 (2003); Jia, J., et al., Mechanisms of drug combinations: interaction and network perspectives, *Nat. Rev. Drug Discov.* 8(2): 111-28 (2009).

[67] *See* Mikkelsen, N., et al., Serotonin syndrome—A focused review, *Basic Clin. Pharmacol. Toxicol.* 133(2): 124-29 (2023).

[68] *See* Yeh, P., et al., Functional classification of drugs by properties of their pairwise interactions, Nature Genetics 38: 489-94 (2006); Jia, Mechanisms of drug combinations, *supra*.

PX 02

119

dose-response relationship where low doses may have low or no effect, and high doses may be toxic or create unnecessary side effects.[69]

96.    Depending on the potency of a medication or supplement, small changes in the total amount of a medicine can have large effects on its efficacy and side effect profile.[70] As an extreme example, a small number of micrograms of fentanyl can provide effective pain relief, but a small number of milligrams can prove fatal.[71]

97.    For dietary supplements, dosage can become complicated because the dose included of the active molecule may not be precisely known.  When we create substances in a lab, we know the levels of any active ingredient.  When a substance occurs naturally, we need testing to determine composition and levels of active ingredients, and indeed the full scope of active ingredients may not be fully understood.  Some researchers and manufacturers do perform that testing but given the unregulated nature of the dietary supplement industry, others do not.  Just because a product is from a natural source does not exempt it from the biological reality of dose-response.  Given the importance of the dose-response relationship in all medications and supplements, it is crucial that any substance being examined for potential therapeutic use be properly tested at a known dose and at the same dose at which it is intended to be used.[72]

98.    Germane to this case, if an individual ingredient is tested individually at a high dose and then incorporated into a multi-valent pill or powder at a lower dose, it cannot be assumed that the lower dose would have the same effect as the higher dose tested during clinical trials.

99.    Even if two distinct ingredients are both known to have the same desired effect at, for example, 10 mg, we cannot assume that adding 5 mg of each ingredient for a total of 10 mg in a product will cause the desired effect.  The combination of two 5 mg sub-therapeutic doses cannot be inferred to "add up" to a therapeutic dose, particularly where compounds have distinct mechanisms of action (meaning, they produce the same effect but for different reasons).

100.    Probiotics, populations of live or viable bacteria, are somewhat unique in how they are prepared and dosed.  While most pharmaceuticals or supplements are dosed by weight (typically in milligrams), probiotics are dosed by the number of replication-competent bacteria in the given preparation, called "colony forming units" or "CFUs."  Each CFU is one bacterium that is capable of dividing and producing new bacteria.  The number of CFUs listed on a probiotic supplement represents the number of CFUs prior to ingesting the substance and does not represent the number of CFUs that will be able to survive in the acidic environment of the human stomach or take up residence in the microbiome, and the ability of probiotics to survive varies based on variations in different human microbiomes and the relevant type of probiotic,

---

[69] *See Goodman & Gilman's Manual*, supra, Ch. 3; Jakubovski, E., et al., Systematic Review and Meta-Analysis: Dose-Response Relationship of Selection Serotonin Reuptake Inhibitors in Major Depressive Disorder, *Am. J. Psychiatry* 173(2): 174-83 (2016).
[70] *See* Shargel, L., et al., *Applied Biopharmaceuticals & Pharmacokinetics* Ch. 23 (7th ed. 2016).
[71] *See* Vardanyan, R.S., et al., Fentanyl-related compounds and derivatives: current status and future prospects for pharmaceutical applications, *Future Med. Chem.* 6(4): 385-412 (2014).
[72] *See Goodman & Gilman's Manual*, supra, Ch. 3; Shargel, *Applied*,*supra*, Ch. 26.

PX 02

120

referred to as the probiotic "strain."[73]  Different strains may have different effects at different dosages, so it is important to evaluate specific strains at specific CFU doses to determine efficacy.[74]

### ix.    Use of Delivery Method

101.    It is also important that when testing the efficacy of a particular product or molecule for treating a disease, we test the same form and delivery method that will be used in practice.  The route of administration and formulation of the product can significantly alter clinical effects.  For example, ketamine delivered intravenously has a different magnitude of effect than ketamine delivered via nasal spray.[75]

### Discussion of Appropriate Analysis in Competent and Reliable Scientific Evidence

### x.    Appropriate Statistical Analysis

102.    Once a clinical trial has been completed and all data have been collected, the data must undergo appropriate statistical analysis.  Statistical analysis determines whether any results found are the product of a particular treatment or intervention, rather than random chance.  A treatment is considered efficacious if the difference between the results for the active treatment group and control group is below a determined statistical threshold known as the "$P$" value.  If the $P$ value is below the threshold, the results are "statistically significant."

103.    For most studies, researchers will use the statistical threshold of $P < 0.05$.[76]  This means that there is less than a 5% chance that the difference noted between the treatment and control groups is due to chance.  However, this threshold only applies to the chance that two groups are distinct from one another on a single comparison.[77]

104.    For studies performing numerous comparisons (*e.g.*, effect of a treatment on serotonin transmission in addition to depression and anxiety), it is appropriate statistical practice to use a multiple test correction.  A multiple test correction accounts for how many tests are being done in order to limit the number of false positives.[78]

105.    As an example, if investigators use an uncorrected $P$ value of 0.05, this means for a single test (*e.g.*, effect of a treatment on serotonin transmission), there is a 95% chance

---

[73] Probiotics are categorized into different families called the "genus" (*e.g.*, Lactobacillus or Bifidobacterium).  Each genus contains different species (*e.g.*, Bifidobacterium longum).  And each species has different strains (*e.g.*, Bifidobacterium longum R0175).

[74] *See* Shiroda, M., et al., Lactobacillus strains vary in their ability to interact with human endometrial stromal cells, *Pub. Library of Sci.* 15(9): e0238993 (2020); Goldstein, E.J., et al., Lactobacillus species: taxonomic complexity and controversial susceptibilities, *Clin. Infect. Dis.* 60(Suppl 2): S98-107 (2015); Song, M., et al., Characterization of Selected Lactobacillus Strains for Use as Probiotics, *Korean J. Food Sci. Anim. Res.* 35(4): 551-56 (2015).

[75] *See* Singh, B., et al., Comparative Effectiveness of Intravenous Ketamine and Intranasal Esketamine in Clinical Practice Among Patients With Treatment-Refractory Depression: An Observational Study, *J. Clin. Psychiatry* 84(2): 22m14548 (2023).

[76] *See* Hoffman, F., et al., *Biostatistics for Medical and Biomedical Practitioners* Ch. 10 (2015).

[77] *Id.*

[78] *See* Benjamini, Y., et al., Controlling the False Discovery Rate: A Practical and Powerful Approach to Multiple Testing, *J. Royal Statistical Soc'y. Series B (Methodological)* 57(1): 289-300 (1995).

PX 02

121

that the difference between the placebo and treatment groups is a "true positive," *i.e.*, the difference is not due to chance.  However, if the investigators ran 100 statistical tests of this nature, even with a 95% confidence as stated, 5% of those tests could result in false positives based on the parameters of the statistical analysis.  Multiple test corrections are used to reduce the chances of false positives to under 5%.  While there are many methods for multiple test correction, they all use mathematical equations to determine the appropriate $P$ value based on the number of tests being done to prevent the reporting of potential false positives.[79]

106.    When investigators test for multiple outcomes and do not use multiple test corrections, it is sometimes referred to as "$P$ hacking."  Studies that appear to show statistically significant results are more likely to be published and receive attention from the scientific community, so there are incentives for investigators to use less rigorous statistical analysis and report positive results.  Foregoing multiple test corrections is a way to achieve this and is a major source of non-reproducible biomedical studies across multiple fields—in other words, when other investigators attempt to replicate the published results and subject the test to proper statistical analyses, no positive results are found.[80]  On a practical level, $P$ hacking can result in incorrectly stating a potential treatment has positive effect where none exists, causing patients to seek or receive an ineffective treatment.

107.    It is also critical that investigators use the correct types of statistical tests for the data at hand.  There are different tests for comparing results of two groups, comparing multiple variables, and comparing changes over time.[81]  If investigators use a test designed for a different type of data, they may find statistically significant results when the appropriate test would not have yielded any such result.

108.    For example, independent t-tests are used to compare two groups (*e.g.*, treatment and control), and paired t-tests are used to compare the same measures taken from the same subject at multiple timepoints to see the effect of a treatment over time.[82]  The paired t-test is more permissive in what it will call a statistically significant effect because it is measuring results within the same subject and we do not have to worry about potential variations in or characteristics of subjects that may drive differing results.  Using a paired t-test in lieu of an independent t-test is another way for investigators to engage in $P$ hacking.  Where an independent t-test may not find statistically significant results, a paired t-test is more likely to falsely indicate a positive outcome.

109.    As another example, to compare the results between multiple groups, as well as the results within those groups over time, a one or two-way analysis of variance ("ANOVA") test with post-hoc testing is appropriate.  While t-tests are designed to conduct "pairwise comparison" or "head-to-head" testing of two groups, ANOVA testing is designed for testing of three or more groups—say, for example, a control group and two treatment groups with the same treatment at different dosages.  ANOVA tests appropriately assess whether there is an

---

[79] *See* Hoffman, *Biostatistics*, *supra*, Ch. 24; Benjamini, Controlling, *supra*

[80] *See* Stefan, A.M., et al., Big little lies: a compendium and simulation of p-hacking strategies, *R. Soc. Open Sci.* 10(2): 220346 (2023); Ada, J., et al., P-hacking in clinical trials and how incentives shape the distribution of results across phases, *Proc. Nat'l Acad. Sci. USA* 117(24): 13386-92 (2020).

[81] *See* Hoffman, *Biostatistics*, *supra*, Ch. 22, 24-27, 29.

[82] *See id.* at Ch. 22-23.

PX 02

122

effect of treatment versus control (called the "main effect") and can also perform analysis for individual treatment groups versus control (called an "interaction").[83]

110.    The appropriate application of these statistical tests is part of the bedrock of scientific rigor in biomedical research, and inappropriate use creates significant potential for spurious conclusions to be drawn from a study.[84]

111.    Investigators should develop their plan for statistical analysis prior to the beginning of the study, and that plan should not be deviated from to avoid manipulation of the data to find significant results.[85]  As with blinding and randomized procedures, the plan for statistical analysis should be reported in the manuscript, typically in the methods section, so that someone reviewing the manuscript can understand whether the investigators adhered to their plan for statistical analysis and evaluate that plan.  Deviations from the plan announced in the report indicate that the investigators may have altered procedures upon seeing the final data and selected a procedure more likely to yield a statistically significant result.  Such studies should be reviewed with caution.

### xi.    Proper Reporting & Interpretation of Results

112.    Appropriate reporting and presentation of data in published literature is critical for the evaluation of the efficacy of a particular intervention.  Reporting a *P* value is not enough, as the *P* value only portrays the likelihood that two distributions are different from one another; it does not say anything about the magnitude of effect or what is called "effect size."[86]  A very small and consistent change in a large sample size may be a statistically significant result, but may also have a small effect size and thus may not have any practical significance.

113.    This is particularly important in medicine where we are looking for not just any improvement with a treatment but real clinical outcomes.  For example, a study may find a treatment to provide a statistically significant improvement in depression scores in individuals with major depressive disorder, but that improvement may not result in any effect that the individuals can feel.[87]  Providing both a *P* value and an effect size gives us a better sense of the practical effect of a treatment or what is sometimes referred to as "clinical significance."

114.    Thus, at the bare minimum, data needs to be reported with measures of variance within the sample shown, as variance gives us an idea of the effect size.

---

[83] *See id.* at Ch. 25-26.

[84] *See id.* at Ch. 2.

[85] *See* id. at Ch. 1-2, 38; Lichtenstein, A.H., et al., Perspective Design and Conduct of Human Nutrition Randomized Controlled Trials, *Adv. Nutr.* 12(1):4-20 (2021).

[86] *See* Wang, M., et al., Addressing Common Misuses and Pitfalls of P values in Biomedical Research, *Cancer Res.* 82(15): 2674-77 (2022); Chén, O.Y., The roles, challenges, and merits of the p value, *Patterns* 4(12): 100878 (2023).

[87] For this reason, it is also important that any graphs, charts, or other displays used to report a study's results are appropriately labeled.  It is easy to manipulate visuals to make it seem as if a treatment has had a drastic effect on a particular measure when, in reality, the effect is quite small.  If using a graph, the x- and y-axis should be clearly labeled to portray what is being measured and in what units so that readers reviewing the study may understand the magnitude of any effect found.

PX 02

123

115.    The most common way for this would be to present a graph[88] with the mean results and then add error bars that indicate either the standard deviation or standard error of the mean[89] superimposed.  Presentation of these measures allows for assessment of variability within a sample, which helps in determination of a study's validity and reliability.[90]

116.    Error bars also allow the reader to get a better understanding of the degree of influence of the tested treatment on the relevant dependent variable.  For example, sometimes error bars for the treatment and control groups will be shown as overlapping.  If error bars overlap, it means that some of the subjects in the placebo group saw the same or even more pronounced results in the study than subjects in the treatment group.  Data with highly overlapping error bars would lead an educated reader to the conclusion that there was no true difference between the treatment and placebo groups, either due to very small effect size or high variability. This would lead one to conclude that the effect is unlikely to be clinically meaningful.[91]

117.    Further, in biomedical research, the mean of a group is highly susceptible to outlying values.  Consider, for example, if 80% of the results for a treatment group are low on a given measure, but 20% of the results are very high on that same measure.  In that case, the mean would be raised by that extreme 20%.  If a graph solely presented the mean for the treatment group, a reader would be left with the impression that the treatment had a large effect.  Meanwhile, if the graph presented the mean but also included an error bar or individual data points to demonstrate the variability in the results, the reader could see that the large effect was not a consistently large effect and view the results with the appropriate level of caution.

118.    A study report should also include details of the statistical tests performed by investigators.  For t-tests, independent or paired, the report should disclose the t-statistic, the difference between the mean found in the study and the hypothesized mean relative to the variation found in the study.  For ANOVA analysis, investigators should report an F-statistic, which compares the variance between the groups in the study.  Both tests should report the degrees of freedom, the number of independent values in a data sample that are free to vary when estimating a parameter.  These additional, and standard, statistical parameters allow for the informed reader to determine the reliability of an effect.

119.    Hand in hand with proper reporting of the results and statistical analyses comes proper interpretation of those results.  For example, in a correlation analysis, investigators may state that they have found that increases in one factor relate to increases in another (positive correlation) or decreases in one factor relate to decreases in another (negative correlation).  As the investigators present this correlation, it is important to note that any association found— whether positive or negative—does not in any way imply causation.  The fact that two factors move in the same direction does not mean that one causes the other.  There are many reasons

---

[88] Notably, in addition to requiring the presentation of variance, which has been the standard in every field for decades at least, most journals now require the presentation of individual datapoints on graphs, and the NIH also now requires reporting of raw data used for statistical analysis.

[89] The standard deviation of the mean is a measure of the amount of variation of values compared to the mean.  The standard error of the mean is the standard deviation divided by the square root of the sample size.

[90] *See* Hoffman, *Biostatistics*, *supra*, Ch. 6, 11.

[91] *Id.*

**PX 02**

**124**

why a correlation may be spurious; it may be the result of random chance or of a third variable influencing the correlated variables.  Authors should not overstate the results.

120.    In a similar manner, it is important for authors to report the methods and results in full.  In biomedical literature, it is not uncommon for investigators to perform numerous correlation analyses and then present only the factors that showed some positive result.  In other cases, the authors may perform post-hoc or secondary analyses of the results, choosing to focus on a small subset of the data to make claims about smaller subsets of the data.   As with *P* hacking or omission of error bars, this is a way for investigators to present data in a way that makes the study appear more attractive for potential publishing or media attention.  The more factors tested without appropriate correction, the more likely a study is to find some positive result.  The full context of the study's aims and the correlations the study did *not* find are important for the reader in evaluating the significance of the correlation(s) found.

121.    Finally, with respect to reporting and interpretation of results, it is important to note that within the hierarchy of scientific evidence, the lowest standard of evidence is what we call anecdotal evidence.  This is where something is said to be beneficial for a person or group of people, often based on their own recall.  Anecdotal evidence does not derive from control groups, randomization, or statistical analyses but instead simply observations.  If a large amount of anecdotal evidence is accumulated for a specific intervention, it may be cause to investigate that intervention further, but a report should not claim to have found benefits that would be effective for a large population based on anecdotal evidence.  A claim of such a nature would overstate the strength of the evidence.

### xii.    Use of Peer Review

122.    Competent and reliable scientific evidence for the types of claims at issue here must also be peer reviewed.  A study is peer reviewed when at least one person[92] selected by the relevant journal as a peer in the field has reviewed the paper for errors; there are no specific standards that journals are required to apply for selecting peer reviewers or evaluating the rigor of their reports.[93]  At some journals, peer review is a highly rigorous process, but at others nearly all papers are accepted with only cursory review.  Therefore, "peer reviewed" cannot be considered synonymous with "scientifically rigorous."  The fact that a study is peer reviewed does not mean that it is competent and reliable scientific evidence.

### Discussion of Independence in Competent and Reliable Scientific Evidence

### xiii.    Importance of Independence & Reporting Conflicts of Interest

123.    Within the biomedical research field, conflicts of interest are important factors in evaluating potential bias and conclusions of a study.  For most journals, the reporting of any possible financial or academic conflicts of interest is mandated, and lack of inclusion of such conflicts would significantly call into question the independence of a study.  Additionally, any personal relationship between the leader of a study (typically referred to as the principal investigator) and the subjects within the study would be forbidden by the journal.  When there

---

[92] Ideally, two or more people.

[93] *See* Aczel, B., et al., The present and future of peer review: Ideas, interventions, and evidence, *Proc. Nat'l Acad. Sci. USA* 122(5): e2401232121 (2025); Tennant, J.P., et al., The limitations to our understanding of peer review, *Res. Integr. Peer Rev.* 5: 6 (2020).

PX 02

125

are personal relationships between a principal investigator and subject(s), it is nearly impossible to avoid some level of bias—for example, subjects may want the investigator to succeed, may know the investigator's goals, or may be more susceptible, even subconsciously, to the influence of the investigator.  Conflicts of interest do not necessarily prevent a study from serving as competent and reliable scientific evidence, but they must at least be disclosed so that readers may evaluate the study with the appropriate level of scrutiny.

### C. Defining Competent and Reliable Scientific Evidence: Specific Requirements for Neurotransmitter Claims

124.    In this section, I note additional requirements experts in the field of neuroscience would require for claims that a product increases or normalizes serotonin, dopamine, or GABA, either in the brain or peripherally.

125.    As noted above, medications used to treat neuropsychiatric conditions that target neurotransmitter activity in the brain do not work by creating new neurotransmitters, "boosting" the overall supply, or bringing levels into some "normal" range.  SSRIs, for example, work by inhibiting reuptake of serotonin, leaving more serotonin in the synapse for a longer period of time.  They do not cause the body to create more serotonin.

126.    Nevertheless, for purposes of evaluating the claims at issue here, to substantiate a claim that a product affects overall levels of neurotransmitters, peripherally or in the brain, a study would need to include a baseline and post-treatment measurements for both the control and treatment groups.  As noted above, ¶ 37, peripheral neurotransmitters can be measured in the blood through a standard blood draw.  Meanwhile, measurement of neurotransmitters in the brain requires PET imaging or microdialysis.  Given the invasive nature of microdialysis, human studies would likely utilize PET imaging.

### D. Defining Competent and Reliable Scientific Evidence: Specific Requirements for Cortisol Claims

127.    To substantiate a claim that a product decreases cortisol, experts in the field would require the study to include both baseline and post-treatment measurements.

128.    As noted above, ¶ 44, cortisol can be measured through blood, saliva, or urine, but it is important that such measurements are taken in the appropriate manner.

129.    Cortisol is a hormone with known fluctuations in levels throughout the day.  This fluctuation is referred to as "diurnal variation."  Cortisol levels are typically highest in the morning and as we are waking for the day and then dip in the afternoon and evening.  They may increase at other points in the day in response to stressors.  *See* ¶¶ 42-43.

130.    To account for this fluctuation, when testing blood, saliva, or urine, it is important that measures are taken rigorously at the same time each day and that the timing of the measurements is clearly reported in the methods section.  Another option for urine sampling is to do a 24-hour urine collection where subjects collect all their urine throughout the day, thus capturing both high and low levels as they occur.

PX 02

126

**E.** **Defining Competent and Reliable Scientific Evidence: Specific Requirements for Claims about the Treatment, Cure, or Mitigation of Symptoms of Depression, Anxiety, and ADHD**

131.    When considering the efficacy of a potential therapeutic, it is important to know if that therapeutic has been tested in the clinical population of interest.[94] As an example, an agent that is noted to improve subjective feelings of mood in a healthy person would not reasonably be expected to be able to serve as a treatment for a patient with clinical depression.  The ability of an agent to overcome the symptoms of the pathological state must be tested in the target patient population before it can be said to have an effect.  *See* ¶ 82.  The same would be true for ADHD, pathological anxiety, or any other neuropsychiatric condition.

132.    Further, as noted *supra* ¶¶ 89-90, interventions that lead to transient changes in certain parameters are only useful if the effect is sustained.  This is particularly true when considering treatments of psychiatric conditions.  This is because practitioners do not measure or assess symptoms of conditions like major depressive disorder or generalized anxiety disorder in minutes, hours, or even days post treatment to consider whether a treatment is effective.  For major depressive disorder, practitioners use two-week increments, and for generalized anxiety disorder, practitioners use six months.[95]  These increments have been decided on by the field as the length of time that constitutes a diagnosable disorder and not simply normal fluctuations in mood and mental state.  Based on my experience in the field of psychiatry, there is no established minimum duration for trials to test treatments for depression and anxiety disorder; however, given the use of two-week and six month increments in assessing these conditions, the field would agree that studies showing improvements in the minutes, hours, or days post treatment would be insufficient to claim a true treatment effect.  Improvement should be seen over multiple weeks.

133.    In studies of psychiatric conditions like depression and anxiety disorders as well as ADHD, measurement of severity and progress is done using standardized questionnaires.  To date, there are no labs, scans, or imaging tests that can be used to diagnose disease or severity for these conditions.  Psychiatric conditions are inherently subjective.  By using standardized questionnaires, we can counteract some of that subjectivity.  While there are many of these types of questionnaires to choose from, those that have been extensively validated within a specific condition, and those administered by a professional would generally be considered to serve as the highest standard of evidence.

134.    The use of standardized questionnaires in pediatric studies takes on an additional level of complexity, as younger children are not developmentally capable of providing reliable responses to complex psychological symptoms.  For conditions like depression and anxiety disorders and ADHD, children may receive and complete their own questionnaires, but questionnaires completed by parents and/or teachers should also be used.  Given that many conditions can lead to different displays of symptoms depending on context, studies that utilize responses from both parents and teachers are preferred, but answers from parents alone can

---

[94] *See* Zwierzyna, M., et al., Clinical trial design and dissemination: comprehensive analysis of clinicaltrials.gov and PubMed data since 2005, *BMJ* 361 (2018); Umscheid, C.A., et al., Key concepts of clinical trials: a narrative review, *Postgrad Med.* 123(5): 194-204 (2011).
[95] *See* DSM V, *supra*, 155, 163, 168, 183, 189-92.

be useful, as long as the parents are blinded to the treatment condition.  These questionnaires may also be completed in conjunction with clinicians.

## V.    EVALUATING SUBSTANTIATION FOR PRODUCT CLAIMS

### A.  Methodology

135.    My second task in conducting the analysis requested by the FTC was to evaluate the substantiation for the product claims outlined in paragraphs 17-19 above.  Specifically, I was asked to evaluate whether there is scientific evidence that meets the competent and reliable scientific evidence standard I developed based on sources of knowledge in neuroscience and psychiatry, including available peer-reviewed literature, educational materials, and my own clinical research and experience in the fields to substantiate such product claims.

136.    To do this, I worked in three steps.

137.    First, I reviewed all studies performed on Amare's products.  This review involved conducting an independent search of scientific literature to find any published studies on Amare's products, as well as my review of three studies provided to me by the FTC, which I understand were produced by Amare.

138.    Second, I reviewed substantiation materials provided to me by the FTC, which I understand were produced by Amare and Talbott.  These materials included studies on Happy Juice, MentaBiotics, Edge, Edge+, Energy+, Kids Happy Juice, and Kids Mood+'s constituent ingredients.  The index of those materials is attached as Exhibit 2.  As explained *supra* ¶¶ 91-93, ingredient studies for multi-ingredients products cannot constitute competent and reliable scientific evidence of the types of efficacy claims at issue here, but I proceeded to review each of the documents provided at the request of the FTC.

139.    Third, I then also conducted an independent literature search for any other available research on the same product ingredients.  Details of my work and my conclusions are included in the subsections below.

140.    Notably, as I explained above, I used principles generally accepted in neuroscience and psychiatry to review and analyze whether these materials substantiated the claims the FTC asked me to assume that Talbott, Amare, and Amare's distributors had made.

### B.  Review of Studies on Amare Products

141.    I have conducted an independent search of the scientific literature to determine whether any studies provide scientific support for the claims in Section III above.  In conducting this literature search and reviewing the results, I have relied extensively upon my education, research, experience, and my knowledge of developments in the fields of neuroscience and psychiatry, as the standards, described above, experts in the field would consider "competent and reliable scientific evidence," as that term is defined in paragraph 67, above.  My principal research source was Pubmed.gov, a database of citations, abstracts, and articles on life sciences and biomedical topics maintained by the United States Library of Medicine at the National Institutes of Health.

142.    It is my expert opinion that to substantiate the identified claims for Happy Juice, MentaBiotics, Edge, Edge+, Energy+, Kids Happy Juice, and Kids Mood+, experts in the

PX 02

128

relevant fields would require that the products themselves be clinically tested as described above.  However, I did not find any such studies that examined the efficacy of Happy Juice, MentaBiotics, Edge, Edge+, Energy+, Kids Happy Juice, and Kids Mood+.

143.    I reviewed three papers authored by Amare's former Chief Science Officer, Dr. Shawn Talbott and sponsored by Amare.  These papers purported to study some of the Amare products at issue here, but for the reasons detailed herein, none of the studies serve as competent and reliable scientific evidence of the claims related to those products.

### i.    The FundaMentals Study

144.    The first (Talbott S, 2019) (hereinafter the "FundaMentals Study"), attached as Exhibit 3 to this report, involved the FundaMentals product pack, which includes MentaBiotics, in addition to two other products: MentaFocus and MentaSync.

145.    As noted above, the Happy Juice pack also contains MentaBiotics, but instead of MentaSync and MentaFocus, it includes a version of Edge (either the original formulation called Edge, or the updated version called Edge+) and, if desired, Energy+.  I was provided the formulas for MentaFocus and MentaSync along with the formulas for all the Happy Juice products.  MentaSync and MentaFocus are significantly different than Edge/Edge+ and Energy+ with different active ingredients.  Thus, the FundaMentals product pack contains active ingredients not found in the Happy Juice pack, and vice versa.

146.    I was also provided the formula for Kids Happy Juice.  Kids Happy Juice contains many of the same ingredients as the adult Happy Juice pack, combined into a single product and at smaller dosages. Thus, the FundaMentals product pack contains active ingredients not found in Kids Happy Juice, and vice versa.

147.    In the FundaMentals Study, the authors state they employed a randomized, placebo-controlled, double-blind design with thirty-two healthy subjects whom they screened for "moderate" levels of psychological stress and randomly assigned to receive a placebo or a daily dose of Amare's "FundaMentals" product pack, comprised of a single serving each of the following: MentaBiotics, which comes in a powder form that can be mixed into liquids or foods like yogurt, and MentaFocus and MentaSync, which come in capsule form.  Supplementation with FundaMentals or the placebo lasted for one month.  Prior to beginning the trial and at the conclusion of the month, the subjects completed the Profile of Mood States ("POMS") questionnaire to measure six psychological factors (tension, depression, anger, fatigue, vigor, and confusion) and were subject to microbiome analysis using fecal samples.

148.    As noted above, MentaBiotics, is part of the Happy Juice "pack" and has similar ingredients, although at a higher dosage, to the ingredients in Kids Happy Juice.  However, as also noted above, the FundaMentals Study tested MentaBiotics in combination with two other products, MentaFocus and MentaSync.  Because the FundaMentals Study tested the entire FundaMentals pack, which contains additional active ingredients not present in MentaBiotics, the results of this study cannot be extrapolated to solely MentaBiotics.  *See supra* ¶¶ 91-93.  Any results found in the study could be attributable to ingredients found in MentaFocus and/or MentaSync, rather than MentaBiotics.

149.    Nor may the results be extrapolated to other product packs like Happy Juice, which also lacks active ingredients found in FundaMentals and contains additional active ingredients not found in the FundaMentals pack.  *See supra* ¶¶ 91-93.  Likewise, the results of a

30

PX 02

129

study performed using the FundaMentals pack cannot be extrapolated to similar products with different (in this case lower) ingredient dosages like Kids Happy Juice.  *See supra* ¶¶ 95-96.

150.    Because this study was performed using "healthy subjects" without diagnosed depression or anxiety, the results of this study also cannot be used to show FundaMentals is a treatment for depression, anxiety, ADHD, or any other diagnosable psychiatric condition.  *See supra* ¶¶ 82, 131.

151.    That being said, the study description leads me to conclude that the statistical analyses performed in this study are flawed such that the study cannot be considered competent and reliable scientific evidence to support claims relating to the FundaMentals pack. As a threshold matter, it is nearly impossible to tell what measures the authors actually compared—for example, whether the authors compared multiple measures over time or between or within subject groups.  As such, it is difficult to overstate how far from the standards set by experts in the fields of neuroscience and psychiatry this paper falls in this regard.

152.    The only description of the statistics in the study report states that the data were compared using "standard parametric paired t tests."  As noted *supra* ¶ 108, paired t-tests are used to compare measures taken from the same subjects, pre- and post-treatment.  My best interpretation of the results presented is that Talbott and the other authors used pair t-tests to compare the results of the treatment and control groups at the conclusion of the treatment period.  However, as also noted *supra* ¶ 109, to compare the results for multiple groups and with multiple measures (in this case, various mood factors included in POMS questionnaire and microbiome levels), authors should instead utilize a one or two-way analysis of variance, or "ANOVA," test with pairwise post-hoc testing.  There is no indication the authors of the FundaMentals Study did so.  Thus, when the authors state they found improvements in psychological indices in the treatment group as compared to placebo, providing specific numbers such as "-55% Depression," they are not accurately reporting the results of the treatment.  The 55% number does not incorporate any information related to the treatment or placebo group's baseline scores.

153.    Relatedly, the authors do not report the baseline measures for the treatment and placebo groups for the mood state subscales.  This makes it impossible to determine the effect of the FundaMentals treatment and leaves the reader with no understanding of what, if anything, the study found.  For example, if the treatment group's depression scores were 55% lower than the placebo group's at begin the study, then FundaMentals could not be said to be the cause of the disparity between the two groups.

154.    Further, there are no statistical details in the manuscript such as effect sizes or t or F statistics, which would be needed to understand the analyses; there are no corrections for multiple comparisons, which are necessary to reduce the risk of false positives; and the graphs included in the manuscript do not include error bars.  Inclusion of the above information is foundational and required to interpret scientific or medical literature.  *See supra* ¶¶ 104-05, 115-18.  Failure to include these important details would generally be cause for immediate rejection of a study from a reputable peer reviewed journal.  As a result, experts in the fields of neuroscience and psychiatry would not consider the FundaMentals study competent and reliable scientific evidence to support any claim concerning the product (or any other).

155.    Additionally, as noted *supra* ¶ 87, in any clinical literature it is very important to know basic demographic data about the subjects to ensure that the treatment and placebo groups are appropriately balanced.  Papers of this nature, looking for pre- and post-treatment

PX 02

130

effects on the microbiome, would include a demographic table stating the subjects' age, sex, race, and ethnicity, as well as specific diets, recent use of antibiotics or other drugs, and medical conditions.  Here, the study authors include no demographic information that would allow experts in the field to assess whether the treatment and placebo groups were appropriately balanced.  Accordingly, experts in the field would not consider this study competent and reliable scientific evidence.

156.    In this study, interpretation of the results is further complicated by the fact that none of the graphs are appropriately labeled.  The y-axes on all of the graphs have numbers on them, but there are no definitions of the measurement shown, making interpretation of the results impossible.  Consider, for example, relative versus absolute changes: a 50% change in a bacterium that makes up half of the microbiome is very different than a 50% change in a bacterium that makes up only 0.5% of the microbiome.  A study should not present numbers or graphs without explaining what they measure.  *See supra* ¶ 113.

157.    Based on the study description, it also appears that the study used a likely inappropriate placebo: cornstarch.  As noted, MentaBiotics is a powder that can be mixed into liquids or foods like yogurt, and MentaFocus and MentaSync come in a capsule form.  Without further information, I cannot assess whether the subjects or the individuals running this trial were truly blind to whether each subject received the placebo or the treatment.  I do not know whether the cornstarch was provided in powder or capsule form, or both, nor do I know how the corn starch compared to MentaBiotics, MentaFocus, and MentaSync in terms of texture, taste, and appearance.  If subjects were aware of whether they received the placebo or the treatment, that knowledge may have affected their answers to the POMS questionnaire, thus skewing the results.  If the individuals administering the trial were also aware of who received the treatment and the placebo, there is a risk that bias influenced their reporting of the results.  *See supra* ¶¶ 74-77.

158.    The authors' conclusions with respect to the FundaMentals Study also do not flow from the study's empirical results.  According to the authors, the goal of the study was "to determine the change in microbiome ecology/balance and to evaluate the psychological mood state following a coordinated pro-/pre-/phyto-biotic supplementation regimen."  The authors claim that at the end of the month, the treatment group saw improvements in overall mood according to their answers on the POMS questionnaire, as well as increases of "good" bacteria, which they define to include Lactobacillus and Bifidobacterium.[96]  The authors then conclude that the "results demonstrate the close relationship between microbiome balance and psychological parameters—and the utility of targeted supplementation to positively influence the gut-brain-axis for improved mental wellness."  Putting aside the issues affecting the reliability of these results discussed in the above paragraphs, showing an improvement in mood and a change in microbiome composition does not necessarily prove that the change in microbiome *caused* the change in mood.  It is a basic axiom of science that "correlation does not equal causation."  *See* ¶ 119.

---

[96] Notably, particular bacteria strains are not necessarily "good" for everyone.  Everyone has a different microbiome with different requirements for proper functioning.  Experts in the field would not use normative language, identifying "good" and "bad" bacteria.  If looking for changes in microbiome composition, experts in the field would instead simply describe the strains measured.

PX 02
131



163.    The FundaMentals Study does not constitute competent and reliable scientific evidence that Happy Juice, MentaBiotics, or Kids Happy Juice increases serotonin, dopamine, or GABA; decreases cortisol; or treats, cures, or mitigates the symptoms of depression, anxiety, or ADHD.

### ii.    The Project b3 Study

164.    In 2020, Talbott published another paper (Talbott, S., 2020) (hereinafter "Project b3 Study"), which tested a product referred to by the authors as "Project b3." Like the Fundamentals Study, the Project b3 Study involved use of the POMS questionnaire and microbiome testing, in addition the measure of biomarkers like blood lipids, glucose, cortisol, and butyrate kinase. The paper lists the "Key Bioactive Ingredients in Supplement." From that list, I can see that many of the ingredients included in the Project b3 supplement are the same as those used in MentaBiotics. However, the study authors did not disclose the dosages used in the experiment; thus, one cannot determine from the study report whether the dosages are the same as those used in MentaBiotics. As discussed above, studies of products with different dosages cannot be extrapolated in either direction, *see supra* ¶¶ 95-96.

165.    Moreover, even if the dosages used in the study match those used in MentaBiotics, Project b3 contains additional ingredients that are not included in MentaBiotics, the other Happy Juice pack components (Edge, Edge+, or Energy+), or Kids Happy Juice. With the additional ingredients, the results of the Project b3 Study cannot be extrapolated to MentaBiotics, Happy Juice, or Kids Happy Juice. *See supra* ¶¶ 91-93. Any results found could be attributable to the additional ingredients found in the Project b3 formulation.

166.    The results of the Project b3 Study also cannot be used to suggest the product pack's ability to treat depression, anxiety, ADHD, or any other diagnosable psychiatric condition given its use of healthy subjects rather than individuals with the relevant diagnoses. *See supra* ¶¶ 82, 131.

**PX 02**

**132**

167.     Further, the Project b3 Study's design is flawed such that experts in the field would not consider it competent and reliable scientific evidence for four reasons.

168.     First, the study did not use a placebo.  All thirty-three subjects received the Project b3 supplement.  As explained above, *see supra* ¶¶ 72-75, placebos play an important role in study design, particularly in a case like this that involves use of a questionnaire like POMS or other subjective lab measures.  If subjects in a study know they are taking something that should improve their health, they may have a tendency to gravitate towards other healthy behaviors like changes in diet, hydration, exercise, etc.

169.     Second, the study description suggests a conflict of interest that precludes the study from qualifying as competent and reliable scientific evidence. Materials provided to me by the FTC and that I understand were produced by Talbott suggest that the study's subjects were recruited from an athletic club at which the principal study investigator, Talbott, was a member and instructor.  *See* Exhibit 5 at 3.

170.     When subjects have a personal relationship with a study's investigator, they may feel pressure, whether consciously or subconsciously, to help the investigator find favorable results.  Particularly in an open-label study like this where the subjects are aware they are receiving a treatment with certain expected results, the subjects may change their behavior or report positive results on subjective measures to ensure certain outcomes.  *See supra* ¶¶ 74-75, 123.  This conflict of interest was not disclosed in the manuscript for the study, thus preventing any peer reviewer from knowing of this conflict.

171.     Third, the authors' analysis of the results of the Project b3 Study suffers from similar flaws as the FundaMentals Study.  As an initial matter, the Project b3 Study authors use microbiome composite scores that are not well-described and are certainly not standards in the field.  Additionally, the data are presented in a manner that makes interpretation very difficult. For example, the y-axes of graphs are not labeled and there are few, if any, statistical details. Regardless, the study report makes clear the authors of this study again use wildly inappropriate statistical measures with paired t-tests for all analyses.  It is inappropriate to use paired t-tests for this type of experiment because that test should only be used for paired measures of a single variable from the same subject group.  *See supra* ¶ 109.

172.     Moreover, the study authors also indicate statistically significant differences pre- and post-treatment for comparisons in which it would seem impossible for there to be a true statistical difference, as the means and error bars are completely overlapping (*see, e.g.*, Fig 3B "TC", "LDL", "HDL", "Glucose" measures). Complete overlap of the error bars would be inferred to mean near complete overlap of the sample distributions, meaning that there is likely no real difference between pre- and post-treatment. *See supra* ¶ 116.

173.     Fourth, as they did with the FundaMentals Study, the authors of the Project b3 Study draw conclusions unsupported by the data.  The authors found that with supplementation the participants saw improvements in various psychological measures assessed through the POMS questionnaire, as well as increases in what the authors characterize as "good" bacteria and other biological markers.[97]  The authors assert that the Project b3 Study results

---

[97] Again, experts in the field would not use normative language of this nature to describe different bacteria strains.

34

PX 02

133

"demonstrate the close relationship between the microbiome balance and both physical and mental health" and "describe the effectiveness of multi-factorial targeted supplementation to positively influence the gut-brain axis for simultaneously improving mental wellness and physical health."

174.    Again, Talbott and the other authors are assuming a causal relationship based on an apparent correlation between changes in mood and other biological factors.  As a result, even if experts in the field were to consider the results of this study to be valid—which for the reasons addressed above, they would not—they would disregard the authors' claim to have proven causation. *See supra* ¶ 119.

175.    The Project b3 Study does not constitute competent and reliable scientific evidence that Happy Juice, MentaBiotics, or Kids Happy Juice increases serotonin, dopamine, or GABA; decreases cortisol; or treats, cures, or mitigates the symptoms of depression, anxiety, or ADHD.

### iii.    The Kids Mood+ Study

176.    The final of the three studies is a poster used for a presentation of a study that used the Kids Mood+ product (Armstrong A, 2020) (hereinafter the "Kids Mood+ Study"), but this study does not constitute competent and reliable scientific evidence for any claims related to Kids Mood+.

177.    There is no published full-length paper related to this study, but based on the poster provided to me,



178.    This study is flawed in numerous ways.

179.



[REDACTED]

183.    The Kids Mood+ Study does not constitute competent and reliable scientific evidence that Kids Mood+ increases serotonin, dopamine, or GABA; decreases cortisol; or treats, cures, or mitigates the symptoms of depression, anxiety, or ADHD.

C. **The Constituent Ingredients of Happy Juice, MentaBiotics, Edge, Edge+, Energy+, Kids Happy Juice, and Kids Mood+**

184.    The absence of any testing of the efficacy of the products themselves clearly establishes that no competent and reliable scientific evidence exists for the claims for Happy Juice, MentaBiotics, Edge, Edge+, Energy+, Kids Happy Juice, and Kids Mood+.  *See supra* ¶¶ 91-94, 98-99.

185.    However, I understand that in response to requests for substantiation for claims related to Happy Juice, MentaBiotics, Edge, Edge+, Energy+, Kids Happy Juice, and Kids Mood+, both Amare and Talbott pointed to studies related to those products' active ingredients.

186.    Thus, at the FTC's request, I proceeded to research the available scientific literature for each of the active ingredients that comprise these products to determine what evidence of efficacy, if any, exists even at the ingredient level, including studies provided by Amare and Talbott.  I received the product formulations that I understand Amare produced to the FTC, attached as Exhibit 6.  I have not conducted a chemical analysis of any of the products and have relied solely on the product labels and Amare's representations about what the products contain or yield.

187.    In addition to the active ingredients detailed below, the products contain "natural flavors"; sweeteners like stevia leaf, xylitol, monk fruit, and erythritol; rice fiber; citric acid; malic acid; and sodium.  I did not research these non-active ingredients.

188.    MentaBiotics contains the following active ingredients:

    a.  MW3® Probiotic Proprietary Blend 3B CFU (65 mg)
        i.  *Lactobacilus helveticus* R0052: [REDACTED]
        ii.  *Bifidobacterium longum* R0175: [REDACTED]
        iii.  *Lactobacillus rhamnosus* R0011: [REDACTED]

    b.  Amare GBX Proprietary Blend (50 mg)
        i.  Applephenon® Asian Apple (*Malus domestica*) fruit extract: [REDACTED]

---

[98] *See* Committee on Publication Ethics, *Retraction Guidelines* (last reviewed Aug. 29, 2025), https://publicationethics.org/guidance/guideline/retraction-guidelines.

PX 02
135



    ii.    Enzogenol® New Zealand Pine (*Pinus radiata*) bark extract: ▮

    iii.    Enovita® French Grape (*Vitis vinifera*) seed extract: ▮

  c.  MW3® Prebiotic Proprietary Blend (5405 mg)
    i.    Bimuno® GOS Galacto-Oligo-Saccharides: ▮
    ii.    SunFiber® Galactomannan Fiber: ▮
    iii.    Isomaltooligosaccharides: ▮
    iv.    Suntheanine® L-Theanine: ▮

  d.  Digestive Performance Proprietary Blend (160 mg)
    i.    L-Glutamine: ▮
    ii.    ProDigest® (Artichoke (*Cynara scolymus*) leaf extract and Ginger (*Zingiber officinale*) root extract): ▮

189.    Edge contains the following active ingredients:

  a.  Amare Edge Proprietary Blend (200 mg)
    i.    Mango leaf (Zynamite®) Extract: ▮
    ii.    Lychee Fruit Extract (Oligonol®): ▮
    iii.    Palm Fruit Bioactives Complex (PFBc™): ▮

  b.  IsoFiber Prebiotic Fiber: 980 mg

190.    Edge+ contain the same Amare Edge Proprietary Blend (200 mg), as well as the following active ingredients:

  a.  Neuron Regeneration Proprietary Blend (150 mg)
    i.    Citicoline Extract: ▮
    ii.    Lion's Mane (*Hericium erinaceus*) Extract: ▮

191.    The mango flavor of Edge+ contains the same active ingredients as Edge+ as well as ▮ of caffeine from Green Coffee Beans and ▮ "IMO Fiber."

192.    The active ingredients of the version of Energy+ with caffeine include:
  a.  Mental Energy Proprietary Blend (310 mg)
    i.    Pomegranate fruit extract: ▮
    ii.    AmaTea Guayusa leaf extract: ▮
    iii.    Matcha Green tea leaf: ▮
    iv.    InnovaTea® Natural Caffeine leaf: ▮

  b.  Amare GBX+ Proprietary Blend (75 mg)
    i.    Applephenon® Asian Apple (*Malus domestica*) fruit extract: ▮
    ii.    Enzogenol® New Zealand Pine (*Pinus radiata*) bark extract: ▮
    iii.    Enovita® French Grape (*Vitis vinifera*) seed extract: ▮

193.    The active ingredients of the version of Energy+ without caffeine include:

  a.  Sugar & Caffeine-Free Proprietary Blend (4.10 g)
    i.    Chicory Root Inulin: ▮

PX 02
136



   ii.   Glycine: ▮
   iii.  Pomegranate fruit extract: ▮
   iv.  Rooibos Tea leaf: ▮

194.   Happy Juice is a "product pack," containing either two or three products depending on the version used. Each pack includes MentaBiotics. Each Happy Juice pack also contains a version of the product referred to as "Edge," either the original "Edge" or a newer version, "Edge+," which comes in multiple flavors. The mango Edge+ flavor, as noted above, contains two additional ingredients. The third product that Happy Juice may contain is Energy+, which, as noted above, comes in two forms, one with caffeine and one without caffeine.

195.   The active ingredients in Kids Happy Juice include:

a. MW3® Prebiotic Proprietary Blend (4649 mg)
   i.   IsoFiber Prebiotic Fiber (Iso-Malto-Oligosaccharides): ▮
   ii.   Bimuno® GOS Galacto-Oligo-Saccharides: ▮
   iii.  SunFiber® Galactomannan Fiber: ▮

b. Amare Edge Proprietary Blend (330 mg)
   i.   Palm Fruit Bioactives Complex (PFBc™): ▮
   ii.   Oliginol® Lychee Fruit Extract: ▮
   iii.  Zynamite® Mango Leaf Extract: ▮

c. Gut Axis Support Blend (210 mg)
   i.   Wellmune® Yeast 1,3/1,6 Beta-Glucan: ▮
   ii.   L-Glutamine: ▮
   iii.  Prodigest® (Artichoke (*Cynara scolymus*) leaf extract and Ginger (*Zingiber officinale*) root extract): ▮

d. Phytobiotic Proprietary Blend
   i.   Suntheanine® L-Theanine: ▮
   ii.   Applephenon® Asian Apple (*Malus domestica*) fruit extract: ▮
   iii.  Enzogenol® New Zealand Pine (*Pinus radiata*) bark extract: ▮
   iv.   Enovita® French Grape (*Vitis vinifera*) seed extract: ▮

e. MW3® Probiotic Proprietary Blend (1.5B CFU: 30 mg)
   i.   *Lactobacilus helveticus* R0052
   ii.   *Bifidobacterium longum* R0175
   iii.  *Lactobacillus rhamnosus* R0011

196.   The active ingredients in Kids Mood+ include:

a. Amare Kids Mood+ Blend (54 mg)
   i.   Affron® (Saffron Stigma Extract): ▮
   ii.   Holy Basil Leaf Extract: ▮
   iii.  Rosemary Leaf Extract: ▮
   iv.   Clove Flower Extract: ▮
   v.   Oregano Leaf Extract: ▮

b. IsoFiber Prebiotic Fiber (Iso-Malto-Oligosaccharides): ▮



38

197.    Based on the above formulations, I conducted research into each of the listed active ingredients.  Below I discuss the results of my research into the ingredients of Happy Juice, MentaBiotics, Edge, Edge+, Energy+, Kids Happy Juice, and Kids Mood+ and explain why the claims set forth in paragraphs 17-19 are not supported by competent and reliable scientific evidence, even based on ingredient-specific tests, studies, and analyses.

D.    **Review of Studies of Active Ingredients of Happy Juice, MentaBiotics, Edge, Edge+, Energy+, Kids Happy Juice, and Kids Mood+**

198.    In each of the following subsections, I provide my analysis of the available literature on the ingredients of Happy Juice, MentaBiotics, Edge, Edge+, Energy+, Kids Happy Juice, and Kids Mood+.  Again, my position and that of experts in my fields is that the absence of any testing of the efficacy of the products themselves clearly establishes that no competent and reliable scientific evidence exists for the claims for Happy Juice, MentaBiotics, Edge, Edge+, Energy+, Kids Happy Juice, and Kids Mood+.  Nevertheless, I proceeded to review substantiation provided by Amare and Talbott, as well as conduct my own review of the available literature on the active ingredients.

199.    I understand that in response to requests to Talbott for substantiation for claims about Happy Juice, MentaBiotics, Edge, Edge+, Energy+, Kids Happy Juice, and Kids Mood+, Talbott provided a list of research papers and other documents.  Some of these materials neither I nor the FTC was able to locate, as I have noted where relevant in this report.  The remainder of the materials cited by Talbott I was able to review and are included in the list attached as Exhibit 2.

200.    I also understand that in response to requests to Amare for substantiation for claims about Happy Juice, MentaBiotics, Edge, Edge+, Kids Happy Juice, and Kids Mood+, Amare produced a list of research papers and other documents, categorized by product ingredients and also produced copies of many of those documents.  All of the studies and other documents cited by Amare, which I was able to review, are included in the index attached as Exhibit 2.

201.    I have organized my analysis by ingredient as listed by Amare.  Within each section, I review the documents cited by Amare and/or Talbott where he cited materials related to such ingredient and then add my analysis of any other relevant literature I could find.

202.    Amare cited 180 documents and Talbott cited 43 documents.  Amare cited 169 documents which Talbott did not cite, and Talbott cited 31 documents Amare did not cite.  Amare and Talbott cited 12 of the same documents.

203.    Overall, none of the studies cited by Amare or Talbott constitute competent and reliable scientific evidence of the claims at issue in this case.  Many of the studies are preclinical animal or *in vitro* studies, and others, although conducted in humans, are not placebo-controlled or sufficiently powered to constitute competent and reliable scientific evidence here.  Others, while well-designed human clinical trials, simply do not support the product claims.  For example, as I repeatedly note in this report, much of the literature on these ingredients tests these substances at much higher dosages than the amounts used in Amare's products, and results of studies on a higher dosage cannot be attributed to a lower dosage.  Other reports do not make any findings relevant to the claims at hand or did not test the ingredient in the proper

PX 02

138

population to make claims about their ability to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.

204.    After reviewing all the literature supplied by Defendants, I conducted my own literature review using Pubmed.gov.  I conducted searches for relevant literature by searching for documents containing each ingredient name and then at least one of the following terms: depression, anxiety, neuron, brain, ADHD, or attention.  Given the claims I understand are at issue this case, I did not review every piece of literature that resulted from my searches.  I only selected studies that examined the role of these ingredients in clinical populations for more detailed review (*i.e.*, I did not review *in vitro* and animal studies).  I also excluded from my more detailed review studies performed in non-target clinical populations, such as healthy subjects or individuals who suffered from a stroke, traumatic brain injury, or non-neuropsychiatric conditions (*i.e.*, not related to brain and its associated psychological and behavioral functions), as the results of those studies cannot be generalized to wider populations.  Finally, I limited my review to primary research articles and systematic meta-analyses.  I did not review commentaries or non-strategic reviews, as they generally do not advance the cause of understanding the evidence base for a particular component.

205.    This independent literature review ultimately involved evaluation of more than 10,000 abstracts and a more detailed examination of more than 80 full-length research reports.  The most relevant of those 80 studies I discuss in this report.  I did not find any abstracts or reports that alone or in combination constitute competent and reliable scientific evidence of the claims at issue in this case.

### i.    Cerebiome

206.    Cerebiome is a brand name for a combination of two types of probiotics (referred to as "probiotic sub-strains"), *Lactobacillus helveticus* R0052 and *Bifidobacterium longum* R0175, produced by Lallemand Health Solutions.  *L. helveticus* R0052 and *B. longum* R0175 are listed as ingredients in Kids Happy Juice and MentaBiotics, a component of Happy Juice.

207.



208.    *L. helveticus* R0052 and *B. longum* R0175 are two of three probiotic sub-strains included in MentaBiotics and Kids Happy Juice.  Both products also contain *Lactobacillus rhamnosus* R0011.  The dosage for this three-probiotic blend (referred to as the MW3® Probiotic Proprietary Blend) is 3 billion CFU[99] in MentaBiotics (and by extension, Happy Juice) and 1.5 billion CFU in Kids Happy Juice.  Accordingly, MentaBiotics and Happy Juice necessarily contain less than 3 billion CFU Cerebiome (*L. helveticus* R0052 and *B. longum* R0175), and Kids Happy Juice contains less than 1.5 billion CFU Cerebiome.  I am unaware of Defendants providing information about the exact amount of Cerebiome in each product.

---

[99] CFU stands for "colony forming units," the form of measurement for probiotics.  *See supra* ¶ 100.

209.    There is no competent and reliable scientific evidence that dosages below 3 billion CFU of Cerebiome increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.



---

[100] Talbott listed the study as, "Tran N, Zhebrak M, Yacoub C, et al. (2019). 'Gut-brain-axis: how probiotics can reduce stress and anxiety.' *Frontiers in Psychiatry*, 10, 96."

41

PX 02

140



PX 02
141



43

PX 02
142



44

PX 02
143



226.    In my independent literature review, I found one additional paper related to the specific sub-strains of probiotics included in Cerebiome (*L. helveticus* R0052 and *B. longum* R0175) that merited additional review.  *See* Gawlik-Kotelnicka O, 2023.  This placebo-controlled study looked at the effect of *L. helveticus* R0052 and *B. longum* R0175 at 3 billion CFU daily for sixty days on mood and anxiety measures in forty-eight patients diagnosed with MDD in hopes of identifying new treatment options for depression and its comorbidities.  However, the authors reported no effects on mood or anxiety measures, lending no support to claims that Happy Juice, MentaBiotics, or Kids Happy Juice can be used to treat, cure, or mitigate the symptoms of depression.  The authors also acknowledged that the study was underpowered with only forty-eight participants.  The study does not serve as competent and reliable scientific evidence in this case.

227.    Having found little literature on the specific sub-strains included in Cerebiome, I expanded my search to include papers on or including other sub-strains of the same probiotic families, including other types of *L. helveticus* and *B. longum*, but even expanding my search in this manner, I did not come across any studies that alone or in combination constitute competent and reliable scientific evidence of the claims at hand.

228.    For example, I reviewed some studies testing different sub-strains and combinations of probiotic strains and found no significant effects on mood and/or cognition scores.  *See, e.g.,* Fries LR, 2025.

------



45

PX 02

144

229.    None of the Cerebiome materials produced by Amare, cited by Talbott, or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

### ii.    Lactobacillus Rhamnosus R0011

230.    *Lactobacillus rhamnosus* R0011 is a probiotic found in Kids Happy Juice and MentaBiotics, a component of Happy Juice. The exact amount of *L. rhamnosus* R0011 in MentaBiotics and Kids Happy Juice is unknown, as Amare simply reports that there is a 3 billion CFU blend of three different probiotics in MentaBiotics and a 1.5 billion CFU blend of the same three probiotics in Kids Happy Juice.

231.    There is no competent and reliable scientific evidence that 3 billion CFU or less of *L. rhamnosus* R0011 increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.

232.



234.    I conducted a search for further literature related to *L. rhamnosus* R0011 and found little research on this particular sub-strain. I did not find any studies related to *L. rhamnosus* R0011 that merited additional review. So, like for the Cerebiome sub-strains, I expanded my search to include research involving other sub-strains of *L. rhamnosus*. Some of the papers I reviewed found no effect of *L. rhamnosus* sub-strains, alone or in combination with other agents, on the relevant mood or cognitive measures examined. *See, e.g.*, Moschonis G, 2024; Kelly JR, 2017; Slykerman RF, 2018; Mahboobi S, 2022; Kumperscak HG, 2020.

235.    In one other paper (Niu Q, 2025), the authors used an open label design to look at the effects of the combination of 2.5 billion CFU *Bifidobacterium animalis lactose* BLa80 and *L. rhamnosus* LRa05 on ADHD patients on measures of numerous cognitive and attentional measures. The authors found a very small effect, but given the open label design, this may be attributable to placebo effect. *See supra* ¶¶ 69-71, 74-75. With an open label design, higher dosage, and different sub-strains of probiotics not found in Amare's products, this study cannot substantiate the claims at issue in this case. *See id.*; ¶¶ 95-96, 98.

236.    None of the *L. rhamnosus* R0011 materials produced by Amare, cited by Talbott, or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

### iii.    Bimuno®

237.    Bimuno® is the brand name for a galactooligosaccharide referred to as "B-GOS," a prebiotic found in Kids Happy Juice and MentaBiotics, a component of Happy Juice. There

46

PX 02
145

are ▮▮▮▮▮▮ of B-GOS in MentaBiotics, and by extension Happy Juice, and ▮▮▮▮▮▮ in Kids Happy Juice.

238.    There is no competent and reliable scientific evidence that ▮▮▮▮▮ B-GOS increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.

239.

47

PX 02

146

244.

245.    I did not find any papers in my independent literature review related to the claims at issue in this case that warrant discussion here.

246.    None of the Bimuno® materials produced by Amare or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

### iv.    Suntheanine® L-Theanine

247.    Suntheanine® is a brand-name L-theanine, an amino acid found in tea leaves. There are ▮▮▮ of Suntheanine® in MentaBiotics and ▮▮▮ in Kids Happy Juice.

248.    There is no competent and reliable scientific evidence that ▮▮▮ of L-theanine increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.

249.

48

PX 02
147



PX 02
148



-theanine treats, cures, or mitigates the symptoms of ADHD, or any other claims at issue here.

50

PX 02
149



PX 02
150



263.    In my independent literature review, I found two additional papers for further review.  *See* Shamabadi A, 2023; Sarris J, 2019.  Both studies tested the use of L-theanine in conjunction with an antidepressant in populations of individuals diagnosed with major depressive disorder (Shamabadi) and generalized anxiety disorder (Sarris).  The Shamabadi authors claim to have found a small "boosting" effect of 200 mg L-theanine in the group receiving both sertraline and L-theanine in combination, but this study does not support any claims that L-theanine can have anti-depressant effects on its own or in combination with agents other than sertraline.  *See supra* ¶¶ 91-93.

*See supra* ¶¶ 95-96, 98.  The Sarris authors found no similar "boosting" effect of L-theanine at a higher dosage (450-900 mg daily).

264.    None of the L-theanine materials produced by Amare, cited by Talbott, or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

52

PX 02
151

### v.    Enovita®

265.    Enovita® is a French grape seed extract included in the formulas for MentaBiotics, Energy+ (both with or without caffeine), and Kids Happy Juice.  There are ▮▮▮ of Enovita® in MentaBiotics and Energy+ with caffeine but only ▮▮ in the caffeine-free version of Energy+.  Thus, Happy Juice contains anywhere from ▮▮ (Happy Juice without any Energy+) and ▮▮ (Happy Juice with caffeinated version of Energy+) of Enovita®.  There are ▮▮ in Kids Happy Juice.

266.    There is no competent and reliable scientific evidence that ▮▮▮ Enovita® increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.

267.

270.    I did not find any studies in my independent literature review related to the claims at issue in this case that warranted discussion here.

271.    None of the grape seed extract materials produced by Amare or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

### vi.    Lion's Mane

272.    Lion's Mane or *Hericium erinaceus* is a mushroom extract found in Edge+.  There are ▮▮▮ of Lion's Mane in Edge+.

273.    There is no competent and reliable scientific evidence that ▮▮▮ Lion's Mane increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.



PX 02

152



54

PX 02
153



280.
Mane

281.     In my independent literature review, I found two studies related to Lion's Mane and the claims at issue in this case that warranted additional review.  *See* Saitsu Y, 2019; Surdenran G, 2025.

*See supra* ¶¶ 95-96, 98.  For further reasons each fails to meet the competent and reliable scientific evidence standard for substantiating the claims at issue in this case.  In both Saitsu and Surendran, the authors looked at the effects of Lion's Mane on cognition in healthy individuals, and any results found in a healthy population cannot be assumed for those with diagnosed conditions like ADHD.  *See supra* ¶ 82.  Further, both studies saw very small effects on cognition measures, calling into question the clinical significance of any findings.  *See supra* ¶ 113.

55

PX 02
154

282.    None of the Lion's Mane materials produced by Amare, cited by Talbott, or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

**vii.    Zynamite®**

283.    Zynamite® is a brand name for mango leaf extract.  There are ██████ of Zynamite® in both Edge and all flavors of Edge+.  There are also ██████ of Zynamite® in Kids Happy Juice.

284.    There is no competent and reliable scientific evidence that ██████ Zynamite® increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.



56



291.    I found two additional papers in my independent literature review that warranted further examination.  The first (Jeyakodi S, 2024), looked at the effect of 300 mg mango leaf extract in healthy adults, claiming to have found some improvements in multiple measures of cognitive function as well as mood and anxiety.  However, the report does not suggest the authors performed any statistical corrections, which are needed when examining the effect of a treatment on multiple measures, and does not include any measurement or representation of variability such as error bars.  This poor data presentation significantly calls the reliability of the claimed results into question.  *See supra* ¶¶ 104-05, 115-17.  Because the study was also performed in a healthy population and ███████████████████████████████████ the results cannot be extrapolated to a disease population (*e.g.*, individuals with anxiety) ████████████████.  *See supra* ¶¶ 95-96, 98, 82, 131.  This paper does not serve as competent and reliable scientific evidence of any of the claims at hand.

292.    The second paper (Castellote-Caballero Y, 2025), found small, transient effects of 100 or 150 mg Zynamite® on some memory, cognition, mood, and anxiety measures.  Transient effects (five hours post-ingestion) do not show treatment of any condition, which requires sustained benefits over time.  *See supra* ¶¶ 89-190.  Further, the study was performed in healthy college students, and it cannot be assumed that individuals with diagnosed conditions like depression, anxiety, or ADHD would benefit from supplementation in the same manner.  *See supra* ¶ 82.  Finally, the results also show very modest effects with almost complete overlap between the placebo and treatment groups, calling into question the effect size and clinical significance of the results.  *See supra* ¶ 116.

PX 02

156

293.    None of the mango leaf materials produced by Amare, cited by Talbott, or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

**viii.    Glycine**

294.    Glycine is an amino acid found in the caffeine-free version of Energy+.  There is ▮ of glycine in the caffeine-free Energy+ and, thus, in Happy Juice if made using this version of Energy+.

295.    There is no competent and reliable scientific evidence that ▮ of glycine increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.



299.    My search for additional literature related to glycine using the format described in paragraph 204 resulted in 18,637 papers, likely because glycine works as an inhibitory neurotransmitter in the body.  To narrow the results for my review, I narrowed the search to only human clinical trials and looked for papers involving supplementation with glycine.  Within that field of 220 papers, I did not find any that dealt with the issues at hand and warranted detailed review.

300.    None of the glycine materials produced by Amare or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

**ix.    Applephenon®**

301.    Applephenon® is an Asian apple fruit extract.  There are ▮ of Applephenon® in MentaBiotics, ▮ in each version of Energy+, and ▮ in Kids Happy Juice.

302.    There is no competent and reliable scientific evidence that ▮ (the maximum amount found in Happy Juice if using Energy+) increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.



307.    In my independent literature review, I found one article related to apple extract that I reviewed in more detail (Jackson PA, 2022), but I quickly found it could not serve as competent and reliable scientific evidence of the claims at hand.  The study looked at the combination of 275 mg apple extract and coffee berries and its effect on alertness and cognition but found no effects on cognition.  With its finding that there were no cognitive benefits of the extract in combination with another substance ███████████████████████████████ ██████████████████████████████ this study does not support any of the claims in this case. *See supra* ¶¶ 95-96, 98.

308.    None of the apple extract materials produced by Amare or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

PX 02
158

x.    **Oligonol®**

309.    Oligonol® is a brand-name lychee fruit extract.  There are ███ of Oligonol® in Edge and Edge+ and ███ in Kids Happy Juice.

310.    There is no competent and reliable scientific evidence that ███ of Oligonol® increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.



**PX 02**
**159**



317.    I did not find any additional papers related to Oligonol® that warranted detailed review in my independent literature review.

318.    None of the Oligonol® materials produced by Amare, cited by Talbott, or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

61

PX 02
160

### xi.   Citicoline

319.   There are █████ of citicoline in all flavors of Edge+.

320.   There is no competent and reliable scientific evidence that █████ of citicoline increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.





327.    In addition to the three studies cited above, *see supra* ¶ 322, there is one additional paper I found in my independent literature review that I note here.  In Hübner IB, 2024, the authors used a double-blind randomized control crossover trial with 250 mg citicoline in children with a clinical diagnosis of ADHD to look for any effects of the treatment.  The children were permitted to remain on their prescribed stimulant medications, and nearly all did.  The authors found no statistically significant effects of citicoline ███████████████ ██████████████████████ suggesting a lack of effect of this intervention in this condition.  *See supra* ¶¶ 95-96, 98.

328.    None of the citicoline materials produced by Amare or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

### xii.    Caffeine

329.    Edge+ in the mango flavor contains ██████ of caffeine from green coffee beans. The caffeinated version of Energy+ contains ██████ caffeine from InnovaTea®.

330.    There is no competent and reliable scientific evidence that ██████████ of caffeine (from green coffee beans, InnovaTea®, or other sources) increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.

331.    The literature on caffeine stands for the noncontroversial finding that varying doses of caffeine provide transient improvements in cognitive performance, including improved attention in healthy individuals.  This does not mean that caffeine treats, cures, or mitigates the symptoms of ADHD.  Defendants did not produce, and I am unaware of, any literature showing that caffeine provides sustained attention benefits for individuals diagnosed with ADHD.

PX 02

162



335.    Using the search format described in paragraph 204, my search for additional literature on caffeine resulted in more than 7,300 results.  To narrow the results for my review, I limited my search to literature from the last five years.  As noted above, experts in the field would agree that acute caffeine intake is associated with increases in subjective measures of arousal and moderate increases in attention, but this does not equate to the usefulness of caffeine in the long-term treatment of neuropsychiatric conditions like ADHD.  As an expert in the fields of neuroscience and psychiatry, I am not aware of the existence of any evidence supporting the use of caffeine in treatment in these conditions prior to 2020 and any such development would have been widely reported.  My search appropriately targeted more recent advances in research related to caffeine that would suggest new findings for the utility of the agent in treatment or mitigation of neuropsychiatric disorders.

336.    Through my narrowed search, I found three articles I will note here.  The first (Hoppe JM, 2025), looked at the use of 150 mg caffeine in individuals with diagnosed anxiety and panic disorders and found that at such dose there was no significant increase in panic symptoms.  The study, while it showed no significant harms of caffeine at this dose, did not demonstrate any benefits either, preventing this study from serving as competent and reliable scientific evidence of any of the claims at hand.

337.    The second (Frick A, 2021), found some benefit with caffeine supplementation for depression patients undergoing transcranial magnetic stimulation ("TMS"), but found no effects of caffeine on its own.  The study does not support any claim that caffeine, in the absence of TMS treatment, may benefit individuals with depression.

--------

PX 02
163

338.    The third article I reviewed (Perrotte G, 2023) is a meta-analysis of studies examining effects of caffeine treatment in ADHD.  The authors found that based on a merged analysis of the effects from published studies, there is no demonstrable significant effect of caffeine improving or worsening symptoms of ADHD.  This study, thus, cannot support claims that caffeine cures, treats, or mitigates the symptoms of ADHD.

339.    None of the caffeine materials produced by Amare or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

### xiii.    Pomegranate Fruit Extract

340.    There are ███████ of pomegranate fruit extract in the caffeinated version of Energy+.

341.    There is no competent and reliable scientific evidence that ███████ of pomegranate fruit extract increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.



PX 02

164



346.    In my independent literature review, I found one additional paper I will note here. *See* Siddarth P, 2020.  In Siddarth, the authors assessed the use of daily pomegranate juice versus a placebo drink in healthy older adults on various cognitive measures.  The authors found a small difference in learning ability between the placebo and treatment group at the 12-month endpoint but also note that their recruitment methods were likely biased toward highly motivated people with concerns about preserving memory.  The paper is also unclear on how adequacy of the blinding procedures and discloses that the study was funded primarily by a pomegranate juice manufacturer.  *See supra* ¶¶ 76, 123.  At best, the small effect shown in this study may suggest further research in a disease population should be considered, but it does not substantiate claims at issue in this case.  *See supra* ¶¶ 112-14.

347.    None of the pomegranate materials produced by Amare or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

### xiv.    AmaTea Guayusa Leaf Extract

348.    AmaTea is the brand name for a particular guayusa leaf extract.  There are ▆▆ of AmaTea guayusa leaf extract in the caffeine version of Energy+.

349.    There is no competent and reliable scientific evidence that ▆▆ of AmaTea guayusa leaf extract increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.



66

PX 02
165



353.    I did not find any papers related to AmaTea guayusa in my independent literature review that warranted my more detailed review.

354.    None of the AmaTea guayusa materials produced by Amare or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

### xv.    Matcha Green Tea Leaf

355.    There are ██████ of matcha green tea in the caffeine version of Energy+.

356.    There is no competent and reliable scientific evidence that ██████ of matcha green tea leaf increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.



359.    In my independent literature review, I found five papers on green tea that I will note here.  The first three were led by the same lead author.  *See* Unno K, 2022; Unno K, 2018; Unno K., 2017.  Each of these studies studied the effects of green tea in healthy populations, meaning none of the results can be assumed for individuals with diagnosed conditions like depression, anxiety, and ADHD, *see supra* ¶¶ 82,131, and thus cannot serve as competent and reliable scientific evidence that matcha green tea can be used to cure, treat, or mitigate the symptoms of any of these conditions.  These studies fail the competent and reliable standard in this case for further reasons.  For example, the 2022 study was an open-label design, *see supra* ¶ 75, ████████████████████████████

PX 02
166

███████████████ *see supra* ¶¶ 95-96, 98.  The 2017 study also saw some improvements in perceived stress in students before an exam, but did not disclose baseline measures, making it impossible to truly assess the results of the study.  *See supra* ¶¶ 87, 120.

360.    In the fourth study found in my review (Manshadi Seyed Ali D, 2020), the authors found some improvement in depression scores in HIV patients with 800 mg green tea extract daily.  With HIV as a potential confound and ███████████████████████ ███████████████████ this study does not substantiate claims that Energy+ and by extension Happy Juice can be used to cure, treat, or mitigate the symptoms of depression.  *See supra* ¶¶ 88, 95-96, 98.

361.    Finally, in the fifth study (Baba Y, 2024), the authors found no effects of green tea on depression scores at ███████████████ 2,700 mg matcha daily.

362.    None of the matcha green tea materials produced by Amare or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

**xvi.    Enzogenol®**

363.    Enzogenol® is a brand name for a New Zealand pine bark (*pinus radiata*) extract.  There are ████ of Enzogenol® in the caffeine version of Energy+ and ████ in the caffeine-free version of Energy+ and Kids Happy Juice.

364.    There is no competent and reliable scientific evidence that ███████████ of Enzogenol® increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.



**PX 02**

**167**



373.    I found five papers in my independent literature review that warranted further review. The first (Pipingas A, 2008), found modest improvements on one measure, a spatial working memory reaction time task, out of sixteen total measures, with a combination of 960 mg Enzogenol® and 120 mg Vitamin C compared to placebo. This study, performed in healthy individuals and ████████████████████████████████████████ ████████████ and in combination with an agent not found in either of these products cannot substantiate the claims at issue in this case. *See supra* ¶¶ 91-93, 95-96, 98.

374.    The second (Belcaro G, 2014), looked at the use of 150 mg of a French pine bark extract on cognitive function, attention, and mental performance in healthy individuals with increased oxidative stress in a professional context. I could not access the full-length version of this study, but from the abstract available on PubMed, I can see that this study does not meet the competent and reliable scientific evidence standard in this case. The study used a different type of pine bark extract (French rather than New Zealand), which may mean it had different levels of- bioactive compounds given variations in extract methods, *see supra* ¶ 97; ██████ ████████████████████████████████████████

69

PX 02
168

█████████ *see supra* ¶¶ 95-96, 98; and tested the supplement in a healthy population, *see supra* ¶¶ 82, 131. For all these reasons, it cannot be used to substantiate the claims at hand.

375.    The third paper (Weyns A-S, 2024), looked at data from a phase III clinical trial of patients with ADHD treated with French maritime pine bark extract versus a placebo or methylphenidate (generic form of Ritalin®), with a stated objective of finding some ADHD symptom relief with the pine bark supplementation. However, the authors did not report or otherwise claim any behavioral or symptom improvement in the ADHD patients, focusing only on observed changes in microbiome composition. Thus, the study does not make any claims about the cure, treatment, or mitigation of symptoms of ADHD and cannot serve as competent and reliable scientific evidence of any such claims either. As above, French maritime pine bark may have different levels of bioactive compounds than New Zealand pine bark. *See supra* ¶ 97.

376.    The fourth paper (Trebatická J, 2006) also looked at the effects of French pine bark on ADHD symptoms, but this time in children and at a dose of 25 mg per kg each day. The authors claim to have found improvements in ADHD measures in the extract treatment group as rated by teachers, but for several reasons, this study does not serve as competent and reliable scientific evidence in this case. First, the study again used a different type of extract—French instead of New Zealand—which may have different bioactive compounds in different quantities as compared to New Zealand extract given variations in extracts that depend on a variety of factors including the extract process and part of the plant used for extraction. *See supra* ¶ 97. ████████████████████████████████████████████████████████████████████ The children in the study were also permitted to remain on any prescribed ADHD medications, and the authors did not clearly report how many of the subjects did indeed continue to take any prescriptions. This complicates the study and creates potential for unaccounted for interactions. *See supra* ¶¶ 91-93. The study does not substantiate claims that ████ Enzogenol® can cure, treat, or mitigate the symptoms of ADHD in children.

377.    Finally, in the fifth paper (Hsu C-D, 2020) again studied the effects of pinus pinaster, another type of pine bark, in children with ADHD, this time at a dose of 25 mg or 50 mg per day. The authors reported modest improvements in teacher but not parent ADHD symptom ratings on two of fifteen measures. With a small sample size of only twenty participants, small effect sizes, inconsistent results between parent and teacher scores, and a different type of pine bark ██████████████████████████ this study does not substantiate claims that ████ Enzogenol® can cure, treat, or mitigate the symptoms of ADHD in children. *See supra* ¶¶ 78-81, 112-14, 95-96, 98.

378.    None of the pine bark extract materials produced by Amare, cited by Talbott, or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

**xvii.    Chicory Root Inulin**

379.    There are ████ of chicory root inulin, a prebiotic fiber, in the caffeine-free version of Energy+.

380.    There is no competent and reliable scientific evidence that ████ of chicory root inulin increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.

70

**PX 02
169**



383.    There is one additional paper found in my independent literature review that I will highlight here.  *See* Vaghef-Mehrabani E, 2023.  In Vaghef-Mehrabani, the authors looked at the effect of 10 g inulin compared to placebo in obese women on a calorie restricted diet over eight weeks.  The authors found no differences for depression, anxiety, or any psychological outcome measures at this dosage ███████████████████  *See supra* ¶¶ 95-96, 98. This paper does not substantiate the claims in this case.

384.    None of the chicory root inulin materials produced by Amare or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

### xviii.    SunFiber®

385.    SunFiber® is a brand name Galactomannan Fiber or "partially hydrolyzed gaur gum fiber."  There are ████ SunFiber® in MentaBiotics and ████ in Kids Happy Juice.

386.    There is no competent and reliable scientific evidence that ███████ SunFiber® increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.



71



PX 02
171

393. I did not find any additional studies in my independent literature review related to the claims at issue in this case worth further discussion here.

394. None of the SunFiber® materials produced by Amare or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

### xix. IsoFiber Prebiotic Fiber

395. IsoFiber Prebiotic Fiber is an isomaltooligosaccharide, a type of prebiotic.

396. Prebiotics are a type of dietary fiber that serves as food for bacteria in the gut. Prebiotics are often supplemented with probiotics to nourish those bacteria and enhance the effects of the probiotics. *See supra* ¶ 216.

397. Amare lists "Isomaltooligosaccharides" as an ingredient in MentaBiotics (2380 mg), "IsoFiber Prebiotic Fiber" as an ingredient in Edge (████), and "IMO Fiber" as an ingredient in Edge+, mango flavor (█████). There are also ██████ IsoFiber in Kids Happy Juice.

398. There is no competent and reliable scientific evidence that isomaltooligosaccharides increase or normalize serotonin, dopamine, or GABA; reduce or regulate cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.



401. I did not find any papers on isomaltooligosaccharides in my independent literature review that warranted further examination.

402. Neither the isomaltooligosaccharides paper produced by Amare nor any of the other papers found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

### xx. L-Glutamine

403. L-glutamine is an animo acid found in MentaBiotics and Kids Happy Juice. There are ████ L-glutamine in MentaBiotics and ████ in Kids Happy Juice.

404. There is no competent and reliable scientific evidence that ████ L-glutamine increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.



408.    When I performed the search described in paragraph 204 for L-glutamine, I found 410 results.  However, none of these papers warranted additional review.  L-glutamine is a measurable amino acid and precursor molecule to neurotransmitters like GABA.  There is a significant amount of literature related to L-glutamine levels in the body and observational studies on how differing levels may affect different conditions.  However, there is little literature on the effects of supplementation of L-glutamine, particularly on the conditions at issue in this case.

409.    None of the L-glutamine materials produced by Amare or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

### xxi.    Pro-Digest®

410.    ProDigest® is a blend of artichoke leaf extract and Ginger root extract.  There are ▮▮▮ in MentaBiotics and ▮▮▮ in Kids Happy Juice.

411.    There is no competent and reliable scientific evidence that ▮▮▮ Pro-Digest® increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.



414.    I found no additional papers related to ProDigest® in my independent literature review that warranted detailed review.

415.    None of the ProDigest® materials produced by Amare or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

### xxii.    Palm Fruit Bioactive Complex

416.    There are ▮▮▮ of Palm Fruit Bioactive Complex ("PFBc®") in Edge and Edge+ flavors and ▮▮▮ in Kids Happy Juice.

74

**PX 02**

**173**

417.    There is no competent and reliable scientific evidence that ███████████ of PFBc® increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.



PX 02
174



423.    I did not find any additional papers related to palm fruit in my independent literature review that warranted further review.

424.    None of the PFBc® materials produced by Amare, cited by Talbott, or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

**xxiii.    Wellmune® Yeast**

425.    There are [redacted] of Wellmune® Yeast, a beta glucan product, in Kids Happy Juice.

426.    Beta glucans are soluble fibers that come from the cell walls of bacteria, fungi, yeasts, and some plants.

427.    There is no competent and reliable scientific evidence that Wellmune® increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to cure, treat, or mitigate the symptoms of depression, anxiety, or ADHD.

76

**PX 02**

**175**

[REDACTED]

435.    I did not find any studies in my independent literature review related to the claims at issue that warranted discussion here.

436.    None of the Wellmune® materials produced by Amare or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

**xxiv.    Affron®**

437.    Affron® is a brand name for a specific saffron extract.  There are ▮▮▮▮ of Affron® in Kids Mood+.



77

**PX 02**

**176**



**PX 02**
**177**

448.    Notably, in my independent literature review I found two additional studies led by this same principal investigator on Affron®, which Defendants did not cite. *See* Lopresti AL, 2019; Lopresti AL, 2015.

449.    In the 2019 study, the authors compared a group taking pharmaceutical antidepressants to a group taking both an antidepressant and 28 mg Affron® daily.  At eight

79

**PX 02**

**178**

weeks, the authors saw mixed results, finding administration of Affron® was associated with greater improvements in depressive symptoms as measured by clinicians but not as rated by the subjects themselves. The authors conclude that, "[g]iven the conflicting results, further research is needed to clarify the clinical benefits of saffron as an adjunctive treatment for adults with persistent depressive symptoms despite antidepressant drug treatment." In other words, the study, on its own, does not prove that saffron may be an effective augmenting agent with antidepressants, and certainly does not suggest that saffron by itself can treat, cure, or mitigate the symptoms of depression. For these reasons, and the facts that ███████████████ ████████████████ *see supra* ¶¶ 95-96, 98, and the study was performed in adults, *see supra* ¶ 88, this study cannot serve as competent and reliable scientific evidence of the claims at hand.

450.    The 2025 study again looked at the effect of 28 mg Affron® in adults, but this time in patients with "subclinical depression," meaning, they did not have a diagnosis of clinical depression; individuals with diagnosed psychiatric conditions in the previous twelve months were specifically excluded from the subject population. The authors found a statistically significant but small effect on depression scores in the treatment group, but because this study did not use a population with a depression diagnosis, it cannot be said that this study substantiates claims that Affron® can treat, cure, or mitigate the symptoms of depression. *See supra* ¶¶ 82, 131. Further, ████████████████ and adult population, like the 2019 study, prevents this study from serving as competent and reliable scientific evidence for claims about Kids Mood+. *See supra* ¶¶ 95-96, 98, 88.



452.    Affron® is a patented, obtained-at-industrial-scale, standardized commercial saffron extract. This extract is taken from the plant's stigma, part of the flower in female plants. Affron® contains ≥ 3.5% of total bioactive compounds safranal and crocin isomers. *See* Turck, D., et al., Affron® and increase in positive mood: evaluation of health claim pursuant to Article 13(5) of Regulation (EC) No. 1924/2006, *ESFA J.* 19(7): e06660 (2021). These reported levels of bioactive are much lower than the compounds used in purified form in many early preclinical studies cited throughout the saffron literature. In other words, Affron® is not as potent as purified forms of the bioactive compounds found within Affron® and may not be as potent as other forms of saffron extracts that come from different parts of the plant or are extracted in a different manner. *See supra* ¶ 97.

453.    Moreover, several of the studies produced by Defendants and found in my independent literature review do not disclose details related to the saffron extract's origins, extraction methods used, or levels of bioactive compounds. Without more information they cannot be used to substantiate claims regarding Affron®. Even if Affron® or some equivalent

PX 02
179

was the relevant extract used, there remain other reasons the studies cannot substantiate the claims at issue in this case.



**PX 02**

**180**



459. Likewise, based on the available literature, experts would agree that there is good clinical evidence that saffron extract can have antidepressant properties. However, the specifics of dosing and protocol are important to outcomes and remain to be determined.

461. In other studies I found in my independent literature review, various saffron extracts at doses between 30 and 100 mg were tested in adults with diagnosed depression in addition to other underlying conditions. *See* Milajerdi A, 2018 (type 2 diabetes); Kashani L, 2018 (menopause/perimenopause); Tabeshpour J, 2017 (post-partum depression). ██████ ████████████ and with the use of adults, these studies cannot constitute competent and reliable scientific evidence of claims related to Kids Mood+, *see supra* ¶¶ 95-96, 98, 88, and the fact that they were performed in specific populations with other underlying conditions means that the results cannot be generalized to a wider population, *see supra* ¶¶ 82, 88, 131.

462. Other studies I found in my independent literature review cannot serve as competent and reliable scientific evidence in this case for various reasons including, *inter alia*, ████████████████████████████████████ *see, e.g.*, Dormal V, 2025; Mazidi M, 2016, Ahmadpanah M, 2019, Akhondzadeh S, 2020; use of saffron ████████ as an adjunct treatment to antidepressants, *see, e.g.*, Talaei A, 2015; or ████████ and no placebo control, *see, e.g.*, Ghajar A, 2017. *See supra* ¶¶ 95-96, 98, 91-93, 72.

463. Overall, the evidence is simply too preliminary to say that any specific type or dosage of saffron extract can be used to treat, cure, or mitigate the symptoms of depression, and it certainly does not support a claim that ████ of Affron® or Kids Mood+ treats, cures, or mitigates the symptoms of depression.

464. None of the saffron extract materials produced by Amare, cited by Talbott, or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

82

**PX 02**

**181**

### xxv.     Tulsi Leaf (Holy Basil Leaf) Extract

465.     There are ▇▇▇ of holy basil leaf extract in Kids Mood+.

466.     There is no competent and reliable scientific evidence that ▇▇▇ of holy basil leaf extract increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to treat, cure, or mitigate the symptoms of depression, anxiety, or ADHD.

467.



PX 02

182



472.    In my independent literature review, I found two additional studies I will note here. I was unable to access the full-length version of the first (Sampath S, 2015), but from the abstract I understand the study looked at the use of 300 mg daily of holy basil extract in adults for effects on reaction time and attention tasks.  The abstract did not indicate that the subjects for the study had been diagnosed with ADHD or any other conditions affecting cognition or attention.  With █████████████████████████████████ and use of adults without any clinical diagnosis, this study cannot substantiate any claims about Kids Mood+ and its ability to treat, cure, or mitigate the symptoms of ADHD in children.  *See supra* ¶¶ 95-96, 98, 82, 88, 131.

473.    The second study (Bhattacharyya D, 2008), looked at the use of 1,000 mg holy basil daily in adults with generalized anxiety disorder, finding improvements in measures of anxiety, stress, depression, and attention.  However, the study used an open-label design with no placebo, introducing great potential for bias in the results.  *See supra* ¶¶ 72-75.  With █ ██████████████████████████████ and an adult subject population, the results cannot be assumed for the ██████ holy basil in Kids Mood+ in children.  *See supra* ¶¶ 95-96, 98, 88.

474.    None of the holy basil leaf extract materials produced by Amare, cited by Talbott, or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

### xxvi.    Rosemary Leaf Extract

475.    There are ██████ of rosemary leaf extract in Kids Mood+.

476.    There is no competent and reliable scientific evidence that ██████ rosemary leaf extract increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to treat, cure, or mitigate the symptoms of depression, anxiety, or ADHD.



PX 02
183

482.    In my independent literature review, I found two additional studies on rosemary extract I will note here.  The first (Nematolahi P, 2018), looked at the use of 1,000 mg rosemary daily in healthy college students on depression, anxiety, and memory subscales, finding some improvements.  However, the placebo was not blinded for flavor or smell, calling into question whether the subjects were aware of their placement in the treatment or placebo group and by extension potentially biasing the results.  *See supra* ¶ 77.  Further, with ████████████

---

[115] The dose efficacy of many drugs follows an inverted U shaped or bell-shaped curve where low and high doses are less effective.  Low doses are ineffective by not activating pathways appropriately, and higher doses can lose effect due to off target effects or side effects. Results may also suggest a lack of effect at a higher dosage when the sample size is simply too small.

85

PX 02

184

██████████████████████ and use in healthy adults, the results of the study cannot be assumed for only ████ rosemary extract in children with diagnosed conditions like depression or anxiety.  *See supra* ¶¶ 95-96, 98, 82, 88, 131.

483.    The second study (Aziz S, 2022) looked at the use of 700 mg rosemary as an adjunctive treatment to SSRIs in patients diagnosed with MDD.  The authors found significant effects of rosemary as an add-on to SSRI treatment, but the study does not show rosemary has anti-depressant effects on its own, and ████████████████████████████████ The study does not constitute competent and reliable scientific evidence of any of the claims at hand.  *See supra* ¶¶ 91-93, 95-96, 98.

### xxvii.    Clove Flower Extract

484.    There are ██████ of clove flower extract in Kids Mood+.

485.    There is no competent and reliable scientific evidence that ██████ clove flower extract increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to treat, cure, or mitigate the symptoms of depression, anxiety, or ADHD.



488.    I did not find any additional papers on clove flower extract that warranted my more detailed review in my independent literature review.

489.    None of the clove flower extract materials produced by Amare or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

### xxviii.    Oregano Leaf Extract

490.    There are ██████ of oregano leaf extract in Kids Mood+.

491.    There is no competent and reliable scientific evidence that ██████ of oregano leaf extract increases or normalizes serotonin, dopamine, or GABA; reduces or regulates cortisol; or can be used to treat, cure, or mitigate the symptoms of depression, anxiety, or ADHD.



86



498.    I did not find any additional papers on oregano that warranted more detailed review in my independent literature review.

499.    None of the oregano materials produced by Amare or found in my own independent literature review, alone or in combination, constitute competent and reliable scientific evidence to support the claims at issue in this case.

87

PX 02
186

## VI.    EVALUATING THE FUNDAMENTALS STUDY AND KIDS MOOD+ STUDY

### A.  <u>Methodology</u>

500.    My third task in conducting the analysis requested by the FTC was to evaluate whether the results and conclusions of the FundaMentals Study and Kids Mood+ Study are reliable and valid as reported by those studies.  Based on my personal experience as a clinician and researcher, I interpret this to mean that the results and conclusions can be trusted and have a sound basis in fact.

501.    To conduct my analysis, I reviewed the text of the studies attached to this report as Exhibit 3 (FundaMentals) and 4 (Kids Mood+), in the same manner I would if asked to peer review a submission to an academic journal or if I was considering recommending a treatment to a patient as a clinician.  I reviewed the written reports, examining the authors' methodology and statistical analysis, and looking for any apparent conflicts of interest or other issues that would raise concerns for bias or inaccuracy.

502.    I was also provided and reviewed some additional materials by the FTC.

503.    With respect to the FundaMentals Study, I was provided a spreadsheet found in Exhibit 5 at 10-14 and discovery responses from Talbott found in Exhibit 5 at 8-9.  Based on these materials, I was asked to assume the spreadsheet constituted the underlying data for the FundaMentals Study.

504.    With respect to the Kids Mood+ Study, I was provided a series of email communications I understand were produced by Amare found in Exhibit 5 at 15-16, and discovery responses from Talbott found in Exhibit 5 at 3.

505.    The FTC asked me to assume Talbott, Amare, and Amare's distributors proceeded to use the FundaMentals Study to represent that the Fundamentals Pack had "[c]linically [p]roven" benefits such as "Lower depression by 55%."

506.    The FTC also asked me to assume Talbott, Amare, and Amare's distributors proceeded to use the Kids Mood+ study to represent that Kids Mood+ will improve focus in children or will treat or mitigate ADHD in children.

507.    This process—reviewing the written study reports and available documents and information related to the conducting of those studies—is appropriate to determine whether a study's results are reliable and valid in the fields of neuroscience and psychiatry.

### B.  <u>The FundaMentals Study</u>

508.    The FundaMentals Study reports the following results:

    a.  Following 30 days of supplementation, there was a significant increase in populations of "good" bacteria in the supplement group, including a 28% increase in Lactobacillus and 30% increase in Bifidobacterium and an overall composite score increase of 17% versus placebo.

    b.  Following 30 days of supplementation, psychological indices were significantly improved in the supplement group for both positive and

88

negative mood state parameters, including 44% increase in vigor, 64% decrease in fatigue, 55% decrease in depression, 45% decrease in anger, 45% decrease in tension, and 43% decrease in confusion.

509.    The FundaMentals Study report then concludes that "[t]hese results demonstrate the close relationship between microbiome balance and psychological parameters—and the utility of targeted supplementation to positively influence the gut-brain-axis for improved mental wellness."

510.    As explained in detail *supra* § V.B.i, the FundaMentals Study suffers from several issues related to its design and conduct.

511.    The report vaguely describes statistical tests employed by the authors in a manner that makes it almost impossible to determine what measures the authors actually compared, but what is clear is that they employed "standard parametric paired t tests." As I explain above *supra* ¶ 152, this is the improper type of test to employ in this type of study where the authors intend to compare changes over time in a placebo and treatment group. Because they employed the incorrect type of statistical analysis and did not provide any information on variability or error, the resulting statistics the authors report (*e.g.*, 44% increase in vigor, 64% decrease in fatigue, etc.) do not adequately convey what the study actually shows. *See supra* ¶ 154.

512.    Further, we cannot make any conclusions of the effect of the intervention because the authors do not report the baseline measures for the treatment and placebo groups. In other words, we cannot determine what effect the treatment had on the subjects because we do not know where those subjects started. *See supra* ¶ 153.

513.

514.

89

PX 02

188



*See supra* ¶ 161.

515. Other issues I note above related to the study's design, execution, and reporting include no reporting of effect size or t and F statistics; no corrections for multiple comparisons or error bars; lack of labels or explanations with graphs; and a potential issue with blinding due to an inadequate placebo, cornstarch. *See supra* ¶¶ 154, 156-57.

516. For all of these reasons, the results as listed in the report and repeated in § V.B.i above are unreliable and invalid.

517. The authors' ultimate conclusion fares no better. The conclusion of the study claims to have shown a causal relationship between changes in the microbiome and changes in mood state parameters. Putting aside the various design issues in this study affecting the reliability of its results, showing an improvement in mood and a change in microbiome composition does not prove that a change in microbiome composition *caused* the change in mood. *See surpa* ¶ 158. It is a basic axiom of science that "correlation does not equal causation." *Supra* ¶ 119. The authors have not shown what they claim, rendering the conclusion, like the reported results, unreliable and invalid.

518. Given these extensive and pervasive issues with the design analysis and conduct of this study, there is no reason to think there are scientifically valid or useful findings from this study, and certainly nothing that would rise to the level of potentially guiding clinical practice.

### C. The Kids Mood+ Study

519. The Kids Mood+ Study reports the following results:



PX 02

189

████████████████████████████████████

████████████████████████████ To suggest that the Kids Mood+ Study provided reliable results in light of this conduct is astounding. These issues undermine any claims that the results and conclusions of the study are reliable and valid. The numbers reported by the study as the results cannot be trusted, and the study does not offer "compelling evidence" of anything.

522.  ████████████████████████████████████████████

████████████████████████████████████████ However, given the rampant and willful scientific misconduct it is hard to describe this report as anything other than overtly fraudulent. No expert in the field would be comfortable drawing any conclusions of any kind based on the results presented.

## VII.   CONCLUSIONS

523.   In sum, to substantiate the claims outlined in paragraphs 17-19, experts in the fields of neuroscience and psychiatry would require appropriately analyzed results of independent, well-designed, well-conducted, randomized, double-blind, placebo-controlled, clinical trials that test the product at the recommended dosage, and which involve an appropriate sample population in which reliable data on appropriate endpoints is collected over an appropriate period of time. Additionally, to reliably claim that a medication or product has efficacy on humans, it is critical that there have been studies of both safety and efficacy of that product in adequately powered human populations.

524.   Based on my research and experience relating to what experts in the field would consider "competent and reliable scientific evidence" as I define that term above, it is my opinion that no competent and reliable scientific evidence exists to support the claims outlined in paragraphs 17-19. Put another way, it is my opinion that these claims are unsubstantiated.

525.   Further, due the numerous, serious design flaws and conflicts of interest, the results and conclusions reported by the FundaMentals and Kids Mood+ Studies are unreliable and invalid, and their results would not be considered sufficient to support any claims about either's efficacy as a potential treatment.

May 28, 2026

Drew D. Kiraly

# EXHIBIT 1

PX 02
191

**WAKE FOREST UNIVERSITY SCHOOL OF MEDICINE**
**Curriculum Vitae**

NAME

Drew D. Kiraly, M.D., Ph.D.

ACADEMIC TITLE:

Associate Professor
*Tenure Awarded July 2024*
Department of Translational Neuroscience
Department of Psychiatry

Co-Director, Center for Addiction Research

Attending Physician
Department of Psychiatry

ADDRESS

Department of Translational Neuroscience
Wake Forest University School of Medicine
115 South Chestnut Street
City, NC  27101
drew.kiraly@advocatehealth.org

EDUCATION

2003

Drew University
Madison, NJ
B.A. Neurobiology

2013

University of Connecticut School of Medicine
Farmington, CT
M.D.

2013

Department of Neuroscience
University of Connecticut School of Medicine
Farmington, CT
Ph.D.

Research Advisor: Betty Eipper, PhD
Thesis: "Characterization of the Rho-GEF Kalirin-7 in the mouse brain: evidence for a role in learning and addictive-like behaviors, as well as neuronal morphology and NMDA receptor signaling."
*Note: Thesis defended 6/2011 but degree awarded 6/2013*

POSTDOCTORAL TRAINING

2013 - 2017

Resident, Psychiatry – Research Track
Icahn School of Medicine at Mount Sinai
New York, NY

2015 – 2017

Chief Resident for Research (Two years)
Icahn School of Medicine at Mount Sinai
New York, NY

2015 - 2017

Postdoctoral Fellow, Icahn School of Medicine at Mount Sinai, Psychiatry.
Research Advisor:  Eric Nestler, M.D., Ph.D.

**PX 02**
**192**

PROFESSIONAL LICENSURE

| | |
|---|---|
| 2015 - 2023 | State of New York Medical License, #277233 |
| 2022 - Present | North Carolina Medical License, #2024-00313 |

SPECIALTY CERTIFICATION

| | |
|---|---|
| 2018 – Present | Diplomate, American Board of Psychiatry and Neurology |

EMPLOYMENT

Academic Appointments

*Icahn School of Medicine at Mount Sinai*

| | |
|---|---|
| 2016 – 2017 | Instructor, Department of Neuroscience |
| 2017 – 2022 | Assistant Professor, Departments of Psychiatry & Neuroscience |
| 2017 – 2022 | Attending Physician, Psychiatry, The Mount Sinai Hospital |
| 2017 – 2022 | Graduate School Faculty |
| 2017 – 2022 | Member, Neuroscience Graduate Program |
| 2017 – 2022 | Member, Friedman Brain Institute |

*Wake Forest University School of Medicine*

| | |
|---|---|
| 2022 – Present | Associate Professor, Department of Translational Neuroscience |
| 2022 – Present | Associate Professor, Department of Psychiatry |
| 2022 – Present | Attending Physician, Psychiatry, Atrium Health Wake Forest Baptist |
| 2022 – Present | Graduate School Faculty |
| 2022 – Present | Member, Integrative Physiology and Pharmacology Graduate Program |
| 2022 – Present | Member, Neuroscience Graduate Program |
| 2022 – Present | Member, Center for Addiction Research |
| 2022 – Present | Member, Wake Forest Center for Precision Medicine |

Previous Professional Experience

| | |
|---|---|
| 2003 - 2005 | Research Associate, Department of Psychiatry, Yale University SOM |
| 2017 – 2022 | Attending Physician, The Mount Sinai Hospital |
| 2022 – Present | Attending Physician, Atrium Health Wake Forest Baptist Medical Center |

ADMINISTRATIVE SERVICE

Institutional Service – Icahn School of Medicine at Mount Sinai

| | |
|---|---|
| 2017 – 2022 | Recruitment and Review Committee – Psychiatry Residency Physician-Scientist Track, Icahn School of Medicine at Mount Sinai. |
| 2017 – 2022 | MD-PhD Junior Mentor Program, Icahn School of Medicine at Mount Sinai |
| 2018 - 2022 | MD/PhD Admissions Committee, Icahn School of Medicine at Mount Sinai |

Institutional Service - Wake Forest University School of Medicine

| | |
|---|---|
| 2022 - 2025 | Neuroscience Program PhD Admissions Committee – Full voting member. (*Rotated off after 3 year term*) |

**PX 02**

**193**

| 2022 – Present | Departmental Space Allocation Committee Department of Translational Neuroscience |
| 2022 – Present | Faculty Recruitment Committee – Department of Translational Neuroscience |
| 2023 – Present | Tenure Evaluation Committee – Department of Psychiatry |
| 2024 – 2025 | Neuroscience Clinical Trial and Innovation Center Executive Advisory Committee |
| 2024 – Present | Institutional Biosafety Committee, Standing member |
| 2024 – Present | Co-Director, Center for Addiction Research |
| 2024 – Present | Wake Forest University School of Medicine Faculty Executive Council |
| 2026 – Present | Member, Wake Forest First in Human Initiative working group |

Institutional Service – Atrium Health Wake Forest Baptist

| 2022 - Present | Academics Sub-Council Research Work Group. Atrium Health Psychiatry. |

EXTRAMURAL APPOINTMENTS AND SERVICE
Funding Agency Reviewer
*NIH Review*

| 2020 | NIDA Special Interest Panel: Step up for Substance Use Disorders |
| 2020 | NIDA Special Interest Panel: Translational Avant-Garde Award for Development of Medication to Treat Substance use Disorders |
| 2021 | NIDA Career development and education special emphasis panel |
| 2021 | NIDA Cutting-edge basic research awards (CEBRA) panel |
| 2022 | NIMH Autism Centers of Excellence special interest panel |
| 2023 | NIDA Small Business Drug Discovery special interest panel |
| 2023 | NIDA Career development award special emphasis panel |
| 2023 | NIDA Cutting-edge basic research awards (CEBRA) panel |
| 2023 | Pathophysiological Basis of Mental Disorders and Addictions (PMDA) Study Section |
| 2024 | NIDA Avenir Award for Cutting-Edge Epigenetics Research Special Emphasis Panel |
| 2025 | NIDA Avenir Award for Cutting-Edge Epigenetics Research Special Emphasis Panel |
| 2025 | NIH Developmental Brain Disorders study section |
| 2026 | NIH Motivated Behavior, Alcohol, and Neurotoxicology Study section |
| 2026 | NIDA Avenir Award for Cutting-Edge Epigenetics Research Special Emphasis Panel |

PX 02
194

*Foundation and International Review*

2018      Israeli Science Foundation Individual Research Grants

2019      Canadian Research Coordinating Committee: New Frontiers in Research Fund

2021      French Institute Pour la Recherche en Sante Publique. Reviewer for: Research projects to combat psychoactive substance use and addiction

2022      Canadian Research Coordinating Committee: New Frontiers in Research Fund

2022      Hetzler Foundation. Reviewer for: Pilot grants for innovative research, prevention and therapy of addiction

2022      Yale/NIDA Neuroproteomic Center. Reviewer for: Pilot grants for proteomic regulation of SUD

Peer Reviewer

*Addiction Biology*

*Alcohol*

*Annals of Epidemiology*

*Biological Psychiatry*

*BMC Neuroscience*

*Brain Behavior & Immunity*

*Brain Research*

*Cell Metabolism*

*Cell Reports*

*Comprehensive Psychiatry*

*Drug and Alcohol Dependence*

*EBioMedicine*

*European Journal of Neuroscience*

*Genes Brains & Behavior*

*International Journal of Developmental Neuroscience*

*Journal of Clinical Investigation*

*Journal of Neuroscience*

*Molecular and Cellular Neuroscience*

*Molecular Autism*

*Molecular Psychiatry*

*Nature*

*Nature Human Behavior*

*Nature Neuroscience*

*Nature Communications*

*Neurobiology of Stress*

*Neuropharmacology*

**PX 02**
**195**

*Neuropsychopharmacology*

*Neuroscience Letters*

*PLOS Biology*

*PNAS*

*Psychopharmacology*

*Science*

*Scientific Reports*

*Translational Psychiatry*

Other

Symposium Organizer: Drew Kiraly & Philipp Mews
Organization: Winter Conference on Brain Research
Title: Targeting metabolites as translational epigenetic research targets in psychiatric disease
Date: January, 2023
Place: Snowbird, UT

Symposium Organizer: Drew Kiraly & Erin Calipari
Organization: Research Society on Alcoholism
Title: Evaluation of body-brain interactions in driving substance use disorders
Date: June, 2018
Place: San Diego, CA

PROFESSIONAL MEMBERSHIPS AND SERVICE

| | |
|---|---|
| 2003 – Present | Society for Neuroscience, Member |
| 2018 – 2022 | Research Society for Alcoholism, Member |
| 2018 – Present | American Psychiatric Association, Member |
| 2018 – Present | American College of Neuropsychopharmacology, Associate Member |
| 2019 - 2023 | American College of Neuropsychopharmacology<br>Program Committee – Standing member<br>*Serving on the committee that determines content for the scientific program for annual meeting.* |
| 2023 – Present | Mind Mood and Microbes<br>Organizing Committee; Chair of Psychiatry section<br>*Serving on the committee to determine meeting content, invite speakers, and identify appropriate direction for scientific conflict.* |

HONORS AND AWARDS

| | |
|---|---|
| 1999-2003 | Seven-time Drew University Dean's List selection |
| 2002 | Inducted into Nous Kai Sofia – Drew University Neuroscience Honor Society |
| 2002 | Inducted into βββ Biological Honor Society |
| 2001-2002 | Drew University Pre-Medical Society Vice-President |

**PX 02**
**196**

| | |
|---|---|
| 2002-2003 | Drew University Pre-Medical Society President |
| 2003 | Elected Phi Beta Kappa |
| 2008 | UCHC Annual Neuroscience Symposium: Award for Outstanding Scientific Presentation |
| 2008 | NIMH Travel Award to NIMH MD-PhD Student Conference in Neuroscience and Psychiatry |
| 2009 | UCHC Graduate Student Research Day Featured Presenter – Neuroscience |
| 2012 | UCHC Continuous Quality Improvement Symposium, 2nd place poster presentation |
| 2013 | Clinical Honors in Psychiatry and Obstetrics & Gynecology |
| 2013 | Bloomberg Award UConn School of Medicine – Given to top student in psychiatry |
| 2015 | NIMH Outstanding Resident Award Program Travel Fellowship |
| 2015-2017 | Chief Resident for Research Department of Psychiatry |
| 2015-2017 | Leon Levy Fellow in Neuroscience |
| 2016 | NIMH Brain Camp Participant |
| 2016 | ACNP Memorial Travel Award |
| 2016 | Mount Sinai MSTP Junior Mentor |
| 2016 | Society for Neuroscience "Hot Topic" Presentation |
| 2017 | SOBP Young Investigator Travel Award (Deferred) |
| 2017 | NARSAD Young Investigator Award |
| 2017 | Society for Neuroscience "Hot Topic" Presentation |
| 2018 | Nash Family Scholar in Neuroscience |
| 2018 | Sinai Innovations Faculty Idea Prize |
| 2018 | Diplomate of the American Board of Psychiatry & Neurology |
| 2019 | Member, Yale/NIDA Neuroproteomics Center |
| 2019 | Associate member, American College of Neuropsychopharmacology |
| 2020-2023 | ACNP Program Committee |
| 2022 | Wake Forest Center for Addiction Research Grantee |
| 2023 | Wake Forest Clinical and Translational Science Institute Grantee |
| 2024 | Wake Forest Translational Alcohol Research Center Grantee |
| 2024 | Wake Forest University School of Medicine – Tenure awarded |
| 2024 | Wake Forest University School of Medicine – Research Excellence Award |
| 2024 | Wake Forest University School of Medicine – Neuroscience Mentorship Award |
| 2026 | Full member, American College of Neuropsychopharmacology |
| 2025 | Wake Forest University School of Medicine – Research Excellence Award |

CLINICAL RESEARCH EXPERIENCE
*Principal Investigator*
1) Interrogation of gut-immune-brain signaling pathways in neuronal activation and drug craving in high risk alcohol users. Atrium Health Wake Forest Baptist.
        PIs: Drew Kiraly & Paul Laurienti.

2) Analysis of repetitive nerve stimulation recordings in patients with epilepsy and co-morbid epilepsy. Icahn

School of Medicine at Mount Sinai
       PIs: Drew Kiraly & James Young

3) Metabolomic analysis of patients with epilepsy to identify predictive biomarkers of seizure activity. Icahn School of Medicine at Mount Sinai.
       PIs: Drew Kiraly & James Young

*Co-Investigator*
1) Neurocircuit strategy to decrease cocaine cue reactivity. Atrium Health Wake Forest Baptist.
       PI: Colleen Hanlon/Kirsten O'Hearn

2) Longitudinal investigation of TMS as a tool to improve alcohol treatment outcomes. Atrium Health Wake Forest Baptist.
       PI: Meredith Adicott

3) Ketamine Plus Lithium as a Novel Pharmacotherapeutic Strategy in Treatment Resistant Depression. Icahn School of Medicine at Mount Sinai.
       PI: James Murrough

4) Targeting the NMDA Glutamate Receptor as Novel Antidepressant Strategy: A Pilot Clinical Trial of Nuedexta in Treatment-Resistant Major Depression. Icahn School of Medicine at Mount Sinai.
       PI: James Murrough

5) A Double-Blind, Placebo-Controlled, Multicenter Study of Sirukumab as Adjunctive Treatment to a MonoAminergic antidepressant in Adults with Major Depressive Disorder (CNTO136MDD2001). Icahn School of Medicine at Mount Sinai.
       PI: James Murrough

6) Intranasal Administration of Neuropeptide Y in PTSD. Icahn School of Medicine at Mount Sinai.
       PI: James Murrough

7) Inflammatory and Neurotrophic Biomarkers in Stress-Related Psychiatric Disorders. Icahn School of Medicine at Mount Sinai.
       PI: James Murrough

8) A Proof-of-Concept Clinical Trial of a Novel KCNQ Potentiator in Major Depressive Disorder. Icahn School of Medicine at Mount Sinai.
       PI: James Murrough

9) Prospective assessment of treatment non-response in major depressive disorder. Icahn School of Medicine at Mount Sinai.
       PI: Dan Iosifescu

10) Double-Blind, Placebo-Controlled Trial of Ketamine Therapy in Treatment-Resistant Depression. Icahn School of Medicine at Mount Sinai.
       PI: Dan Iosifescu

11) A Pilot Mechanistic Study of Siltuximab in Patients with Major Depression. Icahn School of Medicine at Mount Sinai.
       PI: James Murrough

12) A Phase 2A Study to Evaluate the Kappa Opioid Receptor as a Target for the Treatment of Mood and Anxiety Spectrum Disorders by Evaluating Whether LY2456302 Engages Key Neural Circuitry Related to the Hedonic Response. Icahn School of Medicine at Mount Sinai.
       PI: Wayne Goodman

13) Randomized Controlled Trial of Repeated Dose Intravenous Ketamine for PTSD. Icahn School of Medicine at

**PX 02**
**198**

Mount Sinai.
        PI: Adriana Feder
*Data and Safety Monitoring Boards*
1) Multiday Alcohol: Theta Burst Stimulation As a Tool To Decrease Drinking In Treatment-Seeking Alcohol Users.
        PI: Meredith Addicott

2) Project ARTEMIS: A mechanistic clinical trial of neuroimmune pathways
        PIs: Christina Meade, PhD (WFUSM) and Adam Carrico

GRANT FUNDING
        Currently Active Grants
                (1) DA056592                                                8/2023 – 7/2028
                        (Kiraly, P.I., 30% effort)                  $ 457K/year direct costs
                **Targeting gut brain-signaling to reduce cocaine seeking behaviors.**
                *These studies will identify how specific manipulations of the microbiome and its molecular byproducts affect brain and behavior, and will provide strategies for targeting the gut microbiome to reduce substance use disorders.*

                (4) AA027705                                                7/2022 – 12/2026
                        (Addicott, P.I., Kiraly Co-I 10% effort)    $430K/year direct costs
                **Longitudinal investigation of TMS as a tool to improve alcohol treatment outcomes**
                *This study examines the effects of repeated transcranial magnetic stimulation in reducing drinking behaviors and craving for alcohol in patients with diagnosable alcohol use disorder. My role in this project is to serve as study physician, evaluating patients for eligibility, assessing clinical affects, and investigating potential adverse reactions.*

                (6) Yale/NIDA Neuroproteomics Pilot Award          7/2025 – 6/2026
                        (Koperska, PI, Kiraly Primary Mentor)      $7,500 total direct costs
                **Interrogation of cell type specific nuclear proteomic effects of short chain fatty acids in models of cocaine use disorder.**
                *This project will use cell type specific expression of Sun1-GFP with fluorescence assisted nuclear sorting to identify nuclear proteomic changes in D1+ and D2+ medium spiny neurons following cocaine treatment in models of microbiome depletion and short chain fatty acid supplementation.*

Past Grant History
NIDA Individual Ruth L. Kirschstein National Research Service Award (F30 DA26706) **Kalirin-7 is essential in cocaine signaling: focus on nucleus accumbens** (Kiraly PI) March 2011 – June 2013 ($80,000 total direct costs)

Leon Levy Fellowship in Neuroscience. **Development of translational research program in neuroimmune signaling** (Kiraly PI) June 2015 – July 2018 ($150,000 total direct costs)

Seaver Family Foundation Postdoctoral Research Fellowship **Investigation of gut-brain signaling in a murine model of Phelan-McDermid Syndrome** (Kiraly PI) September 2016 –  August 2018 ($100,0000 direct costs)

NIDA Mentored Clinical Scientist Research Career Development Award (DA044308) **Dissecting the role of granulocyte-colony stimulating factor in cocaine-mediated behavioral plasticity** (Kiraly PI) July 2017 – June 2022 ($900,000 total direct costs)

Yale/NIDA Neuroproteomics Center Pilot Grant **Investigation of microbiome manipulations on the proteomic landscape of limbic reward circuitry** (Kiraly PI) July 2017 – July 2018 ($7,500 total direct costs plus ~$50,000 in in kind services)

Brain and Behavior Research Foundation NARSAD Young Investigator Award. **Investigation of granulocyte-colony stimulating factor as a translational research target in cocaine use disorder** (Kiraly PI) January 2018 – December 2019 ($70,000 total direct costs)

Brain and Behavior Research Foundation NARSAD Young Investigator Award. **Role of the gut microbiome in driving adolescent opioid use behaviors** (Hofford - PI; Kiraly - Primary Sponsor) January 2019 – December 2021 ($70,000 total direct costs)

Seaver Family Foundation Postdoctoral Research Fellowship. **Investigating the role of the neuroactive metabolite acetate in driving autism-like behaviors.** (Osman – PI; Kiraly – Primary Mentor) January 2019 – December 2021 ($100,000 total direct costs)

Dietary Botanicals in Neuroresilience Pilot Award. **Interrogation of brain penetrant polyphenol compounds in promoting resilience to opioid use behaviors** (Kiraly PI) July 2018 – June 2021 ($50,000 total direct costs)

NIDA CEBRA R21 Award (DA049568) **Neuroimmune modulation of neuronal function during cocaine conditioning** (Kiraly MPI) July 2019 – October 2021 ($275,000 total direct costs).

Friedman Brain Institute Nash Family Scholar Award **Interrogation of microbiome effects on nucleus accumbens circuit function in cocaine reward** (Kiraly PI)  March 2018 – January 2022 ($50,000 total direct costs*)*

Mount Sinai Innovations Faculty Idea Prize **Identification of clinically actionable biomarkers of epilepsy via unbiased serum metabolomics analysis.** (Kiraly MPI) September 2018 – January 2022 ($30,000 total direct costs*)*

NIDA Mentored Research Career Development Award. **Defining the role of short-chain fatty acids in adolescent opioid reinforcement and epigenetic regulation.** (Hofford – PI; Kiraly – Primary Mentor) July 2021 – June 2026 ($900,000 total direct costs)

NINDS D-SPAN F99/K00 Career Development Award. **Dissecting the role of the gut microbiome on striatal chromatin conformation and drug-seeking behavior.** (Meckel – PI; Kiraly – Primary Mentor) September 2021 – August 2026 ($225,000 total direct costs)

Supplement to DA051551 **Examining interactions of host metabolome and chromatin in Alzheimer's disease** (Kiraly PI) 9/2023 – 8/2024 ($250,000 direct costs)

Clinical and Translational Science Institute Clinical Pilot Award **Multi-Omics Analysis of Brain-Body Interactions Identifying Signatures of Hazardous Alcohol Use and Craving** (Kiraly, P.I., [multi-PI with Laurienti]) 7/2023 – 6/2024 ($50,000 direct costs)

Wake Forest Center for Addiction Research Pilot Award **Development and utilization of cell type specific proteomics for study of cocaine use disorder** (Kiraly, PI) 3/2023 – 2/2024 (Direct Costs: $50,000)

Clinical and Translational Science Institute Ignition Award **Metabolomic and metagenomic profiling of alcohol use in a primate model of alcohol use disorder.** (Kiraly, PI) 11/2024 – 5/2025 (Direct Costs: $7,500)

NIDA Avenir Award for Genetics and Epigenetics of Substance use. **Targeting the host metabolome to reverse drug-induced epigenetic changes.** (Kiraly, PI) 7/2020 – 6/2025 (Direct Costs: $1,500,000)

**Defining the role of short-chain fatty acids in adolescent opioid reinforcement and epigenetic regulation.** (Hofford, P.I., Kiraly Primary Mentor) 3/2021 – 2/2026  (Direct Costs: $825,000)

Wake Forest Translational Alcohol Research Center Award. **Investigation of the role of short term microbiome depletion in durable alcohol craving.** (Kiraly, PI) 11/2023 – 10/2025 (Direct Costs: $50,000)

**PX 02**
**200**

BIBLIOGRAPHY

<u>Peer-Reviewed Publications as Author</u>
(# Denotes publication on which I am corresponding author)

1.  Lynch WJ, **Kiraly DD**, Caldarone BJ, Picciotto MR, Taylor JR. Effect of cocaine self-administration on striatal PKA-regulated signaling in male and female rats. *Psychopharmacology*. 2007, Apr 191(2):263-71.

2.  Gourley SL, Wu FJ, **Kiraly DD**, Ploski JE, Kedves AT, Duman RS, Taylor JR. Regionally specific regulation of ERK MAP kinase in a model of antidepressant-sensitive chronic depression. *Biol Psychiatry*. 2008, Feb 15;63(4):353-9.

3.  Gourley SL, **Kiraly DD**, Howell JL, Olausson P, Taylor JR. Acute hippocampal BDNF restores motivational and forced swim performance after corticosterone. *Biol Psychiatry*. 2008, Nov 15; 64 (10):884-90.

4.  Ma XM**, **Kiraly DD**\*\*, Gaier ED, Wang Y, Kim EJ, Levine ES, Eipper BA, Mains RE.  Kalirin-7 is required for synaptic structure and function. *J Neurosci*. 2008, Nov 19;28(47):12368-82.
    ***\* Equally contributing authors***

5.  **Kiraly DD**\*, Ma XM\*, Mazzone CM, Xin X, Mains RE, Eipper BA. Behavioral and morphological responses to cocaine require kalirin7. *Biol Psychiatry*. 2010, 68:249-255.

6.  **Kiraly DD**, Eipper-Mains JE, Mains RE, Eipper BA. Synaptic plasticity, a symphony in GEF. *ACS Chem Neurosci*. 2010, 1:348-365.

7.  Mains RE, **Kiraly DD**, Eipper-Mains JE, Ma X, Eipper BA. Kalrn promoter usage and isoform expression respond to chronic cocaine exposure. *BMC Neurosci*. 2011, 17;12:20.

8.  **Kiraly DD**, Stone KL, Colangelo CM, Abbott T, Wang Y, Mains RE, Eipper BA. Identification of kalirin-7 as a potential post-synaptic density signaling hub. *J Proteome Res*. 2011, 10:2828-2841.

9.  Eipper-Mains JE, **Kiraly DD**, Palakodeti D, Mains RE, Eipper BA, Graveley BR. microRNA-Seq reveals cocaine-regulated expression of striatal microRNAs. *RNA*. 2011,17:1529-1543.

10. **Kiraly DD**, Lemtiri-Chlieh F, Levine ES, Mains RE, Eipper BA. Kalirin Binds the NR2B Subunit of the NMDA Receptor, Altering Its Synaptic Localization and Function. *J Neurosci*. 2011, 31:12554-12565.

11. Lemtiri-Chlieh F, Zhao L, **Kiraly DD**, Eipper BA, Mains RE, Levine ES. Kalirin-7 is necessary for normal NMDA receptor-dependent synaptic plasticity. *BMC Neurosci*. 2011 Dec 19;12:126.

12. Mazzone CM, Larese TP, **Kiraly DD**, Eipper BA, Mains RE. Ovariectomy and estrogen replacement in Kalirin-7 knockout mice reveals complex interplay between hormone levels and genotype in behavior and biochemistry. *Mol Pharmacol*. 2012 Dec 82(6):1241-9.

13. Olausson P, **Kiraly DD**, Gourley SL, Taylor JR. Persistent effects of prior chronic exposure to corticosterone on reward-related learning and motivation in rodents. *Psychopharmacology*. 2013 Feb;225(3):569-77

14. Eipper-Mains JE, **Kiraly DD**, Duff MO, Horowitz MJ, McManus CJ, Eipper BA, Graveley BR, Mains RE. Effects of Cocaine and Withdrawal on the Mouse Nucleus Accumbens Transcriptome. *Genes, Brain and Behavior*. 2013 Feb 12(1):21-33.

15. **Kiraly** DD, Nemirovsky NE, LaRese TP, Tomek SE, Yahn SL, Olive MF, Eipper BA, Mains RE. Constitutive knockout of Kalirin-7 leads to increased rates of cocaine self- administration. *Mol Pharmacol*. 2013 Oct;84(4):582-90.

16. **Kiraly DD**[#], Sher L. Suicidal behavior in a medical professional with comorbid depression and substance use disorder: an educational case report. *Int J Adolesc Med Health*. 2015 May;27(2):231-3.

17. **Kiraly DD**[#], Sher L. Low testosterone in a young combat veteran with dual diagnosis and suicidal behavior: a case study. *Int J Adolesc Med Health*. 2015 May;27(2):235-7.

**18.** **Kiraly DD**[#], Walker DM, Calipari ES, Labonte B, Issler O, Pena CJ, Ribeiro E, Russo SJ, Nestler EJ. Alterations of the Host Microbiome Affect Behavioral Responses to Cocaine. *Scientific Reports*. Oct 18;6:35455.

19. **Kiraly DD**, Horn SR, Van Dam NT, Costi S, Schwartz J, Kim-Schulze, Patel M, Hodes GE, Russo SJ, Merad M, Iosifescu DV, Charney DS, Murrough JW. Altered cytokine profiles in treatment-resistant depression – response to ketamine and prediction of treatment outcome. *Translational Psychiatry*. 2017 Mar 21;7(3):e1065.

20. Miller MB, Yan Y, Machida K, **Kiraly DD**, Levy AD, Wu YI, Lam TT, Abbott T, Koleske AJ, Eipper BA, Mains RE. Brain Region and Isoform-Specific Phosphorylation Alters Kalirin SH2 Domain Interaction Sites and Calpain Sensitivity. *ACS Chem Neurosci*. 2017 Jul 19;8(7):1554-1569

21. Murrough JW, Wade E, Sayed S, Ahle G, **Kiraly DD**, Welch A, Collins KA, Soleimani L, Iosifescu DV, Charney DS. Dextromethorphan/quinidine pharmacotherapy in patients with treatment resistant depression: A proof of concept clinical trial. *J Affect Disord*. 2017 Aug 15;218:277-283.

22. Peña CJ, Kronman HG, Walker DM, Cates HM, Bagot RC, Purushothaman I, Issler O, Loh YE, Leong T, **Kiraly DD**, Goodman E, Neve RL, Shen L, Nestler EJ. Early life stress confers lifelong stress susceptibility in mice via ventral tegmental area OTX2. *Science*. 2017 Jun16;356 (6343):1185-1188.

23. Calipari ES, Godino A, Peck EG, Mervosh NL, Landry JA, Russo SJ, Hurd YL, Nestler EJ, **Kiraly DD**[#]. Granulocyte-colony stimulating factor controls neural and behavioral plasticity in response to cocaine. *Nat Commun*. 2018 Jan 16;9(1):9.

24. Kutlu MG, Brady LJ, Peck EG, Hofford RS, Yorgason JT, Siciliano CA, **Kiraly DD**[#], Calipari ES[#]. Granulocyte colony stimulating factor enhances reward learning through potentiation of mesolimbic dopamine system function. *J Neurosci*. 2018 Aug 27. pii: 1116-18. ([#]Co-corresponding authors)

25. Mervosh NL Wilson R, Rauniyar N, Hofford RS, Kutlu MG, Calipari ES, Lam TT, **Kiraly DD**[#]. Granulocyte-Colony-Stimulating Factor Alters the Proteomic Landscape of the Ventral Tegmental Area. *Proteomes* 2018, 6(4), 35.

26. **Kiraly DD**, Walker DM, Calipari ES. Modeling drug addiction in females: how internal state and environmental context facilitate vulnerability. *Current Opinion in Behavioral Sciences*, Volume 23, October 2018, Pages 27-35.

27. Fields CT, Sampson TR, Bruce-Keller AJ, **Kiraly DD**, Hsiao EY, and de Vries GJ. Defining Dysbiosis in Disorders of Movement and Motivation. *J Neurosci*. 2018 Oct 31;38(44):9414-9422.

28. Meckel KR, **Kiraly DD**[#]. A potential role for the gut microbiome in substance use disorders. *Psychopharmacology*. 2019 May;236(5):1513-1530.

29. Hofford RS, Russo SJ, **Kiraly DD**[#]. Neuroimmune mechanisms of psychostimulant and opioid use disorders. *Eur J Neurosci*. 2019 Aug;50(3):2562-2573.

30. Brady LJ, Hofford RS, Tat J, Calipari ES, **Kiraly DD**[#]. Granulocyte-colony stimulating factor alters the pharmacodynamic properties of cocaine in female mice. *ACS Chemical Neuroscience*. 2019 Oct 16;10(10):4213-4220.

31. Hamilton PJ, Chen EY, Tolstikov V, Peña CJ, Picone JA, Shah P, Panagopoulos K, Strat AN, Walker DM, Lorsch ZS, Robinson HL, Mervosh NL, **Kiraly DD**, Sarangarajan R, Narain NR, Kiebish MA, Nestler EJ. Chronic stress and antidepressant treatment alter purine metabolism and beta oxidation within mouse brain and serum. *Sci Rep*. 2020 Oct 22;10(1):18134.

32. Hofford RS, Euston TJ, Wilson RS, Meckel KR, Peck EG, Godino A, Landry JA, Calipari ES, Lam TT, & **Kiraly DD**[#] (2020). Granulocyte-Colony Stimulating Factor reduces cocaine-seeking and downregulates glutamatergic synaptic proteins in medial prefrontal cortex. *Journal of Neuroscience*. 2021 Feb 17;41(7):1553-1565.

33. Lucerne KE, Osman A, Meckel KR, **Kiraly DD**[#]. (2021) Contributions of neuroimmune and gut-brain signaling to vulnerability of developing substance use disorders. *Neuropharmacology*. 2021 Jul 1;192:108598.

34. Hofford RS, Mervosh NL, Euston TJ, Meckel KR, Orr AT, **Kiraly DD**[#]. Alterations in microbiome composition and metabolic byproducts drive behavioral and transcriptional responses to morphine. *Neuropsychopharmacology*. 2021 Jun 14. 2021 Nov;46(12):2062-2072.

35. Lucerne KE, **Kiraly DD**[#]. The role of gut-immune-brain signaling in substance use disorders. *Int Rev Neurobiol*. 2021;157:311-370.

36. Lopez AJ, Johnson AR, Euston TJ, Wilson R, Nolan SO, Brady LJ, Thibeault KC, Kelly SJ, Kondev V, Melugin, P, Kutlu MG, Chuang E, Lam TT, **Kiraly DD**, Calipari ES. Cocaine self-administration induces sex-dependent protein expression in the nucleus accumbens. *Commun Biol*. 2021 Jul 16;4(1):883.

37. Brady LJ, Erickson KR, Lucerne KE, Osman A, **Kiraly DD**[#], Calipari ES[#]. Granulocyte colony-stimulating factor (G-CSF) enhances cocaine effects in the nucleus accumbens via a dopamine release-based mechanism. *Psychopharmacology* (Berl). 2021 Dec;238(12):3499-3509. ([#]Co-corresponding authors)

38. Grizzanti J, Moritz WR, Pait MC, Stanley M, Kaye SD, Carroll CM, Constantino NJ, Deitelzweig LJ, Snipes JA, Kellar D, Caesar EE, Pettit-Mee RJ, Day SM, Sens JP, Nicol NI, Dhillon J, Remedi MS, **Kiraly DD**, Karch CM, Nichols CG, Holtzman DM, Macauley SL. KATP channels are necessary for glucose-dependent increases in amyloid-β and Alzheimer's disease-related pathology. *JCI Insight*. 2023 May 2;8(10):e162454.

39. Sens JP, Hofford RS, **Kiraly DD**[#]. Effect of germ-free status on transcriptional profiles in the nucleus accumbens and transcriptomic response to chronic morphine. *Molecular and Cellular Neuroscience*. 2023 Jun 12;126:103874.

40. Osman A, Hofford RS, Meckel KR, Dave YA, Zeldin SM, Shipman AL, Lucerne KE, Trageser KJ, Oguchi T, **Kiraly DD**[#]. Dietary polyphenols drive dose-dependent behavioral and molecular alterations to repeated morphine. *Scientific Reports*. 2023 Jul 27;13(1):12223.

41. Meckel KR, Simpson SS, Godino A, Peck EG, Sens JP, Leonard MZ, George O, Calipari ES, Hofford RS, **Kiraly DD**[#]. (2023) Microbial short-chain fatty acids regulate drug seeking and transcriptional control in a model of cocaine seeking. *Neuropsychopharmacology*. 2024 Jan;49(2):386-395.

42. Hofford RS, **Kiraly DD**[#]. Clinical and preclinical evidence for gut microbiome mechanisms in substance use disorder. *Biological Psychiatry*. 2024 Feb 15;95(4):329-338..

43. Osman A, Mervosh NL, Strat AN, Euston TJ, Zipursky G, Pollak RM, Meckel KR, Tyler SR, Chan KL,

**PX 02**
**203**

Buxbaum Grice A, Drapeau E, Litichevskiy L, Gill J, Zeldin SM, Thaiss CA, Buxbaum JD, Breen MS, **Kiraly DD**. Acetate supplementation rescues social deficits and alters transcriptional regulation in prefrontal cortex of Shank3 deficient mice. *Brain Behav Immun*. 2023 Nov:114:311-324.

44. Hofford RS, Meckel KR, Wang W, Kim M, Godino A, Lam TT, **Kiraly DD#.** (2022) Microbiome depletion increases fentanyl self-administration and alters the striatal proteome through short-chain fatty acids. *eNeuro*. 2024 Feb 15;11(2):ENEURO.0388-23.2023.

45. Thibeault KC, Leonard MZ, Kondev V, Emerson SD, Bethi R, Lopez AJ, Sens JP, Nabit BP, Elam HB, Winder DG, Patel S, **Kiraly DD**, Grueter BA, Calipari ES. A cocaine-activated ensemble exerts increased control over behavior while decreasing in size. *Biological Psychiatry*. 2024 Jun 18:S0006-3223(24)01388-X.

46. Lucerne KE, Dean CR, Osman A, Meckel KR, Dave YA, Shipman AL, Cazarez DR, Cathomas F, Hofford RS, **Kiraly DD**. Colony-stimulating factor 2 (CSF2) as a gut microbiome dependent immune factor that alters molecular and behavioral responses to cocaine in male mice. *Brain Behavior & Immunity*. 2024 Nov:122:137-149.

47. Farahbakhsh ZZ, Holleran KM, Sens JP, Fordahl SC, Mauterer MI, López AJ, Cuzon Carlson VC, Kiraly DD, Grant KA, Jones SR, Siciliano CA. Synchrony between midbrain gene transcription and dopamine terminal regulation is modulated by chronic alcohol drinking. *Nat Commun*. 2025 Feb 25;16(1):1944. doi: 10.1038/s41467-025-56715-y. PMID: 39994195; PMCID: PMC11850823.

48. Dave YA, Koperska M, Lucerne KE, Shipman AL, Zeldin SM, Osman A, Hofford RS, Kiraly DD. Gut microbiome depletion modulates cocaine-induced behavioral and transcriptional responses in female mice. *J Neuroimmunol*. 2025 Jun 15;403:578609. doi: 10.1016/j.jneuroim.2025.578609. Epub 2025 Apr 7. PMID: 40222268; PMCID: PMC12103815.

49. Hofford RS, Sens JP, Shipman AL, Kimble VM, Coric C, Meckel KR, Kiraly DD. Brief exposure to oral antibiotics has age-dependent effects on morphine reward and gene expression in the medial prefrontal cortex of adolescent and adult mice. *Brain Behav Immun*. 2025 Oct;129:724-735. doi: 10.1016/j.bbi.2025.07.005. Epub 2025 Jul 9. PMID: 40645237.

50. Koperska M, Kiraly DD. Microbiome-derived metabolites in substance use disorders: Mechanisms and implications. *Ann N Y Acad Sci*. 2025 Aug 14. doi: 10.1111/nyas.15416. Epub ahead of print. PMID: 40811066.

51. Kinney KR, Kirse HA, Stewart NE, Ip EH, Saldana S, DeMaioNewton HE, Kimber M, Smith HR, Douglas HE, Kiraly DD, Hanlon CA, Addicott MA. Theta Burst Stimulation as a tool to decrease drinking in treatment-seeking alcohol users: study protocol for a randomized, double-blind, sham-controlled clinical trial. *Trials*. 2025 Nov 10;26(1):487. doi: 10.1186/s13063-025-09093-1. PMID: 41214823

52. Peck EG, Emerson SD, Curry AM, Holter KM, Estave PM, Sens JP, Colarusso OA, Farris SP, Kiraly DD, Gould RW, McCool BA, Calipari ES, Holleran KM, Jones SR. Synaptogyrin-3 plays a critical role in addiction-related dopamine dysfunction and behavioral maladaptations. *Proc Natl Acad Sci U S A*. 2026 Feb 17;123(7):e2518590123. doi: 10.1073/pnas.2518590123. Epub 2026 Feb 12. PMID: 41678303

53. Sens JP, Brooks WJ, Glausier JR, Koperska M, Wiser EJ, Dawes MH, Peck EG, Jones SR, Lewis DA, Hofford RS, Kiraly DD. Brain infiltrating CD8[+] T cells drive opioid reward via a CXCL13 dependent mechanism. **Invited resubmission at *Nature***

Current Preprints (Undergoing peer review)

1. Hofford RS, Wilson R, McArdle C, Euston T, Sens JP, Mastrantoni A, McCabe T, Meckel KR, Wang W, Lucerne KE, Osman A, Raab-Graham KF, Lam TT, Kiraly DD. Granulocyte colony-stimulating factor acts through calcium-permeable AMPA receptors to potentiate cocaine reward. bioRxiv [Preprint]. 2026 Feb 2:2026.01.30.702629. doi: 10.64898/2026.01.30.702629. PMID: 41676504

Invited Publications (Editorially Reviewed)

Commentaries
1. Meckel KR, **Kiraly DD**. Maternal microbes support fetal brain wiring. *Nature*. 2020 2020 Oct; 586(7828):203-205.

2. **Kiraly DD**. Gut microbes regulate neurons to help mice forget their fear. *Nature*. 2019 Oct; 574(7779):488-489.

Book Chapters
1. **Kiraly DD**, Nestler EJ. From Neurobiology to Treatment: Progress Against Addiction. Chapter in *American Society of Addiction Medicine: Principals of Addiction Medicine*

2. **Kiraly DD**, Sher L. Suicidal behavior in men with comorbid depression and substance use disorders: Roles of active substance use, exposure to combat in the military, and alterations in testosterone levels. Chapter in *Men's Mental Health*. Leo Sher & Tim Rice Eds.

3. **Kiraly DD**, Sher L. Dual diagnosis and suicidal behavior in combat veterans. Chapter in *Forensic Psychiatry: A Public Health Perspective*. Leo Sher & Joav Merrick Eds.

4. **Kiraly DD**, Sher L. Health professionals and suicidal behavior. Chapter in *Forensic Psychiatry: A Public Health Perspective*. Leo Sher & Joav Merrick Eds.

## PRESENTATIONS AT PROFESSIONAL MEETINGS

Kalirin-7 as a PSD signaling node. Yale/Keck Proteomics Center Proteomics Meeting. New Haven, CT.  (11/10)

Knockout of Kalirin-7 alters NR2B localization and function as well as behavioral responses to cocaine. Presentation at UCHC Neuroscience Symposium. Farmington, CT. (11/11)

Granulocyte-colony stimulating factor (G-CSF) modulates neuronal and behavioral plasticity in response to cocaine. Leon Levy Foundation Symposium. New York, NY. (04/17)

Granulocyte-colony stimulating factor mediates neuronal and behavioral responses to cocaine. College on Problems of Drug Dependence annual meeting. San Diego, CA. (06/18)

The gut microbiome as a potent modulator of behavioral response psychostimulants. College on Problems of Drug Dependence annual meeting. San Diego, CA. (06/18)

Manipulations of the gut microbiome affect the development and persistence of addiction-like behaviors. Research Society on Alcoholism annual meeting. San Diego, CA. (06/18)

Evaluating transition from opioid use to addiction – clinical considerations and neurobiology. American Academy of Neurology annual meeting. Las Vegas, NV. (10/18)

Perturbations of the gut microbiome affect drug seeking behaviors. Society for Neuroscience annual meeting. San Diego, CA. (11/18)

Targeting the gut microbiome as a translational research strategy to reduce pathological opioid use disorder. Mind Mood and Microbes meeting. Amsterdam, Netherlands. (01/19) ***International presentation.***

Granulocyte-colony stimulating factor alters the proteomic landscape of the nucleus accumbens. Yale/NIDA Neuroproteomics Center External Advisory Board Meeting. New Haven, CT. (05/19)

Insights into the training of psychiatric physician-scientists. American Psychiatric Association annual meeting. San Francisco, CA. (05/19)

Manipulations of the gut microbiome affect drug-seeking behaviors. Research Society on Alcoholism annual

meeting. Minneapolis, MN. (06/19)

Manipulations of gut microbiome diversity alter cocaine seeking behavior and striatal gene expression. NIDA Genetics and Epigenetics Cross-Cutting Research Team Meeting. (3/21)

Gut microbial metabolites play a critical role in opioid seeking and nucleus accumbens transcriptional control. European Behavioral Pharmacology Society annual meeting. (07/21) ***International presentation***

Manipulations of gut microbiome diversity alter behavioral and neurobiological response to opioids. NIH Symposium on Glycosciences in Translational Medicine. (04/22)

Neuroimmune regulation of the behavioral effects of cocaine. Gordon Research Conference on Addiction. *Presentation delivered by Dr. Rebecca Hofford due to Covid*. (08/22)

The gut microbiome as a regulator of drug seeking and transcriptional regulation in the nucleus accumbens. Winter Conference on Brain Research. (01/23)

Gut-immune-brain signaling as a mediator of opioid seeking behavior from adolescence through adulthood. Society for Biological Psychiatry annual meeting. (04/23)

Targeting the microbiome to reduce drug seeking in models of substance use disorders. Mind Mood and Microbes International Meeting. (05/23) ***International presentation***

Gut-brain signaling as a driver of drug seeking behavior. European College of Neuropsychopharmacology. (10/23) ***International presentation***

Gut-brain signaling in regulating drug seeking behaviors: Identification of mechanisms and molecular pathways. Society for Neuroimmune Pharmacology. (03/24)

Brain infiltrating cytotoxic T cells are a key driver of opioid reward. NIDA Genetics and Epigenetics Cross-Cutting Research Symposium. (05/24)

Gut-brain signaling as a modulator of brain and behavior in models of substance use disorder. International Society for Behavioral Neuroscience. (06/24) ***International presentation***

Antibiotic induced alterations in the gut microbiome lead to persistent changes in alcohol drinking behavior. Research Society on Alcoholism. (06/24)

Accelerating Translation in Microbiota-Gut-Brain Research. Mind Mood & Microbes. (02/25) ***International presentation***


Selected poster presentations (from 20+) prior to starting faculty role

**Kiraly DD**, Perez X, Andrews AA (08/02) Serotonin uptake measured in SERT knockout mice. Poster presented at Pennsylvania State University Life Sciences Consortium Summer Research Colloquium, University Park, PA.

**Kiraly DD**, Olausson PO, Taylor JR. (10/04) Opposite effects of prior chronic corticosterone and amitriptyline on reward-related learning in rodents. Presentation at the Society for Neuroscience Meeting, San Diego, CA.

**Kiraly DD**, Olausson P, Matsuzaki H, Nairn AC, Taylor JR. (11/05) cAMP mediated changes in AMPA receptor dynamics dependent on Epac. Presentation at the Society for Neuroscience Meeting, Washington DC.

**Kiraly DD**, Mains RE, Eipper BA (10/07) Cocaine induced locomotor sensitization in Kalirin-7 deficient mice. Presentation at University of Connecticut Health Center Neuroscience Symposium, Farmington, CT.

**Kiraly DD**, Ma XM, Xin X, Mains RE, Eipper BA (11/08) Kalirin-7 knockout mice are hyper-responsive to chronic cocaine. Presentation at the Society for Neuroscience Meeting. Washington, DC.

**PX 02**
**206**

**Kiraly DD**, Ma XM, Mains RE, Eipper BA (04/09) Kalirin-7 is essential for cocaine-induced dendritic spine plasticity and behavior. Cold Spring Harbor Laboratory - Synapses: From Molecules to Circuits and Behavior Meeting, Cold Spring Harbor, NY.

**Kiraly DD**, Ma XM, Colangelo C, Abbott T, Stone K, Mains RE, Eipper BA (10/09) Kalirin7 is essential for synapse remodeling following chronic cocaine treatment. Presentation at Society for Neuroscience Meeting, Chicago, IL.

**Kiraly DD**, Lemtiri-Chlieh F, Levine ES, Mains RE, Eipper BA (11/10) Probing the potential interactions between the Rho-GEF Kalirin-7 and NMDA receptors. Presentation at Society for Neuroscience Meeting, San Diego, CA.

**Kiraly DD**, Calipari ES, Horn SR, Kim-Schulze S, Patel M, Iosifescu D, Murrough JW, Russo SJ, Nestler EJ (11/15) Potential Role for Granulocyte Colony Stimulating Factor (G-CSF) in the Pathophysiology of Psychostimulant Abuse and Major Depressive Disorder. Presentation at NIMH Outstanding Resident Award Program, Bethesda, MD.

**Kiraly DD**, Calipari ES, Labonte B, Russo SJ, Nestler EJ (4/16) Role for granulocyte colony stimulating factor in the rewarding effects of cocaine. Presentation at Mount Sinai Neuroscience Retreat.

**Kiraly DD**, Horn SR, Van Dam NT, Hodes G, Kim-Schulze S, Patel M, Russo SJ, Iosifescu D, Charney DS, Murrough JW (5/16) Changes in Inflammatory Biomarkers in Patients with Treatment-Resistant Depression Before and After Therapeutic Ketamine Infusion. Presentation at SOBP Meeting, Atlanta, GA.

**Kiraly DD**, Calipari ES, Labonte B, Russo SJ, Nestler EJ (11/16) Role for granulocyte colony stimulating factor in the rewarding effects of cocaine. Presented at Society for Neuroscience meeting, San Diego, CA.

**Kiraly DD**, Calipari ES, Labonte B, Walker DM, Issler O, Russo SJ, Nestler EJ (12/16) Granulocyte-colony stimulating factor (G-CSF) modulates neuronal and behavioral plasticity in response to cocaine. Presentation at ACNP Annual Meeting – Travel Awardee Session, Hollywood FL.


INVITED EXTRAMURAL PRESENTATIONS AND SEMINARS

Kalirin-7 plays an essential role in cocaine-mediated behavioral plasticity and NMDA receptor trafficking. Yale Psychiatry Biological Sciences Training Program seminar series. New Haven, CT.  (03/10)


Potential Role of Granulocyte Colony Stimulating Factor (G-CSF) in the Development of Psychostimulant Addiction. Presentation at Neuropsychoimaging of Addiction and Related Conditions Research Program monthly meeting. New York, NY. (12/15)

Granulocyte-colony stimulating factor (G-CSF) modulates neuronal and behavioral plasticity in response to cocaine. Yale Psychiatry Biological Sciences Training Program seminar series. New Haven, CT.  (02/17)

Granulocyte-colony stimulating factor modulates limbic reward circuitry and behavioral response to psychostimulants. Mount Sinai Psychiatry Faculty Retreat. New York NY. (08/17)

Mechanistic insights into the intersection of depression, epilepsy, and inflammation in patients with implanted neural stimulators. Mount Sinai Depression Club Meeting. New York, NY. (10/17)

Granulocyte-Colony Stimulating Factor: A neuroimmune modulator of neuronal and behavioral plasticity in response to cocaine. University of Connecticut Neuroscience Seminar Series. Farmington, CT. (12/17)

The gut microbiome as a potent modulator of behavioral response to drugs of abuse. Rutgers Nutrition Endocrinology and Food Science Graduate Student Symposium. New Brunswick, NJ. *Keynote Speaker* (04/18)

**PX 02**
**207**

Tell Me What's Been Bugging You: A Role for the Gut Microbiome in Opiate Use Disorder. Columbia Addiction Institute Seminar Series. New York, NY. (05/18)

G-CSF modulates reward learning via effects on mesolimbic dopamine system plasticity. Temple University Center for Substance Abuse Research symposium. Philadelphia, PA. (10/18)

Tell me what's been bugging you: Examining the gut microbiome in models of neuropsychiatric disease. Mount Sinai Health System Neurology Grand Rounds. New York, NY. (09/19)

Trying to have it all: Thoughts on the path to becoming a physician-scientist. University of Connecticut Health Center Neuropeptide Symposium. Farmington, CT. (10/19)

Composition of the gut microbiome as a key regulator of behavioral and transcriptional response to opioids. Vanderbilt Translational Neuroscience Seminar Series. Nashville, TN. (10/19)

Targeting gut-brain and neuroimmune interactions for clinical translation in substance use disorders. UNC Psychiatry Virtual Seminar Series. Chapel Hill, NC. (06/20)

Targeting the host microbiome and metabolome to reduce drug seeking behavior in substance use disorders. Wake Forest Phsyiology & Pharmacology Seminar Series. Winston Salem, NC. (09/20)
        **Note: This was an invited presentation at Wake Forest prior to my employment.*

Targeting the host microbiome and metabolome to reduce drug seeking behavior in substance use disorders. Mount Sinai Psychiatry Grand Rounds. (11/20)

The gut microbiome as a translational research target in models of drug relapse. University Laval, CERVO Brain Research Centre seminar series. (05/21) *International presentation.*

Gut-brain signaling as a driver of behavior and gene expression in a mouse model for autism spectrum disorder. Seaver Fountdation Autism Seminar Series. (11/22)

Regulation of drug seeking behavior and striatal transcriptomics by the gut microbiome. University of Minnesota School of Medicine Pharmacology seminar series. (03/22)

The gut microbiome and its byproducts as regulators of cocaine seeking behavior. Pennsylvania State University School of Medicine Neuroscience Institute seminar series. (03/22)

Gut-brain signaling as a mediator of opioid seeking behavior from adolescence through adulthood. NIDA Brain Development Research Consortium seminar series. (09/22)

Investigating gut-immune-brain signaling in models of substance use disorders. Medical College of Wisconsin Department of Pharmacology seminar series. (02/23)

Targeting the gut-brain interface as a potential translational research strategy for psychiatric disease. Atrium Health Wake Forest Baptist Psychiatry Health System Grand Rounds. (03/23)

Developing methods for cell-type specific proteomics for the study of substance use disorders. Center for Addiction Research Annual Retreat Presentation. (11/23)

Gut-brain signaling in regulating drug seeking behaviors: Identification of mechanisms and molecular pathways. Society of Neuroimmune Pharmacology annual meeting. (03/24)

Neuroimmune Regulation of Substance Use Disorders. University of North Carolina – Chapel Hill Neuroscience and Psychology seminar series. (03/24)

Brain infiltrating cytotoxic T cells are a key driver of opioid reward. University of Pennsylvania School of Medicine. (04/24) *Chosen as invited speaker for Year of Neuroimmunology Seminar Series.*

Interrogating the role of gut-brain signaling in models of substance use disorder. Medical College of Wisconsin. (05/25)

Targeting neuroimmune signaling pathways to reduce pathological opioid use behavior. University of Connecticut School of Medicine Neuroscience retreat. (05/25) *Distinguished alumni speaker*


DIDACTIC/SYSTEMATIC INSTRUCTION

University of Connecticut School of Medicine
Teaching Assistant - Neuroanatomy
2008 - 2009

Icahn School of Medicine at Mount Sinai, Department of Psychiatry
Course Director
Evidence-Based Psychiatry & Psychopharmacology (PGY-2 didactics)
2015 - 2017

Icahn School of Medicine at Mount Sinai, Department of Psychiatry
Group Leader
Physician-Scientist Resident Journal Club & Research in Progress Group.
2015 - 2017

Icahn School of Medicine at Mount Sinai
Clinical skills instructor
Introduction to Clinical Medicine
2017 - 2022

Icahn School of Medicine at Mount Sinai
Group Leader – Brain & Behavior
2017 – 2019

Wake Forest University School of Medicine
Psychiatry Residents – Series on Evidence Based Medicine
2022 – Present

Wake Forest University School of Medicine
Neurobiology of Psychiatric Illness – Lecturer (Neuroscience PhD program)
2022 – Present

Wake Forest University School of Medicine
Pharmacology of Neuopsychiatric Illness – Lecturer (Pharmacology PhD program)
2022 – Present

Wake Forest University School of Medicine
Evaluation and Implementation of Evidence-Based Practices in Psychiatry
Course for PGY-3&4 Residents
2024 - Present


MENTORING RELATIONSHIPS:

Graduate Students

2017 – 2023          Katherine Meckel

**PX 02**
**209**

|  | Mount Sinai Integrative Neuroscience PhD Program<br>Thesis advisor<br>Current position:  Assistant Teaching Professor, Swarthmore College |
|---|---|
| 2017 - 2022 | Kelsey Lucerne<br>Mount Sinai Integrative Neuroscience PhD Program<br>Thesis advisor<br>Current position: Equity Research Associate, William Blair |
| 2021 - 2022 | Yesha Dave<br>Mount Sinai Neuroscience Masters Program<br>Thesis advisor<br>Current position: Medical Student |
| 2023 – Present | Marta Koperska<br>Wake Forest Neuroscience PhD Program<br>Thesis advisor |
| 2023 – 2026 | Jonathon Sens<br>Wake Forest Neuroscience PhD Program<br>Thesis advisor<br>Current Position: Postdoctoral Fellow |
| 2023 – 2025 | Gregory Boyer<br>Wake Forest Neuroscience Masters Program<br>Thesis advisor |
| 2024 – Present | Calista Dean<br>Wake Forest Integrated Pharmacology PhD Program<br>Thesis advisor |
| 2024 – Present | Nicholas Olidis<br>Wake Forest Neuroscience Masters Program<br>Thesis advisor |
| 2025 – Present | Carson Moriarty<br>Wake Forest Integrated Pharmacology PhD Program<br>Thesis advisor |

## *PhD Rotation Students*

| 8/2019 – 10/2019 | Zach Zeissler  – Mount Sinai Rotating Neuroscience PhD student |
|---|---|
| 10/2019 – 1/2020 | Michelle Kim – Mount Sinai Rotating Neuroscience PhD student |
| 8/2020 – 10/2020 | Faith Adams – Mount Sinai Rotating Neuroscience PhD student |
| 10/2020 – 12/2020 | Lauren Dierdorff – Mount Sinai Rotating Neuroscience PhD student |
| 12/2020 – 2/2021 | Karen Therrien – Mount Sinai Rotating Neuroscience PhD student |
| 6/2022 – 8/2022 | Sasha Elizar – Wake Forest Rotating Neuroscience PhD student |
| 1/2023 – 6/2023 | Aditi Buch - Wake Forest Rotating Pharmacology PhD student |
| 6/2023 – 9/2023 | Dannis Cazarez - Wake Forest Neuroscience PhD student |
| 6/2023 – 9/2023 | Marta Koperska – Wake Forest Neuroscience PhD student |
| 9/2023 – 12/2023 | Calista Dean – Wake Forest Integrated Physiology and Pharmacology<br>PhD Student |

9/2023 – 12/2023        Jonathon Sens  – Wake Forest Neuroscience PhD student

9/2024 – 12/2024        Carson Moriarty – Wake Forest Integrated Physiology and
                        Pharmacology PhD Student

1/2025 – 5/2025         Rebekah Schlitzer – Wake Forest Neuroscience PhD student

5/2026 – 8/2026         Lydia Adams – Wake Forest Neuroscience PhD student

*Service on PhD Thesis Committees*

2018 - 2022             Amni Al-Kachak; PhD student with Ian Maze
                        Mount Sinai Integrative Neuroscience PhD Program
                        Successfully defended

2018 - 2022             Collin Teague; PhD student with Eric Nestler
                        Mount Sinai Integrative Neuroscience PhD Program
                        Successfully defended

2019 - 2022             Susie Feng; PhD student of Tristan Shuman
                        Mount Sinai Integrative Neuroscience PhD Program
                        Successfully defended

2019 - 2022             Andrew Stewart; PhD student with Ian Maze
                        Mount Sinai Integrative Neuroscience PhD Program
                        Successfully defended

2022 – 2024             Stephen Gironda; PhD student with Jeff Weiner
                        Wake Forest Neuroscience PhD Program
                        Successfully defended

2023 – Present          Anna Neel; PhD student with Rong Chen
                        Wake Forest Neuroscience PhD Program
                        Passed qualifying exam. Current PhD Candidate.

2024 – Present          Joshua Prete; PhD student with Paul Czoty
                        Wake Forest Neuroscience PhD Program
                        Passed qualifying exam. Current PhD Candidate.

2025 – Present          Nico Schneider; PhD student with Tao Ma
                        Wake Forest MD-PhD Program
                        Passed qualifying exam. Current PhD Candidate.

2025 – Present          Harlie Mckelvey; PhD student with Rob Gould
                        Wake Forest Neuroscience PhD Program
                        Passed qualifying exam. Current PhD Candidate.

Postdoctoral Fellows

2018 - 2020             Rebecca Hofford, PhD
                        Postdoctoral research fellow
                        Current position:  Assistant Professor, Wake Forest University School of
                                Medicine

2018 – 2022             Aya Osman, PhD
                        Postdoctoral research fellow
                        Current position: Instructor, Neuroscience, Icahn School of Medicine at

**PX 02**

**211**

Mount Sinai

2023 – Present    Huiping Ding, PhD
Postdoctoral Research Associate

Residents and Fellows

2015 – 2017    Department of Psychiatry Chief Resident for Research
Icahn School of Medicine at Mount Sinai
Supervised up to 8 research-track residents each year and advised other residents on potential research activities.

Faculty

2018 – 2022    Alex Charney, MD, PhD – Assistant Professor, Icahn School of Medicine at Mount Sinai
Faculty mentor, ISMMS Mentoring Program

2018 – 2022    Nigel Kennedy, MD, PhD – Assistant Professor, Icahn School of Medicine at Mount Sinai
Faculty mentor, ISMMS Mentoring Program

2019 – 2022    Jessica Ables, MD, PhD – Assistant Professor, Icahn School of Medicine at Mount Sinai
Faculty mentor, ISMMS Mentoring Program

2019 – 2022    Georgios Voloudakis, MD, PhD – Assistant Professor, Icahn School of Medicine at Mount Sinai
Faculty mentor, ISMMS Mentoring Program

2020 – 2022    Brian Sweis, MD, PhD – Instructor, Icahn School of Medicine at Mount Sinai
Faculty mentor, ISMMS Mentoring Program

2020 – Present    Rebecca Hofford, PhD – Assistant Professor, Wake Forest University School of Medicine
Direct supervisor/mentor
*\*\*Note: Dr. Hofford began in my lab as postdoctoral fellow and has been promoted to Instructor at Mount Sinai and now Assistant Professor (Research Track) at WFUSOM*

Undergraduate/High School students

2018-2019    Tanner Euston
Supervised honors thesis at Drew University

2018-2019    Emanuel Mordechaev
Hunter College undergraduate

2018-2020    Ray Verdi
Hunter College undergraduate

Summer 2019    Gillian Zipursky
Swarthmore College undergraduate

Summer 2019    Amon Orr
Oakland University undergraduate

**PX 02**
**212**

2019-2021    Nicholas Tukuru
Honors high school student at Ossining High School

2019-2021    Samuel Mordechaev
Hunter College undergraduate

2019-2021    Jawad Baig
Hunter College undergraduate

2020-2022    Violet Kimble
Drew University undergraduate

2022-2024    Christina Coric
Wake Forest undergraduate

2022-2024    Weston Brooks
Wake Forest undergraduate

2023 – 2025    Taylor McCabe
Wake Forest undergraduate

2024 – 2025    Vibha Udayakumar
Wake Forest undergraduate

2024 – 2025    Braelyn Howard
Wake Forest undergraduate

Laboratory Technicians
2017-2018    Nicholas Mervosh

2019-2021    Tanner Euston

2021-2022    Ava Shipman

2021-2022    Sharon Zeldin

2022-2023    Jonathon Sens

2022-2024    Elizabeth Wiser

2023-2024    Weston Brooks

2024-2025    Taylor McCabe

2024 – 2025    Abigail Mastrantoni

2024 – Present  Matthew Eber

PUBLIC OUTREACH

2018    Various podcast and media interviews related to publication of
"Granulocyte-colony stimulating factor controls neural and behavioral
plasticity in response to cocaine" in *Nature Communications*.
** Paper was Tweeted by Francis Collins when he was NIH director

2019    Solicited to write News & Views piece in *Nature* entitled "Gut microbes

**PX 02**

**213**

|  | regulate neurons to help mice forget their fear." These pieces work to make complex articles more accessible to a lay public. |
|------|------|
| 2020 | Solicited to write News & Views piece in *Nature* entitled "Maternal microbes support fetal brain wiring." These pieces work to make complex articles more accessible to a lay public. |
| 2020 - 2022 | Mount Sinai Brain Fair<br>Presenter<br>Participated in education of community students in NYC in the basics of neuroscience research. |
| 2023 | Interview for press release for publication of "Microbial short-chain fatty acids regulate drug seeking and transcriptional control in a model of cocaine seeking" published in *Neuropsychopharmacology*. Released by WFUSOM press office in August 2023. |
| 2024 | Wake Forest Neuroscience Summer Immersion Program for high school students. Panelist discussing daily life of a physician-scientist. |
| 2024 | Interviewed for "Outlook" piece published in *Nature*. (PMID: 38454030) |

**PX 02**

**214**

# EXHIBIT 2

PX 02
215

**Exhibit 2**

**Index of Materials Produced and/or Cited by Amare and Talbott**



**PX 02**
**216**



PX 02
217



3

PX 02
218



PX 02
219



PX 02
220



**PX 02**

**221**



PX 02
222



PX 02
223



9

PX 02
224



PX 02
225



11



PX 02
227



Pantothenic Acid, Biotin, and Choline (1998) (Report).

9.

13



PX 02
229

# EXHIBIT 3

PX 02
230

*Functional Foods in Health and Disease* 2019; 9(4): 265-275    Page 265 of 275

Research Article    Open Access

# Effect of coordinated probiotic/prebiotic/phytobiotic supplementation on microbiome balance and psychological mood state in healthy stressed adults

**Shawn M. Talbott[1], Julie A. Talbott[2], Bret J. Stephens[3], and Marc P. Oddou[3]**

[1]Amare Global, Irvine, CA, USA; [2]EQQIL, Draper, UT, USA; [3]Wasatch Scientific, Murray, UT, USA

**Corresponding author:** Shawn Talbott, PhD, Nutritional Biochemist, Amare Global, Irvine, CA, USA

**Submission Date:** February 8th, 2019, **Acceptance Date:** April 28th, 2019, **Publication Date:** April 30th, 2019

**Citation:** Talbott SM., Talbott J.A., Stephens B.J., Oddou M.P. Effect of coordinated probiotic/prebiotic/phytobiotic supplementation on microbiome balance and psychological mood state in healthy stressed adults. *Functional Foods in Health and Disease* 2019; 9(4): 265-274. https://doi.org/10.31989/ffhd.v9i4.599

## ABSTRACT

**Background:** Interest in and knowledge of the gut microbiome has increased exponentially in the past decade. This once overlooked component of the gastrointestinal tract is now implicated in multiple aspects of human health, including mental (e.g. depression, anxiety, stress), metabolic (e.g. diabetes/obesity), neurological (e.g. Alzheimer's, Parkinson's, Autism Spectrum Disorder), gastrointestinal (e.g. irritable bowel syndrome, Crohn's), and immunological (e.g. inflammation, cancer) wellness, among others. Previous research has demonstrated the "strain specificity" of probiotic therapy (e.g. Lactobacillus helveticus R0052 for serotonin/depression; Bifidobacterium longum R0175 for GABA/anxiety; Lactobacillus rhamnosus R0011 for cortisol/stress). Similarly, probiotic bacteria demonstrate different growth trajectories based on availability of preferred fiber substrates (e.g. prebiotics) and phytonutrients such as flavonoids/polyphenols (e.g. phytobiotics). Thus, our objective was two-fold: to determine the change in microbiome ecology/balance and to evaluate the psychological mood state following a coordinated pro-/pre-/phyto-biotic supplementation regimen.

**Methods:** Thirty-two healthy subjects screened for "moderate" levels of psychological stress were randomly assigned to 1-month of Supplement (*Amare Fundamentals*, N=21) or matching Placebo (N=11). Microbiome balance was assessed in fecal samples using a PCR-based analysis (*BiomeTracker*) that has previously compared favorably to 16S sequencing for abundance quantification for major phyla/families of bacteria. Psychological mood state parameters were assessed using the validated Profile of Mood States survey (POMS) to generate scores for Global Mood State, and six sub-scales (Depression, Tension, Fatigue, Anger, Confusion, and Vigor).

PX 02

231

*Functional Foods in Health and Disease* 2019; 9(4): 265-275                    **Page 266 of 275**

**Results:** Following supplementation, there was a significant increase in populations of "good" bacteria in the Supplement group (+28% Lactobacillus; +30% Bifidobacterium) and overall composite score (+17%) versus Placebo (p<0.05). Psychological indices were significantly improved in the Supplement group for both positive (+25% Global Mood; +44% Vigor) and negative (-64% Fatigue; -55% Depression; -54% Anger; -45% Tension; -43% Confusion) mood state parameters versus Placebo (p<0.05).

**Conclusion:** The World Health Organization has identified mental wellness issues as the leading contributor to global health burden – highlighting the urgency to develop lifestyle interventions to effectively manage depression, anxiety, and stress. These results demonstrate the close relationship between microbiome balance and psychological parameters – and the utility of targeted supplementation to positively influence the gut-brain-axis for improved mental wellness.

**Keywords**: Lactobacillus helveticus, Bifidobacterium longum, Lactobacillus rhamnosus, depression, anxiety, stress, vigor, mood state, mental wellness

## INTRODUCTION

The gut-brain-axis describes the interconnected bidirectional communication between our "two brains" in the gut and the head [1, 2]. Signaling pathways (the "axis") include nervous system (neural impulses and neurotransmitters), endocrine system (hormones), immune system (cytokines), and predominantly the 100 trillion intestinal bacteria that comprise the microbiome [3 – 6]. The microbiome, in addition to its important roles in digestion, establishment/maintenance of the intestinal lining, and education/orchestration of immune regulation, is also known to produce a wide range of neuroactive compounds (serotonin, dopamine, norepinephrine, endocannabinoids/cannabinoid receptors, GABA, SCFAs, etc.) that reach the brain and peripheral tissues to regulate pain, immune vigilance, inflammation, mood, behavior, and gene regulation [2, 4]. The bi-directional nature of gut-brain communication is readily apparent from observations of classic gut-brain disorders such as irritable bowel syndrome (IBS), inflammatory bowel disease (IBD, Crohn's, ulcerative colitis), and autism – where psychological stress is known to disrupt microbiome balance (dysbiosis) and increase gastrointestinal permeability (leaky gut), while microbiome disturbances are known to influence emotional behavior [3-9].

Rodent studies have demonstrated mechanistically that modification of microbiome ecology can significantly and positively alter behavior (introversion/extraversion), metabolism (lean/obese), and mood (depression/anxiety) as well as potentially modify the trajectory of various disease states including certain cancers, Alzheimer's, Parkinson's, Chrohn's, autism, diabetes/obesity, and auto-immune diseases [1, 2, 4]. Similarly, recent human studies have shown modulation of microbiome structure/function to improve various indices of depression, anxiety, stress/resilience, chronic fatigue, and sleep quality [10-13]. For example, significant reductions in psychological distress were observed in subjects supplemented with probiotic bacteria (Lactobacillus helveticus R0052 and Bifidobacterium longum R0175), suggesting that naturally occurring probiotics may serve as preventive or therapeutic for depression [2, 4, 5, 14-17].

The World Health Organization has described mental wellness issues (e.g. depression, anxiety, stress, burnout) as the leading cause of "global disease burden" and as the "health epidemic of the 21st century" [18-20], underscoring the urgent need for development of safe and effective interventions to alleviate global suffering. A range of natural functional food ingredients may fulfill this promise [5, 6], including probiotics (beneficial bacteria), prebiotics (fermentable

**PX 02**

**232**

*Functional Foods in Health and Disease* 2019; 9(4): 265-275                                    Page 267 of 275

fibers), and phytobiotics (phytonutrients with gut-health-promoting benefits). In particular, most [4-6, 10, 11], but not all [12] human trials have recently shown positive psychological outcomes for a number of nutrients including specific Lactobacillus (helveticus R0052; rhamnosus R0011) and Bifidobacterium (longum R0175) strains [5, 14-15]; unique oligosaccharide structures including galactooligosaccharide (GOS), isomaltooligosaccharide (IMO), and galactomannan [21-33]; and traditional herbal extracts such as polyphenol/flavonoids [34]; ashwagandha [35]; magnolia bark [36]; rafuma [37]; sceletium [38]; amino acids [39-41]; and various phytonutrients [42-50].

Considering the magnitude of the problem (mental wellness issues as the leading cause of global disease burden), the inadequacy of existing treatments (poor efficacy/side effect ratio of prescription antidepressants), and the emerging evidence for positive psychological benefits of functional food remedies targeting the microbiome and gut-brain-axis [51-53], our objective was to determine the change in microbiome ecology/balance and psychological mood state following a coordinated pro-/pre-/phyto-biotic supplementation regimen.

## METHODS
### *Study design*
This study was done in accordance with the Helsinki Declaration, as revised in 1983, for clinical research involving humans, and all procedures, measurements, and informed consent processes were reviewed and approved by an external third-party review board (Aspire IRB; Santee, CA).

Subjects signed informed consent documents after the study details were explained. The study used a randomized, placebo-controlled, double-blind design. Subjects were randomly assigned, through a random number generator, to either Supplement (*FundaMentals*; Amare Global, Irvine, CA) or a matching Placebo (corn starch). Bottles were labeled with a pre-assigned blinded code. Subjects self-administered the allotted supplement/placebo once daily in the morning with breakfast for 4 weeks. Subjects were contacted weekly to remind them to take their supplement daily. Empty bottles were returned after the study for a count of any unused product (an indicator of missed doses). Compliance with these instructions was very high (data not shown).

We screened and randomly assigned 33 healthy subjects for "moderate" levels of psychological stress ("healthy stressed") and who were free of prescription antidepressants or anti-anxiety medications. One subject was lost to follow-up, resulting in 32 subjects completing the 1-month Supplementation intervention (*FundaMentals*, N=21; or matching Placebo, N=11). The 1-month duration was selected as more representative of persistent changes in mood state that may result from microbiome modulation and superior neurotransmitter balance, as opposed to short-term changes in emotions that may be more closely linked with stressors of daily living.

### *Dietary supplement*
Subjects in the Supplement group consumed one serving daily (in the morning, with or without breakfast) of a natural multi-ingredient targeted mental wellness supplement (FundaMentals, Amare Global, Irvine, CA, USA) containing probiotic bacteria, prebiotics fibers, and phytobiotic plant extracts and nutrients. In recognition of the recently demonstrated strain-specific benefits of probiotics and structure-specific benefits of prebiotics, the Supplement contained research-validated bacterial strains (e.g. Lactobaciluus helveticus R0052 for serotonin/depression; Bifidobacterium longum R0175 for GABA/anxiety; and Lactobacillus rhamnosus R0011 for cortisol/stress); clinically-proven prebiotic fibers (galactooligosaccharides, GOS, Bimuno, Clasado BioSciences, UK; and galactomannan, partially hydrolyzed guar gum, PHGG, Sunfiber,

PX 02
233

*Functional Foods in Health and Disease* **2019; 9(4): 265-275**          **Page 268 of 275**

Taiyo International, Minneapolis MN USA); and selected nutrients with demonstrated mental wellness functional benefits across the gut-brain-axis, including L-theanine (Suntheanine, Taiyo International); Asian Apple Polyphenols (Applephenon, BGG, Beijing, China); French Grape Seed Polyphenols (Enovita, Indena, Milan, Italy); New Zealand Pine Bark Polyphenols (Enzogenol, Enzo, Auckland, New Zealand); and Artichoke Leaf Extract plus Ginger Root Extract (ProDigest, Indena, Milan Italy).

### Microbiome Assessment

Microbiome analysis of fecal samples was carried out using the complete *BiomeTracker* system (Wasatch Scientific, Murray, UT). Briefly, Fecal samples were obtained by nylon swab and placed into preservative binding buffer to lock the composition of bacteria in place. DNA was then purified by following the recommended procedure and using the provided DNA columns. Reaction mixtures were set up as recommended with the components provided (WS#1- WS#8), and ~20ng of DNA from each sample was added to the reaction mixtures. Samples were processed using the recommended conditions on an ABI 7500 Fast (Applied Biosystems) instrument in duplicate. Threshold values were input into the normalization/quantification template provided.

### Mood Assessment

We employed the Profile of Mood States (POMS) questionnaire [54-55] to measure 6 primary psychological factors (tension, depression, anger, fatigue, vigor, or confusion) plus the combined global mood state as an indication of subjective well-being. The POMS methodology has been used in ~3,000 studies [55], and its validity is well established [54]. The POMS profile uses 65 adjective-based intensity scales scored on a 0–4 hedonic scale (e.g. "not at all" to "extremely"). The 65 adjective responses are categorized into the 6 mood factors (tension, depression, anger, fatigue, vigor, or confusion), tabulated, scored, and analyzed. The output of the POMS questionnaire is an assessment of the positive and negative moods of each subject at baseline and post-supplementation (4 weeks).

### Data Management and Analysis

All questionnaires were mailed to a central location and transcribed to a central database. Subjects who did not complete the questionnaires or who submitted incomplete questionnaires were dropped from the study and not included in the study analysis. Data were identified by subject number and examined for accuracy and completeness. Tabulated data were analyzed with JMP 14.0 (SAS Institute, Cary, NC) using standard parametric paired t tests, and significance was assessed with a 2-tailed alpha level set at 0.05.

### RESULTS AND DISCUSSION

Following supplementation, there was a significant increase in populations of "good" bacteria in the Supplement group (+28% Lactobacillus; +30% Bifidobacterium) and overall composite score (+17%) versus Placebo ($p < 0.05$). Psychological indices were significantly improved in the Supplement group for both positive (+25% Global Mood – lower score indicates superior well-being, Figure 2A; and +44% Vigor, Figure 2B) and negative (-64% Fatigue; -55% Depression; -54% Anger; -45% Tension; -43% Confusion, Figure 2B) mood state parameters versus Placebo ($p < 0.05$).

**PX 02**

**234**

*Functional Foods in Health and Disease* **2019; 9(4): 265-275**                    **Page 269 of 275**

A



Following supplementation, there was a significant increase in populations of "good" bacteria in the Supplement group (+28% Lactobacillus, Figure 1A; +30% Bifidobacterium, Figure 1B) and overall composite score (+17%, Figure 1C) versus Placebo (p<0.05).

**Figure 1 A-C.** Microbiome Results

*Functional Foods in Health and Disease 2019; 9(4): 265-275*

A



B



Figure 2 A-B. Psychological Mood State Results

Psychological indices were significantly improved in the Supplement group for both positive (+25% Global Mood, Figure 2A; +44% Vigor, Figure 2B) and negative (-45% Tension; -55% Depression; -54% Anger; -64% Fatigue; -43% Confusion, Figure 2C) mood state parameters versus Placebo ($p < 0.05$).

PX 02
236

*Functional Foods in Health and Disease* 2019; 9(4): 265-275                              **Page 271 of 275**

Previous studies have demonstrated psychological benefits of probiotic, prebiotic, and phytobiotic formulations in healthy human volunteers, including lowered stress, anxiety and depression [14-15, 23, 39-42]. For example, dietary polyphenols/flavonoids, which have well-described benefits for cardiovascular, neurologic, and metabolic health are increasingly appreciated to also be involved in supporting gastrointestinal function and integrity by modulating microbiome balance (increase of "good" and decrease of "bad" bacteria species), which further supports mental wellness benefits through increased production and efficiency of beneficial signaling molecules [49-50]. The observed mental wellness benefits may be related to improvements in microbiome ecology [26-27, 31, 43-44, 48-50], gut integrity [29, 30, 45, 47, 48] and more efficient signaling across multiple interconnected biochemical pathways including reduced inflammation and cortisol exposure [14-16, 22, 25, 27], improved serotonin/GABA/SCFA signaling [16-17, 26-27, 32-33], enhanced immune function [27], and without noticeable or reported side effects [7, 10, 12, 14-15, 22-23, 27-28].

The last decade has seen our understanding of the interconnected and interdependent nature of the microbiome-gut-brain-axis and its role in modulating the entire mental wellness continuum from depression/anxiety to fatigue/stress to optimal mental and physical performance (e.g. vigor). Such understanding provides tantalizing potential for therapeutic interventions – as well as prevention strategies – for some of our most persistent and resistant public health challenges, including anxiety, depression, attention-deficit hypersensitivity disorder (ADHD), autism, post-traumatic stress disorder (PTSD), chronic fatigue syndrome, fibromyalgia, and many others related to chronic stress, inflammation, and immune system disruption.

## CONCLUSION

The World Health Organization has identified mental wellness issues as the leading contributor to global health burden – highlighting the urgency to develop lifestyle interventions to effectively manage depression, anxiety, and stress. These results demonstrate the close relationship between microbiome balance and psychological parameters – and the utility of targeted supplementation to positively influence the gut-brain-axis for improved mental wellness.

**List of Abbreviations:** GABA, gamma-Aminobutyric acid; PCR, Polymerase chain reaction; POMS, Profile of Mood States survey; SCFAs, Short-chain fatty acids; GOS, galactooligosaccharide; IMO isomaltooligosccharide.

**Competing Interests:** S.M.T. is an employee of Amare Global, the producer of the FundaMentals dietary supplement.

**Authors' Contributions:** S.M.T. designed the research protocol. J.T. coordinated the IRB submission, subject recruitment, and study monitoring. B.J.S. and M.J.O. performed and oversaw the microbiome assessments. All authors were involved in the preparation and presentation of these data.

**Acknowledgements and Funding:** The authors would like to thank the volunteers who contributed their samples, time, and focus to this study, including Amare Global for providing the FundaMentals dietary supplements and funding the costs associated with microbiome assessments and psychological surveys.

**PX 02**

**237**

*Functional Foods in Health and Disease* 2019; 9(4): 265-275          Page 272 of 275

## REFERENCES

1. Mayer, EA: Gut feelings: the emerging biology of gut-brain communication. Nat Rev Neurosci 2011, 12 (8): 453-466.

2. Mayer EA, Knight R, Mazmanian SK, Cryan JP, Tillisch K: Gut microbes and the brain: paradigm shift in neuroscience. J Neurosci 2014, 34 (46): 15490-15496.

3. Mayer EA, Naliboff BD, Craig AD: Neuroimaging of the brain-gut axis: from basic understanding to treatment of functional GI disorders. Gastroenterology 2006, 131 (6): 1925-1942.

4. Evrensel A, Ceylan ME: The Gut-Brain Axis: The Missing Link in Depression. Clin Psychopharmacol Neurosci 2015, 13(3): 239-44.

5. Wallace CJK, Milev R: The effects of probiotics on depressive symptoms in humans: a systematic review. Ann Gen Psychiatry 2017, 16:14.

6. McKean J, Naug H, Nikbakht E, Amiet B, Colson N: Probiotics and Subclinical Psychological Symptoms in Healthy Participants: A Systematic Review and Meta-Analysis. J Altern Complement Med 2017, 23(4):249-258.

7. Rousseaux C, Thuru X, Gelot A, et al.: Lactobacillus acidophilus modulates intestinal pain and induces opioid and cannabinoid receptors. Nat Med 2007, 3:35-37.

8. Cani PD, Plovier H, Van Hul M, Geurts L, Delzenne NM, Druart C, Everard A: Endocannabinoids--at the crossroads between the gut microbiota and host metabolism. Nat Rev Endocrinol 2016, 12(3):133-43.

9. DiPatrizio, Nicholas V: Endocannabinoids in the Gut. Cannabis and Cannabinoid Research 2016, 1(1): 67-77.

10. Steenbergen L, Sellaro R, van Hemert S, Bosch JA, Colzato LS: A randomized controlled trial to test the effect of multispecies probiotics on cognitive reactivity to sad mood. Brain Behav Immun 2015, 48: 258-64.

11. Romijn AR, Rucklidge JJ: Systematic review of evidence to support the theory of psychobiotics. Nutr Rev 2015, 73(10): 675-93.

12. Romijn AR, Rucklidge JJ, Kuijer RG, Frampton C: A double-blind, randomized, placebo-controlled trial of Lactobacillus helveticus and Bifidobacterium longum for the symptoms of depression. Aust N Z J Psychiatry 2017, 51(8): 810-821.

13. Nakagawa M, Yamamoto H, Kawaji M, Miura N, Wakame K, Endo T: Effects of lactic acid bacteria-containing foods on the quality of sleep: a placebo-controlled, double-blinded, randomized crossover study. *Functional Foods in Health and Disease* 2018, 8(12): 579-596.

14. Messaoudi M, Lalonde R, Violle N, Javelot H, Desor D, Nejdi A, et al.: Assessment of psychotropic-like properties of a probiotic formulation (Lactobacillus helveticus R0052 and Bifidobacterium longum R0175) in rats and human subjects. Br J Nutr 2011, 105(5):755-64.

15. Messaoudi M, Violle N, Bisson JF, Desor D, Javelot H, Rougeot C: Beneficial psychological effects of a probiotic formulation (Lactobacillus helveticus R0052 and Bifidobacterium longum R0175) in healthy human volunteers. Gut Microbes 2011, 2(4): 256-261.

16. Savignac HM, Tramullas M, Kiely B, Dinan TG, Cryan JF: Bifidobacteria modulate cognitive processes in an anxious mouse strain. Behav Brain Res 2015, 287: 59-72.

*Functional Foods in Health and Disease* 2019; 9(4): 265-275

17. Bravo JA, Forsythe P, Chew MV, Escaravage E, Savignac HM, Dinan TG, et al.: Ingestion of Lactobacillus strain regulates emotional behavior and central GABA receptor expression in a mouse via the vagus nerve. Proc Natl Acad Sci U S A. 2011, 108(38): 16050-5.

18. Becker AE, Kleinman A: Mental health and global agenda. NEJM 2013, 369: 66-73.

19. Ferrari AJ, Charlson FJ, Norman RE, Patten SB, Freedman G, Murray CJ, et al.: Burden of depressive disorders by country, sex, age, and year: findings from the global burden of disease study 2010. PLoS Med 2013, 10(11): e1001547.

20. World Health Organization. Mental health atlas 2011. [http://apps.who.int/iris/bitstream/10665/44697/1/9799241564359_eng.pdf]

21. Savignac HM, Couch Y, Stratford M, Bannerman DM, Tzortzis G, Anthony DC, et al.: Prebiotic administration normalizes lipopolysaccharide (LPS)-induced anxiety and cortical 5-HT2A receptor and IL1-β levels in male mice. Brain Behav Immun 2016, 52: 120-31.

22. Vulevic J, Juric A, Walton GE, Claus SP, Tzortzis G, Toward RE, et al.: Influence of galacto-oligosaccharide mixture (B-GOS) on gut microbiota, immune parameters and metabonomics in elderly persons. Br J Nutr 2015, 114(4): 586-95.

23. Schmidt K, Cowen PJ, Harmer CJ, Tzortzis G, Errington S, Burnet PW: Prebiotic intake reduces the waking cortisol response and alters emotional bias in healthy volunteers. Psychopharmacology (Berl) 2015, 232(10): 1793-801.

24. Grimaldi R, Cela D, Swann JR, Vulevic J, Gibson GR, Tzortzis G, et al.: In vitro fermentation of B-GOS: impact on faecal bacterial populations and metabolic activity in autistic and non-autistic children. FEMS Microbiol Ecol 2017, 93(2).

25. Liu Y, Gibson GR, Walton GE: An In Vitro Approach to Study Effects of Prebiotics and Probiotics on the Faecal Microbiota and Selected Immune Parameters Relevant to the Elderly. PLoS One 2016, 11(9): e0162604.

26. Grimaldi R, Swann JR, Vulevic J, Gibson GR, Costabile A: Fermentation properties and potential prebiotic activity of Bimuno® galacto-oligosaccharide (65 % galacto-oligosaccharide content) on in vitro gut microbiota parameters. Br J Nutr 2016, 116(3): 480-6.

27. Vulevic J, Juric A, Tzortzis G, Gibson GR: A mixture of trans-galactooligosaccharides reduces markers of metabolic syndrome and modulates the fecal microbiota and immune function of overweight adults. J Nutr 2013, 143(3): 324-31.

28. Vulevic J, Drakoularakou A, Yaqoob P, Tzortzis G, Gibson GR: Modulation of the fecal microflora profile and immune function by a novel trans-galactooligosaccharide mixture (B-GOS) in healthy elderly volunteers. Am J Clin Nutr 2008, 88(5):1438-46.

29. Quartarone G: Role of PHGG as a dietary fiber: a review article. Minerva Gastroenterol Dietol 2013, 59(4):329-40.

30. Giannini EG, Mansi C, Dulbecco P, Savarino V: Role of partially hydrolyzed guar gum in the treatment of irritable bowel syndrome. Nutrition 2006, 22(3): 334-42.

31. Carlson J, Gould T, Slavin J: In vitro analysis of partially hydrolyzed guar gum fermentation on identified gut microbiota. Anaerobe 2016, 42: 60-66.

32. Takagi T, Naito Y, Higashimura Y, Ushiroda C, Mizushima K, Ohashi Y, et al.: Partially hydrolysed guar gum ameliorates murine intestinal inflammation in association with modulating luminal microbiota and SCFA. Br J Nutr 2016, 116(7): 1199-1205.

**PX 02**

**239**

*Functional Foods in Health and Disease* 2019; 9(4): 265-275

33. Ohashi Y, Sumitani K, Tokunaga M, Ishihara N, Okubo T, Fujisawa T: Consumption of partially hydrolysed guar gum stimulates Bifidobacteria and butyrate-producing bacteria in the human large intestine. Benef Microbes 2015, 6(4): 451-5.

34. Gutierrez-Merino C, Lopez-Sanchez C, Lagoa R, Samhan-Arias AK, Bueno C, Garcia-Martinez V: Neuroprotective actions of flavonoids. Curr Med Chem 2011, 18(8): 1195-212.

35. Pratte MA, Nanavati KB, Young V, Morley CP: An alternative treatment for anxiety: a systematic review of human trial results reported for the Ayurvedic herb ashwagandha (Withania somnifera). J Altern Complement Med 2014, 20(12): 901-8.

36. Kalman DS, Feldman S, Feldman R, Schwartz HI, Krieger DR, Garrison R: Effect of a proprietary Magnolia and Phellodendron extract on stress levels in healthy women: a pilot, double-blind, placebo-controlled clinical trial. Nutr J 2008, 7:11.

37. Xie W, Zhang X, Wang T, Hu J: Botany, traditional uses, phytochemistry and pharmacology of Apocynum venetum L. (Luobuma): A review. J Ethnopharmacol 2012, 141(1): 1-8.

38. Nell H, Siebert M, Chellan P, Gericke N: A randomized, double-blind, parallel-group, placebo-controlled trial of Extract Sceletium tortuosum (Zembrin) in healthy adults. J Altern Complement Med 2013, 19(11): 898-904.

39. Unno K, Tanida N, Ishii N, Yamamoto H, Iguchi K, Hoshino M, et al.: Anti-stress effect of theanine on students during pharmacy practice: positive correlation among salivary α-amylase activity, trait anxiety and subjective stress. Pharmacol Biochem Behav 2013, 111:128-35.

40. White DJ, de Klerk S, Woods W, Gondalia S, Noonan C, Scholey AB: Anti-Stress, Behavioural and Magnetoencephalography Effects of an L-Theanine-Based Nutrient Drink: A Randomised, Double-Blind, Placebo-Controlled, Crossover Trial. Nutrients 2016, 8(1).

41. Kimura K, Ozeki M, Juneja LR, Ohira H: L-Theanine reduces psychological and physiological stress responses. Biol Psychol 2007, 74(1): 39-45.

42. Ataka S, Tanaka M, Nozaki S, Mizuma H, Mizuno K, Tahara T et al.: Effects of Applephenon and ascorbic acid on physical fatigue. Nutrition 2007, 23(5): 419-23.

43. Koutsos A, Tuohy KM, Lovegrove JA: Apples and cardiovascular health--is the gut microbiota a core consideration? Nutrients 2015, 7(6): 3959-98.

44. Espley RV, Butts CA, Laing WA, Martell S, Smith H, McGhie TK, et al.: Dietary flavonoids from modified apple reduce inflammation markers and modulate gut microbiota in mice. J Nutr 2014, 144(2): 146-54.

45. Graziani G, D'Argenio G, Tuccillo C, Loguercio C, Ritieni A, Morisco F, et al.: Apple polyphenol extracts prevent damage to human gastric epithelial cells in vitro and to rat gastric mucosa in vivo. Gut 2005, 54(2): 193-200.

46. Liu W, Zhao S, Wang J, Shi J, Sun Y, Wang W, et al.: Grape seed proanthocyanidin extract ameliorates inflammation and adiposity by modulating gut microbiota in high-fat diet mice. Mol Nutr Food Res 2017.

47. Gil-Cardoso K, Ginés I, Pinent M, Ardévol A, Arola L, Blay M, et al.: Chronic supplementation with dietary proanthocyanidins protects from diet-induced intestinal alterations in obese rats. Mol Nutr Food Res 2017.

**PX 02
240**

*Functional Foods in Health and Disease* 2019; 9(4): 265-275                    **Page 275 of 275**

48. Zhou L, Wang W, Huang J, Ding Y, Pan Z, Zhao Y, et al.: In vitro extraction and fermentation of polyphenols from grape seeds (Vitis vinifera) by human intestinal microbiota. Food Funct 2016, 7(4): 1959-67.

49. Anhê FF, Varin TV, Le Barz M, Desjardins Y, Levy E, Roy D, et al.: Gut Microbiota Dysbiosis in Obesity-Linked Metabolic Diseases and Prebiotic Potential of Polyphenol-Rich Extracts. Curr Obes Rep 2015, 4(4): 389-400.

50. Klinder A, Shen Q, Heppel S, Lovegrove JA, Rowland I, Tuohy KM: Impact of increasing fruit and vegetables and flavonoid intake on the human gut microbiota. Food Funct 2016, 7(4): 1788-96.

51. Marchesi JR, Adams DH, Fava F, Hermes GD, Hirschfield GM, Hold G, et al.: The gut microbiota and host health: a new clinical frontier. Gut 2016, 65(2): 330-9.

52. Petra AI, Panagiotidou S, Hatziagelaki E, Stewart JM, Conti P, Theoharides TC: Gut-Microbiota-Brain Axis and Its Effect on Neuropsychiatric Disorders With Suspected Immune Dysregulation. Clin Ther 2015, 37(5): 984-95.

53. Caracciolo B, Xu W, Collins S, Fratiglioni L: Cognitive decline, dietary factors and gut-brain interactions. Mech Ageing Dev 2014, 136-137: 59-69.

54. McNair DM, Lorr M, Droppleman LF: Manual for the Profile of Mood States. San Diego, CA: Educational and Industrial Testing Services; 1971.

55. Leunes A: Updated bibliography on the profile of mood states in sport and exercise psychology research. J Appl Sport Psychol 2000, 12:110–113.

# EXHIBIT 4

PX 02
242

PX 02
243

# EXHIBIT 5

PX 02
244



**STRONG & HANNI**
**LAW FIRM**

ESTABLISHED 1888

T (801) 532-7080
F (801) 405-4075

WWW.STRONGANDHANNI.COM

PAUL M. BELNAP
STUART H. SCHULTZ
MARK S. SWAN
BRIAN C. JOHNSON 2
JENNIFER L. FALK
STEPHEN J. TRAYNER
STANFORD P. FITTS 21
PETER H. CHRISTENSEN 14 21
ROBERT L. JANICKI 5
REID W. LAMBERT 17
ZACHARY T. SHIELDS
NANCY A. MISMASH
KRISTIN A. VANORMAN
KENT M. BROWN 5
PETER H. BARLOW
MICHAEL L. FORD 4 5 18 21
GRADEN P. JACKSON 5
H. SCOTT JACOBSON
MICHAEL J. MILLER 8 8 19
ANDREW D. WRIGHT
BYRON G. MARTIN 5 19
BENJAMIN P. THOMAS
DARCY M. GODDARD 6 12
MICHAEL D. STANGER 10
A. JOSEPH SANO
JAMES C. THOMPSON
KARMEN C. SCHMID
LORI A. JACKSON
JEREMY G. KNIGHT 5
WILLIAM B. INGRAM
RYAN P. ATKINSON 21

JENNIFER R. CARRIZAL
JOHN M. ZIDOW
ANDREW B. McDANIEL
SADÉ A. TURNER 5
CASEY W. JONES
RYAN C. BULLOCK 3
J. TYLER MARTIN 9
KATHLEEN J. ABKE 4 8
MARSHALL J. HENDRICKSON
CHET W. NEILSON 2
S. SPENCER BROWN
RON W. HAYCOCK, JR.
MATTHEW A. JONES 11
RICHARD B. LEVERETT 6
MATT W. HARRISON
NICHOLAS E. DUDOICH
WHITLIE L. KAUFFMAN
JESSICA J. JOHNSTON
AXEL TRUMBO
CASSIDY R. ELLIS 10
SCARLET R. SMITH 21
STEVEN M. EDMONDS 19
R. JESSE DAVIS
RYAN M. STEPHENS
ABRA L. BELKE 25 26
NICHOLAS R. REMKES 9
KAILEEN M. BALZANO 12
AARON H. SMITH 16
DUSTIN M. JOHNSON
SPENCER W. YOUNG 16

ALEC C. PIZANO 7
SHAYLA A. SLAYMAKER 24
SIDNEY R. HORROCKS 3 14
SPENCER D. BROWN
T. RYDER HATHAWAY
SAVANNA JONES
CONNOR S. FLINDERS
SHAYLA TOLEDO BOWLES 22 23 25
MARISSA R. NUNEZ 16
DAVIS P. POPE
ELLEN H. WELCH
JEFFERY D. WILLIAMS 15
MASON L. GARDNER
CONNOR J. KELLER
BRIEN J. BROCKBANK
JORDAN T. GREENBURG
JONATHAN A. MENA
YIHAO (OLIVER) YUN
DEVIN H. GEIER
AUBREY J. AHLSTROM
WESLEY J. ALEXANDER
JULIANNE H. COOMER
NATHAN C. GARDNER
KALIN C. GODWIN
BRITTNEY A. GRAFF
MCKINZIE J. OWEN
NOAH J. QUIST
DEREK E. RODRIGUEZ
ELI M. LEGGETT 20
JONATHON C. MAWYER

1 ALSO MEMBER ARIZONA BAR
2 ALSO MEMBER CALIFORNIA BAR
3 ALSO MEMBER COLORADO BAR
4 ALSO MEMBER DISTRICT OF COLUMBIA BAR
5 ALSO MEMBER IDAHO BAR
6 ALSO MEMBER INDIANA BAR
7 ALSO MEMBER MINNESOTA BAR
8 ALSO MEMBER MONTANA BAR
9 ALSO MEMBER NEBRASKA BAR
10 ALSO MEMBER NEVADA BAR
11 ALSO MEMBER NEW MEXICO BAR
12 ALSO MEMBER NEW YORK BAR
13 ALSO MEMBER OREGON BAR
14 ALSO MEMBER PENNSYLVANIA BAR
15 ALSO MEMBER SOUTH CAROLINA BAR
16 ALSO MEMBER TEXAS BAR
17 ALSO MEMBER U.S. SUPREME COURT BAR
18 ALSO MEMBER VIRGINIA BAR
19 ALSO MEMBER WASHINGTON BAR
20 ALSO MEMBER WEST VIRGINIA BAR
21 ALSO MEMBER WYOMING BAR
22 MEMBER ARIZONA BAR ONLY
23 MEMBER MONTANA BAR ONLY
24 MEMBER NEBRASKA BAR ONLY
25 MEMBER NORTH DAKOTA BAR ONLY
26 MEMBER WASHINGTON BAR ONLY

OF COUNSEL
--------------
PHILIP R. FISHLER
ROGER H. BULLOCK
STEVEN T. DENSLEY
R. SCOTT WILLIAMS
--------------
GORDON R. STRONG (1909–1969)
GLENN C. HANNI (1923–2015)

March 10, 2025

Abbey Thornhill Wallace                    *VIA EMAIL: athornhill@ftc.gov*
Christopher J. Erickson                              *cerickson@ftc.gov*
Division of Enforcement
U.S. Federal Trade Commission
600 Pennsylvania Ave NW, CC-6316
Washington, DC  20580

Re:    *FTC v. Window Rock Enterprises, Inc., et al.*
       Case No. 2:04-cv-08190-DSF-JTL (C.D. Cal.)

Dear Ms. Wallace and Mr. Erickson:

I write regarding the above-referenced matter and in specific response to your letter to my client's previous counsel dated February 7, 2025. Let me address, in an organized fashion, responses to your letter as follows:

1. <u>Deficiencies</u>. This letter reaffirms that Dr. Talbott has done a thorough search of all the documents, emails, and other requests in his possession, whether electronic or otherwise. As you know, Dr. Talbott separated from Amare on or about October 11, 2024. Later that month he purchased a new laptop and traded in his old laptop. No inquiry was made by you or Amare until months after that laptop had been traded in.

   Other than the few research studies that Dr. Talbott has already produced to the FTC, Dr. Talbott did not transfer over any Amare files prior to trading in his old laptop. In an effort to locate any additional Amare files in his possession, Dr. Talbott recently purchased a file recovery software to help him search across all of his files. Such

SALT LAKE CITY OFFICE
102 SOUTH 200 EAST, SUITE 800
SALT LAKE CITY, UT 84111

Page 1 of 16

SANDY OFFICE
9350 SOUTH 150 EAST, SUITE 500
SANDY, UT  84070

PX 02
245

Page 2

software further confirmed that Dr. Talbott does not have any additional Amare related documents.

Our client tried to keep all of his correspondence related to Amare on his Amare email (*stalbott@amare.com*) but any stray communication that went through his personal email (*smtalbott@mac.com*) would have already been produced or is being produced with this letter. While Dr. Talbott no longer has access to his work email, he understands that his work email was provided through a Microsoft service and believes that Amare should still have access to it.

As for claim substantiation materials that Dr. Talbott believes are in Amare's possession, the company should have relevant Formula Forms as well as Technical Data Sheets (TDS).

   a.  Formula Forms. When Dr. Talbott worked for Amare, he and two other R&D coworkers (Michael Quach and Daniela Perez) would typically be responsible for creating an initial draft formula. The initial draft formulas would be developed with the help of Amare's contract manufacturers and ingredient suppliers. This was a very collaborative process involving lots of individuals.

   Once a formula was finalized, that formula would be signed off through a specific form that would be circulated to various department leaders, including R&D (Dr. Talbott and Michael Quach), quality (Andrew Trainor), operations (Jason Dewey), marketing (Andrea Neipp), sales (Gabriel Sanchez or Oliver Dibblee), regulatory (Julie Hunter), CEO (Jared Turner), and finance (Kent Wood). These forms would then be uploaded to Amare's OneDrive so that they could be accessed as needed by different departments.

   b.  Technical Data Sheets. Amare also maintained Technical Data Sheets that were used by Amare's marketing department to generate claims for each product. The Technical Data Sheets consisted of a collection of all the research studies for each of the ingredients used in product formulas.

   Dr. Talbott recalls that the TDS for each product used to be posted on the product's webpage. This would allow a customer to download the TDS for any particular product to see all the studies in support of the claims for that product. However, a few years ago, Julie Hunter had all of the TDS documents removed from the product pages. That said, these documents continued to be available to Amare's brand partners and employees via Amare's OneDrive.

   Because new studies were continuously added to the TDS documents, Dr. Talbott would often reach out Michael Quach, Daniela Perez, Barbara Nouss (education), or Ashley Rasmussen (document control) for the most recent

PX 02
246

Page 3

document. As the director of R&D, Michael Quach should be able to produce any product formula or TDS within seconds. As head of regulatory, Julie Hunter was ultimately in charge of approving all claims and should also be able to provide these documents.

2. <u>Information Request No. 6</u>. Dr. Talbott facilitated four studies related to Amare products. Dr. Talbott previously produced all documentation in his possession with respect to these studies. That said, below is a summary of how subjects were recruited for each of those studies.

   a. <u>Fundamentals 2019</u>. The study was titled "*Effect of coordinated probiotic/prebiotic supplementation on microbiome balance and psychological mood states in healthy stressed adults*" and was published in Functional Foods in Health and Disease as well as presented at scientific conferences such as the American College of Sports Medicine and Experimental Biology. The subjects for this study were recruited from Treehouse Athletic Club in Draper, Utah. Dr. Talbott and his wife were members there and Dr. Talbott taught nutrition classes for the club's personal trainers. Dr. Talbott and his wife hung flyers and setup tables in the lobby to tell people about the study and see if they wanted to join a study testing a supplement regimen's ability to improve mood and mental wellness.

   b. <u>Project B3 2020</u>. This study was titled "*Modulation of Gut-Brain Axis Improves Microbiome, Metabolism, and Mood*" and was published in Functional Goods and Health and Disease as well as presented at scientific conferences such as the International Society for Nutritional Psychiatry Research. The subjects for this study were recruited in the same manner as those for the Fundamentals 2019 study (see above section (a)).

   c. <u>Kids Mood 2020</u>. This study was titled "*Targeted Dietary Supplementation Improves Mental Performance in Children*" and was presented at the Experimental Biology Scientific Conference. The subjects for this study were children of individuals who were part of the Amare Medical Advisory Board and/or were health professionals. These individuals, including Michelle Massa MD, Andrea Armstrong DC, Jess Royston HC, and others, had children who were not diagnosed with ADHD, but who might benefit from mood/focus benefits. The product tested contained a key ingredient of saffron, an ingredient containing positive data for mood/focus. This study consisted of 10 children.

   d. <u>MentaHeart 2020</u>. This study was titled "*Optimization of Heart-Brain Axis Signaling Improves Mental and Physical Performance*" and was presented at the American College of Sports Medicine Conference. This study was conducted with the help of Lindsey Faucette DO and Courtney Talbott. Dr.

**PX 02**

**247**

Page 4

> Faucette has a medical clinic in San Luis Obispo and was an Amare distributor as well as a member of the Amare Medical Advisory Board. Courtney Talbott is Dr. Talbott's daughter and was a nutrition student at CalPoly at the time of the study. The subjects were recruited from Dr. Faucette's clinic and Courtney Talbott performed the heart rate variability assessments.

3. <u>Information Request No. 9</u>. Dr. Talbott started working for Amare in January 2017 and believes that the Order related discussions with Hiep Tran, Rich Higbee, Mike Brown, Mark Nyguen, and Pat Hintze all took place around that time. These listed individuals were all founders of Amare. While Dr. Talbott does not recall specifics of those conversations, he knows that all of these individuals were well-aware of the Order and its requirement that Dr. Talbott not make unsubstantiated claims for dietary supplements.

   As a result of these conversations, Amare created a blurb for its customer service agents to use in the event that someone googled Dr. Talbott and had questions about the Cortislim case from 20 years ago. Dr. Talbott recalls that the blurb was a few sentences long and essentially indicated that Amare was fully aware of the case and was in support of Dr. Talbott. Our client does not recall any circumstances in which this blurb was ever used and does not recall any further relevant discussions with respect to the Order.

4. <u>Requests for Communications (Document Request Nos. 5-14, 18-19)</u>. We confirm that our client conducted a thorough search for relevant text messages in his phone but that he did not find any responsive communications. While Dr. Talbott received numerous text messages from Amare distributors with questions, his routine practice was to delete these text messages after responding to them.

5. <u>Document Request Nos. 5, 12, and 14</u>. We recognize that the prior communications produced by Dr. Talbott mistakenly excluded communications *sent* by him. This exclusion was done inadvertently. As such, a full new production of the search results is included with this letter.

6. <u>Document Request Nos. 15-17</u>. The only sales documents Dr. Talbott would have had access to as an employee of Amare consisted of a single slide that would be sent to him each month from Amare's sales department. Dr. Talbott would regularly add this slide as the closing slide to his regular *science deep dive* educational lectures. These lectures would occur on a periodic basis, sometimes weekly and sometimes monthly, and covered some aspect of mental wellness such as microbiome, gut-brain-axis, stress, etc. These lectures were not sales presentations. Furthermore, the last slide would often not relate to the topic of the lecture. Instead, this final slide was only meant to remind viewers of whatever the monthly sales promotion was (usually a free product or free shipping with a certain purchase).

**PX 02**

**248**

Page 5

As stated at the beginning of this letter, Dr. Talbott traded in his old laptop and does not have access to any other Amare documents other than what has already been produced.

With respect to Dr. Talbott's courses at Marietta College called *Certified Mental Wellness Coach*, *Mental Wellness 101*, *3 Brains*, etc., none of these courses promote Amare products. In fact, our client has gone out of his way to inform students that the courses are product agnostic and do not promote any specific company or brand, but rather focus on the specific research-backed ingredients that support gut health and mental wellness. These courses are approved by the National Academy of Sports Medicine (NASM), Athletics and Fitness Association of America (AFAA), American Institute of Stress (AIS), American Nutrition Association (ANA), and the National Association of Nutritional Professionals (NANP). The courses would not be eligible for approval by these third party organizations if the courses promoted Amare products.

As for the 3 Waves Wellness Center, we hereby confirm that Dr. Talbott does not and has not promoted Amare products there in any way other than having some of Amare's energy drink packets sitting on top of the water cooler. 3 Waves Wellness is a bed and breakfast that Dr. Talbott runs with his wife in Plymouth, MA. The bed and breakfast has always been a separate business from Amare. On one occasion, Amare paid for around twenty employees to stay at 3 Waves Wellness as a reward to those employees.

7. Document Request No. 19. Aside from the emails produced, our client is not in possession of and is not aware of any additional documents and communications related to his resignation.

As for your request on social media posts that Dr. Talbott posted relating to his departure from the Company, we hereby confirm that Dr. Talbott only posted 1 video on Instagram regarding his departure. The video is still posted on Instagram and can be viewed through the following link: https://www.instagram.com/doctalbott/reel/DCulXC_MOTX/. Our client posted the video on November 23, 2024 at the request of Amare. Amare provided Dr. Talbott with a script for the video and instructed him to wait until November 22, 2024 to post the video so that they could announce his departure to their distributors.

8. Information Request 13. Dr. Talbott has refrained from deleting any Amare related emails and documents. Furthermore, Dr. Talbott compiled all relevant documents into a google drive. Dr. Talbott also notified his social media associate of the FTC's letter and instructed him to refrain from deleting any Amare content.

**PX 02**

**249**

Page 6

Information Request 14. Dr. Talbott has conducted searches on his personal email and in his phone messages for any Amare related communications and documents. As stated earlier in this letter, Dr. Talbott recently purchased a file recovery software to help him search across all of his files. Such software further confirmed that Dr. Talbott does not have any additional Amare related documents.

9.  Information Request 15. As stated in more detail at the beginning of this letter, Dr. Talbott traded in the laptop that he used for Amare business. Dr. Talbott traded the laptop in before he became aware of the FTC's investigation. He no longer has access to this device.

    While Dr. Talbott used his phone to respond to Amare text messages, it was his practice to delete these texts after responding to them. Our client has conducted a thorough search for any related text messages and was unable to find any relevant communications.

10. Information Request 16. Since leaving Amare, Dr. Talbott has been pressed to remove anything that would associate him with Amare. Dr. Talbott has removed hundreds of videos, blogs, and social media posts. The posts that were removed prior to the FTC's December 13 were immediately deleted. As for any posts that were removed after the letter, our clients believes that they were simply "hidden" or made "private" by his social media associate so that they could still be accessed if necessary.

11. Information Request 17. We confirm that our client has reviewed the table provided by the FTC and that all such documents appear to be the same documents he intended to reference.

12. Document Request No. 20. Our client does not have any of these articles, publications, or studies in his possession. That said, Dr. Talbott believes that all of these documents are publicly available online.

13. Document Request No. 21. We confirm that Dr. Talbott has produced all non-privileged communications with Amare and its representatives since his separation from the company.

14. Document Request No. 22.  Dr. Talbott has notified his social media manager about this request and is in the process of determining if a list of deleted content can be put together.

**PX 02**

**250**

Page 7

We reiterate that our client takes the FTC's investigation seriously and that he will continue to comply with the FTC's requests. Should you require any further information or clarification, please do not hesitate to contact the undersigned.

Sincerely,

STRONG & HANNI

By _____
Graden P. Jackson
Marissa R. Nunez

**PX 02**
**251**



PAUL M. BELNAP
STUART H. SCHULTZ
MARK S. SWAN
BRIAN C. JOHNSON [2]
JENNIFER L. FALK
STEPHEN J. TRAYNER
STANFORD P. FITTS [18]
PETER H. CHRISTENSEN [12 18]
ROBERT L. JANICKI [5]
REID W. LAMBERT
ZACHARY T. SHIELDS
NANCY A. MISMASH
KRISTIN A. VANORMAN
KENT M. BROWN [5]
PETER H. BARLOW [5]
MICHAEL L. FORD [4 5 15 18]
GRADEN P. JACKSON
H. SCOTT JACOBSON
MICHAEL J. MILLER [8 7 16]
ANDREW D. WRIGHT
BYRON G. MARTIN [5 16]
BENJAMIN P. THOMAS
DARCY M. GODDARD [6 11]
MICHAEL D. STANGER [9]
A. JOSEPH SANO
JAMES C. THOMPSON
KARMEN C. SCHMID
LORI A. JACKSON
JEREMY G. KNIGHT [5]
WILLIAM B. INGRAM
RYAN P. ATKINSON [18]

JENNIFER R. CARRIZAL
JOHN M. ZIDOW
ANDREW B. McDANIEL
SADÉ A. TURNER [5]
CASEY W. JONES
RYAN C. BULLOCK [1]
KATHLEEN J. ABKE [8 7]
MARSHALL J. HENDRICKSON
CHET W. NEILSON [2]
S. SPENCER BROWN
RON W. HAYCOCK, JR.
MATTHEW A. JONES [10]
MATT W. HARRISON
NICHOLAS E. DUDOICH
WHITLIE L. KAUFFMAN
JESSICA J. JOHNSTON
AXEL TRUMBO
CASSIDY R. ELLIS [9]
SCARLET R. SMITH [18]
STEVEN M. EDMONDS [16]
R. JESSE DAVIS
RYAN M. STEPHENS
ABRA L. BELKE [20 24]
NICHOLAS R. REMKES [8]
KAILEEN M. BALZANO [11]
AARON H. SMITH [11]
DUSTIN M. JOHNSON [7]
SPENCER W. YOUNG [14]
ALEC C. PIZANO [8]
SHAYLA A. SLAYMAKER [8]

SIDNEY R. HORROCKS [8 18]
SPENCER D. BROWN
T. RYDER HATHAWAY
SAVANNA JONES
CONNOR S. FLINDERS
SHAYLA TOLEDO BOWLES [19 21 22]
MARISSA R. NUNEZ [14]
DAVIS P. POPE
ELLEN H. WELCH
JEFFERY D. WILLIAMS
MASON L. GARDNER
CONNOR J. KELLER
BRIEN J. BROCKBANK
JORDAN T. GREENBURG
JONATHAN A. MENA
YIHAO (OLIVER) YUN
DEVIN H. GEIER
AUBREY J. AHLSTROM
JEHICOB TORRES
BREEZE K. PARKER
WESLEY J. ALEXANDER
JULIANNE H. COOMER
NATHAN C. GARDNER
BRITTNEY A. GRAFF
MCKINZIE J. OWEN
NOAH J. QUIST
DEREK E. RODRIGUEZ
BROOKLYN R. LINDSEY
ELI M. LEGGETT [17]
JONATHON C. MAWYER

1 ALSO MEMBER ARIZONA BAR
2 ALSO MEMBER CALIFORNIA BAR
3 ALSO MEMBER COLORADO BAR
4 ALSO MEMBER DISTRICT OF COLUMBIA BAR
5 ALSO MEMBER IDAHO BAR
6 ALSO MEMBER MINNESOTA BAR
7 ALSO MEMBER MONTANA BAR
8 ALSO MEMBER NEBRASKA BAR
9 ALSO MEMBER NEVADA BAR
10 ALSO MEMBER NEW MEXICO BAR
11 ALSO MEMBER NEW YORK BAR
12 ALSO MEMBER OREGON BAR
13 ALSO MEMBER PENNSYLVANIA BAR
14 ALSO MEMBER TEXAS BAR
15 ALSO MEMBER VIRGINIA BAR
16 ALSO MEMBER WASHINGTON BAR
17 ALSO MEMBER WEST VIRGINIA BAR
18 ALSO MEMBER WYOMING BAR
19 MEMBER ARIZONA BAR ONLY
20 MEMBER MONTANA BAR ONLY
21 MEMBER NORTH DAKOTA BAR ONLY
22 MEMBER WASHINGTON BAR ONLY

OF COUNSEL
----------------
PHILIP R. FISHLER
ROGER H. BULLOCK
STEVEN T. DENSLEY
R. SCOTT WILLIAMS
----------------
GORDON R. STRONG (1909–1969)
GLENN C. HANNI (1923–2015)

ESTABLISHED 1888

T (801) 532-7080
F (801) 405-4075

WWW.STRONGANDHANNI.COM

May 28, 2025

Abbey Thornhill Wallace
Christopher J. Erickson
Division of Enforcement
U.S. Federal Trade Commission
600 Pennsylvania Ave NW, CC-6316
Washington, DC 20580

*VIA EMAIL:* **athornhill@ftc.gov**
**cerickson@ftc.gov**

Re:     *FTC v. Window Rock Enterprises, Inc., et al.*
        Case No. 2:04-cv-08190-DSF-JTL (C.D. Cal.)

Dear Ms. Wallace and Mr. Erickson:

We write regarding the above-referenced matter and in response to your letter dated April 28, 2025. Below are responses to each of your additional information and document requests.

**Information Request 18**: This spreadsheet contains the raw data and data analysis for the research results of Dr. Talbott's study. We confirm that this document contains the data underlying the published study Talbott, S., et al., *Effect of coordinated probiotic/prebiotic/phytobiotic supplementation on microbiome balance and psychological mood state in healthy stressed adults*, Functional Foods in Health and Disease 2019; 9(4): 265-275.

**Information Request 19**: This document is a poster presentation delivered at the American College of Sports Medicine Annual Scientific Conference in 2020. There is no published full-length paper that is related to this poster presentation.

**Document Requests 23-25**: We understand that these document requests ask for all executed informed consent documents related to certain studies. While Dr. Talbott and his team compiled

SALT LAKE CITY OFFICE
102 SOUTH 200 EAST, SUITE 800
SALT LAKE CITY, UT 84111

Page 8 of 16

SANDY OFFICE
9350 SOUTH 150 EAST, SUITE 500
SANDY, UT 84070

PX 02
252

Page 2

these hard-copy papers prior to each study, the documents were not kept beyond the completion of each relevant study. Subjects would complete the informed consent forms, sign them, and return them to Dr. Talbott's team. Our client's team then maintain these documents until the relevant study was completed. The team would then destroy these documents containing personal information about medication and health status as there was no further reason to keep them on file after the study was completed. As such, Dr. Talbott does not have any corresponding documents to Document Requests 23-25.

We assure you that our client takes these requests seriously and intends to continue to fully cooperate with the FTC's investigation. Please feel free to reach out to the undersigned should you have any additional questions or requests.

Sincerely,

STRONG & HANNI

By_____
Graden P. Jackson
Marissa R. Nunez

PX 02
253



**PX 02**
**254**



PX 02
255

PX 02

PX 02
256

PX 02
257

Page 13 of 16

Page 14 of 16



Page 15 of 16



Page 16 of 16

PX 02
260

# EXHIBIT 6

See PX028 at 10-16

PX 02
261

# EXHIBIT 7

PX 02
262

# Example 1

To Be Provided in Native

Format at PX23

# Example 2

## To Be Provided in Native

## Format at PX19

**PX 02**
**264**

# Example 3

To Be Provided in Native

Format at PX237

PX 02
265

# Example 4

## To Be Provided in Native

## Format at PX58

# Example 5



# drink your
# **HAPPY** JUICE

The **Happy Juice Pack** is a delicious combo of our most popular products and earned the nickname "Happy Juice" by our customers. Amare's unique proprietary blends combine nutrients for your gut designed to support balance, energy & motivation. Nutrients for your gut that will make your microbiome smile, from the inside out.

## WHY YOU NEED IT

- Supports mood & motivation*
- Provides overall health for the second brain (gut)*
- Enhances mental performance*
- Provides the fuel needed for a highly productive day*

## WHAT IT IS

Targeted probiotics, prebiotics, & phytobiotics in a delicious drink filled with all-natural nootropics that support motivation.*

## HOW IT WORKS

- **MentaBiotics:** supports gut health, stress resilience & positive mood*
- **Amare EDGE:** all-natural nootropics to support motivation*
- **Energy+:** caffeine-free support for mental energy & physical performance, without jitters or crash*

## your recipe
## for **HAPPY JUICE!**

Mix together MentaBiotics, Amare EDGE, & Energy+ in 8-16 oz. of water & enjoy your happy! :)

*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE, OR PREVENT ANY DISEASE.





## combination of

## THREE BELOVED PRODUCTS



### MENTABIOTICS

- Balance the gut with MentaBiotics
- Packed with "happy" probiotics & prebiotics
- Supports lower cortisol, enhanced calmness, less anxiety, & more serotonin, GABA & dopamine production*

  Learn more about MentaBiotics >

### AMARE EDGE

- The all-natural nootropic that supports motivation*
- 3 synergistically powerful ingredients — Mango Leaf, Lychee Fruit, & Palm Fruit
- Supports mental flow, body & mind endurance, & better neuron regeneration*

  Learn more about Amare EDGE >

### ENERGY+

- Available in Original (Pomegranate Lime) & Sugar-Free (Dragon Fruit) — BOTH ARE DELICIOUS!
- Both include the Amare Gut-Brain Axis (GBX) Proprietary Blend — Applephenon® Asian Apple, Enovita® French Grape, & Enzogenol® New Zealand Pine Bark
- Delivers smooth, clear, clean, focused, reliably awesome all-natural energy*

  Learn more about Energy+ >

## Smile. From the inside out. :)
#AmareHappyJuice



*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE, OR PREVENT ANY DISEASE.

 Sugar Free Caffeine Free

 No Preservatives, Artificial Colors, Flavors, or Sweeteners

 Non-GMO Gluten Free

 All Natural Sustainably Sourced Vegan

**PX 02**
**269**

# Example 6



## nutrition*



 **AMARE'S FLAGSHIP PRODUCT**

 **SUPPORTS FEEL-GOOD NEUROTRANS-MITTERS***

 **INCREASES GOOD BACTERIA***

### The most comprehensive combination of unique strains of probiotics, prebiotics, and phytobiotics that have been scientifically shown to improve mental wellness.*

Mental wellness has been misunderstood for a long time. New science shows that our levels of happiness vs. sadness, optimism vs. pessimism, togetherness vs. loneliness are not just all in our head – in fact, a key contributor to mental wellness is determined by what is going on in our second brain – our gut. This new science is the foundation for our flagship and exclusive product – MentaBiotics, which is featured in the world's first award-winning gut-brain axis nutrition system - the Amare FundaMentals Pack!

MentaBiotics is the first product of its kind that combines newly discovered specific strains of **probiotics** (good bacteria), **prebiotics** (encourage growth of good bacteria) and **phytobiotics** (protect good bacteria) in a premium all-natural dietary supplement that has been scientifically proven to optimize mental wellness.

MentaBiotics supports the growth and vitality of a range of friendly gut bacteria to increase the production of "feel-good" neurotransmitters, such as dopamine and serotonin. In fact, 90% of our serotonin, the primary neurotransmitter responsible for happiness & mood, is actually produced and located in our gut.

Science has proven that what is going on in your gut directly contributes to your mental wellness via the gut-brain axis. Knowledge is power, and we now have the power to take control of our health in new ways! Don't go another day of your life without feeding your gut with the cutting-edge probiotics, prebiotics, and phytobiotics featured in MentaBiotics!*

†Featured in the World's First Award-Winning Gut-Brain Axis Nutrition System, The FundaMentals Pack

1. Improves aspects of mental wellness by populating the microbiome with specific strains of probiotics and prebiotics*

2. Supports the growth and vitality of a range of beneficial gut bacteria*

3. Promotes healthy stress response and promotes a positive mood*

4. Helps normalize gut, immune, and brain function*

5. Ingredients shown to improve mood and reduce tension in human clinical trials*

### Item Code(s):

| | |
|---|---|
| MentaBiotics: | S001 |
| MentaBiotics (Sugar-Free): | S001-02 |

### WHAT IS THIS LABEL PATTERN?

**MENTABIOTICS**
Specific strains of healthy bacteria (probiotics) and specialized fibers (prebiotics) that play an important role in your overall mental and physical well-being.





*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE, OR PREVENT ANY DISEASE.

© 2023, AMARE GLOBAL® ALL RIGHTS RESERVED

PX 02
271



# SCIENCE & INFORMATION

## KEY INGREDIENTS ARE CLINICALLY PROVEN TO:



**60%** Decrease in irritability scores*‡
**55%** Decrease in anxiousness scores*‡
**50%** Decrease in negative mood scores*‡
**49%** Reduction in overall distress*‡



**70%** Increase in "good" bacteria*‡



Improves overall mood by increasing positive mood and decreasing negative mood*‡

‡BASED ON KEY INGREDIENTS CLINICAL STUDIES

## GUT - BRAIN - AXIS

The growth and vitality of healthy beneficial bacteria in the gut is a key component to overall well-being.

*Lactobacillus Rhamnosus R0011* (STRESS)*
Promotes healthy stress response by lowering cortisol exposure & improves GABA neurotransmission*

*Bifidobacterium Longum R0175* (ANXIETY/COGNITION)*
Enhances calmness by decreasing anxiousness indices & improves cognitive function*

*Lactobacillus Helveticus R0052* (MOOD)*
Improves mood by supporting a healthy neuro-inflammation response & increasing serotonin*

## KEY STUDIES

Messaoudi M, Lalonde R, Violle N, Javelot H, Desor D, Nejdi A, Bisson JF, Rougeot C, Pichelin M, Cazaubiel M, Cazaubiel JM. Assessment of psychotropic-like properties of a probiotic formulation (Lactobacillus helveticus R0052 and Bifidobacterium longum R0175) in rats and human subjects. Br J Nutr. 2011 Mar;105(5):755-64.

Vulevic J, Drakoularakou A, Yaqoob P, Tzortzis G, Gibson GR. Modulation of the fecal microflora profile and immune function by a novel trans-galactooligosaccharide mixture (B-GOS) in healthy elderly volunteers. Am J Clin Nutr 2008;88:1438-46.

Vulevic J, Juric A, Walton GE, Claus SP, Tzortzis G, Toward RE, Gibson GR. Influence of galacto-oligosaccharides mixture (B-GOS) on gut microbiota, immune parameters and metabonomics in elderly subjects. Brit J Nutr 2015;114:586-95.

Schmidt K, Cowen PJ, Harmer CJ, Tzortzis G, Errington S, Burnet PWJ. Prebiotic intake reduces the waking cortisol response and alters emotional bias in healthy volunteers Psychopharmacology 2015;232:1793-1801.

*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE, OR PREVENT ANY DISEASE.

© 2023, AMARE GLOBAL® ALL RIGHTS RESERVED

**PX 02**
**272**

# SCIENCE & INFORMATION



## MW3™ Prebiotic & Probiotic Proprietary Blends



MentaBiotics® provides gut support through our **MW3™ Prebiotic Proprietary Blend**, which is specifically formulated to feed the bacteria in our **MW3™ Probiotic Proprietary Blend.***



### MW3 Probiotic Proprietary Blend
Our blend contains unique and specific probiotic strains targeted to enhance overal mental wellness.*

**MW3 Probiotic Strains:**
*Lactobacillus rhamnosus R0011* — Promotes healthy stress response by lowering cortisol exposure and improves GABA neurotransmission*

*Bifidobacterium longum R0175* — Enhances calmness by decreasing anxiety indices and improves cognitive function*

*Lactobacillus helveticus R0052* — Improves mood by supporting a healthy neuro-inflammation response and increasing serotonin*



### MW3 Prebiotic Proprietary Blend
Our MW3 Prebiotic Proprietary Blend provides optimal gut support by feeding the specific mental wellness probiotic strains found in our MW3 Probiotic Proprietary Blend.*

**MW3 Prebiotic Fibers:**
**IsoFiber™** (Iso-Malto-Oligosaccharides) — Contains a combination of naturally occurring prebiotic plant fibers that are clinically shown to improve the growth of specific probiotic strains featured in Kids FundaMentals™ and now MentaBiotics™ Sugar Free!

**Bimuno®** (Galacto-Oligo-Saccharides) — Resets and increases friendly gut bacteria, maintains immune health, supports healthy inflammation functions in the body and supports your microbiome balance. Is highly effective and a natural way of increasing preferred bacteria in your gut. Plays an important role in feeding Bifidobacteria probiotic strains*

**SunFiber®** (Galactomannan Fiber) — Helps improve the growth and vitality of beneficial bacteria, including Bifidobacteria and Lactobacillus.*



Which prebiotics match up with our mental wellness probiotics **?**

**MW3™ Prebiotic Proprietary Blend**
**isofiber** Iso-Malto-Oligosaccharides
**BIMUNO** Galacto-Oligo-Saccharides
**Sunfiber®** Galactomannan Fiber

**MW3™ Probiotic Proprietary Blend**
Lactobacillus helveticus — R0052
Bifidobacterium longum — R0175
Lactobacillus rhamnosus — R0011

*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE, OR PREVENT ANY DISEASE.

© 2023, AMARE GLOBAL® ALL RIGHTS RESERVED

**PX 02**
**273**

# Example 7

PX 02
274



## What It Is

**The all-natural nootropic that supports motivation.** Mango Leaf, Lychee Fruit, Palm Fruit: 3 synergistically powerful ingredients combined for the first time.

## How It Works

- **Mango Leaf:** Supports Mental Flow*
- **Lychee Fruit:** Supports Body & Mind Endurance*
- **Palm Fruit:** Supports Enhanced Neuron Regeneration*

## Why You'll Love It

- Jedi. Einstein. Superhero...YOU.  Amare EDGE, the all-natural nootropic, that helps give you the motivation to crush your to-do list and tackle your day with ease. Kinda like your secret superpower.*

- No Calories. No Sugar. No Caffeine. No GMOs. No Soy. No Dairy. No Gluten. No Animal Products. No Preservatives, Artificial Colors, Flavors, or Sweeteners. No Side Effects.*

## How To Use It

Mix into water, a smoothie, or your favorite beverage. Additional scoops may be consumed as desired.



**3**

**Patented Ingredients**



**50+**

**Clinical Studies**



**2**

**Delicious Flavors**

*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION.
THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE.

amare.com

**PX 02**

**275**

# The **SCIENCE** of Amare EDGE

Amare EDGE is an all-natural nootropic that supports motivation.



## What is a nootropic?

**Nootropic** (noun)
no·o·tro·pic | \nō-ə-'trō-pik\

Also known as "smart drugs" or "cognitive enhancers," nootropics are supplements, and other substances that have a positive impact on mental skills. They might improve cognitive function, particularly executive functions, attention, memory, creativity, or motivation, in healthy individuals.*



**Serving Size: 1 Stick Pack (3 g)**
**Servings Per Container: 30**

| Amount Per Serving | %DV* | Amount Per Serving | %DV* |
|---|---|---|---|
| Calories | 0 | Amare Edge Proprietary Blend 200 mg | † |
| Total Carbohydrates 1 g | 1% | **Zynamite®** Mango Leaf (*Mangifera indica*) Extract, **Oligonol®** Lychee Fruit (*Litchi chinensis*) Extract, **PFBc®** Palm Fruit (*Elaeis guineensis*) Bioactives Complex | |
| Dietary Fiber 1 g | 3% | | |
| Total Sugars 0 g | 0% | | |

*Percent Daily Values (DV) are based on a 2,000 calorie diet.
† Daily Value not established

**EDGE Grape Other Ingredients:** IsoFiber™ Prebiotic Fiber (Iso-Malto-Oligosaccharides), Natural Sweetener (Birch Tree Extract, Stevia Leaf Extract, & Katemfe Fruit Extract), Natural Flavors & Colors (Grape & Beet Juice), Malic Acid, Tartaric Acid, Rice Fiber   Contains: Lychee (treenut). Manufactured from lychee skin & pulp, not seed.

**EDGE Watermelon Other Ingredients:** IsoFiber™ Prebiotic Fiber (Iso-Malto-Oligosaccharides), Natural Sweetener Blend (Xylitol, Rebaudoside M (From Sugar Cane)), Natural Flavors Blend (Watermelon and Beet Juice, Citric Acid, Malic Acid), Rice Fiber. Contains: lychee (treenut). Manufactured from lychee skin and pulp, not seed.

## How does it work?

Amare EDGE is the only product bringing together 3 unique botanicals – from Africa, Asia, and Central America – to address one of today's most compelling consumer demands – languishing.

**Mango Leaf** (Africa) is high in xanthones that support healthy inflammatory response and provide immediate mental flow while improving both psychological motivation and physical performance.*

**Lychee Fruit** (Asia), is rich in bioavailable polyphenols that aid body and mind endurance and improve glucose metabolism.

**Palm Fruit** Bioactives (Central America), sourced exclusively from sustainably-harvested palm fruit, is high in unique water-soluble shikimic acid flavonoids. Working with scientists from MIT, we found PFB to improve neurotrophic factors (BDNF) which promotes neuron regeneration, neurotransmitters (dopamine), mood, and microbiome balance.*

Together these ingredients support increased motivation and energy, and make up our

*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION.
THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE.

amare.com

PX 02
276

# Example 8



PX 02
278

# Example 9



# FUNDAMENTALS PACK®

Meet the world's first award-winning gut-brain axis nutrition system—2018 NutrAward Best New Finished Product.

## What It Is

- **MentaBiotics®** - Probiotics, prebiotics, and phytobiotics that support the gut-brain axis and optimize mental resilience.*

- **MentaFocus®** - Maintains focus, mental sharpness, clarity, creativity, and cognitive functioning in healthy adults.*

- **MentaSync®** - A combination of phytonutrients that prime your immune system to optimize the communication between your brain and your gut.*

## Why You'll Love It

- Enhances communication between the gut and brain.*

- Features key ingredients shown to support mood and reduce tension in human clinical trials.*

- Supports the growth and vitality of a range of beneficial gut bacteria.*

- Promotes psychological vigor (physical energy, mental acuity, and emotional well-being).*

## What is the gut-brain axis?

Our gut is a critical component of the multidirectional communication network known as the gut-brain axis (GBX). The GBX connects our gastrointestinal system (gut), nervous system (brain), and immune system (axis) with a vast array of cellular and biochemical messengers throughout the entire body, including the microbiome, hormones, cytokines, and neurotransmitters.

## How to Use It

- Mix MentaBiotics into 2–8 oz of water, milk, fruit juice, smoothie, yogurt, or other foods or liquids. Take two capsules of MentaSync and two capsules of MentaFocus. For best results and added convenience, take all three products together at breakfast.

*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION.
THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE, OR PREVENT ANY DISEASE.

Amare FundaMentals Pack® — amare.com

# THE SCIENCE OF AMARE FUNDAMENTALS PACK

## How Does It Work?

When used together as a coordinated and synergistic system, Amare FundaMentals Pack optimizes microbiome balance and communication within all aspects of the gut-brain axis. For best results and added convenience, take all three products together at breakfast.

**A combination of three beloved products to support the gut-brain axis.**



### MentaBiotics® (Gut)

Optimize your gut-brain axis (GBX) with this synergistic combination of clinically validated probiotics, prebiotics, and phytobiotics. Formulated to support mind and body resilience through advanced gut-brain nutrition.*

- Supports a happy (and healthy) gut.*
- Supports feelings of well-being and emotional regulation.*
- Increases natural serotonin, dopamine, and GABA production.*



### MentaFocus® (Brain)

Supports your brain with key phytonutrients clinically proven to support focus, mental sharpness, clarity, creativity, and cognitive functioning in healthy adults.*

- Supports short-term and long-term memory.*
- Empowers and sustains a sense of mental focus.*
- Plant-based and stimulant-free.*



### MentaSync® (Axis)

Prime your immune system to optimize the communication sync of chemical messengers between your brain and your gut with the clinically studied key ingredients in MentaSync.*

- Optimizes communication within the gut-brain axis.
- Enhances immune activity.*
- Supports psychological vigor.*

 Sugar Free

 Non-GMO Gluten Free

 No Caffeine

 No Artificial Preservatives, Colors, Flavors, or Sweeteners

*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE, OR PREVENT ANY DISEASE.    Amare FundaMentals Pack® — amare.com



# menta BIOTICS®

## Supplement Facts

Serving Size: 1 Stick Pack (8 g)
Servings Per Container: 30

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Calories | 20 | 3% |
| Total Carbohydrate | 7 g | 2%* |
| Dietary Fiber | 4 g | 15%* |
| Sodium | 25 mg | 1% |
| MW3® Prebiotic Proprietary Blend | 5405 mg | † |
| IsoFiber® Isomalto-Oligosaccharides, BiMuno® GOS Galactooligosaccharides, Sunfiber® Galactomannan Fiber, Suntheanine® L-Theanine | | |
| MW3® Probiotic Proprietary Blend 3B CFU | 65 mg | † |
| Lactobacillus helveticus R0052, Bifidobacterium longum R0175, Lactobacillus rhamnosus R0011 | | |
| Amare GBX+ Proprietary Blend | 50 mg | † |
| Applephenon® Asian Apple (Malus domestica) fruit extract, Enovita® French Grape (Vitis vinifera) seed extract, Enzogenol® New Zealand Pine (Pinus radiata) bark extract | | |
| Digestive Performance Propertary Blend | 160 mg | † |
| L-Glutamine, ProDigest® [Artichoke (Cynara scolymus) leaf extract and Ginger (Zingiber officinale) root extract] | | |

*Percent Daily Values (DV) are based on a 2,000 calorie diet.
† Daily Value not established.

**Other ingredients:** Natural flavors, Citric acid, Stevia leaf extract, Vegtable juice color, Salt. **CONTAINS:** Milk and Soy.*
*Milk and Soy ingredients are used in the growth/culture media to nourish our probiotic bacteria during the production process, but the finished probiotics do not contain appreciable levels of Milk or Soy.



# menta FOCUS®

## SUPPLEMENT FACTS

Serving Size: 2 Capsules
Servings Per Container: 30

| Amount Per Serving | | %DV |
|---|---|---|
| Focus Empowering Proprietary Blend | 50mg | † |
| Pomegranate extract (Wonderful Variety, punica granatum) whole fruit, **Amare GBX + Proprietary Blend** [Applephenon® Asian Apple (Malus domestica) fruit extract, Enovita® French Grape (Vitis vinifera) seed extract, and Enzogenol® New Zealand Pine (Pinus radiata) bark extract], Rosemary (Rosmarinus officinalis) leaf extract, Oregano leaves, Clove (Eugenia caryophyllata Thunb.) flower buds, Sage (Salvia officinalis) leaf extract, Tulsi (Ocimum sanctum) leaf extract. | | |

† Daily Value not established

**Other ingredients:** Plant-based capsule, Rice flour, Rice Extract Blend, Rice fiber



# menta SYNC®

## SUPPLEMENT FACTS

Serving Size: 2 Capsules
Servings Per Container: 30

| Amount Per Serving | | %DV |
|---|---|---|
| Vitamin C (as ascorbic acid) | 200mg | 333% |
| Alpha-Beta Glucan Proprietary Blend | 215mg | † |
| Wellmune® Yeast 1,3/1,6 Beta-Glucan (Saccharomyces cerevisiae), M2 organic whole food mushrooms [Chaga (Inonotus obliquus); Maitake (Grifola frondosa); Shiitake (Lentinula edodes); Agaricus (Agaricus blazei)], FucoMax™ Fucoidan (Laminaria japonica) seaweed | | |
| Intestinal Integrity Proprietary Blend | 125mg | † |
| Calcium Butyrate, Magnesium Butyrate, Zinc/Carnosine Complex | | |

† Daily Value not established

**Other ingredients:** Rice flour, Plant-based capsule, Rice fiber, Rice Extract Blend, Natural Peppermint Flavor

*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE, OR PREVENT ANY DISEASE.

Amare FundaMentals Pack® — amare.com

# Example 10

## To Be Provided in Native

## Format at PX190

# Example 11

**PX 02**
**284**



# Example 12

To Be Provided in Native

Format at PX185

# Example 13







# Example 14

PX 02
291



PX 02
292

# Example 15

To Be Provided in Native

Format at PX187

PX 02
293

# Example 16

To Be Provided in Native

Format at PX188

# Example 17

## To Be Provided in Native

## Format at PX20

**PX 02**
**295**

# Example 18

PX 02
296




**SUPPORTS BETTER MOOD\***


**PROMOTES STRESS RESILIENCE\***


**HELPS PROVIDE CALM TO BODY AND MIND\***



Multiple scientific studies and U.S. Patent have shown the key ingredients in Kids Mood+ provide significant benefits for mood support, including stress resilience, cognitive performance, calmness, focus, and positivity. All in a delicious, easy-to-digest powder — perfect for kids and teens.\*

Kids have a lot on their plate these days! Schoolwork, extracurricular activities, friendships, and the ever-increasing use of technology has created new dynamics and pressure for growing children in a faster-paced society. On top of all of that, it can be difficult for parents and children to consistently make the right choices when it comes to nutrition and activities on a daily basis. Too much processed food, video games and screen time can lead to problems with mood, focus, mental acuity, and stress resilience.

Amare Kids Mood+™ is formulated to support joyful families by providing significant benefits for kids and teens in their mood support, stress resilience, cognitive performance, calmness, focus, and positivity. The key ingredients in Kids Mood+ are delivered in a delicious powder that can be consumed directly just like a pixie-stick type product, or mixed in with water or juice!\*

Kids Mood+ features an all-natural Mood Boost Proprietary Blend, which features affron®, a patented and clinically studied premium saffron stigma extract that is shown to normalize feel-good neurotransmitter activity, reduce oxidative stress, reduce stress hormones, and provide neuroprotective benefits. The blend also includes holy basil leaf extract, rosemary leaf extract, clove flower extract, and oregano leaf extract, which have multiple scientific studies that validate their effectiveness for mood support.\*

Being a parent is fulfilling, enriching and emotional. Seeing a smile and joy in your child is perhaps the greatest feeling a parent can have. At Amare, we formulated Kids Mood+ with our own kids in mind — the heart of this product is in creating happy and healthier children and families through targeted nutrition!\*

**1** Normalizes neurotransmitter activity, including serotonin and dopamine in the brain\*

**2** Promotes healthy stress and inflammatory response\*

**3** Supports memory improvement and efficiency\*

**4** Supports better mood and stress resilience \*

**5** Helps immune and circulatory systems\*

**Item Code:**

| Kids Mood+: | S026 |

**WHAT IS THIS LABEL PATTERN?**

**DOPAMINE**
A key "feel-good" neurotransmitter that is responsible for motivation, energy levels, memory, and mood.





\*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE, OR PREVENT ANY DISEASE.

© 2023, AMARE GLOBAL® ALL RIGHTS RESERVED



# SCIENCE & INFORMATION

## KIDS MOOD+

## MOOD BOOST PROPRIETARY BLEND

Kids Mood+ features an all-natural Mood Boost Proprietary Blend, which includes affron®, a patented and clinically studied formula known for it's unique ability to support mood and mental focus in children!*

- Normalize "feel-good" neurotransmitter activity*

- Reduce oxidative stress*

- Promotes healthy stress response*

 Vegan / All Natural*

 Non-GMO and Gluten Free*

 Soy and Dairy Free*

 Sugar Free*

 No Preservatives, Artificial Colors, Flavors and Sweeteners*

## KEY INGREDIENTS ARE CLINICALLY PROVEN TO:



### Affron® Saffron

- Help normalize serotonin and dopamine activity — the "feel good" neurotransmitters*
- Aids in reducing cellular damage*
- Promotes healthy stress response by supporting healthy cortisol levels*



### Holy Basil

- Supports stress regulation*
- Helps provide calm to body and mind*
- Supports the body's healthy inflammatory response*
- Supports resilience to anxious feelings*



### Rosemary

- Supports mental focus*
- Helps ease muscle discomfort*
- Supports the immune system*

**Directions:** Take 1 powder stick by mouth or mix in with your drink or food as needed. Do not exceed 3 powder sticks per day.

### SUPPLEMENT FACTS

Serving Size: 4.5 g (1 Stick Pack)
Servings Per Container: 30

| Amount Per Serving | | %DV* |
|---|---|---|
| Calories | 5 | |
| Total Carbohydrates | 4 g | 1% |
| Dietary Fiber | 2 g | 7% |
| Total Sugars | 0 g | 0% |
| Mood Boost Proprietary Blend | 54 mg | † |

affron® Saffron Stigma Extract, Holy Basil Leaf Extract, Rosemary Leaf Extract, Clove Flower Extract, Oregano Leaf Extract

*Percent Daily Values (DV) are based on a 2,000 calorie diet.
† Daily Value not established

**Other Ingredients:** IsoFiber™ Prebiotic Fiber (Iso-Malto-Oligosaccharides), Natural Sweetener Blend (Xylitol, Erythritol, Stevia Leaf Extract), Natural Fruit Flavors Blend (Orange Fruit, Grapefruit, Lemon Fruit, Vanilla, Turmeric, Citric Acid), Rice Hulls



*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE, OR PREVENT ANY DISEASE.

© 2023, AMARE GLOBAL® ALL RIGHTS RESERVED

**PX 02
298**

# Example 19

To Be Provided in Native

Format at PX65

# Example 20

PX 02
300



# Example 21

## To Be Provided in Native Format

**PX 02**

**302**

# Example 22

PX 02
303



# Example 23

PX 02
305



# EXHIBIT 8

PX 02
307

**Exhibit 8**

**Index of Studies Reviewed As Part of Independent Literature Review**

1.  Ahmadpanah, M., et al., Crocus Sativus L. (saffron) versus sertraline on symptoms of depression among older people with major depressive disorders—a double-blind, randomized intervention study, *Psychiatry Res.* 282: 112613 (2019).

2.  Akhondzadeh, S., et al., A placebo-controlled randomized clinical trial of Crocus sativus L. (saffron) on depression and food craving among women with mild to moderate depression, *J. Clin. Pharm. Ther.* 45(1): 134-43 (2020).

3.  Akhondzadeh, S., et al., Comparison of Crocus sativus L. and imipramine in the treatment of mild to moderate depression: a pilot double-blind randomized trial, *BMC Complement. Altern. Med.* 4:12 (2004).

4.  Akhondzadeh, S., et al., Crocus saticus L. in the treatment of mild to moderate depression: a double-blind, randomized and placebo-controlled trial, *Phytother. Res.* 19(2): 148-51 (2005).

5.  Akhondzedeh Basti, A., et al., Comparison of petal of Crocus sativus L. and fluoxetine in the treatment of depressed outpatients: A pilot double-blind randomized trial, *Progress in Neuro-Psychopharm. & Biological Psych.* 31(2): 439-42 (2007).

6.  Alvarez, X.A., et al., Double-blind placebo-controlled study with citicoline in APOE genotyped Alzheimer's disease patients. Effects on cognitive performance, brain bioelectrical activity and cerebral perfusion, *Methods Find. Exp. Clin. Pharmacol.* 21(9): 644 (1999).

7.  Ammar, A., et al., Pomegranate Supplementation Accelerates Recovery of Muscle Damage and Soreness and Inflammatory Markers after a Weightlifting Training Session, *PLOS One* (2016).

8.  Aziz, S., et al., Rosemary as an adjunctive treatment in patients with major depressive disorder: A randomized, double-blind, placebo-controlled trial, Complement. *Ther. Clin. Prac.* 49: 101685 (2022).

9.  Baba, Y., et al., Matcha Does Not Affect Electroecephalography during Sleep but May Enhance Mental Well-Being: A Randomized Placebo-Controlled Clinical Trial, *Nutrients* 16(17): 2907 (2024).

10. Belcaro, G., et al., Pycnogenol® improves cognitive function, attention, mental performance and specific professional skills in healthy professionals aged 35-55, *J. Neurosurg. Sci.* 58(4): 239-48 (2014).

11. Bhattacharyya, D., et al., Controlled programmed trial of Ocimum sanctum leaf on generalized anxiety disorders, *Nepal Med. Coll. J.* 10(3): 176-79 (2008).

12. Cacabelos, R., et al., Therapeutic effects of CDP-choline in Alzheimer's disease. Cognition, brain mapping, cerebrovascular hemodynamics, and immune factors, Ann. *N.Y. Acad. Sci.* 777: 399-403 (1996).

13. Castellote-Caballero, Y., et al., Acute Supplementation of Soluble Mango Leaf Extract (Zynamite® S) Improves Mental Performance and Mood: A Randomized, Double-Blind, Placebo-Controlled Crossover Study, *Pharmaceuticals (Basel.)*, 18(4): 571 (2025).

14. Dormal, V., et al., The Effect of Combined Scutellaria and Saffron Supplementation on Mood Regulation in Participants with Mild-to-Moderate Depressive Symptoms: A Randomized, Double-Blind, Placebo-Controlled Study, *Nutrients* 17(5): 809 (2025).

15. Frick, A., et al., Habitual caffeine consumption moderates the antidepressant effect of dorsomedial intermittent theta-burst transcranial magnetic stimulation, *J. Psychopharmacol.* 35(12): 1536-41 (2021).

PX 02
308

16.   Fries, L.R., et al., The impact of ingestion of Bifidobacterium longum NCC3001 on perinatal anxiety and depressive symptoms: a randomized controlled trial, *Sci. Rep.* 15(1): 11250 (2025).

17.   Gawlik-Kotelnicka, O., et al., PRO-DEMET Randomized Controlled Trial on Probiotics in Depression-Pilot Study Results, *Nutrients* 15(6): 1400 (2023).

18.   Ghajar, A., et al., Crocus sativus L. versus Citalopram in the Treatment of Major Depressive Disorder with Anxious Distress: A Double-Blind, Controlled Clinical Trial, *Pharmacopsychiatry* 50(4): 152-60 (2017).

19.   Hall, D.A., et al., Open-label pilot clinical trial of citicoline for fragile X-associated tremor/ataxia syndrome (FXTAS), *PLoS One* 15(2): e0225191 (2020).

20.   Hoppe, J.M., et al., Acute effects of 150 mg caffeine on subjective, physiological, and behavioral components of anxiety in panic disorder and healthy controls—A randomized placebo-controlled crossover trial, *J. Psychopharmacol.* 39(8): 836-46 (2025).

21.   Hsu, C-D., et al., Complementary effects of pine bark extract supplementation on inattention, impulsivity, and antioxidative status in children with attention deficit hyperactivity disorder: A double-blinded randomized placebo-controlled cross-over study, *Phytother. Res.* 35(6): 3226-35 (2021).

22.   Hübner, I.B., et al., Use of Citicoline in Attention-Deficit/Hyperactivity Disorder: A Pilot Study, *Clin. Neuropharmacol.* 47(5): 146-49 (2024).

23.   Jackson, P.A., et al., Acute cognitive performance and mood effects of coffee berry and apple extracts: A randomised, double blind, placebo controlled crossover study in healthy humans, *Nutr. Neurosci.* 25(11): 2335-43 (2022).

24.   Jeyakodi, S., et al., Assessment of Efficacy and Safety of Mangifera indica Extract (Stadice®) for Cognitive Function: A Randomized, Double-Blind, Placebo-Controlled Study, *Cureus.* 16(7): e65751 (2024).

25.   Kashani, L., et al., Efficacy of Crocus sativus (saffron) in treatment of major depressive disorder associated with post-menopausal hot flashes: a double-blind, randomized, placebo-controlled trial, *Arch. Gynecol. Obstet.* 297(3): 717-24 (2018).

26.   Kelly, J.R., et al., Lost in translation? The potential psychobiotic Lactobacillus rhamnosus (JB-1) fails to modulate stress or cognitive performance in healthy male subjects, *Brain. Behav. Immun.* 61: 50-59 (2017).

27.   Kumperscak, H.G., et al., A Pilot Randomized Control Trial With the Probiotic Stain Lactobacillus rhamnosus GG (LGG) in ADHD: Children and Adolescents Report Better Health-Related Quality of Life, *Front. Psychiatry* 11: 181 (2020).

28.   Lopresti, A.L., et al., Efficacy of a standarised saffron extract (affron®) as an add-on to antidepressant medication for the treatment of persistent depressive symptoms in adults: A randomised, double-blind, placebo-controlled study, *J. Psychopharmacol.* 33(11): 1415-27 (2019).

29.   Lopresti, A.L., et al., An Examination into the Effects of a Saffron Extract (Affron) on Mood and General Wellbeing in Adults Experiencing Low Mood: A Randomized, Double-Blind, Placebo-Controlled Trial, *J. Nutr.* 155(7): 2300-11 (2015).

30.   Mahboobi, S., et al., Effects of probiotic and magnesium co-supplementation on mood, cognition, intestinal barrier function and inflammation in individuals with obesity and depressed mood: A randomized, double-blind placebo-controlled clinical trial, *Front. Nutr.* 9: 1018357 (2022).

31.   Manshadi Seyed Ali, D., et al., Effect of green tea consumption in treatment of mild to moderate depression in Iranian patients living with HIV: A double-blind randomized clinical trial, *Chin. Herb. Med.* 13(1): 136-41 (2020).

32.   Mazidi, M., et al., A double-blind, randomized and placebo-controlled trial of Saffron (Crocus sativus L.) in the treatment of anxiety and depression, *J. Complement. Integr. Med.* 13(2): 195-99 (2016).

**PX 02
309**

33.   Milajerdi, A., et al., The effects of alcoholic extract of saffron (Crocus satious L.) on mild to moderate comorbid depression-anxiety, sleep quality, and life satisfaction in type 2 diabetes mellitus: A double-blind, randomized and placebo-controlled clinical trial, *Complement. Ther. Med.* 41: 196-202 (2018).

34.   Moschonis, G., et al., Evaluation of a probiotic blend on psychosocial health and biomarkers of inflammatory, immune and stress response in adults with subthreshold depression: a double-blind, randomised, placebo-controlled trial, *Br. J. Nutr.*, First View: 1-15 (2024).

35.   Moshiri, E., et al., Crocus sativus L. (petal) in the treatment of mild-to-moderate depression: a double-blind, randomized and placebo-controlled trial, *Phytomedicine* 13(9-10): 607-11 (2006).

36.   Nematolahi, P., et al., Effects of Rosmarinus officinalis L. on memory performance, anxiety, depression, and sleep quality in university students: A randomized clinical trial, *Complement. Ther. Clin. Pract.* 30: 24-28 (2018).

37.   Niu, Q., et al., Efficacy and Safety of a Probiotic Mixture Contaiming Bifidobacterium animalis subsp. Lactis BLa80 and Lacticaseibacillus rhamnosis LRa05 in Children With Attention-Deficit/Hyperactivity Disorder, *Mol. Nutr. Food Res.*, Early View: e70234 (2025).

38.   Noorbala, A.A., et al., Hydro-alcoholic extract of Crocus sativus L. versus fluoxetine in the treatment of mild to moderate depression: a double-blind, randomized pilot trial, *J. Ethnopharmacol.* 97(2): 281-84 (2005).

39.   Perrotte, G., et al., Effects of Caffeine on Main Symptoms in Children with ADHD: A Systematic Review and Meta-Analysis of Randomized Trials, *Brain Sci.* 13(9): 1304 (2023).

40.   Pipingas, A., et al., Improved cognitive performance after dietary supplementation with Pinus radiata bark extract formulation, *Phytother. Res.* 22(9): 1168-74 (2008).

41.   Saitsu, Y., et al., Improvement of cognitive functions by oral intake of Hericium erinaceus, *Biomed. Res.* 40(4): 125-31 (2019).

42.   Sampath, S., et al., Holy basil (Ocimum sanctum Linn.) leaf extract enhances specific cognitive parameters in healthy adult volunteers: A placebo controlled study, *Indian J. Physiol. Pharmacol.* 59(1): 69-77 (2015).

43.   Sarris, J., et al., L-theanine in the adjunctive treatment of generalized anxiety disorder: A double-blind, randomised, placebo-controlled trial, *J. Psychiatr. Res.* 110: 31-37 (2019).

44.   Shamabadi, A., et al., l-theanine adjunct to sertraline for major depressive disorder: A randomized, double-blind, placebo-controlled clinical trial, *J. Affect. Disord.* 333: 38-43 (2023).

45.   Siddarth, P., et al., Randomized placebo-controlled study of the memory effects of pomegranate juice in middle-aged and older adults, *Am. J. Clin. Nutr.* 111(1): 170-77 (2020).

46.   Slykerman, R.F., et al., Effect of early probiotic supplementation on childhood cognition, behaviour and mood a randomised, placebo-controlled trial, *Acta. Paediatr.* 107(12): 2171-78 (2018).

47.   Surdenran, G., et al., Acute effects of a standardised extract of Hericium erinaceus (Lion's Mane mushroom) on cognition and mood in healthy younger adults: a double-blind randomised placebo-controlled study, *Front. Nutr.* 12: 1405796 (2025).

48.   Tabeshpour, J., et al., A double-blind, randomized, placebo-controlled trial of saffron stigma (Crocus sativus L.) in mothers suffering from mild-to-moderate postpartum depression, *Phytomedicine* 36: 145-52 (2017).

49.   Talaei, A., et al., Crocin, the main active saffron constituent, as an adjunctive treatment in major depressive disorder: a randomized, double-blind, placebo-controlled, pilot clinical trial, *J. Affect. Disord.* 174: 51-56 (2015).

**PX 02**

**310**

50.     Trebatická, J., et al., Treatment of ADHD with French maritime pine bark extract, Pycnogenol, *Eur. Child. Adolesc. Psychiatry* 15(6): 329-35 (2006).

51.     Unno, K., et al., Anti-stress Effect of Green Tea with Lowered Caffeine on Humans: A Pilot Study, *Biol. Pharm. Bull.* 40(6): 902-09 (2017).

52.     Unno, K., et al., Improvement of Depressed Mood with Green Tea Intake, *Nutrients* 14(14): 2949 (2022).

53.     Unno, K., et al., Stress-Reducing Function of Matcha Green Tea in Animal Experiments and Clinical Trials, *Nutrients* 10(10): 1468 (2018).

54.     Vaghef-Mehrabani, E., et al., Effects of inulin supplementation on inflammatory biomarkers and clinical symptoms of women with obesity and depression on a calorie-restricted diet: a randomised controlled clinical trial, *Br. J. Nutr.* 129(11): 1897-907 (2023).

55.     Weyns, A-S., et al., Enhancing pediatric attention-deficit hyperactivity disorder treatment: exploring the gut microbiota effects of French maritime pine bark extract and methylphenidate intervention, *Frontiers Nutr.* 11: 1422253 (2024).

**PX 02**

**311**